UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE RAKOFF

SECURITIES INVESTOR PROTECTION CORPORATION,

Plaintiff,

-v-

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

Defendant.

In re:

MADOFF SECURITIES

12 MISC 00115

12 MC ___ (JSR)

ORDER

FILED
U.S. DISTRICT COURT
12 APR 13 AM 9:10
S.D. OF N.Y.

JED S. RAKOFF, U.S.D.J.

1. All matters relating to Bernard L. Madoff Investment Securities LLC ("Madoff Securities") previously assigned to the undersigned, or assigned to the undersigned in the future, shall henceforth bear the caption and docket number set forth above, and the parties shall make sure that all filings are filed under the docket number set forth above. In addition, any filings filed under this docket number shall bear either the subheading "PERTAINS TO ALL CASES," the subheading "PERTAINS TO CASE(S) __ Civ. ___," or the subheading "PERTAINS TO CASE(S) LISTED IN APPENDIX __." Any filing fees associated with opening the master case file docket are waived.

2. The Clerk is directed to make sure that this Order and all subsequent docket entries under this docket number are also docketed simultaneously in the bankruptcy court under No. 08-1789 (BRL).

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
April 13, 2012