UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br><br>In re<br><br>MADOFF SECURITIES,<br><br>    Debtor. | 12-MISC-00115 (JSR)<br><br>**PERTAINS TO CASE 12-cv-00090** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that we are retained by and appear as counsel for Defendants, David Silver and Patricia Silver, in case No. 12 cv 00090, and respectfully demand that all notices and papers herein be served on us at our address given below.

Dated: New York, New York
   April 16, 2012

                   MORRISON COHEN LLP

                   By: _/s/ M. Dal Lago_
                   Fred H. Perkins
                   Michael R. Dal Lago
                   909 Third Avenue
                   New York, New York 10022
                   (212) 735-8600
                   Email: Fhperkins@Morrisoncohen.com
                   Email: mdallago@morrisoncohen.com

                   *Attorneys for Defendants, David Silver and Patricia Silver*

#3857956 v1 \020758 \0001