GOODWIN PROCTER LLP
Daniel M. Glosband
Gina L. Martin
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Matthew L. Curro
Christopher Newcomb
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,**<br><br>        Plaintiff,<br><br>        vs.<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC**<br><br>        Defendant. | Case No. 12-MC-00115 (JSR) |
| **In re:**<br><br>**MADOFF SECURITIES** | Pertains to Cases:<br>    11-cv-08741 (JSR)<br>    11-cv-08742 (JSR)<br>    11-cv-08743 (JSR)<br>    11-cv-08744 (JSR)<br>    11-cv-08745 (JSR)<br>    11-cv-08746 (JSR) |

**DECLARATION OF DANIEL M. GLOSBAND IN FURTHER SUPPORT OF**
**MOVANTS' MOTIONS FOR MANDATORY WITHDRAWAL OF THE REFERENCE**

Daniel M. Glosband declares, pursuant to 28 U.S.C. § 1746:

1. I am a member of the bar of this Court and a partner at the law firm of Goodwin Procter LLP, counsel for the Movants[1] in the above-captioned actions.

2. I respectfully submit this declaration in support of Movants' Reply Memorandum of Law in Further Support of Their Respective Motions to Withdraw the Reference, and to place before the Court copies of the following documents.

3. Attached hereto as Exhibit A is a true and correct copy of the Trustee's Reply to Defendants' memorandum of Law Regarding Determination of "For Value" and Net Equity Ruling, dated November 4, 2011 (Dkt. No. 69), *Picard v. Katz (In re Bernard L. Madoff Investment Securities LLC)*, Case No. 11 Civ. 03605 (JSR).

4. Attached hereto as Exhibit B is a true and correct copy of the Reply Memorandum of Law Regarding Determination of "For Value" and Net Equity Decision, dated November 4, 2011 (Dkt. No. 70), *Picard v. Katz (In re Bernard L. Madoff Investment Securities LLC)*, Case No. 11 Civ. 03605 (JSR).

5. Attached hereto as Exhibit C is a true and correct copy of the hearing transcript for the oral argument conducted before the United States Court of Appeals for the Second Circuit on March 3, 2011, in the matter of *In re Bernard L. Madoff Investment Securities LLC*, Dkt. No. 10-2378.

---

[1] The "***Movants***" are (i) in respect of Case No. 11-cv-08741 (JSR), the Estate of Gilbert M. Kotzen, the Gilbert M. Kotzen 1982 Trust, Linda S. Paresky, in her capacity as personal representative of the Estate of Gilbert M. Kotzen and as Trustee for the Gilbert M. Kotzen 1982 Trust, Stepheny B. Riemer, in her capacity as personal representative of the Estate of Gilbert M. Kotzen and as Trustee for the Gilbert M. Kotzen 1982 Trust, (ii) in respect of Case No. 11-cv-08742 (JSR), Stanley J. Bernstein, (iii) in respect of Case No. 11-cv-08743 (JSR), Frank A. Petito, d/b/a The Petito Investment Group and Frank A. Petito, individually, (iv) in respect of Case No. 11-cv-08744 (JSR), I.I. Kotzen Company, (v) in respect of Case No. 11-cv-08745 (JSR), the Gilbert M. Kotzen 1982 Trust, the Marcia Kotzen 2002 Revocable Trust, Linda S. Paresky, individually and in her capacity as Trustee for the Gilbert M. Kotzen Trust and the Marcia Kotzen 2002 Revocable Trust, and Stepheny B. Riemer, individually and in her capacity as Trustee for the Gilbert M. Kotzen 1982 Trust and the Marcia Kotzen 2002 Revocable Trust, and (vi) in respect of Case No. 11-cv-08746 (JSR), Russell J. deLucia.

2

LIBNY/5192432.1

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed: Boston, Massachusetts
April 17, 2012

/s/ *Daniel M. Glosband*
Daniel M. Glosband

3

LIBNY/5192432.1