UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>MADOFF SECURITIES | Case No. 12-MC-00115 (JSR)<br><br>PERTAINS TO CASE 11 Civ. 08743 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dianne Coffino, an attorney duly admitted to practice before this Court and resident in Covington & Burling LLP's New York Office, hereby appears as counsel to Migs Woodside, a defendant in case no. 11 Civ. 08743, and respectfully requests that that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

Dianne Coffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Tel:   (212) 841-1000
Fax:   (212) 841-1010
Email: dcoffino@cov.com

Dated: New York, New York
      April 17, 2012

COVINGTON & BURLING LLP

By: */s/ Dianne Coffino*
     Dianne Coffino
The New York Times Building
620 Eighth Avenue
New York, New York  10018
Telephone:  (212) 841-1000
Facsimile:  (212) 841-1010
Email: dcoffino@cov.com

*Counsel to Migs Woodside*