**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant.<br><br>In re:<br><br>  MADOFF SECURITIES<br><br>PERTAINS TO ALL CASES | 12-misc-00115 (JSR)<br><br>ECF CASE |

## NOTICE OF APPEARANCE

   Please take notice that the undersigned hereby appears as counsel for Irving H. Picard Esq., as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff. All notice given or required to be given in the case and all papers filed in the case shall be served upon the undersigned.

I certify that I am admitted to practice in the Court.

Dated: New York, New York
April 18, 2012

/s/ *Howard L. Simon*
Howard L. Simon, Esq.
**Windels Marx Lane & Mittendorf, LLP**
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Email: hsimon@windelsmarx.com
*Attorneys for Plaintiff Irving H. Picard, as*
*Trustee for the Substantively Consolidated*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madof*