UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>            Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>            Defendants. | 12 MISC. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASES: | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>            Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.); ABN AMRO INCORPORATED, RYE SELECT BROAD MARKET XL FUND, LP and RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED,<br>            Defendants. | Adv. Pro. No. 10-5354 (BRL)<br><br>11 Civ. 06848 (JSR)<br>11 Civ. 06878 (JSR) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>v.<br><br>ABN AMRO BANK (IRELAND) LTD. (F/K/A FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED), ABN AMRO CUSTODIAL SERVICES (IRELAND) LTD. (F/K/A FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.), RYE SELECT BROAD MARKET XL FUND, LP and RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED,<br><br>            Defendants. | Adv. Pro. No. 10-05355<br><br>11 Civ. 06849 (JSR)<br>11 Civ. 06877 (JSR) |

300241074

## ORDER CONTINUING STAY OF MOTIONS TO WITHDRAW THE REFERENCE AS TO MOVANT RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED

JED S. RAKOFF, U.S.D.J.

On consent of (i) Rye Select Broad Market XL Portfolio Limited ("Rye Portfolio"), (ii) Irving H. Picard, as Trustee (the "Trustee") for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, and (iii) the Securities Investor Protection Corporation ("SIPC", together with Rye Portfolio and the Trustee, the "Parties"), the Motions to Withdraw the Reference filed on behalf of Rye Portfolio in the above-captioned cases are hereby stayed for the period through and including May 31, 2012, in accordance with the Parties' representation, during a joint telephonic conference on April 17, 2012 between the Parties and the Court, that Rye Portfolio and the Trustee have reached a settlement in principle resolving all claims against Rye Portfolio that remains subject only to the final approval of the Grand Court of the Cayman Islands (the "Grand Court"), which matter is scheduled for hearing on May 11, 2012 (the "Hearing"). The Parties shall advise this Court of the outcome of the Hearing and the Grand Court's determination as soon as practicable after the Hearing.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Date: New York, New York
April 17, 2012

300241074