BECKER, GLYNN, MELAMED & MUFFLY LLP
Zeb Landsman
Jordan E. Stern
Michelle Mufich
299 Park Avenue
New York, New York 10171
Telephone: (212) 888-3033
Facsimile: (212) 888-0255
*Attorneys for Sumitomo Mitsui Trust Bank, Limited*
Filed Via ECF

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION  :
CORPORATION,  :
                            Plaintiff,  :    No. 12-MC-00115 (JSR)
      v.  :
  :    **SIPA Liquidation**
BERNARD L. MADOFF INVESTMENT  :    (Substantively Consolidated)
SECURITIES LLC,  :
  :
                          Defendant.  :
------------------------------------------------------------------------X
In re:  :
  :
MADOFF SECURITIES  :    Pertains to Cases:
  :    12-cv-02481 (JSR)
  :    11-02573 (BRL)
------------------------------------------------------------------------X

## AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

        Defendant The Sumitomo Trust & Banking Co., Ltd. has changed its name to Sumitomo Mitsui Trust Bank, Limited.  Pursuant to Fed. R. Civ. P. 7.1, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, defendant Sumitomo Mitsui Trust Bank, Limited, by and through its attorneys, Becker, Glynn, Melamed & Muffly LLP, hereby certifies that it is a wholly-owned subsidiary of Sumitomo Mitsui Trust Holdings, Inc.

Dated: New York, New York
April 19, 2012

        BECKER, GLYNN, MELAMED & MUFFLY LLP
        *Attorneys for Sumitomo Mitsui Trust Bank, Limited*

By:   /s/ Jordan E. Stern
      Zeb Landsman
      Jordan E. Stern
      Michelle Mufich
      299 Park Avenue
      New York, New York 10171
      Telephone: (212) 888-3033
      Facsimile: (212) 888-0255
      zlandsman@beckerglynn.com
      jstern@beckerglynn.com
      mmufich@beckerglynn.com