UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES | 12 Civ. 0115 (JSR)<br><br>**NOTICE OF APPEARANCE** |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

　　　　　　PLEASE TAKE NOTICE that the law firm of Schlam Stone & Dolan LLP, is appearing in this action as counsel for defendants the Arthur and Rochelle Belfer Foundation, Inc., Belfer Corporation, The Robert A. Belfer and Renee E. Belfer Family Foundation and Robert A. Belfer, as Trustee of The Robert A. Belfer and Renee E. Belfer Family Foundation. Please take further notice that all papers and correspondence in this proceeding should be directed to this law firm.

Dated:　New York, New York
　　　　April 19, 2012

SCHLAM STONE & DOLAN LLP

By: _____
Richard H. Dolan
Bennette D. Kramer
26 Broadway
New York, NY 10004
Tel.: (212) 344-5400
Fax: (212) 344-7677
E-mail: bdk@schlamstone.com

*Attorneys for Defendants The Arthur and Rochelle Belfer Foundation, Inc., Belfer Corporation, The Robert A. Belfer and Renee E. Belfer Family Foundation and Robert A. Belfer, as Trustee of The Robert A. Belfer and Renee E. Belfer Family Foundation*