**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                 Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                 Defendant. | 12-misc-00115 (JSR)<br><br><br><br><br><br><br>**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** |
| In re:<br>MADOFF SECURITIES | |
| PERTAINS TO CASES LISTED IN APPENDIX A | |

PLEASE TAKE NOTICE that Helen Davis Chaitman and Julie Gorchkova, attorneys of the firm Becker & Poliakoff LLP ("Becker & Poliakoff"), hereby appear as attorneys in this action on behalf of James Greiff, David Abel, Joan Roman, Robert Roman, P & S Associates, and S & P Associates. All notice given or required to be given in the case and all papers filed in the case shall be served upon the undersigned.

Dated: April 20, 2012

                                                      **BECKER & POLIAKOFF LLP**

                                                      By:  ***/s/ Helen Davis Chaitman***
                                                      By:  ***/s/ Julie Gorchkova***
                                                      Helen Davis Chaitman
                                                      Julie Gorchkova
                                                      45 Broadway
                                                      New York, New York 10006
                                                      Telephone: (212) 599-3322
                                                      Facsimile: (212) 557-0295
                                                      HCHAITMAN@BECKER-POLIAKOFF.COM
                                                      JGORCHKOVA@BEKCER-POLIAKOFF.COM
                                                      *Attorneys for James Greiff, David Abel, Joan Roman, Robert Roman, P & S Associates, and S & P Associates*

{N0012787 }

# APPENDIX A

| U.S.D.C. Civ. No. | Bnkr. Adv. Proc. No. | Defendants represented by Becker & Poliakoff, LLP |
|---|---|---|
| 11-03775 | 10-04357 | James Greiff |
| 11-07766 | 10-04381 | David Abel, *et al.* |
| 11-07936 | 10-04302 | Joan Roman |
| 11-07937 | 10-04292 | Robert Roman |
| 11-08222 | 10-05193 | P & S Associates, General Partnership, and Michael Sullivan, General Partner |
| 11-08223 | 10-05195 | S & P Associates, General Partnership, Michael Sullivan, General Partner, Ann M. Sullivan, General Partner, Ann or Michael Sullivan, General Partners, Michael D. & L. Gail Sullivan, General Partners, SPJ Investments, Ltd. c/o Sullivan & Powell, General Partner; Bette Anne Powell, General Partner, Glen O. & Barbara J. Powell, General Partners |

## **CERTIFICATE OF SERVICE**

I, Lourdes Blanco, hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2012

*/s/ Lourdes Blanco*

{N0012787 }