UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION                  :
CORPORATION,                                                       :
                                        Plaintiff,              :
                        v.                                           :   12 Misc. 00115 (JSR)
                                                                        :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC,                                              :
                                                                        :
                                        Defendant.          :
--------------------------------------------------------------X
In re                                                                :
MADOFF SECURITIES                                       :
--------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND OTHER DOCUMENTS

PLEASE TAKE NOTICE that the undersigned counsel appear as attorneys for

Pergament Equities, LLC, a defendant in the proceeding styled *Picard v. Pergament Equities,*

*LLC, et al.,* Civ. No. 12-02153 (JSR) and a party/defendant in the above-captioned

miscellaneous proceeding, and request that all notices given or required to be given and all

documents served or required to be served in this proceeding be given and served upon the

undersigned counsel.

Date:   April 20, 2012
            New York, New York                    HOLLAND & KNIGHT LLP

                                                                By:      /s/  Barbra R. Parlin
                                                                              Barbra R. Parlin, Esq.
                                                                    H. Barry Vasios, Esq.
                                                                    31 West 52nd Street
                                                                    New York, New York 10019
                                                                    Telephone:  (212) 513-3200
                                                                    Facsimile:  (212) 385-9010
                                                                    Email:  barbra.parlin@hklaw.com

                                                                *Attorneys for Pergament Equities LLC*

#11164652_v1