**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Trustee-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES | 12-mc-00115 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jessica Lyn Bartlett, an attorney admitted to practice in this Court hereby appears as counsel on behalf of Defendant Banco Bilbao Vizcaya Argentaria, Defendant Inteligo Bank Ltd. Panama Branch f/k/a/ Blubank Ltd. Panama Branch, Defendant Naidot & Co., and Defendants Banco Itaú Europa Luxembourg, S.A. and Banco Itaú Europa International in the above-captioned consolidated action,[1] and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned. Defendants reserve all defenses or objections to the jurisdiction or venue of this Court, and this appearance in no way waives any such rights.

---

[1] Counsel appears on behalf of these, and only these defendants, and represents these defendants in four separate proceedings before this Court: (1) Defendant Banco Bilbao Vizcaya Argentaria, in *Picard v. Banco Bilbao Vizcaya Argentaria*, Case No. 11-cv-7100; (2) Defendant Inteligo Bank Ltd. Panama Branch f/k/a Blubank Ltd. Panama Branch, in *Picard v. Inteligo Bank Ltd. Panama Branch f/k/a Blubank Ltd. Panama Branch*, Case No. 12-cv-2364; (3) Defendant Naidot & Co., in *Picard v. Naidot & Co.*, Case No. 12-cv-2365; and (4) Defendants Banco Itaú Europa Luxembourg, S.A. and Banco Itaú Europa International, in *Picard v. Banco Itaú Europa Luxembourg, S.A. and Banco Itaú Europa International*, Case No. 12-cv-2432.

1

Dated: April 20, 2012
      New York, New York

                         SHEARMAN & STERLING LLP

                        By: _____
                             Jessica Lyn Bartlett

599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
jessica.bartlett@shearman.com

*Attorneys for Defendant Banco Bilbao Vizcaya Argentaria, Defendant Inteligo Bank Ltd. Panama Branch f/k/a Blubank Ltd., Defendant Naidot & Co., and Defendants Banco Itaú Europa Luxembourg, S.A. and Banco Itaú Europa International*