```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                    12 MC 115 (JSR)

                Plaintiff,

        -v-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
----------------------------------------X
In re:

MADOFF SECURITIES

----------------------------------------X
PERTAINS TO CASE(S) 12 Civ. 02278 and
                    12 Civ. 02279

----------------------------------------X
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stim & Warmuth, P.C. hereby appears as attorneys for the defendants, Marjorie Most and Michael Most, and request that all notices given or required to be given and all documents served or required to be served in this proceeding be given and served upon the undersigned counsel.

Dated:  Farmingville, NY
        April 23, 2012

most-134

STIM & WARMUTH, P.C.

By: _____
PAULA J. WARMUTH
Attorneys for Defendants,
Michael Most and Marjorie Most
2 Eighth Street
Farmingville, NY 11738
Telephone:  631-732-2000
Facsimile:  631-732-2662
Paula J. Warmuth
Email:  pjw@stim-warmuth.com
Glenn P. Warmuth
Email:  gpw@stim-warmuth.com

## CERTIFICATE OF SERVICE

I, Paula J. Warmuth, hereby certify that on April 23, 2012, I caused a true and correct copy of the foregoing document by electronically filing said document on this Court's ECF filing system. I certify under penalty of perjury that the foregoing is true and correct.

Dated:  April 23, 2012

*[signature]*
PAULA J. WARMUTH

3