```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SECURITIES INVESTOR PROTECTION       :
CORPORATION,                         :
                                     :
              Plaintiff,             :
                                     :     12 MC 115 (JSR)
              -v-                    :
                                     :          ORDER
BERNARD L. MADOFF INVESTMENT         :
SECURITIES LLC,                      :
                                     :
              Defendant.             :
------------------------------------ x
                                     :
In re:                               :
                                     :
MADOFF SECURITIES                    :
                                     :
------------------------------------ x

PERTAINS TO CASES 11 Civ. 8222 AND 11
Civ. 8223
```

JED S. RAKOFF, U.S.D.J.

Because the motion to withdraw the reference in 11 Civ. 8222 (JSR) and 11 Civ. 8223 (JSR) presents a discrete issue not considered by the Court in prior motions to withdraw the reference, the Court, upon application by the defendants in a joint telephonic conference between the parties and Chambers, set the following schedule for consideration of the motion: the Trustee will file his opposition brief by July 10, 2012; the defendants will file their reply brief by July 24, 2012; and the Court, if it deems it necessary, will hold oral argument on July 31, 2012 at 4:30 P.M.

SO ORDERED.

_____

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York

April 23, 2012

_____

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York

April 23, 2012