UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                              :
                                          :
        Plaintiff-Applicant,             :
                                          :
        v.                               :   12-misc-00115 (JSR)
                                          :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC,                           :
                                          :
        Defendant.                       :
-----------------------------------------------------------------x
In re:                                    :
    MADOFF SECURITIES,                    :
                                          :
        Debtor.                          :
-----------------------------------------------------------------x
                                          :
PERTAINS TO THE FOLLOWING CASES:          :
                                          :
-----------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation  :
of Bernard L. Madoff Investment Securities LLC, :
                                          :   Case No. 11-cv-08895 (JSR)
        Plaintiff,                       :
                                          :
        v.                               :
                                          :
JOHN NESSEL,                              :
                                          :
        Defendant.                       :
-----------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation  :
of Bernard L. Madoff Investment Securities LLC, :
                                          :   Case No. 11-cv-08896 (JSR)
        Plaintiff,                       :
                                          :
        v.                               :
                                          :
MARITAL TRUST OF MARVIN G.                :
GRAYBOW, *et al.*,                        :
                                          :
        Defendants.                      :
-----------------------------------------------------------------x

```
------------------------------------------------------------x
                                                            :
IRVING H. PICARD, Trustee for the Liquidation               :
of Bernard L. Madoff Investment Securities LLC,             :
                                                            :    Case No. 11-cv-09368 (JSR)
                    Plaintiff,                              :
                                                            :
           v.                                               :
                                                            :
FREDRIC J. PERLEN,                                          :
                                                            :
                    Defendant.                              :
------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

     I, David A. Rosenzweig, hereby certify that on April 24, 2012, I caused a true and correct copy of the Consolidated Reply Memorandum of Law Regarding Defendants' Motions for Withdrawal of the Reference to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon the parties as set forth in Schedule A.

Dated: New York, New York
          April 24, 2012

                                                           By: /s/ David A. Rosenzweig
                                                                David A. Rosenzweig

## Schedule A

**Attorneys for Plaintiff, Irving H. Picard**
Oren J. Warshavsky (owarshavsky@bakerlaw.com)
Nicholas J. Cremona (ncremona@bakerlaw.com)
Marc E. Hirschfield (mhirschfield@bakerlaw.com)
Baker & Hostetler LLP (NYC)
45 Rockefeller Plaza
New York City, NY 10111
(212)-589-4200

**Attorneys for Intervenor, Securities Investor Protection Corporation**
Lauren Attard (lattard@sipc.org)
Kevin H. Bell (kbell@sipc.org)
805 15th Street NW Suite 800
Washington, DC 20005
(202) 371-8300

**Attorneys for Sharon L. Graybow**
Jonathan L. Flaxer (jflaxer@golenbock.com)
Michael S. Weinstein (mweinstein@golenbock.com)
437 Madison Avenue
New York, NY 10022
(212) 907-7300