UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendants. | 12 MISC. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD KARYO,<br><br>Defendants. | Adv. Pro. No. 10-05216 (BRL)<br><br>11 Civ. 08947 (JSR) |

**DECLARATION OF OREN J. WARSHAVSKY, PURSUANT TO 28 U.S.C. § 1746, IN SUPPORT OF TRUSTEE'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE**

Pursuant to 28 U.S.C. § 1746, OREN J. WARSHAVSKY hereby declares as follows:

I am a partner at the firm of Baker & Hostetler LLP, counsel for Plaintiff Irving H. Picard (the "Trustee") for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff.  As an attorney of record, I am fully familiar with this case and the facts set forth herein.  I respectfully submit this Declaration to place before this Court true and correct copies of certain documents relevant to the Trustee's memorandum of law

in opposition to the defendant's Motion to Withdraw the Reference filed in the following action:

*Picard v. Richard Karyo*, Adv. Pro. No. 10-05216 (Bankr. S.D.N.Y.) (BRL), No. 11 Civ. 08947 (JSR) (S.D.N.Y.) (ECF No. 1).

1. Attached hereto as Exhibit 1 is a true and correct copy of the complaint filed by the Trustee against the defendant in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2012.

*/s/ Oren J. Warshavsky*
Oren J. Warshavsky