**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff,<br><br>             v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant. | 12-MISC-00115 (JSR)<br>ECF Case<br><br>PERTAINS TO CASE 12-CV-02482 |
| In re:<br><br>MADOFF SECURITIES | **NOTICE OF APPEARANCE** |

       Please take notice that the undersigned attorneys from the law firm of Kobre & Kim LLP hereby appear as counsel of record for Robert H. Book and R.H. Book, LLC, defendants in Case No. 12-cv-02482.  All notice given or required to be given in the case and all papers filed in this case shall be served upon the undersigned.  The undersigned certify that they are admitted to practice in this Court.

Dated: New York, New York
       April 24, 2012

                      KOBRE & KIM LLP

                  By: /s/ David H. McGill
                      800 Third Avenue
                      New York, New York 10022
                      Tel:  +1 212 488 1200
                      Fax:  +1 212 488 1220
                      Steven G. Kobre (*steven.kobre@kobrekim.com*)
                      Danielle L. Rose (*danielle.rose@kobrekim.com*)
                      David H. McGill (*david.mcgill@kobrekim.com*)

                      *Attorneys for Robert H. Book and R.H. Book, LLC*