**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | 12-MC-00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Timothy P. Harkness, a member of the law firm of Freshfields Bruckhaus Deringer US LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants The Ashby Trust, The El Prela Trust, Alpine Trustees Limited, Port of Hercules Trustees Limited, First Peninsula Trustees Limited, El Prela Group Holding Services Limited, Ashby Holding Services Limited, Ashby Investment Services Limited, and El Prela Trading Investments Limited (collectively, the "Trust Defendants"), defendants in the proceeding styled *Picard v. Ceretti et al.*, Adv. Pro. No. 09-01161 (BRL), defendants in the proceeding styled *Picard v. Ceretti et al.*, Civ. Pro. No. 11-07134 (JSR) and defendants in the above-captioned miscellaneous proceeding, and requests that all notices, pleadings, motions, applications and other documents filed and/or served in these cases be served on the undersigned.  The Trust Defendants reserve

all rights, including any defenses or objections to the jurisdiction or venue of this court, and this appearance in no way waives any such rights.

Dated:  New York, New York            FRESHFIELDS BRUCKHAUS
        April 25, 2012                    DERINGER US LLP
                                                  By:  */s/ Timothy P. Harkness*
                                                        Timothy P. Harkness, Esq.

                                                        601 Lexington Avenue
                                                        31st Floor
                                                        New York, New York 10022
                                                        Telephone:  (212) 277-4000
                                                        Facsimile:  212-277-4001
                                                        timothy.harkness@freshfields.com

                                                        *Attorneys for the Trust Defendants*