UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | 12-MC-00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Cheryl L. Howard, a member of the law firm of Freshfields Bruckhaus Deringer US LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendants The Ashby Trust, The El Prela Trust, Alpine Trustees Limited, Port of Hercules Trustees Limited, First Peninsula Trustees Limited, El Prela Group Holding Services Limited, Ashby Holding Services Limited, Ashby Investment Services Limited, and El Prela Trading Investments Limited (collectively, the "Trust Defendants"), defendants in the proceeding styled *Picard v. Ceretti et al.*, Adv. Pro. No. 09-01161 (BRL), defendants in the proceeding styled *Picard v. Ceretti et al.*, Civ. Pro. No. 11-07134 (JSR) and defendants in the above-captioned miscellaneous proceeding, and requests that all notices, pleadings, motions, applications and other documents filed and/or served in these cases be served on the undersigned. The Trust Defendants reserve

all rights, including any defenses or objections to the jurisdiction or venue of this court, and this appearance in no way waives any such rights.

| | |
|---|---|
| Dated:  New York, New York<br>        April 25, 2012 | FRESHFIELDS BRUCKHAUS<br>DERINGER US LLP<br>By: _/s/ Cheryl L. Howard_<br>     Cheryl L. Howard, Esq.<br><br>601 Lexington Avenue<br>31st Floor<br>New York, New York 10022<br>Telephone:  (212) 277-4000<br>Facsimile:  212-277-4001<br>cheryl.howard@freshfields.com<br><br>*Attorneys for the Trust Defendants* |