**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | 12-MC-00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David J. Onorato, a member of the law firm of Freshfields Bruckhaus Deringer US LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Tensyr Limited, a defendant in the proceeding styled *Picard v. Natixis et al.*, Adv. Pro. No. 10-05353 (BRL), a defendant in the proceeding styled *Picard v. Natixis et al.*, Civ. Pro. No. 11-09501 (JSR) and a defendant in the above-captioned miscellaneous proceeding, and requests that all notices, pleadings, motions, applications and other documents filed and/or served in these cases be served on the undersigned. Tensyr Limited reserves all rights, including any defenses or objections to the jurisdiction or venue of this court, and this appearance in no way waives any such rights.

Dated:  New York, New York                         FRESHFIELDS BRUCKHAUS
        April 25, 2012                                          DERINGER US LLP
                                                            By:  */s/ David J. Onorato*
                                                                  David J. Onorato, Esq.

                                                                 601 Lexington Avenue
                                                                 31st Floor
                                                                 New York, New York 10022
                                                                 Telephone:  (212) 277-4000
                                                                 Facsimile:  212-277-4001
                                                                 david.onorato@freshfields.com

                                                                *Attorneys for Defendant Tensyr Limited*