UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Defendant. | 12-MC-00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Susan Amble Higgins, a member of the law firm of Freshfields Bruckhaus Deringer US LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Tensyr Limited, a defendant in the proceeding styled *Picard v. Natixis et al.*, Adv. Pro. No. 10-05353 (BRL), a defendant in the proceeding styled *Picard v. Natixis et al.*, Civ. Pro. No. 11-09501 (JSR) and a defendant in the above-captioned miscellaneous proceeding, and requests that all notices, pleadings, motions, applications and other documents filed and/or served in these cases be served on the undersigned. Tensyr Limited reserves all rights, including any defenses or objections to the jurisdiction or venue of this court, and this appearance in no way waives any such rights.

Dated: New York, New York  
April 25, 2012

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: */s/ Susan Amble Higgins*  
Susan Amble Higgins, Esq.

601 Lexington Avenue  
31st Floor  
New York, New York 10022  
Telephone:  (212) 277-4000  
Facsimile:  212-277-4001  
susan.higgins@freshfields.com

*Attorneys for Defendant Tensyr Limited*