**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Case No. 12-MC-00115 (JSR)<br><br>PERTAINS TO CASES<br>12 Civ. 02751 (JSR)<br>12 Civ. 02752 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Donald M. Badaczewski of Cohen & Gresser LLP appears on behalf Deborah Madoff, individually and as Guardian of A.M. and E.M. in Case No. 12 Civ. 02751 (JSR) and on behalf of Deborah Madoff in Case No. 12 Civ. 02752 (JSR). The undersigned respectfully demands that all pleadings, notices, orders, correspondence or other papers in connection with this action be served upon him at the following address:

> Donald M. Badaczewski
> COHEN & GRESSER LLP
> 800 Third Avenue
> New York, New York 10022
> Telephone: (212) 957-7600
> Facsimile: (212) 957-4514
> dbadaczewski@cohengresser.com

|  |  |
|---|---|
| Dated: April 25, 2012<br>New York, New York | **COHEN & GRESSER LLP**<br><br>       /s/ Donald M. Badaczewski       <br>Donald M. Badaczewski<br>800 Third Avenue<br>New York, New York 10022<br>Tel: (212) 957-7600<br>Fax: (212) 957-4514<br>dbadaczewski@cohengresser.com<br><br>*Attorneys for Deborah Madoff, individually and in her capacity as Guardian for A.M. and E.M.* |