UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Trustee-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (BRL) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> MADOFF SECURITIES | 12-mc-00115 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marc J. Gottridge of Hogan Lovells US LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited in the above-captioned consolidated action,[1] and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.  Defendants reserve all defenses or objections to the jurisdiction or venue of this Court, and this appearance in no way waives any such rights.

---

[1] Counsel appears on behalf of these, and only these defendants, and represents these defendants in *Picard v. Barclays Bank (Suisse) S.A., Barclays Bank S.A. and Barclays Private Bank & Trust Limited*, Case No. 11-cv-2569.

\\NY - 002685/000003 - 2390842 v1

Dated:  April 26, 2012
       New York, New York

                                    HOGAN LOVELLS US LLP

                                    BY:   /s/ Marc J. Gottridge
                                           Marc J. Gottridge

                                    875 Third Avenue
                                    New York, New York 10022
                                    Telephone: (212) 918-3000
                                    Facsimile: (212) 918-3100
                                    Marc.gottridge@hoganlovells.com

                                    *Attorneys for Defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited*