UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Trustee-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES | 12-mc-00115 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Andrew M. Behrman of Hogan Lovells US LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited in the above-captioned consolidated action,[1] and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned. Defendants reserve all defenses or objections to the jurisdiction or venue of this Court, and this appearance in no way waives any such rights.

---

[1] Counsel appears on behalf of these, and only these defendants, and represents these defendants in *Picard v. Barclays Bank (Suisse) S.A., Barclays Bank S.A. and Barclays Private Bank & Trust Limited*, Case No. 11-cv-2569.

\\NY - 002685/000003 - 2390845 v1

Dated: April 26, 2012
New York, New York

        HOGAN LOVELLS US LLP

        BY: __/s/ Andrew M. Behrman__
              Andrew M. Behrman

        875 Third Avenue
        New York, New York 10022
        Telephone: (212) 918-3000
        Facsimile: (212) 918-3100
        andrew.behrman@hoganlovells.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited*

2

\\NY - 002685/000003 - 2390845 v1