UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION : Case No. 12-mc-00115-JSR
CORPORATION,

               Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
               Defendant.
------------------------------------------------------------x
In re:                                           **NOTICE OF APPEARANCE**

MADOFF SECURITIES

------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Kara Fishbein Goldman, Steven Goldman, and the other defendants listed on the List of Defendants Represented by Pryor Cashman LLP. All notices given or required to be given in the case and all papers filed in this case should be served upon the undersigned. The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York         PRYOR CASHMAN LLP
       April 26, 2012

                                              By:  */s/ Richard Levy, Jr.*
                                                  Richard Levy, Jr.
                                      7 Times Square
                                      New York, New York 10036
                                      Telephone: (212) 326-0886
                                      Fax: (212) 798-6393
                                      E-mail: rlevy@pryorcashman.com

                                      Attorneys for Kara Fishbein Goldman, Steven Goldman, and the Other Defendants on the Attached List

1160550 v2
15208.00007

## DEFENDANTS REPRESENTED BY PRYOR CASHMAN LLP:

| Defendant | Adv. Pro. # (Bankr. Court) | Civ. # (Dist. Court) |
| --- | --- | --- |
| KARA FISHBEIN GOLDMAN; STEVEN GOLDMAN | 10-4735 | 11-4959 |
| PATRICE M. AULD; MERRITT KEVIN AULD; JAMES P. MARDEN | 10-4343 | 11-5005 |
| BERNARD MARDEN PROFIT SHARING PLAN; PATRICE M. AULD, as Trustee of Bernard Marden Profit Sharing Plan; JAMES P. MARDEN, as Trustee of Bernard Marden Profit Sharing Plan | 10-5168 | 11-5007 |
| HELENE R. CAHNERS KAPLAN, HELENE R. CAHNERS GRANTOR RETAINED ANNUITY TRUST #1, NANCY L. CAHNERS, individually and in her capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1, ROBERT M. CAHNERS, individually and in his capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1, ARTHUR B. PAGE, in his capacity as Trustee of the Helene R. Cahners Grantor Retained Annuity Trust #1, RACHEL CAHNERS CAVENEY, PHILIP CAHNERS | 10-5042 | 11-5008 |
| CHARLOTTE M. MARDEN; THE CHARLOTTE M. MARDEN IRREVOCABLE INSURANCE TRUST, a Florida Trust; NEAL J. NISSEL, as trustee; JAMES P. MARDEN; PATRICIA M. AULD; ALEXANDRIA K. MARDEN; GABRIELLE Z. MARDEN; MEGHAN M. AULD; ELIZABETH C. AULD; O.A., a minor | 10-5118 | 11-5009 |
| ROBERT FRIED and JOANNE FRIED, individually and in their capacities as joint tenants with rights of survivorship | 10-5239 | 11-5156 |
| JAMES P. MARDEN; IRIS ZURAWIN MARDEN; PATRICE M. AULD | 10-4341 | 11-5158 |

| | | |
|---|---|---|
| MARDEN FAMILY LIMITED PARTNERSHIP, a Delaware limited partnership;<br>B&C MARDEN LLC, a Delaware limited liability company;<br>BERNARD A. MARDEN REVOCABLE TRUST, a Florida Trust;<br>ESTATE OF BERNARD A. MARDEN;<br>CHARLOTTE MARDEN (AKA CHRIS MARDEN) as trustee and as an individual;<br>PATRICE M. AULD, as trustee, as personal representative and as an individual;<br>JAMES P. MARDEN, as trustee, as personal representative and as an individual | 10-4348 | 11-5160 |
| NORMA FISHBEIN | 10-4649 | 11-5161 |
| NORMA FISHBEIN REVOCABLE TRUST DTD 3/21/90;<br>NORMA FISHBEIN, individually and in her capacity as Trustee of the Norma Fishbein Revocable Trust Dtd 3/21/90;<br>ROBERT FISHBEIN, in his capacity as Trustee of the Norma Fishbein Revocable Trust Dtd 3/21/90 | 10-4814 | 11-5162 |
| OAKDALE FOUNDATION INC.,<br>BERNARD A. & CHRIS MARDEN FOUNDATION INC.<br>THE PATRICE AND KEVIN AULD FOUNDATION<br>THE MARDEN FAMILY FOUNDATION, INC. | 10-5397 | 11-5163 |
| BRUCE D. PERGAMENT<br>PERGAMENT & PERGAMENT REALTY LLC<br>KYLE KOEPPEL<br>MURRAY PERGAMENT 1999 TRUST FBO KYLE KOEPPEL<br>BRUCE D. PERGAMENT and ERIC B. WOLDENBERG in their capacities as Trustees of the Murray Pergament 1999 Trust FBO Kyle Koeppel<br>MURRAY PERGAMENT 1999 TRUST FBO BRUCE PERGAMENT<br>BRUCE PERGAMENT and ERIC B. WOLDENBERG in their capacities as Trustees of the Murray Pergament 1999 Trust FBO Bruce Pergament<br>LINDA HOROWITZ SPOUSAL TRUST FBO RICHARD HOROWITZ, f/k/a MURRAY PERGAMENT 1999 TRUST FBO LINDA HOROWITZ<br>ERIC B. WOLDENBERG in his capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, Richard Horowitz | 10-5194 | 11-5216 |
| SHARON RADDOCK | 10-4494 | 11-5217 |

| | | |
|---|---|---|
| THE MURRAY & IRENE PERGAMENT FOUNDATION, INC.<br>THE HOROWITZ & LIBSHUTZ FAMILY FOUNDATION, INC., f/k/a Linda & Richard Horowitz Foundation, Inc.<br>THE RANDI PERGAMENT & BRUCE PERGAMENT FOUNDATION, INC. | 10-4565 | 11-5218 |
| DAVID S. WALLENSTEIN | 10-4467 | 11-5219 |
| AVRAM J. GOLDBERG, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg,<br>CAROL R. GOLDBERG, individually and in her capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg,<br>M. GORDON EHRLICH, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account,<br>SIDNEY R. RABB TRUST FBO CAROL GOLDBERG,<br>THE AVCAR GROUP LTD | 10-5439 | 11-5220 |
| ROBERT PERGAMENT<br>LOIS PERGAMENT | 10-4944 | 11-5221 |
| WALLENSTEIN/NY PARTNERSHIP<br>DAVID S. WALLENSTEIN, in his capacity as General Partner of the Wallenstein/NY Partnership | 10-4988 | 11-5222 |