UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |
| In re: MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD,<br><br>        Plaintiff,<br>v.<br><br>JAMES GREIFF,<br><br>        Defendant. | |



12 MC 0115 (JSR)

Adv. Pro. No. 10-04357 (BRL)

11 Civ. 03775(JSR)

## STIPULATION AND ORDER

JED S. RAKOFF, U.S.D.J.

For reasons that are no longer relevant, *Picard v. Greiff*, No. 11 cv. 3775 (JSR) (the "Greiff Action"), was excluded from Exhibit A to the Order dated April 13, 2012, No. 12 Civ. 0115 (S.D.N.Y. Apr. 13, 2012) (ECF No. 4) (the "Order"). The parties to this Stipulation and Order hereby agree that the Greiff Action shall be deemed included in Exhibit A to the Order and covered by the Order in all respects.

Dated: April 17, 2011

BAKER & HOSTETLER LLP

By: _____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*

BECKER & POLIAKOFF

By: _____
45 Broadway Suite 800
New York, NY 10006
Telephone: 212.599.3322
Facsimile: 212.557.0295
Helen Davis Chaitman
Email: Hchaitman@beckerny.com

*Attorneys for Defendant James Greiff*

SECURITIES INVESTOR
PROTECTION CORPORATION

By: _____
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

SO ORDERED.

Dated: New York, New York
       April 19, 2012

_____
JED S. RAKOFF, U.S.D.J.