UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br>　-v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 12-mc-115-JSR |

In re:

MADOFF SECURITIES

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for the defendants represented by Kudman Trachten Aloe LLP listed in the attached hereto. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Date:　April 27, 2012

　　　　　　　　　　　　　　　　　　**KUDMAN TRACHTEN ALOE LLP**

　　　　　　　　　　　　　By:　 /s/ Matthew H. Cohen
　　　　　　　　　　　　　　　　Matthew H. Cohen (MC 6513)
　　　　　　　　　　　　　　　　350 Fifth Avenue, Suite 4400
　　　　　　　　　　　　　　　　New York, NY 10118
　　　　　　　　　　　　　　　　(212) 868-1010

　　　　　　　　　　　　　　　　*ATTORNEYS FOR DEFENDANTS ON THE ATTACHED LIST*

1

## DEFENDANTS REPRESENTED BY KUDMAN TRACHTEN ALOE LLP

| Defendant | Adv. Pro # (Bkr. Court) | Civ. # (Dist. Court) |
|---|---|---|
| MICHAEL FRENCHMAN; LAURIE FRENCHMAN | 10-4290 | 11-9630 |
| THE HAUSNER GROUP (also known as HAUSNER GROUP LP); HILDA HAUSNER; TRUST F/B/O ALEXANDRA E. HAUSNER CAVE; KATHY HAUSNER GROSSMAN, as trustee and as an individual; ELLEN J. WERTHEIM, as trustee; ALEXANDRA E. HAUSNER CAVE | 10-4699 | 11-9631 |
| RINGLER PARTNERS, L.P.; DIANE RINGLER, individually and in her capacity as a General Partner for Ringler Partners, L.P. | 10-4654 | 12-606 |

1