UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES, | 12-mc-0115 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that David J. Mark of Kasowitz, Benson, Torres & Friedman LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned consolidated docket for Banca Carige S.P.A., the defendant in 12-cv-02408. Banca Carige S.P.A. reserves all defenses or objections to the jurisdiction or venue of this Court.

Dated: New York, New York
　　　　April 27, 2012

　　　　　　　　　　　　　　　　　　KASOWITZ, BENSON, TORRES
　　　　　　　　　　　　　　　　　　　& FRIEDMAN LLP

　　　　　　　　　　　　　　　　　　　/s/ David J. Mark
　　　　　　　　　　　　　　　　　　David J. Mark Esq.
　　　　　　　　　　　　　　　　　　dmark@kasowitz.com
　　　　　　　　　　　　　　　　　　1633 Broadway
　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　Phone: (212) 506-1700
　　　　　　　　　　　　　　　　　　Fax: (212) 506-1800

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Banca Carige S.P.A.*