UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES. | 12-mc-00115 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that William P. Weintraub of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned consolidated case (the "Madoff Securities Case") for the defendants in the following adversary proceedings (the "Adversary Proceedings") (i) *Picard v. Nystrom*, 12-cv-02403 (JSR) (ii) *Picard v. Hinte*, 12-cv-02404 (JSR), and (iii) *Picard v. Blumenfeld, et al.*, 12-cv-02405 (JSR).  All notices given or required to be given in the Madoff Securities Case and all papers filed in the Madoff Securities Case should be given to and served upon the undersigned. Each of the defendants in the Adversary Proceedings reserve all defenses and/or objections available to them.

2689654.1

Dated: New York, New York
April 30, 2012

                    FRIEDMAN KAPLAN SEILER &
                      ADELMAN LLP

/s/ William P. Weintraub
William P. Weintraub
Gregory W. Fox
Kizzy L. Jarashow
7 Times Square
New York, New York 10036-6516
Telephone:  (212) 833-1100
Facsimile:  (212) 373-7945
E-mail:     wweintraub@fklaw.com
           gfox@fklaw.com
           kjarashow@fklaw.com