UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,
                                        :
            Plaintiff,                  :
                                        :       12 MC 115 (JSR)
            -v-                         :
                                        :          ORDER
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :
                                        :
            Defendant.                  :
------------------------------------- x
                                        :
In re:                                  :
                                        :
MADOFF SECURITIES                       :
------------------------------------- x
PERTAINS TO THE FOLLOWING CASES:        :
------------------------------------- x
                                        :
IRVING H. PICARD,                       :
            Plaintiff,                  :
                                        :
            -v-                         :       11 Civ. 3775 (JSR)
                                        :
JAMES GREIFF,                           :
         Defendant.                     :
                                        :
------------------------------------- x
IRVING H. PICARD,                       :
            Plaintiff,                  :
                                        :
            -v-                         :       11 Civ. 4293 (JSR)
                                        :
GERALD BLUMENTHAL,                      :
            Defendant.                  :
------------------------------------- x
IRVING H. PICARD,                       :
            Plaintiff,                  :
                                        :
            -v-                         :       11 Civ. 4959 (JSR)
                                        :
KARA FISHBEIN GOLDMAN and STEVEN        :
GOLDMAN,                                :
            Defendants.                 :
------------------------------------- x

```
------------------------------------- x
IRVING H. PICARD,                      :
               Plaintiff,              :
                                       :
               -v-                     :        11 Civ. 4936 (JSR)
                                       :
HAROLD J. HEIN,                        :
               Defendant.              :
------------------------------------- x
```

In each of the cases listed above, the Court dismisses all of the Trustee's claims except those proceeding under § 548(a)(1)(A) and § 550(a). While the Court had hoped to issue an opinion explaining the reasons for its decision today, that opinion will not be ready until Monday, April 30, 2012. Any party wishing to amend any related briefing schedule in light of this delay should, jointly with its adversary, call Chambers on Tuesday, May 1, 2012 to make the request.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 27, 2012

2