UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>   -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Index No. 12-mc-00115 (JSR)<br><br><br>NOTICE OF APPEARANCE |
| In re:<br><br>MADOFF SECURITIES | |

To the Clerk of This Court and All Parties of Record:

  PLEASE TAKE NOTICE that the undersigned counsel hereby appears in this action for Defendants (i) Estate of Kay Frankel, Charitable Remainder Trust F/B/O Vivien Svigals, Daniel Schneider, in his capacities as executor of the Estate of Kay Frankel and trustee of the Charitable Remainder Trust F/B/O Vivien Svigals, and Visiting Nurse Service of New York (Civ. Action No. 11-cv-09680(JSR)), and (ii) Marvin Olshan (Civ. Action No. 12-cv-00701(JSR)).

  I certify that I am admitted to practice in this Court.

Dated: New, York, New York
   April 30, 2012

               OLSHAN GRUNDMAN FROME
               ROSENZWEIG & WOLOSKY LLP


          By: /s/ Joshua S. Androphy
             Joshua S. Androphy (JA 1481)
             Park Avenue Tower
             65 East 55th Street
             New York, New York 10022
             (212) 451-2300
             jandrophy@olshanlaw.com

1641584-1