**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------- x
SECURITIES INVESTOR PROTECTION                   :
CORPORATION,                                     :
                                                 :
                          Plaintiff,             :
                                                 :          12-mc-00115 (JSR)
                -v-                               :
                                                 :      NOTICE OF APPEARANCE
BERNARD L. MADOFF INVESTMENT                     :
SECURITIES LLC,                                  :
                                                 :
                          Defendant.             :
-------------------------------------------------------------- x
In re:                                           :
                                                 :
MADOFF SECURITIES                                :
-------------------------------------------------------------- x
PERTAINS TO CASE 12-cv-2638                      :
-------------------------------------------------------------- x
```

PLEASE TAKE NOTICE that Mark G. Cunha of the law firm of Simpson

Thacher & Bartlett LLP hereby appears as counsel for Defendants Fairfield Greenwich Limited,

Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff

Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Chester

Management Cayman Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard

Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes

Barreneche, Santiago Reyes, Jacqueline Harary, and Corina Noel Piedrahita in this action and

requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  April 30, 2012
         New York, New York

                                             SIMPSON THACHER & BARTLETT LLP

                                             By:     /s/ Mark G. Cunha
                                                   Mark G. Cunha
                                                   (mcunha@stblaw.com)
                                                   425 Lexington Avenue
                                                   New York, New York 10017
                                                   Telephone: (212) 455-2000
                                                   Facsimile:  (212) 455-2502

                                             *Attorney for Defendants Fairfield Greenwich
                                             Limited, Fairfield Greenwich (Bermuda) Limited,
                                             Fairfield Greenwich Advisors LLC, Fairfield
                                             Heathcliff Capital LLC, Fairfield International
                                             Managers, Inc., Fairfield Greenwich (UK) Limited,
                                             Chester Management Cayman Limited, Mark
                                             McKeefry, Daniel Lipton, Gordon McKenzie,
                                             Richard Landsberger, Philip Toub, Charles
                                             Murphy, Andrew Smith, Harold Greisman, Lourdes
                                             Barreneche, Santiago Reyes, Jacqueline Harary,
                                             and Corina Noel Piedrahita*