UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SECURITIES INVESTOR PROTECTION  :
CORPORATION,  :
 :
               Plaintiff,  :
 : 12-mc-00115 (JSR)
       -v-  :
 : **NOTICE OF APPEARANCE**
BERNARD L. MADOFF INVESTMENT  :
SECURITIES LLC,  :
 :
               Defendant.  :
---------------------------------------------------------------- x
In re:  :
 :
MADOFF SECURITIES  :
---------------------------------------------------------------- x
PERTAINS TO CASE 12-cv-2638  :
---------------------------------------------------------------- x

      PLEASE TAKE NOTICE that Sara A. Ricciardi of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Defendants Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Chester Management Cayman Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes Barreneche, Santiago Reyes, Jacqueline Harary, and Corina Noel Piedrahita in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  April 30, 2012
       New York, New York

                                  SIMPSON THACHER & BARTLETT LLP

                          By:   /s/ Sara A. Ricciardi
                              Sara A. Ricciardi
                              (sricciardi@stblaw.com)
                              425 Lexington Avenue
                              New York, New York 10017
                              Telephone: (212) 455-2000
                              Facsimile:  (212) 455-2502

*Attorney for Defendants Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Chester Management Cayman Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes Barreneche, Santiago Reyes, Jacqueline Harary, and Corina Noel Piedrahita*