UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff

        v.                                12-MC-115 (JSR)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

In re:

                                                    NOTICE OF APPEARANCE

MADOFF SECURITIES,

SIRS:

        Please Take Notice, that the undersigned hereby appear as attorneys for the defendants M. HARVEY RUBIN TRUST OF 11/11/92 and MAURICE HARVEY RUBIN and demand that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: April 30, 2010                              WEISMAN CELLER SPETT
                                                        & MODLIN, P.C.

                                                  By: /s/ Kenneth Hicks
                                                  By: /s/ John B. Sherman
                                                        Kenneth Hicks
                                                        John B. Sherman
                                                        Attorneys for the Defendants
                                                         445 Park Avenue, 15th Floor
                                                        New York, New York 10022
                                                        (212) 371-5400
                                                        (212) 371-5407 (facsimile)
                                                        E-mail: khicks@wcsm445.com
                                                       E-mail: jsherman@wcsm445.com