UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　Defendant. | 12-misc-00115 (JSR)<br>ECF Case<br><br>[Adv. Pro. No. 10-05286 (BRL)] |
| In re:<br><br>MADOFF SECURITIES | |
| **PERTAINS TO THE FOLLOWING CASE(S):**<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　Plaintiff,<br>vs.<br><br>LEGACY CAPITAL LTD.; ISAAC JIMMY MAYER; RAFAEL MAYER; DAVID MAYER; KHRONOS LLC; KHRONOS CAPITAL RESEARCH LLC; BNP PARIBAS SECURITIES CORP., HCH MANAGEMENT COMPANY LTD.; MONTPELLIER RESOURCES LTD.; INVERSIONES COQUE S.A.; AURORA RESOURCES LTD.; and OLYMPUS ASSETS LDC,<br>　　　　　Defendants. | **CASE NO. 1:11-cv-07764 (JSR)**<br>**CASE NO. 1:11-cv-07765 (JSR)** |

　　　　PLEASE TAKE NOTICE that EUGENE E. STEARNS (**"Stearns"**) of the law firm of

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A., appears as

counsel of record for the Defendant, **ISAAC JIMMY MAYER**, in the above-styled cases.

Stearns requests that the Clerk of this Court and all other parties-in-interest in this case provide notice of, and where applicable, service of, all pleadings, motions, orders, notices, applications, petitions, responses, opposition papers, answering papers, reply papers, demands, and any other documents or communications pertaining to this case or any proceeding relating to this case, whether written, oral, formal, informal, by hand-delivery, mail, telephone, facsimile, electronic filing, or in any other manner whatsoever, to:

EUGENE E. STEARNS
estearns@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
*Attorney for Isaac Jimmy Mayer*
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone (Main):     (305) 789-3200
Telephone (Direct):   (305) 789-3400
Facsimile:            (305) 789-2669

Dated:  May 1, 2012.

                                                  Respectfully submitted,

                                                  By:   */s/ Eugene E. Stearns*
                                                        EUGENE E. STEARNS
                                                        Florida Bar No. 149335
                                                        estearns@stearnsweaver.com

                                                        STEARNS WEAVER MILLER WEISSLER
                                                         ALHADEFF & SITTERSON, P.A.
                                                        Museum Tower, Suite 2200
                                                        150 West Flagler Street
                                                        Miami, FL 33130
                                                        Telephone (Main):     (305) 789-3200
                                                        Telephone (Direct):   (305) 789-3400
                                                        Facsimile:            (305) 789-2669

                                                        *Counsel for Defendant, Isaac Jimmy Mayer*

2

**CERTIFICATE OF SERVICE**

I CERTIFY that on May 1, 2012, I caused the foregoing Notice to be filed electronically via the Court's CM/ECF system. I further certify that based on the Court docket, the Notice was served by transmission of Notices of Electronic Filing ("NEF") generated by CM/ECF to those parties registered to receive NEF in this case, as indicated on the attached Service List.

By: */s/ Eugene E. Stearn*
EUGENE E. STEARNS

#1808517 v1

3

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street, Suite 2200 ▪ Miami, FL 33130 ▪ (305) 789-3200

# Mailing Information for a Case 1:12-mc-00115-JSR

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Paul H. Aloe**
  paloe@kudmanlaw.com,mcohen@kudmanlaw.com
- **Joshua S. Androphy**
  jandrophy@olshanlaw.com,docketclerk@olshanlaw.com
- **Lauren Attard**
  lattard@sipc.org,rcotchan@sipc.org
- **Donald Mark Badaczewski**
  dbadaczewski@cohengresser.com,vharris@cohengresser.com,mlopez@cohengresser.com,lpina@cohengresser.com
- **Jessica Lyn Bartlett**
  jessica.bartlett@shearman.com
- **Andrew Mark Behrman**
  andrew.behrman@hoganlovells.com,marie.ferrara@hoganlovells.com,tu.nguyen@hoganlovells.com
- **Kevin H. Bell**
  kbell@sipc.org,rcotchan@sipc.org
- **Rebecca Biber Callaway**
  rebecca.callaway@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com
- **Helen Davis Chaitman**
  HChaitman@becker-poliakoff.com,cdavis@becker-poliakoff.com,lblanco@becker-poliakoff.com
- **Dianne Frances Coffino**
  dcoffino@cov.com,maony@cov.com,lpmco@dbllp.com
- **Matthew Harris Cohen**
  mcohen@kudmanlaw.com
- **Nicholas J. Cremona**
  ncremona@bakerlaw.com,bhaa@bakerlaw.com
- **Mark Geoffrey Cunha**
  mcunha@stblaw.com,managingclerk@stblaw.com
- **Michael Richard Dal Lago**
  mdallago@mcsw.com,bankruptcy@morrisoncohen.com,Fhperkins@Morrisoncohen.com,courtnotices@morrisoncohen.com
- **Richard Henry Dolan**
  rhd@schlamstone.com
- **James B. Glucksman**
  jbg@rattetlaw.com,ch11esq@yahoo.com

- **Julie Gorchkova**
  jgorchkova@beckerny.com
- **Marc Joel Gottridge**
  marc.gottridge@hoganlovells.com,scott.reynolds@hoganlovells.com,marie.ferrara@hoganlovells.com,tu.nguyen@hoganlovells.com,arona.samb@hoganlovells.com
- **Timothy P. Harkness**
  timothy.harkness@freshfields.com,$usmanagingattorneyteam@freshfields.com
- **Kenneth Alan Hicks**
  khicks@wcsm445.com
- **Susan Louise Amble Higgins**
  susan.higgins@freshfields.com,suzanne.alenick@freshfields.com
- **Cheryl Lynn Howard**
  cheryl.howard@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com
- **Peter Eric Kazanoff**
  pkazanoff@stblaw.com,managingclerk@stblaw.com
- **Bennette Deacy Kramer**
  bdk@schlamstone.com
- **Richard Levy , Jr**
  rlevy@pryorcashman.com,docketing@pryorcashman.com
- **David J. Mark**
  dmark@kasowitz.com,courtnotices@kasowitz.com
- **David Harrison McGill**
  david.mcgill@kobrekim.com
- **David Joseph Onorato**
  david.onorato@freshfields.com,$usmanagingattorneyteam@freshfields.com
- **Barbra Rachel Parlin**
  barbra.parlin@hklaw.com,glenn.huzinec@hklaw.com,barry.vasios@hklaw.com,elvin.ramos@hklaw.com
- **Sara Ann Ricciardi**
  sricciardi@stblaw.com,managingclerk@stblaw.com
- **David Corey Rose**
  drose@pryorcashman.com,docketing@pryorcashman.com
- **Joanna Shally**
  jshally@shearman.com
- **Howard L. Simon**
  hsimon@windelsmarx.com,ivoryteam@windelsmarx.com
- **Sumitomo Trust & Banking Co. Ltd.**
  jstern@beckerglynn.com
- **Daniel Hershel Tabak**
  dtabak@cohengresser.com,vharris@cohengresser.com,mlopez@cohengresser.com,lpina@cohengresser.com
- **Paula J. Warmuth**
  pjw@stim-warmuth.com,gpw@stim-warmuth.com

- **Oren J. Warshavsky**
  owarshavsky@bakerlaw.com,nlandrio@bakerlaw.com,bhbkteam@bakerlaw.com,lmedina@bakerlaw.com,bhlitdocket@bakerlaw.com,bhaa@bakerlaw.com
- **William P Weintraub**
  wweintraub@fklaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`

#1808512 v1