UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Case No. 12-mc-00115-JSR |
| In re:<br><br>MADOFF SECURITIES | **NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for the defendants listed on Exhibit 1. All notices given or required to be given in the case and all papers filed in this case should be served upon the undersigned. The undersigned certifies that he is admitted to practice in this Court.

Dated: May 1, 2012

          SILLS CUMMIS & GROSS P.C.

          By: */s/ Andrew H. Sherman*
            Andrew H. Sherman
            Boris I. Mankovetskiy
          30 Rockefeller Plaza
          New York, New York 10112
          Telephone: (212) 643-7000
          Fax: (212) 643-6500
          E-mail: asherman@sillscummis.com
             bmankovetskiy@sillscummis.com

2115847 v1

**Exhibit 1**

| Defendant | Adv. Pro. # (Bankr. Court) | Civ. # (Dist. Court) |
|---|---|---|
| Mark Chais<br>Miri Chais<br>Wrenn Chais<br>William Chais<br>Michael Chasalow<br>Emily Chasalow<br>Unicycle Trading Company<br>Unicycle Corporation<br>Unicycle Corporation Money Purchase Plan<br>Emily Chais Trust No. 2<br>Emily Chais Trust No. 3<br>Emily Chais 1983 Trust<br>Emily Chais Issue Trust No. 1<br>Emily Chais Issue Trust No. II<br>Benjamin Paul Chasalow Transferee Trust No. 1<br>Benjamin Paul Chasalow 1999 Trust<br>Rachel Allison Chasalow Transferee Trust No. 1<br>Rachel Allison Chasalow 1999 Trust<br>Justin Robert Chasalow Transferee Trust No. 1<br>Justin Robert Chasalow 1999 Trust<br>Onondaga, Inc. Defined Benefit Pension Plan<br>Onondaga, Inc. Money Purchase Plan<br>William Frederick Chais Trust No. 2<br>William Frederick Chais Trust No. 3<br>William Frederick Chais 1983 Trust<br>William Frederick Chais Issue Trust No. I<br>William Frederick Chais Issue Trust No. II<br>Madeline Chais Transferee Trust No. I<br>Madeline Celia Chais 1992 Trust<br>Chloe Frances Chais Transferee Trust No. I<br>Chloe Frances Chais 1994 Trust<br>Jonathan Chais Transferee Trust No. I<br>Jonathan Wolf Chais 1996 Trust<br>Mark Hugh Chais Trust No. 2<br>Mark Hugh Chais Trust No. 3<br>Mark Hugh Chais 1983 Trust<br>Mark Hugh Chais Issue Trust No. I<br>Mark Hugh Chais Issue Trust No. II<br>Tali Chais Transferee Trust No. I<br>Tali Chais 1997 Trust<br>Ari Chais Transferee Trust No. I<br>Ari Chais 1999 Trust<br>1994 Trust for the Children of Stanley and Pamela Chais<br>1996 Trust for the Children of Stanley and Pamela Chais<br>William & Wrenn Chais 1994 Family Trust<br>1999 Trust for the Grandchildren of Stanley and Pamela Chais<br>Chais Investments, Ltd.<br>Onondaga, Inc.<br>Chais Management, Ltd.<br>Chais Management, Inc.<br>Chais Venture Holdings | 09-1172 (BRL) | 12-02371-JSR |