UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | 12 MC 115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |
| PERTAINS TO CASE NO. 12-cv-00259 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kimberly J. Robinson is hereby entering her appearance on behalf of Financiere Agache, defendant in the proceeding styled *Irving H. Picard. V. Financiere Agache*, Case No. 12-cv-00259. The undersigned further requests that all correspondence, pleadings, notices and other documents filed and/or served in this case shall be served upon the undersigned.

Dated: May 1, 2012

　　　　　　　　　　　　　　　　　　BARACK FERRAZZANO KIRSCHBAUM
　　　　　　　　　　　　　　　　　　& NAGELBERG LLP

　　　　　　　　　　　　　　　　　　By    */s/ Kimberly J. Robinson*
　　　　　　　　　　　　　　　　　　Kimberly J. Robinson
　　　　　　　　　　　　　　　　　　Barack Ferrazzano Kirschbaum
　　　　　　　　　　　　　　　　　　& Nagelberg LLP
　　　　　　　　　　　　　　　　　　200 West Madison Street, Suite 3900
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Telephone:　(312) 984-3100
　　　　　　　　　　　　　　　　　　Facsimile:　(312) 984-3150
　　　　　　　　　　　　　　　　　　*kim.robinson@bfkn.com*

　　　　　　　　　　　　　　　　　　*Attorney for Financiere Agache*

## CERTIFICATE OF SERVICE

     I, Kimberly J. Robinson, an attorney, hereby certify that a copy of the foregoing Notice of Appearance was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and by electronic mail, on May 1, 2012 to the party listed below:

Howard L. Simon
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
Email: hsimon@windelsmarx.com


                                                  */s/ Kimberly J. Robinson*
                                                    Kimberly J. Robinson