UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | 12 MC 115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |
| PERTAINS TO CASE NO. 12-cv-00259 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that William J. Barrett is hereby entering his appearance on behalf of Financiere Agache, defendant in the proceeding styled *Irving H. Picard. V. Financiere Agache*, Case No. 12-cv-00259.  The undersigned further requests that all correspondence, pleadings, notices and other documents filed and/or served in this case shall be served upon the undersigned.

Dated: May 1, 2012

                                                 BARACK FERRAZZANO KIRSCHBAUM
                                                 & NAGELBERG LLP

                                                 By   */s/ William J. Barrett*
                                                 William J. Barrett
                                                 Barack Ferrazzano Kirschbaum
                                                 & Nagelberg LLP
                                                 200 West Madison Street, Suite 3900
                                                 Chicago, IL 60606
                                                 Telephone:     (312) 984-3100
                                                 Facsimile:      (312) 984-3150
                                                 [william.barrett@bfkn.com](mailto:william.barrett@bfkn.com)

                                               *Attorney for Financiere Agache*

## CERTIFICATE OF SERVICE

I, William J. Barrett, an attorney, hereby certify that a copy of the foregoing Notice of Appearance was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York and by electronic mail, on May 1, 2012 to the party listed below:

Howard L. Simon
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
Email: hsimon@windelsmarx.com


                                            */s/ William J. Barrett*
                                                  William J. Barrett