**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendants. | 12 MISC. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br> WOLFSON EQUITIES, AARON WOLFSON, individually, THE AARON WOLFSON 1983 TRUST, THE ABRAHAM WOLFSON 1983 TRUST, THE ALISA WOLFSON SAFIER 1983 TRUST, THE DANIEL WOLFSON 1983 TRUST, THE ELISHIVA WOLFSON 1983 TRUST, THE NADINE R. WOLFSON 1991 TRUST, THE REBECCA WOLFSON WOLMARK 1983 TRUST, THE WOLFSON TRUST, <br><br> Defendants. | Adv. Pro. No. 10-5220 (BRL) <br><br> 11 Civ. 9449 (JSR) |

**CONSENT ORDER DEFERRING BRIEFING ON REMAINING ISSUE
IN PENDING MOTION TO WITHDRAW THE REFERENCE**

JED S. RAKOFF, U.S.D.J.

300243730

On consent of (i) the above-captioned defendants (collectively, "Defendants"),[1] (ii) Irving H. Picard, as Trustee (the "Trustee") for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, and (iii) the Securities Investor Protection Corporation ("SIPC", together with the Defendants and the Trustee, the "Parties"), briefing with respect to whether a defendant's right to a jury trial provides a basis to withdraw the reference for cause pursuant to 28 U.S.C. § 157(d), the only remaining legal issue raised by the pending Motion to Withdraw the Reference (the "Remaining Issue") which is not subsumed by the (i) *Order, In re: Madoff Securities*, No. 12-MC-00115 (JSR) (S.D.N.Y. April 13, 2012) (ECF No. 4) (the "Stern Order") and (ii) *Order, In re: Madoff Securities*, No. 12-MC-00115 (JSR) (S.D.N.Y. April 19, 2012) (ECF No. 22) (together with the Stern Order, the "Common Briefing Orders") shall be deferred until after all of the issues articulated in the Common Briefing Orders have been fully adjudicated by a final order of this Court. The Parties shall advise this Court whether any further briefing with respect to the Remaining Issue is necessary to resolve the pending Motion to Withdraw the Reference in this action as soon as practicable after all of such issues stated in the Common Briefing Orders have been fully adjudicated by a final order of this Court.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Date:   New York, New York
        April 30, 2012

---

[1] The Defendants include the Defendants in the cases listed on Exhibit A hereto that have filed motions to withdraw the reference and joinders in the motion filed in the lead action captioned *Picard v. Wolfson Equities, et al.* (11 Civ. 9449).

300243730

# EXHIBIT A

| Matter | District Court Number |
|---|---|
| *Picard v. ZWD Investments, LLC* | 11-cv-9450 |
| *Picard v. Lanx BM Investments, LLC* | 11-cv-9448 |
| *Picard v. South Ferry #2 LP* | 11-cv-9451 |
| *Picard v. South Ferry Building Co.* | 11-cv-9447 |
| *Picard v. United Congregations Mesora* | 11-cv-~~9410~~ 9445 |
| *Picard v. Chesed Congregations of America* | 11-cv-~~9054~~ 9446 |