UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
 :
    Plaintiff-Applicant, :
 :
    v. : 12-misc-00115 (JSR)
 :
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
 :
    Defendant. :
-----------------------------------------------------------------x
In re: :
  MADOFF SECURITIES, :
 :
    Debtor. :
-----------------------------------------------------------------x
 :
PERTAINS TO THE FOLLOWING CASES: :
 :
-----------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
 : Case No. 11-cv-08897 (JSR)
    Plaintiff, :
 :
    v. :
 :
MELVIN B. NESSEL 2006 TRUST :
U/A/D 3/14/06, *et al.*, :
 :
    Defendants. :
-----------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
 : Case No. 11-cv-08894 (JSR)
    Plaintiff, :
 :
    v. :
 :
MELVIN N. LOCK TRUST, *et al.*, :
 :
    Defendants. :
-----------------------------------------------------------------x

- 2 -

## CERTIFICATE OF SERVICE

I, David A. Rosenzweig, hereby certify that on May 1, 2012, I caused a true and correct copy of the Consolidated Reply Memorandum of Law Regarding Defendants' Motions for Withdrawal of the Reference to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served by electronic mail upon the parties as set forth in Schedule A.

Dated: New York, New York
       May 2, 2012

> By: /s/ David A. Rosenzweig
> David A. Rosenzweig

**Schedule A**

**Attorneys for Plaintiff, Irving H. Picard**
Matthew Lunn (mlunn@ycst.com)
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6646

Oren J. Warshavsky (owarshavsky@bakerlaw.com)
Nicholas J. Cremona (ncremona@bakerlaw.com)
Baker & Hostetler LLP (NYC)
45 Rockefeller Plaza
New York City, NY 10111
(212)-589-4200

**Attorneys for Intervenor, Securities Investor Protection Corporation**
Lauren Attard (lattard@sipc.org)
Kevin H. Bell (kbell@sipc.org)
805 15th Street NW Suite 800
Washington, DC 20005
(202) 371-8300

**Attorneys for Defendants Paul Rampell, John Nessel, Gregory Antoniazzi, Lorraine Lock Nosworthy, Amanda Goldberg Snyderman s/h/a Synderman, Jeremy Goldberg, Elena Elkin, Joshua Elkin, Frederick Goldberg, Alyssa Goldberg, Meredith Goldberg, Joan Elkin Madison, Susan Siegal, Pamela W. Goldberg, and James Nosworthy**
Jonathon D. Warner (jdwarner@warnerandscheuerman.com)
Warner & Scheuerman
6 West 18th Street, 10th Floor
New York, New York 10011
(212) 924-7111

**Attorneys for Defendant Gail Nessel**
Scott A. Ziluck (sziluck@halperinlaw.net)
Halperin Battaglia Raicht, LLP
555 Madison Avenue – 9th Floor
New York, New York, 10022
(212) 765-9100