UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNIE L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                Debtor. | 12-mc-00115 (JSR)<br><br>SIPA LIQUIDATION<br>Adv. Pro. No. 08-01789 (BRL)<br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES<br><br>                                Debtor. | Adv. Pro. No. 11-02871 |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>                          Plaintiff,<br>    v.<br><br>KBC INVESTMENTS LTD.,<br><br>                          DEFENDANT. | Case No. 12-cv-02877 (JSR)<br>ECF Case<br>Electronically Filed. |

## **NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Alan M. Unger, a partner of the law firm Sidley Austin LLP, duly admitted to the Bar of this Court, hereby appears in this action as one of the attorneys for Defendant KBC Investments Ltd.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned.

Dated: New York, New York
May 2, 2012

SIDLEY AUSTIN LLP

By: */s/ Alan M. Unger*
Alan M. Unger
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
aunger@sidley.com

*Attorneys for KBC Investments Ltd.*