**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, : Case No. 12- MC-115 (JSR)
:
Plaintiff, :
:
v. :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
Defendant. :
:
----------------------------------------------------------------X
:
In re: :
:
MADOFF SECURITIES :
----------------------------------------------------------------X
PERTAINS TO CASE :
----------------------------------------------------------------X
:
IRVING H. PICARD, Trustee for the Liquidation : Case No. 12-CV-2311 (JSR)
of Bernard L. Madoff Investment Securities LLC, :
and Bernard L. Madoff, :
:
Plaintiff, :
:
v. :
:
BANK JULIUS BAER & CO. LTD., :
:
Defendant. :
:
----------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby appears as counsel for Bank Julius Baer &

Co. Ltd. in the above referenced action. All notices given or required to be given in this case and

McKool 444451v1

all papers filed in this case shall be served upon the undersigned.[1]

Dated:   New York, New York
         May 3, 2012

                         **McKOOL SMITH P.C.**

                    By:   /s/  John P. Cooney, Jr.
                            John P. Cooney, Jr.
                            jcooney@mckoolsmith.com
                            Eric B. Halper
                            ehalper@mckoolsmith.com
                            Virginia I. Weber
                            vweber@mckoolsmith.com

                            One Bryant Park, 47th Floor
                            New York, New York 10036
                            Tel: (212) 402-9400
                            Fax: (212) 402-9444

                            *Attorneys for Bank Julius Baer & Co. Ltd.*

---

[1] In filing this Notice of Appearance, Bank Julius Baer & Co. Ltd. ("BJB"), a foreign financial institution, is not admitting any facts or waiving any right or defense, including, without limitation, in respect to personal jurisdiction of the court over BJB. BJB does not hereby submit to the jurisdiction of any court, and expressly reserves all rights, defenses, and objections, including without limitation, all defenses based on lack of personal jurisdiction.

McKool 444451v1