**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Case No.  12-mc-00115-JSR |
| In re:<br><br> MADOFF SECURITIES | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for the defendants listed on Exhibit 1. All notices given or required to be given in the case and all papers filed in this case should be served upon the undersigned. The undersigned certifies that he is admitted to practice in this Court.


Dated: May 3, 2012         Kasowitz, Benson, Torres & Friedman LLP

           By:   /s/ Marc E. Kasowitz    
                Marc E. Kasowitz
                Daniel J. Fetterman
                David J. Mark
                1633 Broadway
                New York, New York 10019
                Phone: (212) 506-1700
                E-mail: MKasowitz@kasowitz.com
                      DFetterman@kasowitz.com
                      DMark@kasowitz.com

## Exhibit 1

| Defendant | Adv. Pro. # (Bankr. Court) | Civ. # (Dist. Court) |
|---|---|---|
| JRAG, LLC | 10-4334 | 12-cv-2876 |
| Tesuji Partners, LLC | 10-4334 | 12-cv-2876 |
| The 1995 Jack Parker Descendant Trust No. 1 | 10-4345 | 12-cv-2875 |
| Adam P. Glick | 10-4345 | 12-cv-2875 |
| Harold Anfang | 10-4345 | 12-cv-2875 |
| Daniel F. Lindley | 10-4345 | 12-cv-2875 |
| John Reisman | 10-4345 | 12-cv-2875 |
| Peri Arenas | 10-4345 | 12-cv-2875 |
| Kim Dickstein | 10-4345 | 12-cv-2875 |
| Jill Fischer | 10-4345 | 12-cv-2875 |
| Tesuji Partners, LLC | 10-4345 | 12-cv-2875 |