UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>MADOFF SECURITIES | Case No. 12-mc-00115-JSR<br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for the defendants Jay Gaines & Co., Inc. Profit Sharing Plan, Jay Gaines, individually and in his fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan, Sherry Gaines individually and in her fiduciary capacity as trustee of the Jay Gaines & Co., Inc. Profit Sharing Plan. All notices given or required to be given in the case and all papers filed in this case should be served upon the undersigned. The undersigned certifies that he is admitted to practice in this Court.

Dated: May 3, 2012

SILLS CUMMIS & GROSS P.C.

By: _____
George R. Hirsch
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 643-7000
Fax: (212) 643-6500
E-mail: ghirsch@sillscummis.com