UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant.<br><br>In re:<br><br>MADOFF SECURITIES. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br><br><br>12-mc-00115 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Seth L. Rosenberg of Clayman & Rosenberg LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned consolidated case (the "Madoff Securities Case") for the defendants in the following adversary proceedings (the "Adversary Proceedings") (i) *Picard v. Nystrom*, 12-cv-02403 (JSR) and (ii) *Picard v. Blumenfeld, et al.*, 12-cv-02405 (JSR). All notices given or required to be given in the Madoff Securities Case and all papers filed in the Madoff Securities Case should be given to and served upon the undersigned. Each of the defendants in the Adversary Proceedings reserve all defenses and/or objections available to them.

2689654.1

Dated: New York, New York
       May 3, 2012

                         CLAYMAN & ROSENBERG LLP


                         /s/  Seth L. Rosenberg
                         Seth L. Rosenberg
                         Brian D. Linder
                         Ramsey Hinkle
                         305 Madison Avenue, Suite 1301
                         New York, New York 10165
                         Telephone:   (212) 922-1080
                         Facsimile:   (212) 949-8255
                         E-mail:       Rosenberg@clayro.com
                                           Linder@clayro.com
                                           Hinkle@clayro.com

2689654.1