UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION      :
CORPORATION,                        :
                                    :
             Plaintiff,             :
                                    :      12-mc-00115 (JSR)
     -v-                            :
                                    :      **NOTICE OF APPEARANCE**
BERNARD L. MADOFF INVESTMENT        :
SECURITIES LLC,                     :
                                    :
             Defendant.             :
------------------------------------------------------------x
In re:                              :
                                    :
MADOFF SECURITIES                   :
------------------------------------------------------------x
PERTAINS TO CASE 12-cv-2638         :
------------------------------------------------------------x

PLEASE TAKE NOTICE that Claudio Ochoa of the law firm of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby appears as counsel on behalf of defendant Robert Blum in the above-captioned action and requests that all papers in the above-referenced action be served upon the undersigned at the address stated below. By this Notice of Appearance, Mr. Blum does not waive any defenses that may be raised by motion, answer or otherwise, all of which are reserved.

Dated: New York, New York
       May 7, 2012

                                  MORVILLO, ABRAMOWITZ, GRAND,
                                   IASON, ANELLO & BOHRER, P.C.

By: _____
     Claudio R. Ochoa
     (cochoa@maglaw.com)
565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (Phone)
(212) 856-9494 (Fax)

*Attorneys for Defendant Robert Blum*