UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                12 MISC 00115 (JSR)

                              Plaintiff,
               v.                                                         Pertains to Cases:
                                                              12 Civ. 02345 (JSR)
BERNARD L. MADOFF INVESTMENT                              12 Civ. 02347 (JSR)
SECURITIES LLC,                                                           12 Civ. 02348 (JSR)

                              Defendant
-----------------------------------------------------------------x

In re:

        MADOFF SECURITIES,

-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PROCESS

**PLEASE TAKE NOTICE**, that Robert A. Abrams, Esq., of Katsky Korins LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned consolidated action (the "Madoff Securities Case") for the following defendants (collectively, the "Defendants"): (i) Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust; (ii) Freda Epstein Revocable Trust, Freda B. Epstein, and Jennifer Spring McPherson; and (iii) S. H. & Helen R. Scheuer Family Foundation, Inc.[1], and requests that any and all notices, pleadings, orders, correspondence and other papers filed in connection with the Madoff Securities Case be given to and served upon the undersigned at its address below.  Each of the Defendants reserves

---

[1] The undersigned counsel appears on behalf of these, and only these defendants, and represents these defendants in three separate proceedings before this Court: (i) defendants Richard Spring, The Spring Family Trust and The Jeanne T. Spring Trust, in *Picard v. Cohmad Securities Corporation, et al.*, case No. 12-CV-02347 (JSR); (ii) defendants Freda Epstein Revocable Trust, Freda B. Epstein, and Jennifer Spring McPherson, in *Picard v. Freda Epstein Revocable Trust, et al.*, 12-CV-02345 (JSR); and (iii) defendant S. H. & Helen R. Scheuer Family Foundation, Inc., in *Picard v. S.H. & Helen R. Scheuer Family Foundation, Inc.*, 12-CV-02348 (JSR).

407972-1-W

all defenses and/or objections available to them, and this appearance in no way waives any such rights.

Dated: New York, New York
      May 8, 2012

                              KATSKY KORINS LLP

                              By: /s/ Robert A. Abrams
                              Robert A. Abrams, Esq.
                              605 Third Avenue
                              New York, New York 10158-0038
                              Telephone (212) 716-3237
                              Facsimile (212) 716-3337
                              Email: rabrams@katskykorins.com