UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | 12 MISC 00115 (JSR) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITRUS INVESTMENT HOLDINGS LTD.,<br><br>　　　　Defendant. | Pertains to Case:<br>12 Civ. 2435 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Citrus Investment Holdings, Ltd., in the above-captioned action:

> David J. McLean
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022

        Telephone: (212) 906-1200
        Facsimile: (212) 751-4864

| | |
|---|---|
| Dated: May 9, 2012<br>    New York, New York | LATHAM & WATKINS LLP<br><br>By:   /s/ David J. McLean<br>       David J. McLean<br>       885 Third Avenue<br>       New York, New York 10022<br>       Telephone: (212) 906-1200<br>       Facsimile: (212) 751-4864 |