UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | 12 MISC 00115 (JSR)<br><br>Pertains to Cases:<br>12 Civ. 2435 (JSR)<br>12 Civ. 2366 (JSR) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Citrus Investment Holdings, Ltd. in the proceeding *Picard v. Citrus Investment Holdings Ltd.* (12 Civ. 2435 (JSR)), and on behalf of Defendants Calesa Associates L.P., Edward F. Calesa, Janice M. Calesa 1984 Trust, Randi M. Calesa 1986 Trust, Jeff E. Calesa Trust 1989, Janice M. Calesa, Randi C. Crawford, and Jeff E. Calesa in the proceeding *Picard v. Calesa Associates L.P., et al.* (12 Civ. 2366 (JSR)):

>Michael J. Riela
>Latham & Watkins LLP
>885 Third Avenue
>New York, New York 10022
>Telephone: (212) 906-1200
>Facsimile: (212) 751-4864

Dated: May 9, 2012                                     LATHAM & WATKINS LLP
       New York, New York

                                          By:    /s/ Michael J. Riela
                                                   Michael J. Riela
                                                   885 Third Avenue
                                                   New York, New York 10022
                                                   Telephone: (212) 906-1200
                                                   Facsimile: (212) 751-4864