UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | 12 MISC 00115 (JSR) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>      v.<br><br>CALESA ASSOCIATES L.P.,<br><br>EDWARD F. CALESA,<br><br>JANICE M. CALESA 1984 TRUST,<br><br>RANDI M. CALESA 1986 TRUST,<br><br>JEFF E. CALESA TRUST 1989,<br><br>JANICE M. CALESA,<br><br>RANDI C. CRAWFORD, and<br><br>JEFF E. CALESA,<br><br>                  Defendants. | Pertains to Case:<br>12 Civ. 2366 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants Calesa Associates L.P., Edward F. Calesa, Janice M. Calesa 1984 Trust, Randi M. Calesa 1986 Trust, Jeff E. Calesa Trust 1989, Janice M. Calesa, Randi C. Crawford, and Jeff E. Calesa, in the above-captioned action:

> Robert J. Rosenberg
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> Telephone: (212) 906-1200
> Facsimile: (212) 751-4864

Dated: May 9, 2012                                            LATHAM & WATKINS LLP
       New York, New York

                                                     By:   /s/ Robert J. Rosenberg
                                                           Robert J. Rosenberg
                                                           885 Third Avenue
                                                           New York, New York 10022
                                                           Telephone: (212) 906-1200
                                                           Facsimile: (212) 751-4864