UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | 12 MISC 00115 (JSR) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITRUS INVESTMENT HOLDINGS LTD.,<br><br>Defendant. | Pertains to Case:<br>12 Civ. 2435 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Citrus Investment Holdings, Ltd., in the above-captioned action:

>Kyle Wallace
>Latham & Watkins LLP
>885 Third Avenue
>New York, New York 10022

        Telephone: (212) 906-1200
        Facsimile: (212) 751-4864

| | |
|---|---|
| Dated: May 9, 2012<br>New York, New York | LATHAM & WATKINS LLP<br><br>By:  <u>/s/ Kyle Wallace</u><br>     Kyle Wallace<br>     885 Third Avenue<br>     New York, New York 10022<br>     Telephone: (212) 906-1200<br>     Facsimile: (212) 751-4864 |