UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | 12 MISC 00115 (JSR) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CITRUS INVESTMENT HOLDINGS LTD.,<br><br>      Defendant. | Pertains to Case:<br>12 Civ. 2435 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Citrus Investment Holdings, Ltd., in the above-captioned action:

      Aaron Jaroff
      Latham & Watkins LLP
      885 Third Avenue
      New York, New York 10022

Telephone: (212) 906-1200
Facsimile: (212) 751-4864

| | |
|---|---|
| Dated: May 9, 2012<br>New York, New York | LATHAM & WATKINS LLP<br><br>By:  /s/ Aaron Jaroff<br>     Aaron Jaroff<br>     885 Third Avenue<br>     New York, New York 10022<br>     Telephone: (212) 906-1200<br>     Facsimile: (212) 751-4864 |