UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | 12 MISC 00115 (JSR) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>v.<br><br>RMGF LTD. PARTNERSHIP, REGINA FISHER, individually and as General Partner of RMGF Ltd. Partnership, MICHAEL FISHER, as Limited Partner of RMGF Ltd. Partnership, FRANCINE FISHMAN, as Limited Partner of RMGF Ltd. Partnership, and GREGORY FISHER, as Limited Partner of RMGF Ltd. Partnership,<br><br>   Defendants. | Pertains to Case:<br>12 Civ. 2491 (JSR) |

## **NOTICE OF APPEARANCE**

  **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for

Defendants RMGF Ltd. Partnership ("RMGF"), Regina Fisher, individually and as General

2

Partner of RMGF, Michael Fisher, as Limited Partner of RMGF, Francine Fishman, as Limited Partner of RMGF, and Gregory Fisher, as Limited Partner of RMGF.  I certify that I am admitted to practice in this Court.


DATED: May 11, 2012				SEYFARTH SHAW LLP


						/s/ William L. Prickett
						William L. Prickett WP-7278
						Two Seaport Lane, Suite 300
						Boston, MA  02210
						Telephone: 617-946-4800
						Telecopier: 617-946-4801
						email: wprickett@seyfarth.com

						*Attorneys for RMGF Ltd. Partnership, Regina Fisher, Michael Fisher, Francine Fishman, and Gregory Fisher*