UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

      - v. -

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

               Defendant.
---------------------------------------------------------------x
In re:

MADOFF SECURITIES

---------------------------------------------------------------x

**NOTICE OF APPEARANCE**

12 MISC 00115 (JSR)

Pertains to Cases Set Forth On Exhibit A

        PLEASE TAKE NOTICE, that Richard E. Signorelli and Bryan Ha of the Law Office of Richard E. Signorelli, hereby appear as counsel of record for the defendants listed on Exhibit A. All notices and papers filed in this case should be served upon the undersigned.

Dated: May 15, 2012
       New York, New York

                              LAW OFFICE OF
                              RICHARD E. SIGNORELLI

                              /s/ Richard E. Signorelli

              By:    _____
                              Richard E. Signorelli (RS-7976)
                              Bryan Ha (BH-5295)
                              799 Broadway, Suite 539
                              New York, NY 10003
                              Telephone:    212 254 4218
                              Facsimile:     212 254 1396
                              rsignorelli@nycLITIGATOR.com℠
                              www.nycLITIGATOR.com℠

# EXHIBIT A

| Civil Case No. | Adv. Proc. No. | Defendants Represented by the Law Office of Richard E. Signorelli |
|---|---|---|
| 12 CV 02778 | 10-5394 | Richard M. Glantz, Elaine Ostrin, Jerald Ostrin, Scott Ostrin, The Richard M. Glantz 1991 Living Trust, The Edward R. Glantz Living Trust, The Estate of Edward R. Glantz, The Thelma Glantz Living Trust, The Estate of Thelma Glantz, The Jerald Ostrin Trust, The Scott Ostrin Trust, The Glantz-Ostrin Trust I, The Glantz-Ostrin Trust II, Roberta Cohen, Taj Inayat, Zia Inayat Khan, Austin Bosarge, Grace & Company, EJS Associates, L.P., Jelris & Associates, L.P., The Glantz Family Foundation, Inc., Merlin & Associates, Ltd., Enhancement Group, Lakeview Investment, LP, Vista Management Co., and Buckmaster Farms, L.P. |
| 12 CV 02779 | 10-4364 | Macher Family Partnership, Joel Yanowitz, Jerry Yanowitz, Amy Metzenbaum, Kenneth Macher, Blanchefleur Macher, Kenneth Kreger, and Denise M. Angeja. |
| 12 CV 02780 | 10-4569 | Stephen H. Stern |

| | | |
|---|---|---|
| 12 CV 02781 | 10-5163 | Cynthia A. Delles, and<br>Cheryl K. Tomchin |
| 12 CV 02782 | 10-4417 | The Lustig Family 1990 Trust, and<br>David I. Lustig |
| 12 CV 02783 | 10-4554 | David Ivan Lustig |
| 12 CV 00884 | 10-5416 | Ostrin Family Partnership,<br>Richard M. Glantz,<br>Jerald Ostrin,<br>Elaine Ostrin,<br>Vista Management Company, and<br>Fern Creek Limited Partnership |