UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                              12 MISC 00115 (JSR)

          Plaintiff,

     v.                                                   Pertains to Cases:
                                                       12 Civ. 02368 (JSR)
BERNARD L. MADOFF INVESTMENT                              12 Civ. 02369 (JSR)
SECURITIES LLC,

          Defendant
-------------------------------------------------------X
In re:

       MADOFF SECURITIES,

-------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PROCESS

PLEASE TAKE NOTICE, that Fran Hoffinger, Esq. of Hoffinger Stern & Ross LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned consolidated action (the "Madoff Securities Case") for the following defendants (collectively, the "Defendants"): Cyril Jalon, the Estate of Elena Jalon, the Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger and the Joint Tenancy of Robert Pinchou and Fabian Guenzburger,[1] and requests that any and all notices, pleadings, orders, correspondence and other papers filed in connection with the Madoff Securities Case be given to and served upon the undersigned at its

---

[1] The undersigned counsel appears on behalf of these defendants in *Picard v. Cohmad Securities Corporation, et al.* The defendants have been assigned two separate docket numbers: (i) for defendants Cyril Jalon and the Estate of Elena Jalon, case No. 12-CV-02368 (JSR); and (ii) for defendants the Joint Tenancy of Phyllis Guenzburger and Fabian Guenzburger and the Joint Tenancy of Robert Pinchou and Fabian Guenzburger, case No. 12-CV-02369 (JSR). The Court has consolidated these and other Madoff related cases under case No. 12-MISC-00115 (JSR).

address below.  Each of the Defendants reserves all defenses and/or objections available to them, and this appearance in no way waives any such rights.

Dated:  New York, New York
        May 16, 2012

                                           HOFFINGER STERN & ROSS LLP

                                           By: /s/  Fran Hoffinger
                                           Fran Hoffinger, Esq.
                                           150 East 58th Street
                                           New York New York 10155
                                           Tel. (212) 421-4000
                                           Fax. (212) 223-3857
                                           Email: fhoffinger@hsrlaw.com