AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities Investor Protection Corporation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 12-MC-00115 (JSR) |
| Bernard L. Madoff Investment Securities, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Morton Kurzrok [*pertains to Picard v. Kurzrok, 12-CV-02589 (JSR)].

Date: 05/16/2012

/s/ Richard Gabriele
*Attorney's signature*

Richard Gabriele, Esq., RJG-5179
*Printed name and bar number*

c/o Westerman Ball Ederer Miller & Sharfstein, LLP
1201 RXR Plaza
Uniondale, NY 11556
*Address*

rgabriele@westermanllp.com
*E-mail address*

(516) 622-9200
*Telephone number*

(516) 622-9212
*FAX number*