AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Securities Investor Protection Corporation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 12-MC-00115 (JSR) |
| Bernard L. Madoff Investment Securities, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DOS BFS FAMILY PARTNERSHIP II, L.P. et al., see attached [*pertains to 12-CV-02453 (JSR)]  .

Date: 05/16/2012

/s/ Mickee Hennessy
*Attorney's signature*

Mickee Hennessy, Esq. MMH-5339
*Printed name and bar number*

c/o Westerman Ball Ederer Miller & Sharfstein, LLP
1201 RXR Plaza
Uniondale, NY 11556
*Address*

rmhennessy@westermanllp.com
*E-mail address*

(516) 622-9200
*Telephone number*

(516) 622-9212
*FAX number*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- --X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                          Case No. 12-MC-00115 (JSR)

                                  Plaintiff,
        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, INC.,

                                  Defendant.
-----------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation           *Pertains to
Of Bernard L. Madoff Investment Securities LLC,         Case No.: 12:cv-2453

                                  Plaintiff,
        v.

DOS BFS FAMILY PARTNERSHIP II, L.P.,
DONALD AND BETTE STEIN FAMILY TRUST,
DONALD O. STEIN, WILLIAM STEIN, JAMIE
STEIN WALKER, and BARBARA STEIN JAFFE

                                  Defendants.
-----------------------------------------------------------------------X

       The undersigned is authorized to practice in this court and appears in this case as counsel for the following:

DOS BFS FAMILY PARTNERSHIP II, L.P., DONALD AND BETTE STEIN FAMILY TRUST, DONALD O. STEIN, WILLIAM STEIN, JAMIE STEIN WALKER, and BARBARA STEIN JAFFE.

Dated: May 16, 2012                                  WESTERMAN BALL EDERER MILLER
                                                                    & SHARFSTEIN, LLP


                                                             */s/ Mickee M. Hennessy*
                                                            Mickee M. Hennessy, Esq. (MMH-5339)
                                                           1201 RXR Plaza
                                                           Uniondale, New York 11556
                                                           (516) 622-9200