UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | 12 Misc. 00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>                    Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.), ABN AMRO INCORPORATED, RYE SELECT BROAD MARKET XL FUND, LP and RYE SELECT BROAD MARKET XL PORTFOLIO LIMITED,<br>                    Defendants. | Adv. Pro. No. 10-05354 (BRL)<br><br>No. 11 Civ. 06878 (JSR)<br><br>**NOTICE OF APPEARANCE**<br>**FOR BETHANY KRISS** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that Bethany Kriss of Allen & Overy LLP, who is admitted to practice before this Court and is in good standing, hereby enters an appearance as counsel for Defendants ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) and ABN AMRO Incorporated in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: New York, New York
       May 17, 2012

                Respectfully submitted,

                ALLEN & OVERY LLP

                By: /s/ Bethany Kriss
                Bethany Kriss
                1221 Avenue of the Americas
                New York, NY 10020
                Telephone: (212) 610-6300
                Facsimile:  (212) 610-6399
                Email: bethany.kriss@allenovery.com

                *Attorneys for Defendants ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) and ABN AMRO Incorporated*