**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   PLAINTIFF-APPLICANT,<br><br>V.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   DEFENDANT.<br><br>IN RE:<br><br>MADOFF SECURITIES<br><br>PERTAINS TO CASE NO. 12-CV-2441 | 12-MC-0115 (JSR)<br><br>**NOTICE OF APPEARANCE** |

  **PLEASE TAKE NOTICE** that the undersigned, an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, hereby appears as counsel of record for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd., and requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the undersigned.

Dated: New York, NY
   May 17, 2012      QUINN EMANUEL URQUHART & SULLIVAN, LLP

               By: /s/ Robert S. Loigman
               Robert S. Loigman
               51 Madison Avenue
               New York, New York, 10010
               Tel: (212) 849-7000
               Fax: (212) 849-7100
               Email: robertloigman@quinnemanuel.com

               *Attorney for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

03972.61603/4725416.1