UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     PLAINTIFF-APPLICANT,<br><br>V.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     DEFENDANT.<br><br>IN RE:<br><br>MADOFF SECURITIES<br><br>PERTAINS TO CASE NO. 12-CV-2441 | 12-MC-0115 (JSR)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, an attorney with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, hereby appears as counsel of record for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd., and requests that copies of any and all notices and papers filed or entered in this case be given to and served upon the undersigned.

Dated: New York, NY
       May 17, 2012          QUINN EMANUEL URQUHART & SULLIVAN, LLP

                             By:    /s/ Daniel S. Holzman
                             Daniel S. Holzman
                             51 Madison Avenue
                             New York, New York, 10010
                             Tel:   (212) 849-7000
                             Fax:   (212) 849-7100
                             Email: danielholzman@quinnemanuel.com

                             *Attorney for Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

03972.61603/4757660.1