

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

                          Plaintiff,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                          Defendant.

In re:

MADOFF SECURITIES

12 MC 0115

**ORDER**

PERTAINS TO CASES LISTED IN EXHIBIT A

JED S. RAKOFF, U.S.D.J.:

        WHEREAS:

        A.      Pending before the Court are various adversary proceedings commenced by Irving

H. Picard, as trustee ("Trustee") in connection with the substantively consolidated liquidation

proceedings of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of

Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, in

which certain defendants (the "Defendants") have sought withdrawal of the reference from the

Bankruptcy Court to this Court by reason of one or more of the following issues:  (1) whether 11

U.S.C. § 546(e) limits the Trustee's ability to avoid transfers made by BLMIS; (2) whether

provisions of the Internal Revenue Code that tax undistributed portions of Individual Retirement

Accounts ("IRAs") prevent the Trustee from avoiding IRA distributions that would otherwise be

300244907

taxed; (3) whether the Trustee may, consistent with non-bankruptcy law, avoid transfers that BLMIS purportedly made in order to satisfy antecedent debts; (4) whether the Trustee has standing to pursue common law claims and, if so, whether the Securities Litigation Uniform Standards Act preempts the Trustee's common law claims; and (5) (a) whether Stern v. Marshall, 131 S. Ct. 2594 (2011) (the "Stern Decision") prevents the Bankruptcy Court from entering a final order or judgment resolving claims by the Trustee to avoid or recover initial or subsequent transfers as fraudulent transfers, fraudulent conveyances and/or preferences; (b) if the Bankruptcy Court cannot finally resolve the claims by the Trustee to avoid or recover initial or subsequent transfers as fraudulent transfers, fraudulent conveyances and/or preferences, whether the Bankruptcy Court has the authority to render proposed findings of fact and proposed conclusions of law, and (c) whether the Court should permissively withdraw the reference of the relevant adversary proceedings based on the Stern Decision for cause shown pursuant to 28 U.S.C. § 157(d) (collectively referred to herein as the "Consolidated Briefing Issues").

B.      By Order dated April 19, 2012, this Court ordered the following:   (1) the consolidated resolution of the Consolidated Briefing Issues would govern all pending motions to withdraw the reference; (2) all individual briefing schedules where the motion presented only Consolidated Briefing Issues were vacated and those matters would be the subject of consolidated briefing; and (3) the parties to the remaining individual briefing schedules shall not address the Consolidated Briefing Issues in any further briefing.   (See Order, In re: Madoff Securities, No. 12-MC-00115 (JSR) (S.D.N.Y. April 19, 2012) (ECF No. 22) (the "Common Briefing Order")).

C.      Subsequent to the entry of the Consolidated Briefing Order, counsel for the Trustee prepared Exhibit A hereto identifying single cases or, in certain instances, the lead case

of related adversary proceedings where defendants are represented by common counsel (the "Adversary Proceedings"), where the motions to withdraw the reference in the Adversary Proceedings only raised the Consolidated Briefing Issues, which require no further action by the parties because the motions will be the subject of consolidated briefing pursuant to the Consolidated Briefing Order.

   D. On May 4, 2012, counsel for the Trustee convened a telephonic conference (the "Telephone Conference") with the Court among counsel for the Trustee, the Securities Investor Protection Corporation ("SIPC") and counsel for movants in nineteen (19) Adversary Proceedings, wherein counsel for the Trustee made an application for permission to submit a proposed order identifying all Adversary Proceedings that only raise issues wholly subsumed by the Consolidated Briefing Order.  The Adversary Proceedings and relevant counsel that participated in the Telephone Conference are listed in Exhibit B hereto.  The Court granted this request during a telephonic conference on May 7, 2012.

   BASED ON THE FOREGOING, IT IS HEREBY ORDERED AS FOLLOWS:

   1. The motions to withdraw the reference in the Adversary Proceedings identified on Exhibit A hereto are governed by the Consolidated Briefing Order and shall be resolved through the common briefing ordered therein.

   2. Any individual briefing schedules previously established with respect to motions to withdraw the reference pending in the Adversary Proceedings are hereby vacated.

