```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION           :
CORPORATION,                             :       12 MISC 00115 (JSR)
                                         :
        Plaintiff-Applicant,             :       Pertains to Cases:
                                         :       See Exhibit A
    v.                                   :
                                         :
BERNARD L. MADOFF INVESTMENT             :
SECURITIES, LLC,                         :
                                         :
        Defendant.                       :
---------------------------------------------------------------X
In re:                                   :
                                         :
BERNARD L. MADOFF,                       :
                                         :
        Debtor.                          :
---------------------------------------------------------------X
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for the defendants listed on Exhibit A.  All notices given or required to be given in the case and all papers filed in this case should be served upon the undersigned.

Dated: New York, New York
       May 22, 2012

                                LAX & NEVILLE LLP

                                By:/s/ *Barry R. Lax*
                                    Barry R. Lax (BL1302)
                                    Brian J. Neville (BN8259)
                                    Gabrielle Pretto (GP1202)
                                    1450 Broadway, 35th Floor
                                    New York, NY 10018
                                    Telephone: (212) 696-1999
                                    Facsimile: (212) 566 - 4531

EXHIBIT A

| Civil Case No. | Adversary Proc. No. | Defendants Represented by Lax & Neville LLP |
|---|---|---|
| 11-cv-8770 | 10-ap-4987 | The Ernest Oscar Abbit Living Trust, Ernest Oscar Abbit, The Nadine Lange Living Trust, Nadine Roxanne Lange, Nadine Lange Living Trust |
| 11-cv-8771 | 10-ap-4647 | The Abbit Family Trust 9/7/90, Linda Anne Abbit, Jeffrey Brian Abbit |
| 11-cv-8772 | 10-ap-5092 | Architectural Body Research Foundation, Inc. |
| 11-cv-8773 | 10-ap-5021 | Stanley Gordon Bennett III 1988 Trust and Stanley Gordon Bennett III |
| 11-cv-8744 | 10-ap-4301 | Freida Bloom |
| 11-cv-8904 | 10-ap-4692 | Myra Cantor |
| 11-cv-8898 | 10-ap-5169 | Fairfield Pagma Associates, LP, Seymour Kleinman, Marjorie Kleinman, Fairfox, LLC, Seyfair, LLC |
| 11-cv-8775 | 10-ap-5036 | Elinor Friedman Felcher |
| 11-cv-8776 | 10-ap-4289 | John Fujiwara and Gladys Fujiwara |
| 11-cv-8777 | 10-ap-4827 | Madeline Gins Arakawa |
| 11-cv-4928 | 10-ap-5408 | Robert Greenberger and Phyllis Greenberger |
| 11-cv-8778 | 10-ap-5029 | Judith Haber |
| 11-cv-8779 | 10-ap-4655 | Jaffe Family Investment Partnership and Bruce Jaffe |
| 11-cv-8781 | 10-ap-5429 | Jean Kahn |
| 11-cv-8780 | 10-ap-4960 | Estate of Elizabeth Kahn (aka Betty Kahn), Jean Kahn and Jann Jones |
| 11-cv-8782 | 10-ap-4954 | Ruth Kahn |
| 11-cv-8533 | 10-ap-4900 | Bonnie Kansler |
