**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendants. | 12 Misc. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE CASES LISTED IN EXHIBIT A | |

### JOINDER TO THE TRUSTEE'S MEMORANDUM OF LAW IN OPPOSITION TO CONSOLIDATED BRIEF ON BEHALF OF *STERN* WITHDRAWAL DEFENDANTS

Windels Marx Lane & Mittendorf, LLP is Special Counsel to Irving H. Picard, trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee"), and is counsel of record for the Trustee in the adversary proceedings listed in Exhibit A.  By Order of this Court dated April 13, 2012 (the "*Stern* Order"), the reference of certain adversary proceedings was withdrawn for the limited purpose of deciding the Withdrawn *Stern* Issues (as defined in the *Stern* Order).

In the above noted capacity, Windels Marx hereby joins in its entirety the Trustee's Memorandum of Law in Opposition to Consolidated Brief on Behalf of *Stern* Withdrawal Defendants filed by Baker Hostetler on May 25, 2012 in the consolidated docket *SIPC v.*

{10757818:2}

*Bernard L. Madoff Investment Securities LLC (In re Madoff Securities)*, District Court Case No.

12 Misc. 00115 (JSR) [Dkt. No. 141], and all arguments asserted therein.


Dated: New York, New York    By: /s/ Howard L. Simon
        May 25, 2012              Howard L. Simon (hsimon@windelsmarx.com)
                                   Kim M. Longo (klongo@windelsmarx.com)
                                   Windels Marx Lane & Mittendorf LLP
                                   156 West 56th Street
                                   New York, New York 10019
                                   Tel:  (212) 237-1000
                                   Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

# EXHIBIT A

|     | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
| --- | --- | --- | --- |
| 1. | Credit Suisse AG, et al. | 12-cv-02454 | O'Melveny & Myers LLP<br>William J. Sushon<br>(wsushon@omm.com)<br>Shiva Eftekhari<br>(seftekhari@omm.com) |
| 2. | Beacon Associates LLC I, et al. | 12-cv-02310 | Herrick, Feinstein, LLP<br>Arthur G. Jakoby<br>(ajakoby@herrick.com)<br>Frederick E. Schmidt, Jr.<br>(eschmidt@herrick.com)<br><br>Cleary Gottlieb Steen & Hamilton LLP<br>Lewis J. Liman<br>(lliman@cgsh.com)<br>Jeffrey A. Rosenthal<br>(jrosenthal@cgsh.com)<br><br>Hiscock & Barclay, LLP<br>Brian Whiteley<br>(bwhiteley@hblaw.com)<br>Carolyn Marcotte<br>(cmarcotte@hblaw.com)<br>John M. Nichols<br>(jnichols@hblaw.com)<br><br>Rosenfeld & Kaplan, LLP<br>Tab K. Rosenfeld<br>(tab@rosenfeldlaw.com)<br>Steven Kaplan<br>(steve@rosenfeldlaw.com) |
| 3. | Solon Capital, Ltd. | 12-cv-02456 | O'Melveny & Myers LLP<br>William J. Sushon<br>(wsushon@omm.com)<br>Shiva Eftekhari<br>(seftekhari@omm.com) |

|  | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 4. | Zephyros Limited | 12-cv-03533 | O'Melveny & Myers LLP<br>William J. Sushon<br>(wsushon@omm.com)<br>Shiva Eftekhari<br>(seftekhari@omm.com) |
| 5. | Mistral (SPC) | 12-cv-03532 | O'Melveny & Myers LLP<br>William J. Sushon<br>(wsushon@omm.com)<br>Shiva Eftekhari<br>(seftekhari@omm.com) |
| 6. | Trincaster Corporation | 12-cv-02486 | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 7. | Miles Q. Fiterman Revocable Trust, et al. | 11-cv-08988 | Robins, Kaplan, Miller & Ciresi LLP<br>Michael V. Ciresi<br>(mvciresi@rkmc.com)<br>Thomas B. Hatch<br>(tbhatch@rkmc.com)<br>Damien A. Riehl<br>(dariehl@rkmc.com)<br><br>Jones & Schwartz P.C<br>Harold Jones<br>(hjones@jonesschwartz.com) |
| 8. | Financiere Agache | 12-cv-00259 | Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>William J. Barrett<br>(william.barrett@bfkn.com)<br>Kimberly J. Robinson<br>(kim.robinson@bfkn.com) |

