UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

Securities Investor Protection Corporation,

                Plaintiff-Applicant,

v.                                                    12 MC 115 (JSR)

Bernard L. Madoff Investment Securities LLC,

                Defendant.

------------------------------------------------------------------X

In re Madoff Securities.

------------------------------------------------------------------X

Pertains to:

------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,           Adv. Pro No. 10-04337 (BRL)

                Plaintiff,                            District Court Case No.
v.                                                   11 Civ. 08984 (JSR)

Fiterman Investment Fund, et al.,                           Jury Trial Demanded

                Defendants.
------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,           Adv. Pro No. 10-04337 (BRL)

                Plaintiff,                            District Court Case No.
v.                                                   11 Civ. 08986 (JSR)

Hess Kline Rev. Trust, et al.,                                 Jury Trial Demanded

                Defendants.
------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,   Adv. Pro No. 10-04337 (BRL)

      Plaintiff,   District Court Case No.
                        11 Civ. 08987 (JSR)
v.

                        Jury Trial Demanded

Metro Motors, Inc., et al.,

      Defendants.
------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,   Adv. Pro No. 10-04337 (BRL)

      Plaintiff,   District Court Case No.
                        11 Civ. 08988 (JSR)
v.

                        Jury Trial Demanded

Miles Q. Fiterman Revocable Trust, et al.,

      Defendants.
------------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,   Adv. Pro No. 10-04337 (BRL)

      Plaintiff,   District Court Case No.
                        11 Civ. 08989 (JSR)
v.

                        Jury Trial Demanded

Miles & Shirley Fiterman Charitable
Foundation, et al.,

      Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK  )
            ) ss.:
COUNTY OF NASSAU  )

   Robin Lieman, being duly sworn, deposes and says:

   Deponent is not a party to the action, is over 18 years of age and is employed by JONES & SCHWARTZ, P.C.

On May 30, 2012 deponent served the **Reply Memorandum in Support of Defendants' Motion to Withdraw Reference to Bankruptcy Court** via email to the parties, at the email addresses listed below, said addresses being designated for that purpose.

| | | |
|---|---|---|
| To: | Howard L. Simon | hsimon@windelsmarx.com, ivoryteam@windelsmarx.com |
| | Kevin H. Bell | kbell@sipc.org, rcotchan@sipc.org |
| | Lauren Attard | lattard@sipc.org |
| | Marc E. Hirschfield | mhirschfield@bakerlaw.com, bhaa@bakerlaw.com, erivera@bakerlaw.com, nlandrio@bakerlaw.com |
| | Nicholas J. Cremona | ncremona@bakerlaw.com |
| | Oren J. Warshavsky | owarshavsky@bakerlaw.com, bhbkteam@bakerlaw.com, bhlitdocket@bakerlaw.com, lmedina@bakerlaw.com |

/s/Robin Lieman
ROBIN LIEMAN

Sworn to before me this
30th day of May, 2012

 HAROLD D. JONES
Notary Public