

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | 12 Misc. 115 (JSR) |
| In re: MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD,<br><br>            Plaintiff,<br>v.<br><br>AUDREY KOOTA, *et al.*,<br><br>           Defendants. | Adv. Pro. No. 10-04710 (BRL)<br><br>12 Civ. 2154 (JSR) |

## STIPULATION AND ORDER

JED S. RAKOFF, U.S.D.J.

      For reasons that are no longer relevant, *Picard v. Audrey Koota, et al.*, No. 12 cv. 2154 (JSR) (the "Koota Action"), was excluded from Exhibit C to the Order dated May 12, 2012, No. 12 Civ. 0115 (S.D.N.Y. May 16, 2012) (ECF No. 109) (the "Rule 54(b) Order"). The parties to this Stipulation and Order hereby agree that the Rule 54(b) Order as entered shall apply to the Koota Action *nunc pro tunc* to May 16, 2012, and the Koota Action will be covered by the Rule 54(b) Order in all respects.

300248613

Dated: May 30, 2012

BAKER & HOSTETLER LLP

By: _____
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

SECURITIES INVESTOR
PROTECTION CORPORATION

By: _____
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

ELLENOFF GROSSMAN & SCHOLE LLP

By: _____
150 East 42nd Street
New York, NY 10017
Telephone: (212) 370-1300
Facsimile: (212) 370-7889
Ted Poretz (TP-5387)
Email: tporetz@egsllp.com

*Attorneys for Defendants Audrey Koota and Gordon M. Koota*

SO ORDERED.

Dated: New York, New York
       May 30, 2012

_____
JED S. RAKOFF, U.S.D.J.

300248613