**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendants. | 12 Misc. 115 (JSR) |
| In re: MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASES: | |
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    v.<br><br>BEASER INVESTMENT COMPANY LP, *et al.*,<br><br>    Defendants. | 12 Civ. 696 (JSR) |
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL BEASER AMENDED & RESTATED TRUST U/A/D JANUARY 30, 2004, *et al.*,<br><br>    Defendants. | 12 Civ. 697 (JSR) |

300247557

| | |
|---|---|
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    v.<br><br>ZIESES INVESTMENT PARTNERSHIP, *et al.*,<br><br>    Defendants. | 12 Civ. 698 (JSR) |
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    v.<br><br>G.S. SCHWARTZ & CO., INC., *et al.*,<br><br>    Defendants. | 12 Civ. 699 (JSR) |
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH W. PERLMAN, *et al.*,<br><br>    Defendants. | 12 Civ. 943 (JSR) |
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD R. GANZ, *et al.*,<br><br>    Defendants. | 12 Civ. 944 (JSR) |

300247557

| | |
|---|---|
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE N. FARIS,<br><br>Defendant. | 12 Civ. 945 (JSR) |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY KREITMAN,<br><br>Defendant. | 12 Civ. 1134 (JSR) |

### CONSENT ORDER DEFERRING BRIEFING ON REMAINING ISSUE IN PENDING MOTIONS TO WITHDRAW THE REFERENCE

JED S. RAKOFF, U.S.D.J.

On consent of (i) the above-captioned defendants (collectively, "Defendants"), (ii) Irving H. Picard, as Trustee (the "Trustee") for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, and (iii) the Securities Investor Protection Corporation ("SIPC", together with the Defendants and the Trustee, the "Parties"), briefing with respect to whether judicial economy provides a basis to withdraw the reference for cause pursuant to 28 U.S.C. § 157(d), the only remaining legal issue raised by the pending Motions to Withdraw the Reference in the above-captioned cases (the "Remaining Issue") which is not subsumed by the (i) Order, In re: Madoff Securities, No. 12-MC-115 (JSR) (S.D.N.Y. April 13, 2012) (ECF No. 4) (the "Stern Order") and (ii) Order, In re: Madoff Securities, No. 12-MC-00115 (JSR) (S.D.N.Y. April 19, 2012) (ECF No. 22) (together with the Stern Order, the "Common Briefing Orders") shall be deferred until after

300247557

all of the issues articulated in the Common Briefing Orders have been fully adjudicated by a final order of this Court. The Parties shall advise this Court whether any further briefing with respect to the Remaining Issue is necessary to resolve the pending Motions to Withdraw the Reference in this action as soon as practicable after all of such issues stated in the Common Briefing Orders have been fully adjudicated by a final order of this Court.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Date: New York, New York
      June 6, 2012

300247557