

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | 12 Misc. 115 (JSR) |
| In re: MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASES: | |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN COHEN TRUST,<br><br>Defendant. | 12 Civ. 2283(JSR) |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>PICARD V. MARTIN GETTINGER, ET AL.,<br><br>Defendants. | 12 Civ. 2285 (JSR) |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>GETTINGER FOUNDATION,<br><br>Defendant. | 12 Civ. 2287 (JSR) |

300249066

| | |
|---|---|
| IRVING H. PICARD,<br><br>          Plaintiff,<br><br>          v.<br><br>MISCORK CORP., ET AL.,<br><br>          Defendants. | 12 Civ. 2289 (JSR) |
| IRVING H. PICARD,<br><br>          Plaintiff,<br><br>          v.<br><br>MEYER MUTUAL FUND, ET AL.,<br><br>          Defendants. | 12 Civ. 2281 (JSR) |
| IRVING H. PICARD,<br><br>          Plaintiff,<br><br>          v.<br><br>THE MITTLEMANN FAMILY FOUNDATION,<br><br>          Defendant. | 12 Civ. 2284 (JSR) |
| IRVING H. PICARD,<br><br>          Plaintiff,<br><br>          v.<br><br>EMPIRE PROSPECT, ET AL.,<br><br>          Defendants. | 12 Civ. 2282 (JSR) |
| IRVING H. PICARD,<br><br>          Plaintiff,<br><br>          v.<br><br>JUST EMPIRE, LLC,<br><br>          Defendant. | 12 Civ. 2280 (JSR) |

300249066

| |
|---|
| IRVING H. PICARD, |
| Plaintiff, |
| v. |
| MARSY MITTLEMANN, |
| Defendant. |

12 Civ. 2286 (JSR)

## STIPULATION AND ORDER

JED S. RAKOFF, U.S.D.J.

For reasons that are no longer relevant, the above-captioned adversary proceedings (the "Adversary Proceedings"), were inadvertently excluded from Exhibit C to the Order dated May 12, 2012, No. 12 Civ. 0115 (S.D.N.Y. May 16, 2012) (ECF No. 109) (the "Rule 54(b) Order"). The parties to this Stipulation and Order hereby agree that the Rule 54(b) Order as entered shall apply to the Adversary Proceedings *nunc pro tunc* to May 16, 2012, and the Adversary Proceedings will be covered by the Rule 54(b) Order in all respects.

300249066

Dated: June 4, 2012

BAKER & HOSTETLER LLP

By: /s/
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*

SECURITIES INVESTOR
PROTECTION CORPORATION

By: /s/
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

AKERMAN SENTERFITT LLP

By: /s/
350 East Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301
Telephone: (954) 468-2444
Facsimile: (954) 463-2224
Michael L. Goldberg
Email: michael.goldberg@akerman.com

*Attorneys for Defendants*

SO ORDERED.

Dated: New York, New York
       June 6, 2012

/s/
JED S. RAKOFF, U.S.D.J.