UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Case No. 12-mc-00115-JSR |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | **NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Harold J. Hein, and the other defendants listed on the List of Defendants Represented by SNR Denton US LLP.  All notices given or required to be given in the case and all papers filed in this case shall be served upon the undersigned.

  The undersigned certifies that she is admitted to practice in this Court.

Dated: June 7, 2012
   New York, New York

SNR DENTON US LLP

By:   */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@snrdenton.com

*Attorneys for Harold J. Hein and the Other Defendants on the Attached List*

10491292

**DEFENDANTS REPRESENTED BY SNR DENTON US LLP**

|  | DEFENDANT(S) | ADVERSARY PROCEEDING CASE NO. | CIVIL PROCEEDING CASE NO. |
|---|---|---|---|
| 1. | HAROLD J. HEIN | 10-04861 (BRL) | 11-cv-04936 (JSR) |
| 2. | KELMAN PARTNERS LIMITED PARTNERSHIP, a Delaware limited partnership, *et al.* | 10-05158 (BRL) | 11-cv-05513 (JSR) |
| 3. | BARBARA J. BERDON | 10-04415 (BRL) | 11-cv-07684 (JSR) |
| 4. | LAURA E. GUGGENHEIMER COLE | 10-04882 (BRL) | 11-cv-07670 (JSR) |
| 5. | SIDNEY COLE | 10-04672 (BRL) | 11-cv-07669 (JSR) |
| 6. | THE FREDERICA RIPLEY FRENCH REVOCABLE TRUST, *et al.* | 10-05424 (BRL) | 11-cv-07622 (JSR) |
| 7. | ALVIN GINDEL REVOCABLE TRUST, ALVIN GINDEL | 10-04925 (BRL) | 11-cv-07645 (JSR) |
| 8. | ROSE GINDEL TRUST, ROSE GINDEL, *et al.* | 10-04401 (BRL) | 11-cv-07601 (JSR) |
| 9. | S&L PARTNERSHIP, a New York partnership, *et al.* | 10-04702 (BRL) | 11-cv-07600 (JSR) |
| 10. | JOEL I. GORDON REVOCABLE TRUST U/A/D 5/11/94, JOEL I. GORDON | 10-04615 (BRL) | 11-cv-07623 (JSR) |
| 11. | TOBY T. HOBISH, as an individual and as trustee, *et al.* | 10-05236 (BRL) | 11-cv-07559 (JSR) |
| 12. | LAPIN CHILDREN LLC | 10-05209 (BRL) | 11-cv-07624 (JSR) |
| 13. | BAM L.P., MICHAEL MANN, *et al.* | 10-04390 (BRL) | 11-cv-07667 (JSR) |
| 14. | DAVID R. MARKIN, *et al.* | 10-05224 (BRL) | 11-cv-07602 (JSR) |
| 15. | STANLEY T. MILLER | 10-04921 (BRL) | 11-cv-07579 (JSR) |
| 16. | THE MURRAY FAMILY TRUST, *et al.* | 10-04510 (BRL) | 11-cv-07683 (JSR) |
| 17. | ESTATE OF MARJORIE K. OSTERMAN, *et al.* | 10-04999 (BRL) | 11-cv-07626 (JSR) |
| 18. | NEIL REGER PROFIT SHARING KEOGH, NEIL REGER | 10-05384 (BRL) | 11-cv-07577 (JSR) |
| 19. | EUGENE J. RIBAKOFF 2006 TRUST, *et al.* | 10-05085 (BRL) | 11-cv-07644 (JSR) |
| 20. | SAGE ASSOCIATES, *et al.* | 10-04362 (BRL) | 11-cv-07682 (JSR) |
| 21. | SAGE REALTY, *et al.* | 10-04400 (BRL) | 11-cv-07668 (JSR) |
| 22. | THE NORMA SHAPIRO REVOCABLE DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008, *et al.* | 10-04486 (BRL) | 11-cv-07578 (JSR) |
| 23. | ESTATE OF JACK SHURMAN, *et al.* | 10-05028 (BRL) | 11-cv-07625 (JSR) |
| 24. | BARRY WEISFELD | 10-04332 (BRL) | 11-cv-07647 (JSR) |
| 25. | ELAINE STEIN ROBERTS | 10-05259 (BRL) | 12-cv-01811 (JSR) |
| 26. | AMERICA-ISRAEL CULTURAL FOUNDATION, INC. | 10-05058 (BRL) | 12-cv-02756 (JSR) |

10491292