UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br>                    Debtor. | Case No. 12-mc-00115 (JSR)<br><br><br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendants Neal M. Goldman, Linda Sohn, Trust U/W/O David L. Fisher, Trust U/T/A 8/20/90, and Evelyn Fisher individually and in her capacity as Trustee for the Trust U/W/O David L. Fisher and Trust U/T/A 8/20/90, as set forth in the attached list of Adversary Proceeding and Civil Action Numbers pertaining to the said defendants.

The undersigned certifies that he is admitted to practice in this Court.

Dated:   New York, New York
         June 8, 2012

                                        **MINTZ & GOLD LLP**

                                        By: */s/ Terence W. McCormick*
                                        Terence W. McCormick
                                        470 Park Avenue South
                                        10th Floor North
                                        New York, New York 10016
                                        Tel:  (212) 696-4848
                                        Fax: (212) 696-1231
                                        *mccormick@mintzandgold.com*
                                        *Attorneys for Defendants*

## DEFENDANTS REPRESENTED BY MINTZ & GOLD LLP

| DEFENDANT | ADVERSARY PROCEEDING CASE NO. | CIVIL ACTION CASE NO. |
|---|---|---|
| Neal M. Goldman | 10-05259-brl | 1:12-cv-02429-JSR |
| Linda Sohn | 10-05259-brl | 1:12-cv-02429-JSR |
| Trust U/W/O David L. Fisher, Trust U/T/A 8/20/90, and Evelyn Fisher individually and in her capacity as Trustee for the Trust U/W/O David L. Fisher and Trust U/T/A 8/20/90 | 10-05259-brl | 1:12-cv-02458-JSR |