UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | 12-mc-00115 (JSR)<br><br>NOTICE OF APPEARANCE<br><br>ECF Case<br><br>Electronically Filed |
| In re:<br><br>MADOFF SECURITIES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marco E. Schnabl of Skadden, Arps, Slate, Meagher & Flom LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants UniCredit S.p.A., Pioneer Alternative Investment Management Ltd. and Pioneer Global Asset Management S.p.A in this consolidated action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.  The aforementioned defendants reserve all defenses and/or objections available to them, and this appearance in no way waives any such rights.

Dated: June 11, 2012
New York, New York

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/   Marco E. Schnabl_____
 Marco E. Schnabl

Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-2312
Fax: (917) 777-2312
Marco.Schnabl@skadden.com