UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | 12-mc-00115 (JSR)<br><br>ECF Case<br><br>Electronically Filed |
| In re:<br><br>MADOFF SECURITIES | |

**DESIGNATION OF LEAD COUNSEL FOR *STERN* WITHDRAWAL DEFENDANTS PURSUANT TO ORDER OF THE COURT ENTERED ON APRIL 13, 2012 (ECF NO. 4)**

Pursuant to this Court's April 13, 2012 Order, *see* Order, *In re Madoff Sec.*, No. 12-mc-00115, (S.D.N.Y. Apr. 13, 2012), ECF No. 4 (the "*Stern* Order"), the *Stern* Withdrawal Defendants (as defined in the *Stern* Order) hereby designate Marco E. Schnabl of Skadden, Arps, Slate, Meagher & Flom LLP as lead counsel to advocate their position at oral argument on June 18, 2012 at 2:00 P.M.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 11, 2012
       New York, New York

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ <u>Marco E. Schnabl</u>
    Marco E. Schnabl
    Susan L. Saltzstein
    Jeremy A. Berman

Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-2312
Fax: (917) 777-2312
Marco.Schnabl@skadden.com

*Of Counsel:*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Thomas J. Moloney
Lawrence B. Friedman
Lewis J. Liman
Jeffrey A. Rosenthal
Carmine D. Boccuzzi, Jr.
Breon S. Peace
Members of the Firm
One Liberty Plaza
New York, New York 10006

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**
William P. Weintraub
Eamonn O'Hagan
Gregory W. Fox
Kizzy L. Jarashow
7 Times Square
New York, New York 10036-6516

**GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**
Douglas L. Furth
437 Madison Avenue
New York, New York 10022

**HOGAN LOVELLS US LLP**
Marc Gottridge

Andrew M. Behrman
875 Third Avenue
New York, New York 10022

**KING & SPALDING**
Arthur J. Steinberg
Heath Rosenblat
1185 Avenue of the Americas
New York, New York 10036-4003

**KLEINBERG, KAPLAN, WOLFF &
COHEN, P.C.**
David Parker
Matthew J. Gold
551 Fifth Avenue
New York, New York 10176

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Philip Bentley
Elise S. Frejka
1177 Avenue of the Americas
New York, New York 10036

**KUDMAN TRACHTEN ALOE LLP**
Paul H. Aloe
Matthew H. Cohen
The Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118

**LEWIS & MCKENNA**
Paul Z. Lewis
Gregory S. Goett
521 Fifth Avenue
New York, New York 10175

**OKIN, HOLLANDER & DELUCA, L.L.P.**
Paul S. Hollander
James D. DeLuca
Gregory S. Kinoian
One Parker Plaza, 12th Floor
400 Kelby Street
Fort Lee, New Jersey  07024

**PRYOR CASHMAN LLP**
Richard Levy, Jr.
David C. Rose
7 Times Square
New York, New York 10036-6569

**RATTET PASTERNAK, LLP**
James B. Glucksman
550 Mamaroneck Avenue
Harrison, New York 10528

**REED SMITH LLP**
James C. McCarroll
Jordan W. Siev
John L. Scott, Jr.
599 Lexington Avenue
New York, New York 10022

**SHEARMAN & STERLING LLP**
Heather Lamberg Kafele
Joanna Shally
Jessica Lyn Bartlett
599 Lexington Avenue
New York, New York 10022

**SILLS CUMMIS & GROSS P.C.**
Andrew H. Sherman
One Riverfront Plaza
Newark, New Jersey  07102

**STEPTOE & JOHNSON LLP**
Celina Munoz
Seong H. Kim
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067

**SULLIVAN & WORCESTER LLP**
Jonathan G. Kortmansky
Franklin B. Velie
1290 Avenue of the Americas
New York, New York 10104

**LAWRENCE VELVEL**
Lawrence Velvel

Massachusetts School Of Law
500 Federal Street
Andover, Massachusetts 01810