```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
SECURITIES INVESTOR PROTECTION                                      :
CORPORATION                                                         :
                          Plaintiff,                                :   12 MC 00115 (JSR)
                                                                    :
     v.                                                             :
                                                                    :
BERNARD L. MADOFF INVESTMENT                                        :
SECURITIES LLC,                                                     :
                                                                    :
                          Defendant.                                :
------------------------------------------------------------------- X
In re:                                                              :
MADOFF SECURITIES                                                   :
------------------------------------------------------------------- X
PERTAINS TO CASE 12 CV 02409                                        :
------------------------------------------------------------------- X
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Menachem O. Zelmanovitz, of the law firm of Morgan, Lewis & Bockius LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin and Andrew Kostin in the above-captioned consolidated action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned. Defendants reserve all defenses or objections to the jurisdiction or venue of this Court, and this appearance in no way waives any such rights.

Dated: June 12, 2012          Respectfully submitted,
       New York, New York

                              MORGAN, LEWIS & BOCKIUS LLP

                              By:   s/ Menachem O. Zelmanovitz
                                    Menachem O. Zelmanovitz
                                    101 Park Avenue
                                    New York, New York 10178
                                    (212) 309-6000

                              Attorneys for Defendants

DB1/ 70042427.1