UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
:
SECURITIES INVESTOR PROTECTION :
CORPORATION :
                      Plaintiff, :     12 MC 00115 (JSR)
:
    v. :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
                    Defendant. :
------------------------------------------------------------------------ X
In re: :
MADOFF SECURITIES :
------------------------------------------------------------------------ X
PERTAINS TO CASE 12 CV 02409 :
------------------------------------------------------------------------ X

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Bernard J. Garbutt III, of the law firm of Morgan, Lewis & Bockius LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin and Andrew Kostin in the above-captioned consolidated action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned. Defendants reserve all defenses or objections to the jurisdiction or venue of this Court, and this appearance in no way waives any such rights.

Dated: June 12, 2012         Respectfully submitted,
       New York, New York

                                 MORGAN, LEWIS & BOCKIUS LLP

                                 By:    s/Bernard J. Garbutt III
                                        Bernard J. Garbutt III (BG-1970)
                                        101 Park Avenue
                                        New York, New York 10178
                                        (212) 309-6000

                                   Attorneys for Defendants

DB1/ 70030161.1