UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant.<br><br>In re<br><br>MADOFF SECURITIES | 12-mc-115 (JSR)<br><br>NOTICE OF APPEARANCE<br><br>ECF Case |

  PLEASE TAKE NOTICE that Jonathan G. Kortmansky of Sullivan & Worcester LLP, an attorney admitted to practice in this Court, hereby appears as counsel of record in the above-captioned proceeding for defendant UniCredit Bank Austria AG and requests service of all notices, orders, correspondence and other papers filed in connection with this action.

  PLEASE TAKE FURTHER NOTICE that (i) UniCredit Bank Austria AG reserves all rights and defenses, including, but not limited to, any challenges to the assertion of personal jurisdiction over UniCredit Bank Austria AG or the appropriateness of this venue; (ii) this Notice of Appearance and Request for Service of Papers shall not impair or otherwise affect such rights and defenses; and (iii) this appearance is not binding on any current or former employee, officer, director, shareholder, affiliate, or alleged affiliate of UniCredit Bank Austria AG, including any individuals or entities which are defendants in this or any other related proceeding.

2

Dated: New York, New York
       June 12, 2012

SULLIVAN & WORCESTER LLP

By: /s/ _____
    Jonathan G. Kortmansky

1633 Broadway, 32nd Floor
New York, New York 10019
Telephone: (212) 660-3000
Facsimile: (212) 660-3001
jkortmansky@sandw.com

*Attorneys for UniCredit Bank Austria AG*