UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>               Defendant. | 12 MC 00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |
| PERTAINS TO CASE NO. 12-cv-2878 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Seong H. Kim is hereby entering his appearance on behalf of Meritz Fire & Marine Insurance Co., Ltd., defendant in the proceeding styled *Irving H. Picard v. Meritz Fire & Marine Insurance Co., Ltd.*, Case No. 12-mc-00115.  The undersigned further requests that all correspondence, pleadings, notices and other documents filed and/or served in this case shall be served upon the undersigned.

I certify that I am admitted to practice in this Court.

Dated:   June 14, 2012
             Los Angeles, California

/s/ Seong H. Kim
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:  (310) 734-3200
Facsimile:    (310) 734-3300
Email: skim@steptoe.com

*Attorneys for Meritz Fire & Marine Insurance Co. Ltd.*

2

Doc. # CC-267359 v.1