UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | 12 Misc. 115 (JSR) |
| In re: MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD,<br><br>       Plaintiff,<br>v.<br><br>S. DONALD FRIEDMAN, individually and in his capacity as a beneficiary of an Individual Retirement Account, SAUNDRA FRIEDMAN, BROADWAY-ELMHURST CO. LLC, and ARI FRIEDMAN,<br><br>       Defendant. | Adv. Pro. No. 10-5395 (BRL)<br><br>12 Civ. 2343 (JSR) |

## STIPULATION AND ORDER

JED S. RAKOFF, U.S.D.J.

For reasons that are no longer relevant, *Picard v. S. Donald Friedman, et al.*, No. 12 cv. 2343 (JSR) (the "Friedman Action"), was excluded from Exhibit A to the Order dated May 12, 2012, No. 12 Civ. 115 (S.D.N.Y. May 12, 2012) (ECF No. 99) (the "IRA Order"). The parties to this Stipulation and Order hereby agree that the IRA Order as entered shall apply to the Friedman

300245844

Action *nunc pro tunc* to May 12, 2012, and the Friedman Action will be covered by the IRA Order in all respects.

Dated: June 8, 2012

BAKER & HOSTETLER LLP

By: /s/ _____
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

SECURITIES INVESTOR
PROTECTION CORPORATION

By: /s/ _____
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

MOSES & SINGER LLP

By: _____
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
Mark N. Parry
Email: mparry@mosessinger.com

*Attorneys for Defendants S. Donald Friedman, Saundra Friedman, Ari Friedman, and Broadway-Elmhurst*

SO ORDERED.

Dated: New York, New York
       June 15, 2012

_____
JED S. RAKOFF, U.S.D.J.

300245844

Action *nunc pro tunc* to May 12, 2012, and the Friedman Action will be covered by the IRA Order in all respects.

Dated: June 8, 2012

| | |
|---|---|
| BAKER & HOSTETLER LLP | MOSES & SINGER LLP |
| By:_____ | By: /s/ *[signature]* |
| 45 Rockefeller Plaza | The Chrysler Building |
| New York, New York 10111 | 405 Lexington Avenue |
| Telephone: (212) 589-4200 | New York, New York 10174-1299 |
| Facsimile: (212) 589-4201 | Telephone: (212) 554-7800 |
| David J. Sheehan | Facsimile: (212) 554-7700 |
| Email: dsheehan@bakerlaw.com | Mark N. Parry |
| Oren J. Warshavsky | Email: mparry@mosessinger.com |
| Email: owarshavsky@bakerlaw.com | |
| Nicholas Cremona | *Attorneys for Defendants S. Donald* |
| Email: ncremona@bakerlaw.com | *Friedman, Saundra Friedman, Ari* |
| | *Friedman, and Broadway-Elmhurst* |
| *Attorneys for Plaintiff Irving H. Picard,* | |
| *Trustee for the Liquidation of Bernard L.* | |
| *Madoff Investment Securities LLC* | |

SECURITIES INVESTOR
PROTECTION CORPORATION

By:_____
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

SO ORDERED.

Dated: New York, New York
       June ____, 2012

_____
JED S. RAKOFF, U.S.D.J.

300245844