UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Misc. No. 12-mc-115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br>v.<br><br>IDA FISHMAN REVOCABLE TRUST, et al.,<br><br>     Defendants. | Civil Action No. 11-cv-7603 (JSR)<br><br>(Consolidated) |

**[REVISED] SUPPLEMENTAL**
**DISTRICT COURT CLERK – SERVICE LIST**

| | |
|---|---|
| Ackerman Senterfitt | Donald Norman David (donald.david@akerman.com) |
| Becker & Poliakoff LLP | Peter William Smith (psmith@becker-poliakoff.com)<br><br>Julie Gorchkova (jgorchkova@beckerny.com) (jgorchkova@becker-poliakoff.com) |

1

| | |
|---|---|
| Bernfeld, DeMatteo & Bernfeld LLP | Joseph DeMatteo (josephdematteo@hotmail.com) |
| Bingham McCutchen LLP | Scott K. Seamon (scott.seamon@bingham.com) |
| Gallagher Walker Bianco & Plastaras, LLP | Thomas Edward Plastaras (tplastaras@gwbplaw.com) |
| Goodwin Procter, LLP | David J. Apfel (dapfel@goodwinprocter.com) |
| Greenberg Traurig P.A. | Rachel Ehrlich Albanese (albaneser@gtlaw.com) |
| Halperin Battaglia Raicht, LLP; The Gordon Law Firm LLP | Christopher J. Battaglia (cbattaglia@halperinlaw.net) |
| K&L Gates LLP | Richard Allen Kirby (klgateseservice@klgates.com) Martha Rodriguez Lopez (martha.rodriguezlopez@klgates.com) |
| Kachroo Legal Services P.C. | John H. Ray, III (jray@kachroolegal.com) |
| Katsy Korins LLP | Robert Alan Abrams (rabrams@katskykorins.com) Christopher J. Major (cjm@msf-law.com) |
| Kirkland & Ellis LLP | David S. Flugman (dflugman@kirkland.com) Maura M. Klugman (maura.klugman@kirkland.com) |
| Kirkpatrick & Lockhart Preston Gates Ellis LLP | Gerald Allen Novack (Gerald.novack@klgates.com) |

| | |
|---|---|
| Kramer Levin Naftalis & Frankel LLP | Jason S. Rappaport (jrappaport@kramerlevin.com) |
| Krebsbach & Snyder, P.C. | Victor Anthony MacHeinski, Jr. (vmachcinski@krebsbach.com) |
| John Edward Lawlor | John E. Lawlor (jlaw672@aol.com) |
| Milberg LLP | Jobnathan M. Landers (jlanders@milberg.com) <br><br> Matthew Aaron Kupillas (mkupillas@milberg.com) <br><br> Joshua Evan Keller (jkeller@milberg.com) |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. | William Wade Kannel (Bkannel@mintz.com) |
| Moses & Singer LLP | Alan E. Gamza (agamza@mosessinger.com) |
| Proskauer Rose LLP | Charles F. Seemann, III (cseemann@proskauer.com) |
| Pryor Cashman LLP | Mark Randolph Jacobs (mjacobs@mjblllc.com) <br><br> Robert M. Fleischer (rfleischer@pryorcashman.com) |
| Schlesinger Gannon & Lazetra LLP | Beth E. Spickler (bspickler@sglllp.com) |
| Sanders Ortoli Vaughn-Flam Rosenstadt LLP | EricVaughn-Flam (evf@sovrlaw.com) |
| Seeger Weiss LLP | Stephen A. Weiss (sweiss@seegerweiss.com) <br><br> Christopher Matthew Van de Kieft (cvandekieft@seegerweiss.com) |
| Stein, Riso, Mantel, LLP | Edward Robert Minson (Edward.minson@steinrisomantel.com) |
| The Gordon Law Firm LLP | Stephen F. Gordon (sgordon@gordonfirm.com) |
| Thomas Drohan Waxman Petigrow & Mayle LLP(Scarsdale) | Vincent P. D'Andrea, Sr. (vdandrea@tdwpm.com) |

| | |
|---|---|
| Troutman Sanders LLP (NYC) | Lee W. Stremba (lee.stremba@troutmansanders.com) |
| Walter Matthew Sakkas | Matthew Sakkas (matt@sakkaslaw.com) |
| Yeskoo, Hogan & Tamlyn LLP | Richard Charles Yeskoo (yeskoo@yeskoolaw.com) |
| Zeisler and Zeisler | Jed Horwitt (jhorwitt@zeislaw.com) |