UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>MADOFF SECURITIES | 12-MC-0115 (JSR) |

## NOTICE OF ANTECEDENT DEBT DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE THAT the Antecedent Debt Defendants (as defined by the Court's Order, *In re Madoff Sec.*, No. 12-mc-0115 (JSR), (S.D.N.Y. May 12, 2012), ECF No. 107 (the "Antecedent Debt Order")), will move before the Honorable Jed S. Rakoff, United States District Judge, on August 20, 2012, at 4:00 p.m., in Courtroom 14-B at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to Rule 12 of the Federal Rules of Civil Procedure (made applicable to the adversary proceeding by Fed. R. Bankr. P. 7012(b)).  The Antecedent Debt Defendants seek dismissal of the complaints against them in whole or part as to any challenged transfers or portions thereof that cannot be avoided because they were taken for value, including in satisfaction of antecedent debts, or are otherwise shielded from recovery.

The motion is based upon the accompanying Consolidated Memorandum of Law on Behalf of Antecedent Debt Defendants, the briefing and supporting materials incorporated therein, all pleadings and papers filed in these proceedings, and any other matters that may properly come before the Court.

Pursuant to the Antecedent Debt Order, responsive papers, if any, must be filed and served on or before July 25, 2012, and reply papers, if any, must be filed and served on or before August 8, 2012.

Dated: June 25, 2012

**K&L GATES LLP**

By: /s/ Richard A. Kirby
  Richard A. Kirby
  Laura L. Clinton
  Martha Rodriguez-Lopez
  Catherine A. LaRose

1601 K Street NW
Washington, DC 20006-1600
(202) 778-9000 (telephone)
Richard.Kirby@klgates.com

**BECKER & POLIAKOFF LLP**

By: /s/ Helen Davis Chaitman
  Helen Davis Chaitman

45 Broadway
New York, NY 10006

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

By: /s/ William P. Weintraub
　　William P. Weintraub
　　Kizzy L. Jarashow

7 Times Square
New York, New York 10036-6516

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: /s/ Matthew J. Gold
　　David Parker
　　Matthew J. Gold

551 Fifth Avenue
New York, New York 10176

**KUDMAN TRACHTEN ALOE LLP**

By: /s/ Paul H. Aloe
　　Paul H. Aloe
　　Matthew H. Cohen
　　Evan S. Cowit

The Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118

**LOEB & LOEB LLP**

By: /s/ P. Gregory Schwed
    Walter H. Curchack
    P. Gregory Schwed
    Daniel B. Besikof

345 Park Avenue
New York, New York 10154

*Of Counsel:*

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

Marc E. Kasowitz
Daniel J. Fetterman
David J. Mark
1633 Broadway
New York, New York 10019

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036

**PRYOR CASHMAN LLP**

Richard Levy, Jr.
7 Times Square
New York, New York 10036-6569

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Michael V. Ciresi
Thomas B. Hatch
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402–2015

**SNR DENTON US LLP**

Carole Neville, Esq.
1221 Avenue of the Americas
New York, NY 10020