**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



SECURITIES INVESTOR PROTECTION
CORPORATION,

                              Plaintiff,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                              Defendant.

In re:

MADOFF SECURITIES

12-MC-115 (JSR)

**ORDER**

(Relates to consolidated proceedings
on "Good Faith" Standard under
either 11 U.S.C. § 548(c) or 11 U.S.C.
§ 550(b))

PERTAINS TO CASES LISTED IN EXHIBIT A

JED S. RAKOFF, U.S.D.J.:

        WHEREAS:

        A.      Irving H. Picard (the "Trustee"), in his capacity as the trustee in the liquidation

proceedings under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), of

Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated

estate of Bernard L. Madoff, commenced certain actions identified on Exhibit A hereto in the

United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")

by filing complaints (the "Complaints") which asserted claims under section 78fff-2(c)(3) of

SIPA, sections 544(b), 547(b), 548(a)(1)(A) and (B), 550(a) and 551 of title 11, United States

Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), the New York Debtor and Creditor

Law, N.Y. Debt. & Cred. L. § 270 *et seq.*, and other laws, which sought to avoid or recover

certain transfers made by BLMIS in the 90 day, two year, six year and/or longer period(s) preceding December 11, 2008 (collectively, the "<u>Transfers</u>" and each a "<u>Transfer</u>").

B.      In these proceedings, (i) defendants who had customer accounts at BLMIS, or who otherwise received initial transfers made by BLMIS (the "<u>Initial Transferee Defendants</u>"), or (ii) defendants who are the immediate or mediate transferees of initial transferees who received transfers made by BLMIS (the "<u>Subsequent Transferee Defendants</u>" together with the Initial Transferee Defendants, the "<u>Good Faith Standard Defendants</u>") have sought withdrawal of the reference from the Bankruptcy Court to this Court, among other grounds, for the Court's determination of the Good Faith Standard Issues as defined below.

C.      Exhibit A hereto, prepared by the Trustee's counsel, identifies single cases or, in certain instances, the lead case of related adversary proceedings, in which Good Faith Standard Defendants have filed motions to withdraw the reference (or joinders in such motions, as the case may be, which are deemed included in the scope of this Order unless expressly stated otherwise on Exhibit A) from the Bankruptcy Court to this Court to determine whether SIPA and other securities laws alter the standard the Trustee must meet in order to show that a defendant did not receive transfers in "good faith" under either 11 U.S.C. § 548(c) or 11 U.S.C. § 550(b) (the "<u>Good Faith Standard Issues</u>").  Such cases and joinders are referred to herein as the "<u>Adversary Proceedings</u>."

D.      For the reasons stated in <u>Picard v. Primeo Fund</u> and <u>Picard v. Avellino</u>, the Court, over the objections of the Trustee and the Securities Investor Protection Corporation ("SIPC"), previously withdrew the reference from the Bankruptcy Court to consider the Good Faith Standard Issues.  <u>See</u> <u>Picard v. Primeo Fund, et al.</u>, No. 12 MC 115 (JSR) (S.D.N.Y. May 15, 2012) [ECF No. 97]; <u>Picard v. Avellino, et al.</u>, No. 11 Civ. 3882 (JSR), 2012 U.S. Dist. LEXIS

2

35260 (S.D.N.Y. Feb. 29, 2012) [ECF No. 20] (collectively, the "Prior Good Faith Standard Withdrawal Rulings").

E.      Pursuant to the Prior Good Faith Standard Withdrawal Rulings, the Court has decided to consolidate briefing on the merits of the Good Faith Standard Issues, and the resolution of these issues will govern all pending motions to withdraw the reference and those pending motions to dismiss that have not yet been fully briefed and argued. See SIPC v. Bernard L. Madoff Inv. Secs, LLC (In re Madoff Secs.), No. 12 MC 115 (S.D.N.Y. Order dated May 31, 2012) [ECF No. 154] (the "Consolidated Briefing Order"). Through the Consolidated Briefing Order, the Court directed counsel for the Trustee to arrange for all parties raising the Good Faith Standard Issues to prepare a proposed order consolidating and scheduling briefing and to submit such proposed order to the Court no later than June 13, 2012.

F.      On June 12, 2012, counsel for the Trustee, SIPC, and certain of the Good Faith Standard Defendants convened a conference call with the Court, and the Court thereafter authorized the parties to submit a proposed order consolidating briefing of the Good Faith Standard Issues with the briefing and argument schedule as ordered by the Court by no later than June 20, 2012. The Court subsequently extended the parties' time to submit this Order until June 22, 2012.

BASED ON THE FOREGOING, IT IS HEREBY ORDERED AS FOLLOWS:

1.      The reference of the Adversary Proceedings listed in Exhibit A is withdrawn, in part, from the Bankruptcy Court to this Court solely with respect to the Good Faith Standard Defendants for the limited purpose of hearing and determining whether SIPA and other securities laws alter the standard the Trustee must meet in order to show that a defendant did not receive transfers in "good faith" under either 11 U.S.C. § 548(c) or 11 U.S.C. § 550(b). Except

as otherwise provided herein or in other orders of this Court, the reference to the Bankruptcy Court is otherwise maintained for all other purposes.

2.      The Trustee and SIPC are deemed to have raised, in response to all pending motions for withdrawal of the reference based on the Good Faith Standard Issues, all arguments previously raised by either or both of them in opposition to all such motions granted by the Prior Good Faith Standard Withdrawal Rulings, and such objections or arguments are deemed to be overruled, solely with respect to the Good Faith Standard Issues, for the reasons stated in the Prior Good Faith Standard Withdrawal Rulings.

3.      All objections that could be raised by the Trustee and/or SIPC to the pending motions to withdraw the reference in the Adversary Proceedings, and the defenses and responses thereto that may be raised by the affected defendants, are deemed preserved on all matters.

4.      On or before July 20, 2012, the Initial Transferee Defendants and the Subsequent Transferee Defendants shall each file a consolidated memorandum of law, not to exceed forty (40) pages, each addressing the Good Faith Standard Issues (the "Initial Transferee Good Faith Standard Brief" and the "Subsequent Transferee Good Faith Standard Brief"; collectively, the "Opening Good Faith Standard Briefs").  On or before August 10, 2012, the Good Faith Standard Defendants may file up to five (5) separate supplemental briefs reflecting materially relevant differences between identifiable subgroups of defendants to raise issues relevant to each subgroup, and which may seek dismissal, but which are not otherwise raised or addressed in the Opening Good Faith Standard Briefs (each, "Supplemental Good Faith Standard Brief," and together with the Opening Good Faith Standard Briefs, the "Good Faith Standard Briefs"), with each such Supplemental Good Faith Standard Brief not to exceed eight (8) pages.

4

5.      In the event that certain of the Good Faith Standard Defendants cannot agree to the configuration of the materially different identifiable subgroups of defendants filing the five (5) Supplemental Good Faith Standard Briefs, such defendants may seek relief from this Court by convening a telephonic conference with the Chambers of the Honorable Jed S. Rakoff, on or before August 3, 2012, consistent with Judge Rakoff's Individual Rules of Practice.

6.      On or before August 31, 2012, the Trustee and SIPC shall each file a memorandum of law in opposition to the Opening Good Faith Standard Briefs, not to exceed forty (40) pages each, addressing the Good Faith Standard Issues.

7.      On or before September 14, 2012, the Initial Transferee Defendants and Subsequent Transferee Defendants shall each file a consolidated reply brief, not to exceed twenty (20) pages.

