UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>MADOFF SECURITIES | 12-MC-0115 (JSR) |

**CERTIFICATE OF SERVICE**

　　　　I, Richard A. Kirby, hereby certify that on June 25, 2012, I caused true and correct copies of the Consolidated Memorandum of Law in Support of Motion to Dismiss Regarding Antecedent Debt Issues on Behalf of Withdrawal Defendants, as Ordered by the Court on May 12, 2012, the Declaration of Richard A. Kirby and supporting Exhibits, and the Notice of Motion to Dismiss to be served upon counsel for those parties who receive electronic service through ECF.

Dated:  June 25, 2012
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s Richard A. Kirby_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard A. Kirby

1