Max Folkenflik, Esq.
FOLKENFLIK & McGERITY
1500 Broadway
21st Floor
New York, New York 10036
(212) 757-0400
max@fmlaw.net
*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | 12-MC-0115 (JSR) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| In re: | |
| MADOFF SECURITIES | |
| PERTAINS TO CASE NO. 12-02977 | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Max Folkenflik, of the law firm Folkenflik & McGerity, an attorney admitted to practice in this court, hereby appears as counsel on behalf of defendant Robert

S. Bernstein, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: New York, New York
       June 29, 2012

Respectfully submitted,

**FOLKENFLIK & McGERITY**

By:    /s/ Max Folkenflik
      Max Folkenflik
1500 Broadway, 21st Floor
New York, New York 10036
Tel: (212) 757-0400
Fax: (212) 757-2010
max@fmlaw.net

*Attorneys for Defendant*