UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | 12 Misc. 115 (JSR)<br>ECF Case<br><br>PERTAINS TO CASE 12-CV-02981 |
| In re:<br>MADOFF SECURITIES | |

## NOTICE OF APPEARANCE

       Please take notice that the undersigned attorney from the law firm of Clifford Chance US LLP hereby appears as counsel of record for Cardinal Management, Inc. and Dakota Global Investments, Ltd. in Case No. 12-cv-02981. All notices given or required to be given in the case and all papers filed in this case shall be served upon the undersigned. The undersigned certifies that he is admitted to practice in this Court.

| | |
|---|---|
| Dated:  New York, New York<br>          July 12, 2012 | CLIFFORD CHANCE US LLP<br><br>by /s/ Jeff E. Butler<br>    Jeff E. Butler<br><br>31 West 52nd Street<br>New York, New York 10019<br>Tel:  (212) 878-8000<br><br>*Attorney for Cardinal Management, Inc., and Dakota Global Investments, Ltd.* |