UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION            Case No. 12-MC-00115 (JSR)
CORPORATION et al,

                Plaintiffs,                ECF Case

           - against –

BERNARD MADOFF INVESTMENT               NOTICE OF APPEARANCE
SECURITIES LLC et al.                               AND DEMAND

                Defendants.
------------------------------------------------------------x
In re:
MADOFF SECURITIES
------------------------------------------------------------x

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE, that Tammy P. Bieber of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., and Partners Advisers S.A., appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       July 12, 2012               TANNENBAUM HELPERN
                                        SYRACUSE & HIRSCHTRITT LLP

                                        By:  s/ Tammy P. Bieber
                                            Tammy P. Bieber

                                            900 Third Avenue
                                            New York, New York 10022
                                            (212) 508-6716
                                            Email – bieber@thsh.com
                                 *Attorneys for Defendants Square One Fund*
                                 *Ltd., Luc D. Estenne, Square Asset*
                                 *Management Ltd., Partners Advisers S.A.*