UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | 12 Misc. 115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

## CORPORATE OWNERSHIP STATEMENT OF DEFENDANTS CARDINAL MANAGEMENT, INC., AND DAKOTA GLOBAL INVESTMENTS, LTD.

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, as amended, and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants Cardinal Management, Inc. and Dakota Global Investments, Ltd., hereby state that Fidelity International Private Foundation directly or indirectly owns 10% or more of defendant Cardinal Management, Inc.'s equity interests, and that Rafale Partners, Inc. directly or indirectly own 10% or more of defendant Dakota Global Investments, Ltd.'s equity interests.

Dated:  New York, New York
       July 12, 2012

                CLIFFORD CHANCE US LLP

                <u>/s/ Jeff E. Butler</u>
                Jeff E. Butler
                31 West 52nd Street
                New York, New York 10019
                (212) 878-8000

                *Attorney for Cardinal Management, Inc.*
                *and Dakota Global Investments, Ltd.*