**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ :
SECURITIES INVESTOR PROTECTION           :
CORPORATION,                                                       :
                                                                                 :
              Plaintiff,                         :
                                                                                 :     12-misc-00115 (JSR)
          v.                                          :
                                                                                 :
BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,                                              :
                                                                                 :
             Defendant.                      :
------------------------------------------------------------ :
In re:                                                                      :
      MADOFF SECURITIES                          :
                                                                                 :
------------------------------------------------------------ :
                                                                                 :
PERTAINS TO ALL CASES                              :
                                                                                 :
------------------------------------------------------------ :

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that pursuant to section 78eee(d) of the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq*., the undersigned hereby enters an appearance for and on behalf of the Securities Investor Protection Corporation and requests that all notices, pleadings, motions, applications and other documents filed and/or served in these cases be sent to the following:

        Nathanael S. Kelley
        Staff Attorney
        Securities Investor Protection Corporation
        805 15th Street, N.W., Suite 800
        Washington, D.C. 20005
        Telephone: (202) 371-8300
        Facsimile: (202) 371-6728
        Email: nkelley@sipc.org

Dated: Washington, DC
      July 13, 2012

                                                 __/s/Nathanael S. Kelley_____
                                                 NATHANAEL S. KELLEY
                                                 Staff Attorney
                                                 SECURITIES INVESTOR
                                                 PROTECTION CORPORATION
                                                 805 Fifteenth Street, N.W., Suite 800
                                                 Washington, DC 20005
                                                 Telephone: (202) 371-8300
                                                 Facsimile: (202) 371-6728
                                                 Email: nkelley@sipc.org