**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | 12 Misc. 115 (JSR) |
| In re:<br>MADOFF SECURITIES | |

### NOTICE OF CONSOLIDATED MOTION TO DISMISS THE TRUSTEE'S COUNTS FOR DISALLOWANCE OF CUSTOMER CLAIMS BASED ON SECTION 502(d) OF THE BANKRUPTCY CODE

  PLEASE TAKE NOTICE THAT the Section 502(d) Defendants (as defined by the Court's Order dated June 1, 2012 in *In re Madoff Sec.*, 12 Misc. 115 (JSR) (Docket No. 155) (the "Section 502(d) Order")), hereby move for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure (made applicable to the adversary proceeding by Rule 7012(b) of the Federal Rules of Bankruptcy Procedure) dismissing the Trustee's counts for disallowance of customer claims based on Section 502(d) of the Bankruptcy Code. The grounds for this motion are set forth in the accompanying memorandum of law, which is incorporated herein by reference.

  This motion is supported by the accompanying memorandum of law, the Declaration of Jeff E. Butler dated July 13, 2012, and the exhibits attached thereto, all pleadings and papers filed in these proceedings, and any other matters that may properly come before the Court.

Pursuant to the Section 502(d) Order, memoranda of law in opposition to this motion must be filed on or before September 12, 2012, and a consolidated reply brief must be filed on or before September 28, 2012.  The Court will hear oral argument on this matter on October 9, 2012, at 3:00 p.m.

Dated:   New York, New York
         July 13, 2012

CLIFFORD CHANCE US LLP

by /s/ Jeff E. Butler
    Jeff E. Butler

31 West 52nd Street
New York, New York 10019
Tel:  (212) 878-8000

*Attorneys for Cardinal Management, Inc., and Dakota Global Investments, Ltd.*

KIRKLAND & ELLIS LLP

by /s/ Joseph Serino, Jr.
    Jay P. Lefkowitz, P.C.
    Joseph Serino, Jr.
    David S. Flugman

601 Lexington Avenue
New York, New York 10022
Tel:  (212) 446-4800

*Attorneys for Herald Fund SPC*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

by /s/ Susheel Kirpalani
    Susheel Kirpalani
    Robert S. Loigman

51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel:  (212) 849-7000

*Counsel to Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

*Of Counsel*:

ANDERSON KILL & OLICK, P.C.

Todd E. Duffy
Luma Al-Shabib
Dennis J. Nolan
Beth D. Simon
1251 Avenue of the Americas
New York, New York 10020

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

William P. Weintraub
Gregory W. Fox
7 Times Square
New York, New York 10036-6516

KOBRE & KIM LLP

Jonathan D. Cogan
Michael S. Kim
Carrie A. Tendler
800 Third Avenue
New York, New York 10022

WOLLMUTH MAHER & DEUTSCH LLP

James N. Lawlor
One Gateway Center, Ninth Floor
Newark, New Jersey 07102