UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>         Defendant.<br><br>In re<br>MADOFF SECURITIES,<br>         Debtor.<br><br>PERTAINS TO CASE 12-cv-00090 | 12-MISC-00115 (JSR) |

## AMENDED NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that we are retained by and appear as counsel for Defendants, David Silver and Patricia Silver, in case No. 12 cv 00090, and respectfully demand that all notices and papers herein be served on us at our address given below.

Dated: New York, New York
       July 24, 2012

                                  **MORRISON COHEN LLP**

                                  By: _____
                                       Fred H. Perkins (FP-8240)
                                       Robert K. Dakis
                                       909 Third Avenue
                                       New York, New York 10022
                                       (212) 735-8600
                                       Email: fhperkins@morrisoncohen.com
                                       Email: rdakis@morrisoncohen.com
                                       *Attorneys for Defendants, David Silver*
                                       *and Patricia Silver*

#3980510 v1 \020758 \0001