UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant.<br>In re:<br><br>MADOFF SECURITIES,<br><br><br>PERTAINS TO CASE 12-cv-02619 | 12-mc-00115 (JSR)<br><br>**NOTICE OF APPEARANCE**<br>_____ |

   PLEASE TAKE NOTICE that Frederick R. Kessler, Paul R. DeFilippo and Michael P. Burke of the law firm of Wollmuth Maher & Deutsch LLP hereby appear as counsel for Defendants Chester Global Strategy Fund Limited, Chester Global Strategy Fund, LP, Irongate Global Strategy Fund Limited, Fairfield Greenwich Fund (Luxembourg), Fairfield Investment Fund Limited, Fairfield Investors (Euro) Ltd., and Stable Fund LP in this action and request that all subsequent papers be served upon this firm at the address indicated below.

Dated: New York, New York
    July 24, 2012

              Respectfully Submitted,

              WOLLMUTH MAHER & DEUTSCH LLP

               /s/ Frederick R. Kessler
              Frederick R. Kessler
              (fkessler@wmd-law.com)
              Paul R. DeFilippo
              (pdefilippo@wmd-law.com)

       Michael P. Burke
       (mburke@wmd-law.com)

500 Fifth Avenue
New York, New York 10110
Tel.:  (212) 382-3300; Fax:  (212) 382-0050

*Attorneys for Defendants*
*Chester Global Strategy Fund Limited,*
*Chester Global Strategy Fund, LP,*
*Irongate Global Strategy Fund Limited,*
*Fairfield Greenwich Fund (Luxembourg),*
*Fairfield Investment Fund Limited,*
*Fairfield Investors (Euro) Ltd., and*
*Stable Fund LP*