3.      The resolution of the Consolidated Briefing Issues shall govern the motions to withdraw the reference pending in the Adversary Proceedings and no further action is required with respect to such motions.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Date:   New York, New York
        May 15, 2012

300244907

**EXHIBIT A**

| | | | |
|---|---|---|---|
| 1. | *Picard v. Fine K-S Trust, et al* | 11-cv-08968-JSR | Goulston & Storrs, P.C.<br>Christine D. Lynch<br>(clynch@goulstonstorrs.com)<br>Richard J. Rosensweig<br>(rrosensweig@goulstonstorrs.com)<br>Peter D. Bilowz<br>(pbilowz@goulstonstorrs.com) |
| 2. | *Picard v. Joseph M. Paresky Trust, et al* | 11-cv-08969 | Goulston & Storrs, P.C.<br>Richard J. Rosensweig<br>(rrosensweig@goulstonstorrs.com)<br>Peter D. Bilowz<br>(pbilowz@goulstonstorrs.com) |
| 3. | *Picard v. Susan Paresky, et al* | 11-cv-08970 | Goulston & Storrs, P.C.<br>Richard J. Rosensweig<br>(rrosensweig@goulstonstorrs.com)<br>Peter D. Bilowz<br>(pbilowz@goulstonstorrs.com) |
| 4. | *Picard v. Pisetzner Family Ltd P'ship, et al* | 11-cv-09182-JSR | Greenberg Traurig P.A.<br>Scott M. Grossman<br>(grossmansm@gtlaw.com) |
| 5. | *Picard v. Judith Pisetzner* | 11-cv-09183-JSR | Greenberg Traurig P.A.<br>Scott M. Grossman<br>(grossmansm@gtlaw.com) |
| 6. | *Picard v. Estate of Paul E. Feffer, et al* | 11-cv-09275-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |

| 7. | *Picard v. Schiff Family Holdings Nevada Limited Partnership, et al* | 11-cv-09276-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
|---|---|---|---|
| 8. | *Picard v. Franklin Sands* | 11-cv-09277-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 9. | *Picard v. Silna Family Inter Vivos Trust, et al* | 11-cv-09278 | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 10. | *Picard v. Daniel Silna, et al* | 11-cv-09279-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 11. | *Picard v. Steven Schiff* | 11-cv-09280-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 12. | *Picard v. Shetland Fund Limited Partnership et al.* | 11-cv-09281-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 13. | *Picard v. Lori Chemla and Alexandre Chemla* | 11-cv-09282-JSR | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |

| 14. | *Picard v. Melissa Perlen* | 11-cv-09367-JSR | Fulbright & Jaworski LLP<br>David L. Barrack<br>(dbarrack@fulbright.com)<br>David A. Rosenzweig<br>(drosenzweig@fulbright.com) |
|---|---|---|---|
| 15. | *Picard v. Myra Perlen Revocable Trust* | 11-cv-09369-JSR | Fulbright & Jaworski LLP<br>David L. Barrack<br>(dbarrack@fulbright.com)<br>David A. Rosenzweig<br>(drosenzweig@fulbright.com) |
| 16. | *Picard v. Stuart Perlen Revocable Trust DND 1/4/08* | 11-cv-09370-JSR | Fulbright & Jaworski LLP<br>David L. Barrack<br>(dbarrack@fulbright.com)<br>David A. Rosenzweig<br>(drosenzweig@fulbright.com) |
| 17. | *Picard v. Mosaic Fund L.P. , et al* | 11-cv-09444-JSR | Macht, Shapiro, Aarato & Isserles LLP<br>Alexandra A.E. Shapiro<br>(ashapiro@machtshapiro.com)<br>Eric S. Olney<br>(eolney@shapiroarato.com) |
| 18. | *Picard v. Estelle G. Teitelbaum* | 11-cv-09629-JSR | Kudman Trachten Aloe LLP<br>Paul H. Aloe<br>(paloe@kudmanlaw.com)<br>Matthew H. Cohen<br>(mcohen@kudmanlaw.com) |
| 19. | *Picard v. Michael Frenchman and Laurie Frenchman* | 11-cv-09630-JSR | Kudman Trachten Aloe LLP<br>Paul H. Aloe<br>(paloe@kudmanlaw.com)<br>Matthew H. Cohen<br>(mcohen@kudmanlaw.com) |