| 11-cv-8784 | 10-ap-4756 | Stephen B. Kaye and Sandra Phillips Kaye (*Please note, Mr. Kaye's first name is correctly spelled "Steven"). |
| 11-cv-8783 | 10-ap-4813 | Steven Kaye |
| 11-cv-8785 | 10-ap-5103 | Abraham Kleinman and |

|  |  |  | Marjorie Kleinman |
|---|---|---|---|
| 11-cv-8786 | 10-ap-5147 |  | Kelly-Sexton Inc. Profit Sharing Plan and Trust, T. Michael Kelly, Kevin M. Kelly, Timothy Sexton |
| 11-cv-8787 | 10-ap-5425 |  | Sheila Kolodny |
| 11-cv-8788 | 10-ap-4980 |  | Judith E. Kostin |
| 11-cv-8789 | 10-ap-5246 |  | The Frances J. Le Vine Revocable Trust and Frances J. Le Vine |
| 11-cv-8790 | 10-ap-4573 |  | Bruce Leventhal 2001 Irrevocable Trust and Bruce Leventhal |
| 11-cv-8834 | 10-ap-5313 |  | Shirley G. Libby Living Trust Dated 11/30/95 and Shirley G. Libby |
| 11-cv-8835 | 10-ap-4481 |  | Armand Lindenbaum |
| 11-cv-8944 | 10-ap-4881 |  | Jillian Wernick Livingston |
| 11-cv-8841 | 10-ap-4687 |  | Arganey Lucas, Jr. |
| 11-cv-8839 | 10-ap-4490 |  | Lucky Company |
| 11-cv-8840 | 10-ap-4346 |  | Lucky Company |
| 11-cv-8837 | 10-ap-5095 |  | William J. Mandelbaum and Glenda Mandelbaum |
| 11-cv-8838 | 10-ap-4618 |  | Melvin Marder and Miriam Marder |
| 12-cv-00644 | 10-ap-4272 |  | Elizabeth Sarro and the O'Hara Family Partnership |
| 11-cv-8842 | 10-ap-4858 |  | Harry Pech and Jeffrey Pech |
| 11-cv-8843 | 10-ap-5160 |  | The Lanny Rose Revocable Trust and Lanny Rose |
| 11-cv-5835 | 10-ap-5383 |  | Kenneth Citron, David Shapiro 1989 Trust, as amended, LAD Trust, Leslie Shapiro 1985 Trust, as amended, S&R Investment Co., David Shapiro, Rachel Shapiro, Renee Shapiro, Stanley Shapiro, Leslie Shapiro Citron, Trust F/B/O [A.J.C.], [K.F.C], and [L.L.C.], as amended, Trust F/B/O [W.P.S.] & [J.G.S.] |
| 11-cv-8844 | 10-ap-5422 |  | Jonathan Simon |
| 11-cv-8845 | 10-ap-4866 |  | Lawrence Simonds |
| 11-cv-8847 | 10-ap-4304 |  | Elinor Solomon |
| 11-cv-8848 | 10-ap-4307 |  | Howard Solomon |
| 11-cv-8899 | 10-ap-4689 |  | Marilyn Speakman |
| 11-cv-8900 | 10-ap-5164 |  | Anne Strickland Squadron, |

|  |  |  |
|---|---|---|
|  |  | William Squadron, Thomas Shea, Peter Gold, Seth Squadron, Elizabeth Squadron, Daniel Squadron, Debra Lagapa, Richard Squadron, Theodosia Price, Diane Squadron, Carol Gold, Sarah D. Gold, Sing Harre, David Harre, Vanessa Gang, Anna Rothwell, Robert Vas Dias, Margaret Butcher |
| 11-cv-8901 | 10-ap-4860 | Estate of Carl S. Stecker, Leona Stecker, Carl S. Stecker Revocable Trust |
| 11-cv-8945 | 10-ap-4966 | Robin Geoffrey Swaffield |
| 11-cv-8902 | 10-ap-5211 | Andre Ulrych and Jyoti Ulrych |
| 11-cv-8946 | 10-ap-4616 | Nicolette Wernick |
| 11-cv-8903 | 10-ap-5182 | Rosalind C. Whitehead Revocable Trust Dated 3/8/07 and Rosalind C. Whitehead |
| 11-cv-8905 | 10-ap-5048 | Peng Yan |

**CERTIFICATE OF SERVICE**

     I, Barry Lax, hereby certify that I caused a true and correct copy of the foregoing document(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
          May 22, 2012

                                            */s/ Barry R. Lax*
                                            Barry R. Lax, Esq.