|   | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|-------|------------------------|------------------------|
| 9. | Fiterman Investment Fund, et al. | 11-cv-08984 | Robins, Kaplan, Miller & Ciresi LLP<br>Michael V. Ciresi<br>(mvciresi@rkmc.com)<br>Thomas B. Hatch<br>(tbhatch@rkmc.com)<br>Damien A. Riehl<br>(dariehl@rkmc.com)<br><br>Jones & Schwartz P.C<br>Harold Jones<br>(hjones@jonesschwartz.com) |
| 10. | Robert Nystrom | 12-cv-02403 | Friedman Kaplan Seiler & Adelman LLP<br>William P. Weintraub<br>(wweintraub@fklaw.com)<br>Gregory W. Fox<br>(gfox@fklaw.com)<br><br>Clayman & Rosenberg LLP<br>Seth L. Rosenberg<br>(rosenberg@clayro.com)<br>Brian D. Linder<br>(linder@clayro.com) |
| 11. | Edward Blumenfeld, et al. | 12-cv-02405 | Friedman Kaplan Seiler & Adelman LLP<br>William P. Weintraub<br>(wweintraub@fklaw.com)<br>Gregory W. Fox<br>(gfox@fklaw.com)<br><br>Clayman & Rosenberg LLP<br>Seth L. Rosenberg<br>(rosenberg@clayro.com)<br>Brian D. Linder<br>(linder@clayro.com) |

|  | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 12. | Miles & Shirley Fiterman Charitable Foundation, et al. | 11-cv-08989 | Robins, Kaplan, Miller & Ciresi LLP Michael V. Ciresi (mvciresi@rkmc.com) Thomas B. Hatch (tbhatch@rkmc.com) Damien A. Riehl (dariehl@rkmc.com)<br><br>Jones & Schwartz P.C Harold Jones (hjones@jonesschwartz.com) |
| 13. | XYZ2 Corp. (Redacted – Under Seal) | 12-cv-02882 | Cooley LLP Lawrence C. Gottlieb (lgottlieb@cooley.com) Michael A. Klein (mklein@cooley.com) |
| 14. | PetCareRX, Inc. | 12-cv-02932 | Dickstein Shapiro LLP Deborah A. Skakel (skakeld@dicksteinshapiro.com) Shaya M. Berger (bergers@dicksteinshapiro.com) |

**The following lead case of *Picard v. Stanley I. Lehrer, et al. (Defendants Neal Goldman and Linda Sohn)*, District Court Case No. 12-cv-02429, and the one case that filed a joinder to such lead case's Motion to Withdraw the Reference:**

|  | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 15. | Stanley I. Lehrer, et al. (Defendants Neal Goldman and Linda Sohn) | 12-cv-02429 | Mintz & Gold LLP Steven G. Mintz (mintz@mintzandgold.com) Terence W. McCormick (mccormick@mintzandgold.com) Daniel K. Wiig (wiig@mintzandgold.com) |

| | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 16. | Stanley I. Lehrer, et al. (Defendants Evelyn Fisher, individually, and in her capacity as Trustee for Trust U/W/O David L. Fisher and Trust U/T/A 8/20/90, Trust U/W/O David L. Fisher, Trust U/T/A 8/20) | 12-cv-02458 | Mintz & Gold LLP<br>Steven G. Mintz (mintz@mintzandgold.com)<br>Terence W. McCormick (mccormick@mintzandgold.com)<br>Daniel K. Wiig (wiig@mintzandgold.com) |

**The following cases, which filed joinders to the Motion to Withdraw the Reference filed in** *Picard v. Goldstein,* **District Court Case No. 11-cv-08491:**

| | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 17. | Elaine S. Stein | 12-cv-02579 | Golenbock Eiseman Assor Bell & Peskoe LLP<br>Michael Weinstein (mweinstein@golenbock.com)<br>Douglas L. Furth (dfurth@golenbock.com) |
| 18. | Stanley Plesent | 12-cv-03403 | Pro Se Defendant<br>24 Maple Avenue<br>Larchmont, NY 10538<br>914-834-8260<br>[No email address provided] |
| 19. | Arthur M. Siskind | 11-cv-08476 | Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka (efrejka@kramerlevin.com)<br>Philip Bentley (pbentley@kramerlevin.com) |
| 20. | Stanley I. Lehrer, et al. (Defendants Stuart M. Stein, Arthur Siskind, Arthur J. Feibus, Jamat Company, LLC, Mestro Company) | 11-cv-08679 | Kramer Levin Naftalis & Frankel LLP<br>Elise Scherr Frejka (efrejka@kramerlevin.com)<br>Philip Bentley (pbentley@kramerlevin.com) |

| | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 21. | Stanley I. Lehrer, et al. (Defendant Douglas Ellenoff) | 12-cv-02079 | Ellenoff Grossman & Schole LLP Ted Poretz (tporetz@egsllp.com) |
| 22. | Stanley I. Lehrer, et al. (Defendants Elaine S. Stein and Elaine S. Stein Revocable Trust) | 12-cv-02578 | Golenbock Eiseman Assor Bell & Peskoe LLP Michael Weinstein (mweinstein@golenbock.com) Douglas L. Furth (dfurth@golenbock.com) |
| 23. | Stanley I. Lehrer, et al. (Defendant Neuberger Berman LLC) | Not yet assigned | Krebsbach & Snyder, P.C. Victor A. Machcinski, Jr. (vmachcinski@krebsbach.com) |