8.      On or before September 14, 2012, the Trustee and SIPC may either (i) each file a separate memorandum of law in opposition to each Supplemental Good Faith Standard Brief filed with the Court, with each opposition not to exceed eight (8) pages or (ii) choose to file separate consolidated memoranda of law in opposition to the Supplemental Good Faith Standard Briefs with such consolidated brief(s) filed by the Trustee and SIPC not to exceed a total of forty (40) pages in the aggregate for each of the Trustee and SIPC.

9.      Young Conaway Stargatt & Taylor, LLP, which is conflicts counsel for the Trustee, and Windels Marx Lane & Mittendorf, LLP, which is special counsel to the Trustee, each may file a joinder, not to exceed two (2) pages (excluding exhibits), on behalf of the Trustee in certain of the adversary proceedings listed on Exhibit A hereto, to the Trustee's opposition to (i) the Opening Good Faith Standard Briefs on or before August 31, 2012 and (ii) to each Supplemental Good Faith Standard Brief on or before September 14, 2012.

10.     On or before September 28, 2012, the subgroups of Initial Transferee Defendants and the Subsequent Transferee Defendants that filed Supplemental Good Faith Standard Briefs (which shall not exceed five (5) total briefs) may each file a consolidated reply brief, not to exceed four (4) pages each.

11.     On or before October 5, 2012, the Initial Transferee Defendants and the Subsequent Transferee Defendants shall each designate one lead counsel to advocate their position at oral argument on the Good Faith Standard Hearing Date, but any other attorney who wishes to be heard may appear and so request.

12.     The Court will hold oral argument on the matters raised in the Good Faith Standard Briefs filed by the Good Faith Standard Defendants and the Trustee's and SIPC's oppositions thereto on October 12, 2012, at 4:00 p.m. (the "Good Faith Standard Hearing Date").

13.     The caption displayed on this Order shall be used as the caption for all pleadings, notices and briefs to be filed pursuant to this Order.

14.     All communications and documents (including drafts) exchanged between and among any of the defendants in any of the adversary proceedings, and/or their respective attorneys, shall be deemed to be privileged communications and/or work product, as the case may be, subject to a joint interest privilege.

15.     This Order is without prejudice to any and all grounds for withdrawal of the reference (other than the Good Faith Standard Issues) raised in the Adversary Proceedings by the Good Faith Standard Defendants and any matter that cannot properly be raised or resolved on a Rule 12 motion, all of which are preserved.

16.     Nothing in this Order shall: (a) waive or resolve any issue not specifically raised in the Good Faith Standard Briefs; (b) waive or resolve any issue raised or that could be raised

by any party other than with respect to the Good Faith Standard Issues, including related issues that cannot be resolved on a motion under Fed. R. Civ. P. 12; or (c) notwithstanding Fed. R. Civ. P. 12(g)(2) or Fed. R. Bankr. P. 7012(g)(2), except for issues specifically decided by the Court in resolving the Good Faith Standard Issues contemplated by this Order, limit, restrict or impair any defense or argument that has been raised or could be raised by any Good Faith Standard Defendant in a motion to dismiss under Fed. R. Civ. P. 12 or Fed. R. Bankr. P. 7012, including all Good Faith Standard Issues not decided by the Court in resolving the briefs contemplated by this Order, or any other defense or right of any nature available to any Good Faith Standard Defendant (including, without limitation, all defenses based on lack of personal jurisdiction or insufficient service of process), or any argument or defense that could be raised by the Trustee or SIPC in response thereto.

17.     Nothing in this Order shall constitute an agreement or consent by any Good Faith Standard Defendant to pay the fees and expenses of any attorney other than such defendant's own retained attorney.  This paragraph shall not affect or compromise any rights of the Trustee or SIPC.

18.     Nothing in this Order shall constitute an admission by any party as to any matter.

19.     This Order is without prejudice to and preserves all objections of the Trustee and SIPC to timely-filed motions for withdrawal of the reference currently pending before this Court (other than the withdrawal of the reference solely with respect to the Good Faith Standard Issues) with respect to the Adversary Proceedings, and the defenses and responses thereto that may be raised by the affected defendants, are deemed preserved on all matters.

20.     The procedures established by this Order, or by further order of this Court, shall constitute the sole and exclusive procedures for determination of the Good Faith Standard Issues

in the Adversary Proceedings (except for any appellate practice resulting from such determination), and this Court shall be the forum for such determination.  To the extent that briefing or argument schedules were previously established with respect to the Good Faith Standard Issues in any of the Adversary Proceedings, this Order supersedes all such schedules solely with respect to the Good Faith Standard Issues.  To the extent that briefing or argument schedules are prospectively established with respect to motions to withdraw the reference or motions to dismiss in any of the Adversary Proceedings, the Good Faith Standard Issues shall be excluded from such briefing or argument and such order is vacated.  For the avoidance of doubt, to the extent any of the Good Faith Standard Defendants have issues other than the Good Faith Standard Issues or issues set forth in the other common briefing orders that were withdrawn, those issues will continue to be briefed on the schedule previously ordered by the Court.  Except as stated in this paragraph, this Order shall not be deemed or construed to modify, withdraw or reverse any prior order of the Court that granted withdrawal of the reference in any Adversary Proceeding for any reason.

SO ORDERED.

Dated: New York, New York
       June 2 3, 2012

JED S. RAKOFF, U.S.D.J.

| | Exhibit A | | |
|---|---|---|---|
| 1. | ***Picard v. Robert Greenberger, et al.*** | 11-cv-04928-JSR | Lax & Neville LLP<br>Barry R. Lax<br>(blax@laxneville.com)<br>Brian J. Neville<br>(bneville@laxneville.com)<br>Gabrielle Pretto<br>(gpretto@laxneville.com) |
| 2. | ***Picard v. Maccabee, et al.*** | 11-cv-04937-JSR | Bernfeld, DeMatteo & Bernfeld LLP<br>Jeffrey L. Bernfeld<br>(jeffreybernfeld@bernfeld-dematteo.com) |
| 3. | ***Picard v. Stanley Shapiro, et al.*** | 11-cv-05835-JSR | Lax & Neville LLP<br>Barry R. Lax<br>(blax@laxneville.com)<br>Brian J. Neville<br>(bneville@laxneville.com)<br>Gabrielle Pretto<br>(gpretto@laxneville.com) |
| 4. | ***Picard v. Primeo*** | 11-cv-06524-JSR | Morrison & Foerster LLP<br>Gary S. Lee<br>(glee@mofo.com)<br>Joel C. Haims<br>(jhaims@mofo.com)<br>LaShann M. DeArcy<br>(ldearcy@mofo.com)<br>Kiersten A. Fletcher<br>(kfletcher@mofo.com) |
| 5. | ***Picard v. Herald Fund SPC*** | 11-cv-06541-JSR | Kirkland & Ellis LLP<br>Joseph Serino, Jr.<br>(joseph.serino@kirkland.com)<br>David S. Flugman<br>(david.flugman@kirkland.com) |