| 20. | *Picard v. The Hausner Group, et al* | 11-cv-09631-JSR | Kudman Trachten Aloe LLP<br>Paul H. Aloe<br>(paloe@kudmanlaw.com)<br>Matthew H. Cohen<br>(mcohen@kudmanlaw.com) |
|---|---|---|---|
| 21. | *Picard v. Estate of Kay Frankel, et al* | 11-cv-09680-JSR | Olshan Grundman Frome Rosenzweig & Wolosky LLP<br>Thomas J. Fleming<br>(tfleming@olshanlaw.com)<br>Joshua S. Androphy<br>(jandrophy@olshanlaw.com) |
| 22. | *Picard v. Gary J. Korn, et al* | 12-cv-00037-JSR | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Jonathan L. Flaxer<br>(jflaxer@golenbock.com)<br>Michael S. Weinstein<br>(mweinstein@golenbock.com) |
| 23. | *Picard v. Story, et al* | 12-cv-00039-JSR | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Jonathan L. Flaxer<br>(jflaxer@golenbock.com)<br>Michael S. Weinstein<br>(mweinstein@golenbock.com) |
| 24. | *Picard v. Story Family Trust #3, et al* | 12-cv-00040-JSR | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Jonathan L. Flaxer<br>(jflaxer@golenbock.com)<br>Michael S. Weinstein<br>(mweinstein@golenbock.com) |
| 25. | *Picard v. Nicolette Wernick Nominee P'ship, et al* (M. Gordon Ehrlich – Moving Party) | 12-cv-00041-JSR | Bingham McCutchen LLP<br>Steven Wilamowsky<br>(steven.wilamowsky@bingham.com) |
| 26. | *Picard v. David Silver and Patricia W. Silver* | 12-cv-00090-JSR | Morrison Cohen LLP<br>(fperkins@morrisoncohen.com)<br>Michael R. Dal Lago<br>(mdallago@morrisoncohen.com) |

| | | | |
|---|---|---|---|
| 27. | *Picard v. Muriel B. Cantor, et al* | 12-cv-00205-JSR | Schlesinger Gannon & Lazetera LLP<br>Thomas P. Gannon<br>(tgannon@sglllp.com)<br>Ross Katz<br>(rkatz@sglllp.com) |
| 28. | *Picard v. The Phoebe Blum Rev. Trust, et al.* | 12-cv-00327-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |
| 29. | *Picard v. Nathan Cohen* | 12-cv-0519-JSR | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| 30. | *Picard v. Edward A. Zraick, Jr., et al* | 12-cv-00521-JSR | Hunton & Williams LP<br>Peter S. Partee, Sr.<br>(ppartee@hunton.com)<br>Richard P. Norton<br>(rnorton@hunton.com)<br>Robert A. Rich<br>(rrich2@hunton.com) |
| 31. | *Picard v. Ringler Partners, L.P., et al* | 12-cv-00606-JSR | Kudman Trachten Aloe LLP<br>Paul H. Aloe<br>(paloe@kudmanlaw.com)<br>Evan S. Cowit<br>(ecowit@kudmanlaw.com)<br>Matthew H. Cohen |