**The following cases, which filed joinders to the Motion to Withdraw the Reference filed in *Picard v. Kansler,* District Court Case No. 11-cv-08533:**

| | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 24. | Anne Squadron, et al. | 11-cv-08900 | Lax & Neville LLP Barry R. Lax (blax@laxneville.com) Brian J. Neville (bneville@laxneville.com) Gabrielle Pretto (gpretto@laxneville.com) |
| 25. | Armand Lindenbaum | 11-cv-08835 | Lax & Neville LLP Barry R. Lax (blax@laxneville.com) Brian J. Neville (bneville@laxneville.com) Gabrielle Pretto (gpretto@laxneville.com) |

**The following case, which has been consolidated with *Picard v. Hein*, District Court Case No. 11-cv-04936:**

| | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 26. | Epic Ventures, LLC, et al. | 11-cv-07681 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |

| | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| | **The following case, which filed a joinder to the Motion to Withdraw the Reference filed in *Picard v. Goldstein*, District Court Case No. 11-cv-08491, and the Motion to Withdraw the Reference in *Picard v. Hein*, District Court Case No. 11-cv-04936:** | | |
| 27. | Stanley I. Lehrer, et al. (Defendant Elaine Stein Roberts) | 12-cv-01811 | SNR Denton US LLP Carole Neville (carole.neville@snrdenton.com) |
| | **The following cases, which have been consolidated with *Picard v. Abel*, District Court Case No. 11-cv-07766:** | | |
| 28. | David Abel | 11-cv-07766 | Becker & Poliakoff LLP Helen Davis Chaitman (hchaitman@becker-poliakoff.com) |
| 29. | Stanley I. Lehrer, et al. (Defendant Eunice Chervony Lehrer) | 11-cv-08269 | Becker & Poliakoff LLP Helen Davis Chaitman (hchaitman@becker-poliakoff.com) |
| 30. | Robert Yaffe | 11-cv-08265 | Becker & Poliakoff LLP Helen Davis Chaitman (hchaitman@becker-poliakoff.com) |
| 31. | Triangle Properties #39, et al. | 11-cv-08008 | Becker & Poliakoff LLP Helen Davis Chaitman (hchaitman@becker-poliakoff.com) |
| 32. | Judith Rechler | 11-cv-07967 | Becker & Poliakoff LLP Helen Davis Chaitman (hchaitman@becker-poliakoff.com) |
| 33. | Shirley Friedman, et al. | 11-cv-08266 | Becker & Poliakoff LLP Helen Davis Chaitman (hchaitman@becker-poliakoff.com) |
| 34. | Roger Rechler Revocable Trust, et al. | 11-cv-07987 | Becker & Poliakoff LLP Helen Davis Chaitman (hchaitman@becker-poliakoff.com) |

| | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 35. | Bevro Realty Corp. Defined Benefit Pension Plan, et al. | 11-cv-08108 | Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>(hchaitman@becker-poliakoff.com) |
| 36. | Reckson Generation, et al. | 11-cv-08226 | Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>(hchaitman@becker-poliakoff.com) |
| 37. | Bert Brodsky Associates, Inc. Pension Plan, et al. | 11-cv-08216 | Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>(hchaitman@becker-poliakoff.com) |
| 38. | Realty Negotiators Defined Benefit Pension Plan, et al. | 11-cv-08273 | Becker & Poliakoff LLP<br>Helen Davis Chaitman<br>(hchaitman@becker-poliakoff.com) |

**The following cases, which filed joinders to the Motion to Withdraw the Reference filed in *Picard v. Nathan Cohen*, District Court Case No. 12-cv-00519:**

| | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 39. | Madoff Technologies LLC, et al. (Defendants Alberto Casanova and the Alberto Casanova Revocable Living Trust) | 12-cv-02288 | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| 40. | The Gettinger Foundation | 12-cv-02287 | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |

|  | CASES | DISTRICT COURT CASE NO. | COUNSEL REPRESENTATION |
|---|---|---|---|
| 41. | Martin Gettinger, et al. | 12-cv-02285 | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| 42. | Miscork Corp. #1, et al. | 12-cv-02289 | Akerman Senterfitt LLP<br>Susan F. Balaschak<br>(susan.balaschak@akerman.com)<br>Kathlyn Schwartz<br>(kathlyn.schwartz@akerman.com)<br>Elissa P. Fudim<br>(elissa.fudim@akerman.com)<br>Michael I. Goldberg<br>(michael.goldberg@akerman.com) |
| 43. | Hoboken Radiology, LLC | 12-cv-02290 | Nixon Peabody LLP<br>Thomas M. Mealiffe<br>(tmealiffe@nixonpeabody.com)<br>Joseph J. Ortego<br>(jortego@nixonpeabody.com)<br>James W. Weller<br>(jweller@nixonpeabody.com) |