| | | | |
|---|---|---|---|
| 6. | ***Picard v. Alpha Prime, et al*** (Alpha Prime Fund Limited and Senator Fund SPC ) | 11-cv-06677-JSR | Anderson Kill & Olick, P.C. Todd E. Duffy (tduffy@andersonkill.com) |
| 7. | ***Picard v. ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland, N.V.), et al.*** (as filed by Rye Select Broad Market XL Portfolio Ltd.) | 11-cv-06848-JSR | Morrison & Foerster LLP Gary S. Lee (glee@mofo.com) Joel C. Haims (jhaims@mofo.com) LaShann M. DeArcy (ldearcy@mofo.com) Kiersten A. Fletcher (kfletcher@mofo.com) |
| 8. | ***Picard v. ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland, N.V.), et al.*** (as filed by ABN AMRO Incorporated, ABN AMRO Bank, N.V.) | 11-cv-06878-JSR | Allen & Overy LLP Michael S. Feldberg (michael.feldberg@allenovery.com) Bethany Kriss (bethany.kriss@allenovery.com) |
| 9. | ***Picard v. ABN AMRO (Ireland) Ltd. (F/N/A Fortis Prime Fund Solutions Bank (Ireland) Ltd.,), et al.*** (as filed by Rye Select Broad Market XL Portfolio Ltd.) | 11-cv-06849-JSR | Morrison & Foerster LLP Gary S. Lee (glee@mofo.com) Joel C. Haims (jhaims@mofo.com) LaShann M. DeArcy (ldearcy@mofo.com) Kiersten A. Fletcher (kfletcher@mofo.com) |
| 10. | ***Picard v. ABN AMRO (Ireland) Ltd. (F/N/A Fortis Prime Fund Solutions Bank (Ireland) Ltd.,), et al.,*** (as filed by ABN AMRO Custodial Services (Ireland) Ltd., ABN AMRO Bank (Ireland), Ltd.) | 11-cv-06877-JSR | Latham & Watkins Christopher Harris (christopher.harris@lw.com) Cameron Smith (cameron.smith@lw.com) |

| 11. | ***Picard v. Banco Bilboa Vizcaya Argentaria, S.A.*** | 11-cv-07100-JSR | Shearman & Sterling LLP<br>Heather Kafele<br>(hkafele@shearman.com)<br>Joanna Shally<br>(jshally@shearman.com) |
|---|---|---|---|
| 12. | ***Picard v. Trotanoy Inv. Company Ltd., et al.*** | 11-cv-07112-JSR | Katten Muchin Rosenman LLP (for Access International Advisors Ltd.)<br>Robert W. Gottlieb<br>(robert.gottlieb@kattenlaw.com)<br>Brian L. Muldrew<br>(brian.muldrew@kattenlaw.com) |
| 13. | ***Picard v. Maxam Absolute Return Fund, et al.*** | 11-cv-07428-JSR | Kobre & Kim LLP<br>Carrie Tendler<br>(carrie.tendler@kobrekim.com)<br>Jonathan D. Cogan<br>(jonathan.cogan@kobrekim.com)<br>Maggie Sklar<br>(maggie.sklar@kobrekim.com)<br><br>Wollmuth Maher & Deutsch LLP<br>James N. Lawlor<br>(jlawlor@wmd-law.com) |
| 14. | ***Picard v. Thybo Asset Mgmt Ltd. and Thybo Stable Fund Ltd.*** | 11-cv-07576-JSR | Cleary Gottlieb Steen & Hamilton LLP<br>Carmine D. Boccuzzi, Jr.<br>(cboccuzzi@cgsh.com)<br>Paul R. St. Lawrence, III<br>(pstlawrence@cgsh.com) |
| 15. | ***Picard v. Legacy Capital Ltd., et al.*** (as filed by Legacy Capital, Ltd., Montpellier Resources Ltd., Khronos LLC, Khronos Capital Research LLC, Rafael Mayer, David Mayer, and Issac Jimmy Mayer) | 11-cv-07764-JSR | Stevens & Lee, P.C. (for Legacy Capital, Ltd.)<br>Nicholas F. Kajon<br>(nfk@stevenslee.com)<br><br>Butzel Long (Montpellier Resources Ltd.)<br>Peter D. Morgenstern<br>(morgenstern@butzel.com) |

| | | | Regina M. Alter (alter@butzel.com) Joshua E. Abraham (abraham@butzel.com)<br><br>Dickstein Shapiro LLP (for Rafael Mayer, David Mayer, Khronos LLC & Khronos Capital Research LLC)<br><br>Eric Fisher (fishere@dicksteinshapiro.com) Barry N. Seidel (seidelb@dicksteinshapiro.com) Stefanie Birbrower Greer (greers@dicksteinshapiro.com) Shaya M. Berger (bergers@dicksteinshapiro.com)<br><br>Stearns Weaver Miller Weissler Alhadeff & Sitterson, PA (for Jimmy Mayer) Eugene E. Stearns (estearns@stearnsweaver.com) Harold D. Moorefield, Jr. (hmoorefield@stearnsweaver.com) Carlos J. Canino (ccanino@stearnsweaver.com) Charles Barnett (cbarnett@stearnsweaver.com) |
| 16. | *Picard v. Citibank, N.A., et al.* | 11-cv-07825-JSR | Cleary Gottlieb Steen & Hamilton LLP Carmine D. Boccuzzi, Jr. (cboccuzzi@cgsh.com) David Y. Livshiz (dlivshiz@cgsh.com) |

| | | | |
|---|---|---|---|
| 17. | *Picard v. Am. Sec. Mgmt., L.P., et al.* | 11-cv-08018-JSR | Kornstein, Veisz, Wexler & Pollard, LLP<br>Daniel J. Kornstein<br>(dkornstein@kvwmail.com)<br>William B. Pollard, III<br>(wpollard@kvwmail.com)<br><br>Barton Barton & Plotkin LLP<br>Eric W. Sleeper<br>(sleeper@bartonesq.com) |
| 18. | *Picard v. Frank J. Lynch* | 11-cv-09215-JSR | McDermott Will & Emery LLP<br>Daniel N. Jocelyn<br>(djocelyn@mwe.com)<br>Nava Hazan<br>(nhazan@mwe.com)<br>Michael R. Huttenlocher<br>(mhuttenlocher@mwe.com) |
| 19. | *Picard v. F&P Lynch Partnership, et al* | 11-cv-09216-JSR | McDermott Will & Emery LLP<br>Daniel N. Jocelyn<br>(djocelyn@mwe.com)<br>Nava Hazan<br>(nhazan@mwe.com)<br>Michael R. Huttenlocher<br>(mhuttenlocher@mwe.com) |
| 20. | *Picard v. Natixis* | 11-cv-09501-JSR | Davis & Gilbert LLP<br>Joseph Cioffi<br>(jcioffi@dglaw.com)<br>Bruce M. Ginsberg<br>(bginsberg@dglaw.com)<br>Howard J. Rubin<br>(hrubin@dglaw.com)<br>James R. Serritella<br>(jserritella@dglaw.com) |

| | | | Freshfields Bruckhaus Deringer LLP<br>David Onorato<br>(david.onorato@freshfields.com)<br>Cheryl Howard<br>(cheryl.howard@freshfields.com)<br>Susan Higgins<br>(susan.higgins@freshfields.com) |
|---|---|---|---|
| 21. | *Picard v. Hoboken Radiology LLC* | 12-cv-00519-JSR | Nixon Peabody LLP<br>Thomas M. Mealiffe<br>(tmealiffe@nixonpeabody.com)<br>Joseph J. Ortego<br>(jortego@nixonpeabody.com)<br>James W. Weller<br>(jweller@nixonpeabody.com) |
| 22. | *Picard v. BNP Paribas Arbitrage SNC* | 12-cv-00641-JSR | Cleary Gottlieb Steen & Hamilton LLP<br>Lawrence B. Friedman<br>(lfriedman@cgsh.com)<br>Breon S. Peace<br>(bpeace@cgsh.com) |
| 23. | *Picard v. Cohen Pooled Asset Account, et al* | 12-cv-00883-JSR | Shapiro, Arato & Isserles LLP<br>Alexandra A.E. Shapiro<br>(ashapiro@machtshapiro.com)<br>Eric S. Olney<br>(eolney@shapiroarato.com)<br><br>Proskauer Rose LLP<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
| 24. | *Picard v. Gertrude E. Alpern Rev. Trust, et al* | 12-cv-00939-JSR | Klestadt & Winters, LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>John E. Jureller, Jr.<br>(jjureller@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |

| 25. | *Picard v. Lewis Alpern, et al* | 12-cv-00940-JSR | Klestadt & Winters, LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>John E. Jureller, Jr.<br>(jjureller@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |
| 26. | *Picard v. Arnold Shapiro 11/9/96 Trust et al* | 12-cv-00941-JSR | Klestadt & Winters, LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>John E. Jureller, Jr.<br>(jjureller@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |
| 27. | *Picard v. Barclays Bank (Suisse) S.A., et al* | 12-cv-01882-JSR | Hogan Lovells US LLP<br>Marc J. Gottridge<br>(marc.gottridge@hoganlovells.com)<br>Andrew M. Behrman<br>(andrew.behrman@hoganlovells.com) |
| 28. | *Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.), et al* | 12-cv-01939-JSR | Allen & Overy LLP<br>Michael S. Feldberg<br>(michael.feldberg@allenovery.com)<br>Bethany Kriss<br>(bethany.kriss@allenovery.com) |
| 29. | **Picard v. Kohn, et al.**<br>(as filed by UniCredit Bank Austria) (Filed 3/22/2011) | 12-cv-02161-JSR | Sullivan & Worcester LLP<br>Franklin B. Velie<br>(fvelie@sandw.com)<br>Jonathan Kortmansky<br>(jkortmansky@sandw.com)<br>Mitchell C. Stein<br>(mstein@sandw.com) |

| 30. | *Picard v. HSBC Bank, plc, et al.*(as filed by UniCredit Bank Austria) | 12-cv-02162-JSR | Sullivan & Worcester LLP<br>Franklin B. Velie<br>(fvelie@sandw.com)<br>Jonathan Kortmansky<br>(jkortmansky@sandw.com)<br>Mitchell C. Stein<br>(mstein@sandw.com) |
|---|---|---|---|
| 31. | *Picard v. HSBC Bank, plc, et al.*(as filed by UniCredit S.p.A. and Pioneer) | 12-cv-02239-JSR | Skadden, Arps, Slate, Meagher, & Flom LLP<br>(susan.saltzstein@Skadden.com)<br>Marco E. Schnabl<br>(Marco.Schnabl@Skadden.com)<br>Jeremy A. Berman<br>(jeremy.berman@Skadden.com)<br>Jason C. Putter<br>(jason.putter@skadden.com) |
| 32. | *Picard v. Kohn, et al.* (as filed by UniCredit S.p.A. and Pioneer) | 12-cv-02240-JSR | Skadden, Arps, Slate, Meagher, & Flom LLP<br>Susan L. Saltzstein<br>(susan.saltzstein@Skadden.com)<br>Marco E. Schnabl<br>(Marco.Schnabl@Skadden.com)<br>Jeremy A. Berman<br>(jeremy.berman@Skadden.com)<br>Jason C. Putter<br>(jason.putter@skadden.com) |
| 33. | *Picard v. Beacon Associates LLC I, et al.* | 12-cv-02310-JSR | Herrick, Feinstein, LLP; Cleary Gottlieb Steen & Hamilton LLP; Hiscock & Barclay, LLP; Rosenfeld & Kaplan, LLP<br>Arthur G. Jakoby<br>(ajakoby@herrick.com)<br>Frederick E. Schmidt, Jr.<br>(eschmidt@herrick.com) |

| | | | |
|---|---|---|---|
| | | | Cleary Gottlieb Steen & Hamilton LLP<br>Lewis J. Liman<br>(lliman@cgsh.com)<br>Jeffrey A. Rosenthal<br>(jrosenthal@cgsh.com) |
| 34. | *Picard v. Bank Julius Baer &<br>Co., Ltd.* | 12-cv-02311-<br>JSR | McKool Smith P.C.<br>John P. Cooney, Jr.<br>(jcooney@mckoolsmith.com)<br>Eric B. Halper<br>(ehalper@mckoolsmith.com)<br>Virginia I. Weber<br>(vweber@mckoolsmith.com) |
| 35. | *Picard v. Walter J. Gross<br>Revocable Trust, et al.* | 12-cv-02340-<br>JSR | Moses & Singer LLP<br>Mark N. Parry<br>(mparry@mosessinger.com) |
| 36. | *Picard v. Shum Family<br>Partnership III, LP, et al.* | 12-cv-02342-<br>JSR | Moses & Singer LLP<br>Mark N. Parry<br>(mparry@mosessinger.com) |
| 37. | *Picard v. S. Donald Friedman,<br>et al* | 12-cv-02343-<br>JSR | Moses & Singer LLP<br>Mark N. Parry<br>(mparry@mosessinger.com) |
| 38. | *Picard v. Lion Global Investors<br>Limited* | 12-cv-02349-<br>JSR | Proskauer Rose LLP<br>Gregg M. Mashberg<br>(gmashberg@proskauer.com)<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |
| 39. | *Picard v. Grosvenor Investment<br>Management Ltd., et al.* | 12-cv-02351-<br>JSR | Proskauer Rose LLP<br>Richard L. Spinogatti<br>(rspinogatti@proskauer.com) |

| 40. | *Picard v. Inteligo Bank Ltd. Panama Branch f/k/a/ Blubank Ltd. Panama Branch* | 12-cv-02364-JSR | Shearman & Sterling LLP<br>Heather Kafele<br>(hkafele@shearman.com)<br>Joanna Shally<br>(jshally@shearman.com)<br>Jessica Bartlett<br>(jessica.bartlett@shearman.com) |
|---|---|---|---|
| 41. | *Picard v. Naidot & Co.* | 12-cv-02365-JSR | Shearman & Sterling LLP<br>Heather Kafele<br>(hkafele@shearman.com)<br>Joanna Shally<br>(jshally@shearman.com)<br>Jessica Bartlett<br>(jessica.bartlett@shearman.com) |
| 42. | *Picard v. Robert Nystrom* | 12-cv-02403-JSR | Friedman Kaplan Seiler & Adelman LLP; Clayman & Rosenberg LLP<br>William P. Weintraub<br>(wweintraub@fklaw.com)<br>Gregory W. Fox<br>(gfox@fklaw.com)<br><br>Clayman & Rosenberg LLP<br>Seth L. Rosenberg<br>(rosenberg@clayro.com)<br>Brian D. Linder<br>(linder@clayro.com) |
| 43. | *Picard v. Jeffrey Hinte* | 12-cv-02404-JSR | Martin J. Auerbach; Zuckerman Spaeder LLP; Friedman Kaplan Seiler & Adelman LLP<br>(auerbach@mjaesq.com)<br><br>Zuckerman Spaeder LLP<br>Laura E. Neish<br>(lneish@zuckerman.com) |

| | | | |
|---|---|---|---|
| | | | Friedman Kaplan Seiler & Adelman LLP<br>William P. Weintraub<br>(wweintraub@fklaw.com)<br>Kizzy L. Jarashow<br>(kjarashow@fklaw.com) |
| 44. | *Picard v. Edward Blumenfeld* | 12-cv-02405-JSR | Friedman Kaplan Seiler & Adelman LLP; Clayman & Rosenberg LLP<br><br>William P. Weintraub<br>(wweintraub@fklaw.com)<br>Gregory W. Fox<br>(gfox@fklaw.com)<br><br>Clayman & Rosenberg LLP<br>Seth L. Rosenberg<br>(rosenberg@clayro.com)<br>Brian D. Linder<br>(linder@clayro.com) |
| 45. | *Picard v. Banca Carige, S.P.A.* | 12-cv-02408-JSR | Kasowitz, Benson, Torres, & Friedman LLP<br>David J. Mark<br>(dmark@kasowitz.com) |
| 46. | *Picard v. Estate of William E. Sorrel, et al* | 12-cv-02411-JSR | Rosenfeld & Kaplan, LLP<br>Tab K. Rosenfeld<br>(tab@rosenfeldlaw.com)<br>Steven Kaplan<br>(steve@rosenfeldlaw.com) |
| 47. | *Picard v. Rita Sorrel* | 12-cv-02412-JSR | Rosenfeld & Kaplan, LLP<br>Tab K. Rosenfeld<br>(tab@rosenfeldlaw.com)<br>Steven Kaplan<br>(steve@rosenfeldlaw.com) |