| | | | (mcohen@kudmanlaw.com) |
|---|---|---|---|
| 32. | *Picard v. Epstein Family Trust UWO Diana Epstein, et al* | 12-cv-00645-JSR | Dickstein Shapiro LLP<br>Eric Fisher<br>(fishere@dicksteinshapiro.com)<br>Stefanie Birbrower Greer<br>(greers@dicksteinshapiro.com) |
| 33. | *Picard v. Marvin L. Olshan* | 12-cv-00701-JSR | Olshan Grundman Frome Rosenzweig & Wolosky LLP<br>Thomas J. Fleming<br>(tfleming@olshanlaw.com)<br>Joshua S. Androphy<br>(jandrophy@olshanlaw.com) |
| 34. | *Picard v. The Croul Family Trust, et al* | 12-cv-00758-JSR | Morrison & Foerster LLP<br>Carl H. Loewenson, Jr. (cloewenson@mofo.com)<br>David S. Brown<br>(dbrown@mofo.com) |
| 35. | *Picard v. The Alan Miller Diane Miller Revocable Trust, et al.* | 12-cv-00885-JSR | Maslon Edelman Borman & Brand, LLP<br>Kesha Lynn Tanabe<br>kesha.tanabe@maslon.com |
| 36. | *Picard v. Diane Wilson* | 12-cv-00887-JSR | Simon & Partners LLP<br>Bradley D. Simon<br>(bradsimon@simonlawyers.com)<br>Kenneth C. Murphy<br>(KCMurphy@simonlawyers.com)<br>Jonathan Stern<br>(jstern@simonlawyers.com) |
| 37. | *Picard v. Lexus Worldwide Ltd and Ilan Kelson* (Moving Party is Ilan Kelson) | 12-cv-01135-JSR | Dickstein Shapiro LLP<br>Eric Fisher<br>(fishere@dicksteinshapiro.com)<br>Stefanie Birbrower Greer<br>(greers@dicksteinshapiro.com) |

| | | | |
|---|---|---|---|
| 38. | *Picard v. Gorek* (Bankr. Dkt No. 10-04797) | 12-cv-01137-JSR | Day Pitney LLP<br>Thomas D. Goldberg<br>(tgoldberg@daypitney.com) |
| 39. | *Picard v. Gorek, et al* (Bankr. Dkt No. 10-04623) | 12-cv-01138-JSR | Day Pitney LLP<br>Thomas D. Goldberg<br>(tgoldberg@daypitney.com) |
| 40. | *Picard v. Weindling* | 12-cv-01690 | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Douglas L. Furth<br>(dfurth@golenbock.com)<br>Jacqueline G. Veit<br>(jveit@golenbock.com) |
| 41. | *Picard v. Milton Goldworth* | 12-cv-02226-JSR | Fulbright & Jaworski LLP<br>David L. Barrack<br>(dbarrack@fulbright.com)<br>David A. Rosenzweig<br>(drosenzweig@fulbright.com) |
| 42. | *Picard v. M. Harvey Rubin Trust of 11/11/92, et al.* | 12-cv-02314-JSR | Weisman Celler Spett & Modlin, P.C.<br>Kenneth A. Hicks<br>(khicks@wcsm445.com)<br>John B. Sherman<br>(jsherman@wcsm445.com) |
| 43. | *Picard v. Ronald Eisenberg 1995 Continuing Trust, et al.* | 12-cv-02352-JSR | Proskauer Rose LLP<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
| 44. | *Picard v. Isaac Blech* | 12-cv-02353-JSR | Proskauer Rose LLP<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
| 45. | *Picard v. Second Act Associates, L.P., et al.* | 12-cv-02367-JSR | Sanders Ortoli Vaughn-Flam Rosenstadt LLP<br>Jeremy B. Kaplan<br>(jk@sovrlaw.com) |