| 48. | *Picard v. Somers Dublin Limited, et al.* | 12-cv-02430-JSR | Cleary Gottlieb Steen & Hamilton LLP<br>Evan A. Davis<br>(edavis@cgsh.com)<br>Thomas J. Moloney<br>(tmoloney @cgsh.com) |
|-----|------------|-----------|------------------|
| 49. | *Picard v. HSBC Bank, plc, et al.* (as filed by the HSBC Defendants) | 12-cv-02431-JSR | Cleary Gottlieb Steen & Hamilton LLP<br>Charles J. Keeley<br>(cjkeeley@cgsh.com)<br>Tom Moloney<br>(tmoloney@cgsh.com)<br>Evan Davis<br>(edavis@cgsh.com)<br>David Brodsky<br>(dbrodsky@cgsh.com) |
| 50. | *Picard v. Banco Itau Europa Luxembourg S.A., et al* | 12-cv-02432-JSR | Shearman & Sterling LLP<br>Heather Kafele<br>(hkafele@shearman.com)<br>Joanna Shally<br>(jshally@shearman.com) |
| 51. | *Caceis Bank Luxembourg, et al.* | 12-cv-02434-JSR | Kelley Drye & Warren LLP<br>Thomas B. Kinzler<br>(tkinzler@kelleydrye.com)<br>Daniel Schimmel<br>(dschimmel@kelleydrye.com)<br>Jaclyn M. Metzinger<br>(jmetzinger@kelleydrye.com) |
| 52. | *Picard v. Citrus Investment Holdings, Ltd.* | 12-cv-02435-JSR | Latham & Watkins LLP<br>David John McLean<br>(david.mclean@lw.com)<br>Aaron Fong Jaroff<br>(aaron.jaroff@lw.com)<br>Kyle Louisa Wallace<br>(kyle.wallace@lw.com )<br>Michael Riela |

| | | | (michael.riela@lw.com) |
|---|---|---|---|
| 53. | *Picard v. Federico Ceretti, et al* (Kingate Global Fund Ltd; Kingate Euro Fund Ltd – Moving Parties) | 12-cv-02441-JSR | Quinn Emanuel Urquhart & Sullivan, LLP<br>Susheel Kirpalani<br>(susheelkirpalani@quinnemanuel.com)<br>Robert Loigman<br>(robertloigman@quinnemanuel.com)<br>Daniel Holzman<br>(danielholzman@quinnemanuel.com)<br>Xochitl Strohbehn<br>(xochitlstrohbehn@quinnemanuel.com) |
| 54. | *Picard v. Banque Privee Espirito Santo S.A.* | 12-cv-02442-JSR | Flemming Zulack Williamson Zauderer LLP<br>Elizabeth A. O'Connor<br>(eoconnor@fzwz.com)<br>John F. Zulack<br>(Jzulack@fzwz.com)<br>Megan Davis<br>(mdavis@fzwz.com) |
| 55. | *Picard v. Nomura International PLC* | 12-cv-02443-JSR | Shearman & Sterling LLP<br>Brian H. Polovoy<br>(bpolovoy@shearman.com)<br>Christopher R. Fenton<br>(Cfenton@shearman.com)<br>Andrew Z. Lipson<br>(alipson@shearman.com) |
| 56. | *Picard v. Nomura Bank International PLC* | 12-cv-02446-JSR | Shearman & Sterling LLP<br>Brian H. Polovoy<br>(bpolovoy@shearman.com)<br>Christopher R. Fenton<br>(Cfenton@shearman.com) |

| | | | |
|---|---|---|---|
| | | | Andrew Z. Lipson (alipson@shearman.com) |
| 57. | *Picard v. Credit Suisse AG, et al* | 12-cv-02454-JSR | O'Melveny & Myers LLP William J. Sushon (wsushon@omm.com) Shiva Eftekhari (seftekhari@omm.com) |
| 58. | *Picard v. Solon Capital Ltd.* | 12-cv-02456-JSR | O'Melveny & Myers LLP William J. Sushon (wsushon@omm.com) Shiva Eftekhari (seftekhari@omm.com) |
| 59. | *Picard v. The Sumitomo Trust and Banking Co., Ltd.* | 12-cv-02481-JSR | Becker, Glynn, Melamed & Muffly LLP Zeb Landsman (zlandsman@beckerglynn.com) Jordan E. Stern (jstern@beckerglynn.com) Michelle Mufich (mmufich@beckerglynn.com) |
| 60. | *Picard v. Magnify Inc., et al.* | 12-cv-02482-JSR | Kobre & Kim LLP Steven G. Kobre (steven.kobre@kobrekim.com) Danielle L. Rose (danielle.rose@kobrekim.com) David H. McGill (david.mcgill@kobrekim.com) |
| 61. | *Picard v. UBS AG, et al.* (M&B Capital Advisers Sociedad de Valores, S.A., M&B Capital Advisers Gestion SGIIC, S.A. - Moving Parties) **[Amended Motion to Withdraw]** | 12-cv-02483-JSR | Cravath, Swaine & Moore LLP David Greenwald (dgreenwald@cravath.com) Richard Levin (rlevin@cravath.com) |

| | | | |
|---|---|---|---|
| | | | |
| 62. | ***Picard v. Unifortune Asset Management SGR SPA, et al.*** | 12-cv-02485-JSR | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 63. | ***Picard v. Trincaster Corporation*** | 12-cv-02486-JSR | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 64. | ***Picard v. Banque Syz & Co., SA*** | 12-cv-02489-JSR | Cravath, Swaine & Moore LLP<br>David Greenwald<br>(dgreenwald@cravath.com)<br>Richard Levin<br>(rlevin@cravath.com) |
| 65. | ***Picard v. Square One Fund Ltd., et al.*** | 12-cv-02490-JSR | Tannenbaum Helpern Syracuse & Hirschtritt LLP; Brune & Richard LLP.<br>Tannenbaum Helpern Syracuse & Hirschtritt LLP<br>Tammy P. Bieber<br>(bieber@thsh.com)<br>Sarah E. Mendola<br>(mendola@thsh.com)<br><br>Brune & Richard LLP<br>David Elbaum<br>(delbaum@bruneandrichard.com) |