| 46. | *Picard v. Estate of Stanley Chais, et al.* | 12-cv-02371 | Sills Cummis & Gross, P.C.<br>Andrew H. Sherman<br>(asherman@sillscummis.com) |
|-----|------|------|------|
| 47. | *Picard v. The Arthur and Rochelle Belfer Foundation, Inc., et al.* | 12-cv-02372-JSR | Schlam Stone & Dolan LLP<br>Richard H. Dolan<br>(rhd@schlamstone.com)<br>Bennette D. Kramer<br>(bdk@schlamstone.com) |
| 48. | *Picard v. Nancy Portnoy* | 12-cv-02414-JSR | Kostelanetz & Fink LLP<br>Brian C. Wille<br>(bwille@kflaw.com)<br>Christopher M. Ferguson<br>(cferguson@kflaw.com) |
| 49. | *Picard v. Helene Saren-Lawrence* | 12-cv-02448 | Herrick, Feinstein LLP<br>Joshua J. Angel<br>(jangel@herrick.com)<br>Frederick E. Schmidt, Jr.<br>(eschmidt@herrick.com) |
| 50. | *Picard v. Estate of John Y. Seskis, et al.* | 12-cv-02427-JSR | Sills Cummis & Gross, P.C.<br>Kenneth R. Schachter<br>(kschachter@sillscummis.com)<br>Lori K. Sapir<br>(lsapir@sillscummis.com) |
| 51. | *Picard v. Fab Industries, Inc., et al* | 12-cv-02428-JSR | Sills Cummis & Gross, P.C.<br>Kenneth R. Schachter<br>(kschachter@sillscummis.com)<br>Lori K. Sapir<br>(lsapir@sillscummis.com) |
| 52. | *Picard v. Stanley I. Lehrer, et al.* (Neal Goldman, Linda Sohn – Moving Parties) | 12-cv-02429 | Mintz & Gold LLP<br>Steven G. Mintz<br>(mintz@mintzandgold.com)<br>Terence W. McCormick<br>(McCormick@mintzandgold.com)<br>Daniel K. Wiis |

| | | | |
|---|---|---|---|
| | | | (wiig@mintzandgold.com)<br><br>Golenbock Eiseman Assor Bell & Peskoe LLP<br>Michael Weinstein (mweinstein@golenbock.com)<br>Douglas L. Furth<br>(dfurth@golenbock.com) |
| 53. | *Picard v. Dorothy Ervolino* | 12-cv-02444-JSR | Otterbourg, Steindler, Houston, & Rosen P.C.<br>Richard Gerard Haddad<br>(rhaddad@oshr.com) |
| 54. | *Picard v. The JP Group, et al.* | 12-cv-02449 | Herrick, Feinstein LLP<br>Joshua J. Angel<br>(jangel@herrick.com)<br>Frederick E. Schmidt, Jr.<br>(eschmidt@herrick.com) |
| 55. | *Picard v. Bennett M. Berman Trust, et al.* (Jeffrey Berman and Jeffrey Berman Foundation - Moving Parties) | 12-cv-02451 | Goodwin Procter LLP<br>Daniel M. Glosband<br>(dglosband@goodwinprocter.com)<br>Larkin M. Morton<br>(lmorton@goodwinprocter.com)<br>Christopher Newcomb<br>(cnewcomb@goodwinprocter.com)<br><br>Proskauer Rose LLP<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
| 56. | *Picard v. DOS BFS Family Partnership II, L.P., et al.* | 12-cv-02453 | Westernman Ball Ederer Miller & Sharfstein LLP<br>John Westerman<br>(jwesterman@westermanllp.com)<br>Mickee Hennessy, Esq.<br>(mhennessy@westermanllp.com) |
| 57. | *Picard v. Lebanese American University* | 12-cv-02476-JSR | Wilmer Cutler Pickering Hale and Dorr LLP<br>Philip David Anker<br>(philip.anker@wilmerhale.com) |

| 58. | *Picard v. RMGF Ltd. Partnership, et al.* | 12-cv-02491-JSR | Seyfarth Shaw LLP<br>William L. Prickett<br>(wprickett@seyfarth.com)<br>Ryan A. Malloy<br>(rmalloy@seyfarth.com) |
|-----|-------------------------------------------|-----------------|-------------------------------------------------------------------------------------------------------------------|
| 59. | *Picard v. Arthur Kepes Unified Credit Shelter Trust, et al.* | 12-cv-02507 | Frank Haron Weiner PLC<br>Laevin J Weiner<br>(jweiner@fhwnlaw.com)<br>Michael J Hamblin<br>(mhamblin@fhwnlaw.com) |
| 60. | *Picard v. Irene Kepes Revocable Trust Restated UA dtd 5/22/00, et al.* | 12-cv-02508 | Frank Haron Weiner PLC<br>Laevin J Weiner<br>(jweiner@fhwnlaw.com)<br>Michael J Hamblin<br>(mhamblin@fhwnlaw.com) |
| 61. | *Picard v. Estate of Syril Seiden, et al* | 12-cv-02524 | Milber Makris Plousadis & Seiden, LLP<br>Leonardo D'Alessandro<br>(ldalessandro@milbermakris.com)<br>Marisa Laura Lanza<br>( mlanza@milbermakris.com) |
| 62. | *Picard v. Trust 'A' U/W/G Hurwitz, et al.* | 12-cv-02525 | Greenberg Traurig<br>Maria J. DiConza<br>(diconzam@gtlaw.com)<br>Lawrence Rifkin<br>(rifkenl@gtlaw.com) |
| 63. | *Picard v. Brandi Hurwitz, et al.* | 12-cv-02527 | Greenberg Traurig<br>Maria J. DiConza<br>(diconzam@gtlaw.com)<br>Lawrence Rifkin<br>(rifkenl@gtlaw.com) |
| 64. | *Picard v. The June Bonyor Revocable Trust Restated UA dtd 5/22/00, et al* | 12-cv-02528 | Greenberg Traurig<br>Maria J. DiConza<br>(diconzam@gtlaw.com)<br>David G. Barger |