| | | | |
|---|---|---|---|
| | | | Bernfeld, DeMatteo & Bernfeld, LLP<br>David Bernfeld<br>(davidbernfeld@bernfeld-dematteo.com) |
| 66. | *Picard v. Credit Agricole (Suisse) S.A., et al.* | 12-cv-02494-JSR | Cleary Gottlieb Steen & Hamilton LLP<br>Lawrence B. Friedman<br>(lfriedman@cgsh.com) |
| 67. | *Picard v. SNS Bank N.V., et al* | 12-cv-02509-JSR | Wilmer Cutler Pickering Hale and Dorr LLP<br>Andrea J. Robinson<br>(andrea.robinson@wilmerhale.com)<br>Charles C. Platt<br>(charles.platt@wilmerhale.com)<br>George W. Shuster, Jr.<br>(george.shuster@wilmerhale.com) |
| 68. | *Picard v. Quilvest Finance Ltd.* | 12-cv-02580-JSR | Jones Day<br>Thomas E. Lynch<br>(telynch@jonesday.com)<br>Scott J. Friedman<br>(sjfriedman@jonesday.com) |
| 69. | *Picard v. Arden Asset Management, Inc., et al.* | 12-cv-02581-JSR | Seward & Kissel LLP<br>M. William Munno<br>(munno@sewkis.com)<br>Mandy DeRoche<br>(deroche@sewkis.com)<br>Michael B. Weitman<br>(weitman@sewkis.com) |
| 70. | *Picard v. Safra National Bank of New York* | 12-cv-02584-JSR | Sullivan & Cromwell LLP<br>Robinson B. Lacy<br>(lacyr@sullcrom.com)<br>Joshua Fritsch<br>(fritschj@sullcrom.com)<br>Angelica M. Sinopole<br>(sinopolea@sullcrom.com) |

| | | | |
|---|---|---|---|
| 71. | *Picard v. Hope W. Levene* | 12-cv-02585-JSR | Sullivan & Cromwell LLP<br>Jeffrey T. Scott<br>(scottj@sullcrom.com)<br>Patrick B. Berarducci<br>(berarduccip@sullcrom.com) |
| 72. | *Picard v. Freda Epstein Revocable Trust, et al.* | 12-cv-02586-JSR | Sullivan & Cromwell LLP<br>Jeffrey T. Scott<br>(scottj@sullcrom.com)<br>Patrick B. Berarducci<br>(berarduccip@sullcrom.com) |
| 73. | *Picard v. Banque J. Safra (Suisse) SA* | 12-cv-02587-JSR | Sullivan & Cromwell LLP<br>Robinson B. Lacy<br>(lacyr@sullcrom.com)<br>Joshua Fritsch<br>(fritschj@sullcrom.com)<br>Angelica M. Sinopole<br>(sinopolea@sullcrom.com) |
| 74. | *Picard v. Vizcaya Partners Limited, et al.* | 12-cv-02588-JSR | Sullivan & Cromwell LLP (for Bank J. Safra (Gibraltar) Limited)<br>Robinson B. Lacy<br>(lacyr@sullcrom.com)<br>Joshua Fritsch<br>(fritschj@sullcrom.com)<br>Angelica M. Sinopole<br>(sinopolea@sullcrom.com)<br><br>Katten Muchin Rosenman LLP (for Zeus Partners Ltd)<br>Anthony L. Paccione<br>(anthony.paccione@kattenlaw.com) |

| 75. | ***Picard v. Abu Dhabi Investment Authority*** | 12-cv-02616-JSR | Quinn Emanuel Urquhart & Sullivan, LLP<br>Peter E. Calamari<br>(petercalamari@quinnemanuel.com)<br>Marc L. Greenwald<br>(marcgreenwald@quinnemanuel.com)<br>Eric M. Kay<br>(erickay@quinnemanuel.com)<br>David S. Mader<br>(davidmader@quinnemanuel.com) |
| --- | --- | --- | --- |
| 76. | ***Picard v. Nine Thirty LL Investments, LLC, et al*** | 12-cv-02622-JSR | Wolff & Samson, PC; Sperling & Slater P.C.<br>Ronald L. Israel<br>(risrael@wolffsamson.com)<br><br>Sperling & Slater P.C.<br>Michael G. Dickler<br>(mdickler@sperling-law.com) |
| 77. | ***Picard v. Merkin, et al.*** *(as filed by Bart M. Schwartz)* | 12-cv-02623-JSR | Reed Smith LLP<br>James C. McCarroll<br>(jmccarroll@reedsmith.com)<br>Jordan W. Siev<br>(jsiev@reedsmith.com)<br>John L. Scott<br>(jlscott@reedsmith.com)<br><br>Dechert LLP<br>Neil Steiner<br>(neil.steiner@dechert.com) |

| 78. | *Picard v. Fairfield Sentry Limited, et al. (Joint Memorandum filed by various defendants)* | 12-cv-02638-JSR | Simpson Thacher & Bartlett LLP<br>Mark G. Cunha<br>(mcunha@stblaw.com)<br>Peter E. Kazanoff<br>(pkazanoff@stblaw.com)<br><br>Wollmuth Maher & Deutsch LLP<br>Frederick R. Kessler<br>(fkessler@wmd-law.com)<br>Paul R. DeFilippo<br>(pdefilippo@wmd-law.com)<br>Michael P. Burke<br>(mburke@wmd-law.com)<br><br>Debevoise & Plimpton LLP<br>Mark P. Goodman<br>(mpgoodman@debevoise.com)<br><br>O'Shea Partners LLP<br>Sean F. O'Shea<br>(soshea@osheapartners.com)<br>Michael E. Petrella<br>(mpetrella@osheapartners.com)<br><br>White & Case LLP<br>Glenn M. Kurtz<br>(gkurtz@whitecase.com)<br>Andrew W. Hammond<br>(ahammond@whitecase.com)<br><br>Covington & Burling LLP<br>Bruce A. Baird<br>(bbaird@cov.com)<br><br>Kasowitz, Benson, Torres & Friedman LLP |

| | | | |
|---|---|---|---|
| | | | Daniel J. Fetterman (dfetterman@kasowitz.com)<br><br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.<br>Edward M. Spiro (espiro@maglaw.com)<br><br>Dechert LLP<br>Andrew J. Levander (andrew.levander@dechert.com)<br>David S. Hoffner (david.hoffner@dechert.com) |
| 79. | *Picard v. UBS AG, et al.* (Reliance International Research LLC – Moving Party) | 12-cv-02641-JSR | Seward & Kissel LLP<br>Mark J. Hyland (hyland@sewkis.com)<br>Mandy DeRoche (deroche@sewkis.com |
| 80. | *Picard v. Samuel-David Associates, Ltd., et al.* | 12-cv-02644-JSR | Cromwell & Moring LLP; Quilling, Selander, Lownds, Winslett & Moser, P.C.<br>Mark S. Lichtenstein (mlichtenstein@crowell.com)<br>Steven B. Eichel (seichel@crowell.com)<br><br>Quilling, Selander, Lownds, Winslett & Moser, P.C.<br>Linda S. LaRue (llarue@qslwm.com) |
| 81. | *Picard v. Falcon Private Bank Ltd (f/k/a AIG Private Bank AG)* | 12-cv-02645-JSR | Pillsbury Winthrop Shaw Pittman LLP<br>Eric Fishman (eric.fishman@pillsburylaw.com)<br>Karen Dine (karen.dine@pillsburylaw.com) |

| | | | Brandon Johnson (brandon.johnson@pillsburylaw.com) |
|---|---|---|---|
| 82. | ***Picard v. Plaza Investments International Limited, et al.*** | 12-cv-02646-JSR | Debevoise & Plimpton LLP Joseph P. Moodhe (Jpmoodhe@debevoise.com) Shannon Rose Selden (srselden@debevoise.com) Amanda M. Ulrich (amulrich@debevoise.com) |
| 83. | ***Picard v. Kohn*** (as filed by Franco Mugnai) | 12-cv-02660-JSR | Kirkland & Ellis LLP Jay P. Lefkowitz, P.C. (jay.lefkowitz@kirkland.com) Joseph Serino, Jr. (joseph.serino@kirkland.com) David S. Flugman (david.flugman@kirkland.com) |
| 84. | ***Picard v. Doris Glantz Living Trust*** (Ronnie Harrington – Moving Party) | 12-cv-02758-JSR | Klestadt & Winters LLP Tracy L. Klestadt (tklestadt@klestadt.com) Brendan M. Scott (bscott@klestadt.com) |
| 85. | ***Picard v. Richard M. Glantz, et al.*** | 12-cv-02778-JSR | Law Office of Richard E. Signorelli Richard E. Signorelli (rsignorelli@nyclitigator.com) Bryan Ha (bhanyc@gmail.com) |
| 86. | ***Picard v. Liselotte J. Leeds Lifetime Trust*** | 12-cv-02784-JSR | Dow Lohnes PPLC Leslie H. Wiesenfelder (lwiesenfelder@dowlohnes.com) Brent Olson (bolson@dowlohnes.com) Michael Hays |