| | | | (bargerd@gtlaw.com) |
|---|---|---|---|
| 65. | *Picard v. Ted Goldberg, et al.* | 12-cv-02567 | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 66. | *Picard v. O.D.D. Investment, L.P., D.D.O., Inc., et al.* | 12-cv-02568 | Wachtel Masyr & Missry LLP<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 67. | *Picard v. Kenneth H. Landis* | 12-cv-02569 | Wachtel Masyr & Missry LLP<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 68. | *Picard v. Joel R. Levey* | 12-cv-02570 | Wachtel Masyr & Missry LLP<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 69. | *Picard v. Helene Juliette Feffer* | 12-cv-02571 | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 70. | *Picard v. Gloria Landis, et al.* | 12-cv-02572 | Wachtel Masyr & Missry LLP<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 71. | *Picard v. Frances Levey Revocable Living Trust, et al.* | 12-cv-02573 | Wachtel Masyr & Missry LLP<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 72. | *Picard v. Carole Kashar Bulman* | 12-cv-02574 | Wachtel Masyr & Missry LLP<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |

| 73. | *Picard v. Aaron D. Levey Revocable Living Trust, et al.* (Bankr. Dkt. No. 10-05441) | 12-cv-02576 | Wachtel Masyr & Missry LLP (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 74. | *Picard v. Aaron D. Levey Revocable Living Trust, et al.* (Bankr. Dkt. No. 10-04894) | 12-cv-02577 | Wachtel Masyr & Missry LLP (hkleinhendler@wmllp.com) Sara Spiegelman (sspiegelman@wmllp.com) |
| 75. | *Picard v. Elaine S. Stein, et al* | 12-cv-02579 | Golenbock Eiseman Assor Bell & Peskoe LLP Michael S. Weinstein (mweinstein@golenbock.com) Douglas L. Furth (dfurth@golenbock.com) |
| 76. | *Picard v. ABG Partners, et al.* | 12-cv-02582 | Goulston & Storrs, P.C. James F Wallack (jwallack@goulstonstorrs.com) |
| 77. | *Picard v. Woodland Partners, L.P, et al.* | 12-cv-02618 | Manion McDonough & Lucas, P.C. James R. Walker (jwalker@mmlpc.com) |
| 78. | *Picard v. Estate of Ella N. Waxberg, et al.* - (Sonya Kahn and Marvin D. Waxberg - Moving Parties) | 12-cv-02620 | Frank, White-Boyd, PA Julianne R. Frank (jrfbnk@gmail.com) |
| 79. | *Picard v. Douglas Shapiro* | 12-cv-02725 | Duane Morris LLP Patricia Piskorski Heer (phheer@duanemorris.com) Martin B. Shulkin (MBShulkin@duanemorris.com) Paul D. Moore (PDMoore@duanemorris.com) Jeffrey D. Sternklar (JDSternklar@duanemorris.com) William Heuer (wheuer@duanemorris.com) |