| | | | |
|---|---|---|---|
| | | | (mhays@dowlohnes.com)<br>Daniel Prichard<br>(dprichard@dowlohnes.com) |
| 87. | *Picard v. Michael S. Leeds, et al.* | 12-cv-02785-JSR | Dow Lohnes PPLC<br>Leslie H. Wiesenfelder<br>(lwiesenfelder@dowlohnes.com)<br>Brent Olson<br>(bolson@dowlohnes.com)<br>Michael Hays<br>(mhays@dowlohnes.com)<br>Daniel Prichard<br>(dprichard@dowlohnes.com) |
| 88. | *Picard vs. The Leeds Partnership, et al.* | 12-cv-02786-JSR | Dow Lohnes PPLC<br>Leslie H. Wiesenfelder<br>(lwiesenfelder@dowlohnes.com)<br>Brent Olson<br>(bolson@dowlohnes.com)<br>Michael Hays<br>(mhays@dowlohnes.com)<br>Daniel Prichard<br>(dprichard@dowlohnes.com) |
| 89. | *Picard v. The Public Institution for Social Security* | 12-cv-02787-JSR | Goodwin Procter LLP<br>Daniel M. Glosband<br>(dglosband@goodwinprocter.com)<br>Larkin M. Morton<br>(lmorton@goodwinprocter.com)<br>Christopher Newcomb<br>(cnewcomb@goodwinprocter.com) |
| 90. | *Picard v. Herbert R. Goldenberg Revocable Trust, et al* | 12-cv-02793-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com)<br><br>Leonard, Street and Deinard |

| | | | Allen I Saeks<br>(ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
|---|---|---|---|
| 91. | *Picard v. Dean L. Greenberg* | 12-cv-02794-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks<br>(ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| 92. | *Picard v. Estate of Samuel Robert Roitenberg, et al.* | 12-cv-02795-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks<br>(ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| 93. | *Picard v. Sheldon Shaffer, et al.* | 12-cv-02796-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks<br>(ais1548@leonard.com)<br>Blake Shepard |

| | | | |
|---|---|---|---|
| | | | (blake.shepard@leonard.com) |
| 94. | ***Picard v. Sheldon Shaffer Trust Dtd 3/26/1996, et al.*** | 12-cv-02797-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks<br>(ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| 95. | ***Picard v. Sidney Ladin Revocable Trust Dated 12/30/96, et al.*** | 12-cv-02798-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks<br>(ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| 96. | ***Picard vs. Samuel Robinson*** | 12-cv-02799-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |

| 97. | ***Picard v. Defender Limited, et al*** (Defender Limited, Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited and Tim Brockmann – Moving Parties) | 12-cv-02800-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |
|---|---|---|---|
| 98. | ***Picard v. UBS AG, et al.*** (Reliance Management (BVI) Limited and Reliance Management (Gibraltar) Limited – Moving Parties) | 12-cv-02802-JSR | Klestadt & Winters LLP<br>Tracy L. Klestadt<br>(tklestadt@klestadt.com)<br>Brendan M. Scott<br>(bscott@klestadt.com) |
| 99. | ***Picard v. Defender Limited, et al.*** (Reliance International Research LLC and Justin Lowe – Moving Parties) | 12-cv-02871-JSR | Seward & Kissel LLP<br>Seward & Kissel LLP<br>Mark J. Hyland<br>(hyland@sewkis.com)<br>Mandy DeRoche<br>(deroche@sewkis.com) |
| 100. | ***Picard vs. The Estate of Doris Igoin, et al.*** | 12-cv-02872-JSR | Kelley Drye & Warren LLP<br>Jonathan K. Cooperman<br>(Jcooperman@KelleyDrye.com)<br>Seungwhan Kim<br>(skim@kelleydrye.com) |
| 101. | ***Picard v. KBC Investments Limited*** | 12-cv-02877-JSR | Sidley Austin LLP<br>Alan M. Unger<br>(aunger@sidley.com)<br>Bryan Krakauer<br>(bkrakauer@sidley.com) |
| 102. | ***Picard v. Meritz Fire & Marine Insurance Co. Ltd.*** | 12-cv-02878-JSR | Steptoe & Johnson LLP<br>Kristin Darr<br>(kdarr@steptoe.com)<br>Seong H. Kim<br>(skim@steptoe.com) |

| 103. | *Picard v. Paul L. Loeb Living Trust, et al* | 12-cv-02926-JSR | Katten Muchin Rosenman LLP<br>Anthony L. Paccione<br>(anthony.paccione@kattenlaw.com) |
|------|-----------------------------------------------|-----------------|---------------------------------------------------------------------------------------|
| 104. | *Picard v. Leon Flax, et al.* | 12-cv-02928-JSR | Katten Muchin Rosenman LLP<br>Anthony L. Paccione<br>anthony.paccione@kattenlaw.com<br>Brian L. Muldrew<br>brian.muldrew@kattenlaw.com |
| 105. | *Picard v. Orbita Capital Return Strategy Limited* | 12-cv-02934-JSR | Dechert LLP<br>Gary Mennitt<br>(gary.mennitt@dechert.com) |
| 106. | *Picard v. The Robert Auerbach Revocable Trust, et al.* | 12-cv-02975-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |
| 107. | *Picard v. CRS Revocable Trust, et al.* | 12-cv-02976-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |
| 108. | *Picard v. Robert S. Bernstein* | 12-cv-02977-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |
| 109. | *Picard v. Gutmacher Enterprises, LP, et al* | 12-cv-02978-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |
| 110. | *Picard v. The S. James Coppersmith Charitable Remainder Unitrust, et al.* | 12-cv-02979-JSR | Folkenflik & McGerity<br>Max Folkenflik<br>(MFolkenflik@fmlaw.net) |

| 111. | *Picard v. Atlantic Security Bank* | 12-cv-02980-JSR | Arnold & Porter LLP<br>Scott B. Schreiber<br>(Scott.Schreiber@aporter.com)<br>Andrew T. Karron<br>(Andrew.Karron@aporter.com) |
|------|-----------------------------------|-----------------|------------------------------------------------------------------------------------------------------------------------------|
| 112. | *Picard v. Cardinal Management Inc., et al* | 12-cv-02981-JSR | Clifford Chance US LLP<br>Jeff E. Butler<br>(jeff.butler@cliffordchance.com)<br>Shannon Hanson<br>(Shannon.hanson@cliffordchance.com) |
| 113. | *Picard v. Radcliff Investments Limited, et al.* | 12-cv-02982-JSR | Clifford Chance US LLP<br>Jeff E. Butler<br>(jeff.butler@cliffordchance.com) |
| 114. | *Picard v. Amy Joel* | 12-cv-03100-JSR | Jaspan Schlesinger LLP<br>Steven R. Schlesinger<br>(sschlesinger@jaspanllp.com)<br>Shannon Anne Scott<br>(sscott@jaspanllp.com) |
| 115. | *Picard v. Robert A. Luria, et al* | 12-cv-03101-JSR | Jaspan Schlesinger LLP<br>Steven R. Schlesinger<br>(sschlesinger@jaspanllp.com)<br>Shannon Anne Scott<br>(sscott@jaspanllp.com) |
| 116. | *Picard v. Amy J. Luria, et al.* | 12-cv-03102-JSR | Jaspan Schlesinger LLP<br>Steven R. Schlesinger<br>(sschlesinger@jaspanllp.com)<br>Shannon Anne Scott<br>(sscott@jaspanllp.com) |
| 117. | *Picard v. The Estate of Gladys C. Luria, et al.* | 12-cv-03104-JSR | Jaspan Schlesinger LLP<br>Steven R. Schlesinger<br>(sschlesinger@jaspanllp.com)<br>Shannon Anne Scott<br>(sscott@jaspanllp.com) |