| 80. | *Picard v. G.R.A.M. Limited Partnership, et al* | 12-cv-02727 | Duane Morris LLP<br>Patricia Piskorski Heer<br>(phheer@duanemorris.com)<br>Martin B. Shulkin<br>(MBShulkin@duanemorris.com)<br>Paul D. Moore<br>(PDMoore@duanemorris.com)<br>Jeffrey D. Sternklar<br>(JDSternklar@duanemorris.com)<br>William Heuer (wheuer@duanemorris.com) |
| 81. | *Picard v. Matthew R. Kornreich, et al.* | 12-cv-02750 | Proskauer Rose LLP<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
| 82. | *Picard v. JD Partners LLC, et al.* | 12-cv-02755 | King & Spalding LLP<br>Arthur J. Steinberg<br>(asteinberg@kslaw.com)<br>Heath D. Rosenblat (hrosenblat@kslaw.com) |
| 83. | *Picard vs. RKD Investments, L.P, et al.* | 12-cv-02759 | King & Spalding LLP<br>Arthur J. Steinberg<br>(asteinberg@kslaw.com)<br>Michael A. Bartelstone<br>(mbartelstone@kslaw.com) |
| 84. | *Picard v. Macher Family Partnership, et al.* | 12-cv-02779 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha<br>(bhanyc@gmail.com) |
| 85. | *Picard v. Stephen H. Stern* | 12-cv-02780 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha<br>(bhanyc@gmail.com) |
| 86. | *Picard v. Dahme Family Bypass Testamentary Trust Dated 10/27/76, et al* | 12-cv-02781 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha |

| | | | (bhanyc@gmail.com) |
|---|---|---|---|
| 87. | *Picard v. The Lustig Family 1990 Trust, et al* | 12-cv-02782 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha<br>(bhanyc@gmail.com) |
| 88. | *Picard v. David Ivan Lustig* | 12-cv-02783 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha<br>(bhanyc@gmail.com) |
| 89. | *Picard v. MAF Associates, LLC, et al.* | 12-cv-02788 | King & Spalding LLP<br>Arthur J. Steinberg<br>(asteinberg@kslaw.com)<br>Heath D. Rosenblat<br>(hrosenblat@kslaw.com) |
| 90. | *Picard vs. Dawn Pascucci Barnard, et al.* | 12-cv-02792 | King & Spalding LLP<br>Arthur J. Steinberg<br>(asteinberg@kslaw.com)<br>Heath D. Rosenblat<br>(hrosenblat@kslaw.com) |
| 91. | *Picard vs. Burton R. Sax* | 12-cv-02873 | Meltzer, Lippe, Goldstein & Breitsone, LLP<br>Thomas J. McGowan<br>(tmcgowan@meltzerlippe.com) |
| 92. | *Picard v. Sax-Bartels Associates, Limited Partnership* | 12-cv-02874 | Meltzer, Lippe, Goldstein & Breitsone, LLP<br>Pedram A. Tabibi<br>(ptabibi@meltzerlippe.com)<br>Sally M. Donahue<br>(sdonahue@meltzerlippe.com) |
| 93. | *Picard v. Korea Exchange Bank* | 12-cv-02880 | King & Spalding LLP<br>Richard A. Cirillo<br>(rcirillo@kslaw.com)<br>Joshua Edgemon<br>(jedgemon@kslaw.com |