| 118. | *Picard v. Patricia Samuels, et al.* | 12-cv-03105-JSR | Jaspan Schlesinger LLP<br>Steven R. Schlesinger<br>(sschlesinger@jaspanllp.com)<br>Shannon Anne Scott<br>(sscott@jaspanllp.com) |
|------|------|------|------|
| 119. | *Picard v. Sylvia Joel, et al.* | 12-cv-03106-JSR | Jaspan Schlesinger LLP<br>Steven R. Schlesinger<br>(sschlesinger@jaspanllp.com)<br>Shannon Anne Scott<br>(sscott@jaspanllp.com) |
| 120. | *Picard vs. The LDP Corp. Profit Sharing Plan and Trust, et al.* | 12-cv-03107-JSR | Jaspan Schlesinger LLP<br>Steven R. Schlesinger<br>(sschlesinger@jaspanllp.com)<br>Shannon Anne Scott<br>(sscott@jaspanllp.com) |
| 121. | *Picard v. Jeffrey Shankman* | 12-cv-03108-JSR | Jaspan Schlesinger LLP<br>Steven R. Schlesinger<br>(sschlesinger@jaspanllp.com)<br>Shannon Anne Scott<br>(sscott@jaspanllp.com) |
| 122. | *Picard v. Koch Industries Inc.* | 12-cv-03033 | Orrick, Herrington & Sutcliffe LLP<br>Jonathan Guy<br>(jguy@orrick.com)<br>James W. Burke<br>(jburke@orrick.com) |
| 123. | *Picard v. HSBC, et al* (Hermes, Thema Fund, and Thema International Defendants - Moving Parties) | 12-cv-03401-JSR | Debevoise & Plimpton LLP<br>Michael E. Wiles<br>(mewiles@debevoise.com)<br><br>Willkie Farr & Gallagher LLP<br>Mary K. Warren<br>(mwarren@willkie.com)<br><br>Bingham McCutchen LLP<br>Mark M. Elliott<br>(mark.elliott@bingham.com) |

| 124. | *Picard v. Pictet et Cie* | 12-cv-03402-JSR | Debevoise & Plimpton LLP<br>Michael E. Wiles<br>(mewiles@debevoise.com) |
|---|---|---|---|
| 125. | *Picard v. Merrill Lynch International* | 12-cv-03486-JSR | Arnold & Porter LLP<br>Pamela A. Miller<br>(Pamela.Miller@aporter.com)<br>Kent A. Yalowitz<br>(Kent.Yalowitz@aporter.com) |
| 126. | *Picard v. Merrill Lynch Bank (Suisse) SA* | 12-cv-03487-JSR | Arnold & Porter LLP<br>Pamela A. Miller<br>(Pamela.Miller@aporter.com)<br>Kent A. Yalowitz<br>(Kent.Yalowitz@aporter.com) |
| 127. | *Picard v. Fullerton Capital PTE. Ltd.* | 12-cv-03488-JSR | Arnold & Porter LLP<br>Pamela A. Miller<br>(Pamela.Miller@aporter.com)<br>Kent A. Yalowitz<br>(Kent.Yalowitz@aporter.com) |
| 128. | *Picard v. Cathay United Bank, et al.* | 12-cv-03489-JSR | Baker & McKenzie LLP<br>David W. Parham<br>(david.Parham@bakermckenzie.com) |
| 129. | *Picard v. Mistral (SPC)* | 12-cv-03532-JSR | O'Melveny & Myers LLP<br>William J. Sushon<br>(wsushon@omm.com)<br>Shiva Eftekhari<br>(seftekhari@omm.com |
| 130. | *Picard v. Zephyros Limited* | 12-cv-03533-JSR | O'Melveny & Myers LLP<br>William J. Sushon<br>(wsushon@omm.com)<br>Shiva Eftekhari<br>(seftekhari@omm.com |

| 131. | *Picard v. Standard Chartered Financial Services (Luxembourg) S.A., et al* | 12-cv-04328 | Sullivan & Cromwell LLP<br>Robinson B. Lacy<br>(lacyr@sullcrom.com)<br>Sharon L. Nelles<br>(nelless@sullcrom.com)<br>Patrick B. Berarducci<br>(berarduccip@sullcrom.com) |
| --- | --- | --- | --- |
| 132. | *Picard v. Lloyds TSB Bank PLC* | | Katten Muchin Rosenman LLP<br>Anthony L. Paccione<br>(anthony.paccione@kattenlaw.com)<br>Brian M. Sabados<br>(brian.sabados@kattenlaw.com) |
| 133. | *Picard v. Brown Brothers Harriman & Co.* | | Katten Muchin Rosenman LLP<br>Anthony L. Paccione<br>(anthony.paccione@kattenlaw.com)<br>Brian M. Sabados<br>(brian.sabados@kattenlaw.com) |
| 134. | *Picard v. Clariden Leu AG (f/k/a Clariden Bank AG), et al* | 12-cv-04724 | O'Melveny & Myers LLP<br>William J. Sushon<br>(wsushon@omm.com)<br>Shiva Eftekhari<br>(seftekhari@omm.com) |
| 135. | *Picard v. Schroder & Co. Bank AG* | 12-cv-04749 | Ropes & Gray LLP<br>Robert S. Fischler<br>(robert.fischler@ropesgray.com)<br>Stephen Moeller-Sally<br>(ssally@ropesgray.com) |
| 136. | *Picard v. Multi-Strategy Fund Ltd., et al* | 12-cv-04840 | Friedman Kaplan Seiler & Adelman LLP<br>Robert J. Lack<br>(rlack@fklaw.com)<br>Gregory W. Fox<br>(gfox@fklaw.com) |

| 137. | ***Picard v. Credit Agricole Corporate And Investment Bank D/B/A Credit Agricole Private Banking Miami, F/K/A Calyon S.A. D/B/A Credit Agricole Miami Private Bank, Successor in Interest to Credit Lyonnais S.A.*** | 12-cv-04867 | Cleary Gottlieb Steen & Hamilton LLP<br>Lawrence B. Friedman<br>(lfriedman@cgsh.com) |
|---|---|---|---|
| 138. | ***Picard v. Royal Bank of Canada, et al.*** | | Katten Muchin Rosenman LLP<br>Anthony L. Paccione<br>(anthony.paccione@kattenlaw.com)<br>Brian M. Sabados<br>(brian.sabados@kattenlaw.com)<br>Mark T. Ciani<br>(mark.ciani@kattenlaw.com) |
| 139. | ***Picard v. Federico Ceretti. et al.*** (Citi Hedge Fund Services Ltd.- Moving party) | 11-cv-07256 | Cleary Gottlieb Steen & Hamilton LLP<br>Carmine D. Boccuzzi, Jr.<br>(cboccuzzi@cgsh.com)<br>David Y. Livshiz<br>(dlivshiz@cgsh.com) |