| | | | |
|---|---|---|---|
| 94. | *Picard v. National Bank of Kuwait S.A.K.* | 12-cv-02881 | King & Spalding LLP<br>Richard A. Cirillo<br>(rcirillo@kslaw.com)<br>Joshua Edgemon<br>(jedgemon@kslaw.com) |
| 95. | *Picard v. Bernard Gordon, et al.* | 12-cv-02922 | Ruskin Moscou Faltischeck, P.C.<br>Mark S. Mulholland<br>(mmulholland@rmfpc.com)<br>Thoams A. Telesca<br>(ttelesca@rmfpc.com) |
| 96. | *Picard vs. George E. Nadler* | 11-cv-02923-JSR | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>Daniel L. Carroll<br>(dcarroll@ingramllp.com)<br>Jennifer B. Schain<br>(jschain@ingramllp.com) |
| 97. | *Picard v. Janis Berman* | 12-cv-02924 | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>Daniel L. Carroll<br>(dcarroll@ingramllp.com)<br>Jennifer B. Schain<br>(jschain@ingramllp.com) |
| 98. | *Picard vs. Candice Nadler Revocable Trust DTD 10/18/01, et al.* | 11-cv-02925-JSR | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>Daniel L. Carroll<br>(dcarroll@ingramllp.com)<br>Jennifer B. Schain<br>(jschain@ingramllp.com) |
| 99. | *Picard vs. Scott Gottlieb, et al.* | 12-cv-02931 | Day Pitney LLP<br>Joshua W. Cohen<br>(jwcohen@daypitney.com) |
| 100. | *Picard v. PetcareRX, Inc.* | 12-cv-02932 | Dickstein Shapiro LLP<br>Deborah A. Skakel<br>(Skakeld@dicksteinshapiro.com)<br>Shaya M. Berger<br>(bergers@dicksteinshapiro.com) |

| | | | |
|---|---|---|---|
| 101. | *Picard v. Peter Knobel and Patrice Knobel* | | Butzel Long PC<br>Peter D. Morgenstern<br>(morgenstern@butzel.com)<br>Joshua E. Abraham<br>(abraham@butzel.com) |
| 102. | *Picard v. Arlene F. Silna Altman* | | Wachtel Masyr & Missry LLP<br>Howard Kleinhendler<br>(hkleinhendler@wmllp.com)<br>Sara Spiegelman<br>(sspiegelman@wmllp.com) |
| 103. | *Picard v. Allen R. Hurwitz, et al.* | | Greenberg Traurig<br>Maria J. DiConza<br>(diconzam@gtlaw.com)<br>Lawrence Rifkin<br>(rifkenl@gtlaw.com) |
| 104. | *Picard v. Elaine Pikulik* | | Rubinstein & Corozzo LLP<br>Ronald Rubinstein<br>(rcorozzo1@gmail.com) |

# EXHIBIT B

## Participants To May 7, 2012 Telephonic Conference

**Irving H. Picard,** *Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment Securities LLC and*
*Bernard L. Madoff*

BAKER HOSTETLER, LLP
Nicholas Cremona
(ncremona@bakerlaw.com)

SECURITIES INVESTOR PROTECTION CORPORATION
Kevin Bell
(kbell@sipc.org)
Lauren Attard
(lattard@sipc.org)

*Picard v. Estate of Paul E. Feffer, et al,* 11-cv-09275-JSR
*Picard v. Schiff Family Holdings, Nevada Limited Partnership, et al,* 11-cv-09276-JSR
*Picard v. Franklin Sands,* 11-cv-09277-JSR
*Picard v. Silna Family Inter Vivos Trust, et al,* 11-cv-09278-JSR
*Picard v. Daniel Silna, et al,* 11-cv-09279-JS
*Picard v. Steven Schiff,* 11-cv-09280-JSR
*Picard v. Shetland Fund Limited Partnership et al.,* 11-cv-09281-JSR
*Picard v. Lori Chemla et al.,* 11-cv-09282-JSR
*Picard v. Ted Goldberg, et al.,* 12-cv-02567-JSR
*Picard v. O.D.D. Investment, L.P., D.D.O., Inc., et al.,* 12-cv-02568-JSR
*Picard v. Kenneth H. Landis,* 12-cv-02569-JSR
*Picard v. Joel R. Levey,* 12-cv-02570
*Picard v. Helene Juliette Feffer,* 12-cv-02571
*Picard v. Gloria Landis, et al.,* 12-cv-02572
*Picard v. Frances Levey Revocable Living Trust, et al.,* 12-cv-02573
*Picard v. Carole Kashar Bulman,* 12-cv-02574
*Picard v. Aaron D. Levey Revocable Living Trust, et al.,* 12-cv-02576
*Picard v. Aaron D. Levey Revocable Living Trust, et al.,* 12-cv-02577
*Picard v. Arlene F. Silna Altman*

WACHTEL MASYR & MISSRY LLP
Howard Kleinhendler
(hkleinhendler@wmllp.com)

300244920