UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>Civil Action No. 12-mc-0115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK )

    I, **Magali L. Lee**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

    On July 25, 2012, I served the **Trustee's Memorandum of Law in Opposition to Consolidated Memorandum of Law in Support of Motion to Dismiss Regarding Antecedent Debt Issues on Behalf of Withdrawal Defendants, as Ordered by the Court on May 12, 2012** by emailing the interested parties true and correct copies via electronic transmission to the

email addresses designated for delivery thereof to those parties as set forth on the attached Service List.

    **TO:**    See Attached Service List

_____
Magali L. Lee

Sworn to before me this
___ day of July, 2012

_____
Notary Public

FRANCISCO J. VELEZ
Notary Public, State of New York
No. 01VE6092120
Qualified in Bronx County
Commission Expires May 12, 2015

300257043

SERVICE LIST

michael.feldberg@allenovery.com; cboccuzzi@cgsh.com; pstlawrence@cgsh.com; sarkin@arkin-law.com; mrice@arkin-law.com; lfriedman@cgsh.com; bpeace@cgsh.com; nfk@stevenslee.com; morgenstern@butzel.com; alter@butzel.com; abraham@butzel.com; fishere@dicksteinshapiro.com; seidelb@dicksteinshapiro.com; greers@dicksteinshapiro.com; bergers@dicksteinshapiro.com; estearns@stearnsweaver.com; hmoorefield@stearnsweaver.com; ccanino@stearnsweaver.com; dlivshiz@cgsh.com; dkornstein@kvwmail.com; wpollard@kvwmail.com; dcoffino@cov.com; avinegrad@cov.com; sdratch@njcounsel.com; dbarrack@fulbright.com; drosenzweig@fulbright.com; mvciresi@rkmc.com; tbhatch@rkmc.com; dariehl@rkmc.com; hjones@jonesschwartz.com; rfeldman@rfs-law.com; mlivingston@rfs-law.com; marcy.harris@srz.com; frank.lasalle@srz.com; mark.richardson@srz.com; mbrosterman@stroock.com; dwalsman@stroock.com; cguhin@stroock.com; wcurchack@loeb.com; gschwed@loeb.com; dbesikof@loeb.com; anthony.paccione@kattenlaw.com; ashapiro@machtshapiro.com; eolney@shapiroarato.com; richard.kirby@klgates.com; robert.honeywell@klgates.com; jpasternak@rattetlaw.com; jglucksman@rattetlaw.com; paloe@kudmanlaw.com; mcohen@kudmanlaw.com; tfleming@olshanlaw.com; jandrophy@olshanlaw.com; deiseman@golenbock.com; dfurth@golenbock.com; steven.wilamowsky@bingham.com; fperkins@morrisoncohen.com; mdallago@morrisoncohen.com; tgannon@sglllp.com; rkatz@sglllp.com; william.barrett@bfkn.com; kim.robinson@bfkn.com; tklestadt@klestadt.com; bscott@klestadt.com; zrosenbaum@lowenstein.com; pgreene@lowenstein.com; akushner@lowenstein.com; susan.balaschak@akerman.com; kathlyn.schwartz@akerman.com; elissa.fudim@akerman.com; michael.goldberg@akerman.com; ppartee@hunton.com; rmorton@hunton.com; rrich2@hunton.com; AMingione@BlankRome.com; RCronin@BlankRome.com; JMasella@BlankRome.com; cloewenson@mofo.com; dbrown@mofo.com; plewis@lewismckenna.com; bradsimon@simonlawyers.com; KCMurphy@simonlawyers.com; jjureller@klestadt.com; Velvel@mslaw.edu; tgoldberg@daypitney.com; jveit@golenbock.com; lmay@coleschotz.com; jbienstock@coleschotz.com; bethany.kriss@allenovery.com; barry.vasios@hklaw.com; barbra.parlin@hklaw.com; jkortmansky@sandw.com; mstein@sandw.com; phollander@ohdlaw.com; gkinoian@ohdlaw.com; phheer@duanemorris.com; MBShulkin@duanemorris.com; PDMoore@duanemorris.com; JDSternklar@duanemorris.com; lliman@cgsh.com; jrosenthal@cgsh.com; bwhiteley@hblaw.com; cmarcotte@hblaw.com; efrejka@kramerlevin.com; pbentley@kramerlevin.com; rabrams@katskykorins.com; snewman@katskykorins.com; harrisonm@optonline.net; evf@sovrlaw.com; jk@sovrlaw.com; bruce.schaeffer@gmail.com; tjschell@bryancave.com; mintz@mintzandgold.com; McCormick@mintzandgold.com; wiig@mintzandgold.com; khicks@wcsm445.com; jsherman@wcsm445.com; sschlesinger@jaspanllp.com; sscott@jaspanllp.com; gfox@fklaw.com; linder@clayro.com; sgann@levingann.com; bwille@kflaw.com; cferguson@kflaw.com; mzelmanovitz@morganlewis.com; agottfried@morganlewis.com; jwolfe@skoloffwolfe.com; mweinstein@golenbock.com; auerbach@mjaesq.com; lneish@zuckerman.com; wweintraub@fklaw.com; kjarashow@fklaw.com; klipman@sldsmlaw.com; dmark@kasowitz.com; sweiss@seegerweiss.com; paminolroaya@seegerweiss.com; carole.neville@snrdenton.com; Hchaitman@beckerny.com; ecowit@kudmanlaw.com; jstern@simonlawyers.com; jessica.bartlett@shearman.com;

robert.rosenberg@lw.com; rosenberg@clayro.com; bgarbutt@morganlewis.com; steven.kobre@kobrekim.com; danielle.rose@kobrekim.com; david.mcgill@kobrekim.com; brian.muldrew@kattenlaw.com; zlandsman@beckerglynn.com; jstern@beckerglynn.com; mmufich@beckerglynn.com; ais1548@leonard.com; blake.shepard@leonard.com; ctompkins@shulaw.com; tshapiro@shulaw.com; mblauner@shulaw.com; laura.clinton@klgates.com; martha.rodriguezlopez@klgates.com; scottj@sullcrom.com; berarduccip@sullcrom.com; wprickett@seyfarth.com; rmalloy@seyfarth.com; csalomon@beckerglynn.com; aostrow@beckerglynn.com; slmeisel@beckermeisel.com; j.delaire@yahoo.com; mgold@kkwc.com; bschweiger@skoloffwolfe.com; seichel@crowell.com; llarue@qslwm.com; jwalker@mmlpc.com; Sgoldlaw@gmail.com; mcunha@stblaw.com; pkazanoff@stblaw.com; mpgoodman@debevoise.com; soshea@osheapartners.com; mpetrella@osheapartners.com; gkurtz@whitecase.com; helisofon@herrick.com; ahammond@whitecase.com; bbaird@cov.com; dfetterman@kasowitz.com; espiro@maglaw.com; andrew.levander@dechert.com; david.hoffner@dechert.com; eric.fishman@pillsburylaw.com; karen.dine@pillsburylaw.com; brandon.johnson@pillsburylaw.com; deroche@sewkis.com; mark.jacobs@jacobs-partners.com; mmarxkors@jacobs-partners.com; asteinberg@kslaw.com; mbartelstone@kslaw.com; dwollmuth@wmd-law.com; mburke@wmd-law.com; dcarroll@ingramllp.com; jschain@ingramllp.com; lshalov@mclaughlinstern.com; mrosenberg@mclaughlinstern.com; kleonetti@foleyhoag.com; MFolkenflik@fmlaw.net; ptabibi@meltzerlippe.com; sdonahue@meltzerlippe.com; jrfbnk@gmail.com; sparadise@velaw.com; cthau@velaw.com; nvydashenko@velaw.com; fhoffinger@hsrlaw.com; jhoffinger@hsrlaw.com; vdrohan@dlkny.com; mblount@tessercohen.com; jlavin@tessercohen.com; tmoloney@cgsh.com; neil.steiner@dechert.com; jmccarroll@reedsmith.com; jsiev@reedsmith.com; jlscott@reedsmith.com; jeff.butler@cliffordchance.com; hrosenblat@kslaw.com; Pamela.Miller@aporter.com; Kent.Yalowitz@aporter.com; grossmansm@gtlaw.com; hkleinhendler@wmllp.com; sspiegelman@wmllp.com; dglosband@goodwinprocter.com; lmorton@goodwinprocter.com; cnewcomb@goodwinprocter.com; bieber@thsh.com; delbaum@bruneandrichard.com; davidbernfeld@bernfeld-dematteo.com; Hchaitman@beckerny.com; risrael@wolffsamson.com; mdickler@sperling-law.com; jeffreybernfeld@bernfeld-dematteo.com; hharris@daypitney.com; dparker@kkwc.com; mmulholland@rmfpc.com; ttelesca@rmfpc.com; jflaxer@golenbock.com; eoconnor@fzwz.com; Jzulack@fzwz.com; mdavis@fzwz.com; lwiesenfelder@dowlohnes.com; jwcohen@daypitney.com; Jcooperman@KelleyDrye.com; skim@kelleydrye.com; mkasowitz@kasowitz.com; dbrodsky@cgsh.com; Sheldon@eisenbergerlaw.com; jlsaffer@jlsaffer.com; hyland@sewkis.com; rcorozzo1@gmail.com; nda@nqgrg.com; pog@nqgrg.com; Andrew.Karron@aporter.com; kent.yalowitz@aporter.com; Pamela.Miller@aporter.com; Mary.Sylvester@aporter.com; fkessler@wmd-law.com; pdefilippo@wmd-law.com; mhennessy@westermanllp.com; RGabriele@westermanllp.com; Jmiller@westermanllp.com; jwesterman@westermanllp.com; davidbernfeld@bernfeld-dematteo.com; jrappaport@kramerlevin.com; wheuer@duanemorris.com; bhanyc@gmail.com; mhays@dowlohnes.com; dprichard@dowlohnes.com; mcunha@stblaw.com; pkazanoff@stblaw.com; Scott.Schreiber@aporter.com; dellajo@duanemorris.com; pjw@stim-warmuth.com; gpw@stim-warmuth.com; ncolman@baritzcolman.com; rrosensweig@goulstonstorrs.com; pbilowz@goulstonstorrs.com; law@mcclay-alton.com; jweiner@fhwnlaw.com; ldalessandro@milbermakris.com; mlanza@milbermakris.com;

300257043

gwoodfield@haileshaw.com; mpgoodman@debevoise.com; bpolovoy@shearman.com; andrew.lipson@shearman.com; IBort@KVWMail.com; ssteinberg@saslawfirm.net; tbarrow@baritzcolman.com; blax@laxneville.com; bneville@laxneville.com; christopher.harris@lw.com; cameron.smith@lw.com; carrie.tendler@kobrekim.com; jonathan.cogan@kobrekim.com; maggie.sklar@kobrekim.com; jlawlor@wmd-law.com; djocelyn@mwe.com; nhazan@mwe.com; mhuttenlocher@mwe.com; hhuynh@herrick.com; rspinogatti@proskauer.com; mparry@mosessinger.com; hkafele@shearman.com; jshally@shearman.com; ebadway@foxrothschild.com; blanger@mclaughlinstern.com; dsass@mclaughlinstern.com; asherman@sillscummis.com; mcingber@comcast.net; tab@rosenfeldlaw.com; steve@rosenfeldlaw.com; amarder@msek.com; kschachter@sillscummis.com; lsapir@sillscummis.com; Joanne.hepburn@klgates.com; Cfenton@shearman.com; jangel@herrick.com; eschmidt@herrick.com; mhamblin@fhwnlaw.com; andrea.robinson@wilmerhale.com; charles.platt@wilmerhale.com; george.shuster@wilmerhale.com; moreilly@gibbonslaw.com; Christopher@gibbonslaw.com; lhannon@beckermeisel.com; diconzam@gtlaw.com; bargerd@gtlaw.com; munno@sewkis.com; deroche@sewkis.com; weitman@sewkis.com; jwallack@goulstonstorrs.com; mlichtenstein@crowell.com; ljw@msk.com; Jonathan.Vine@csklegal.com; rsignorelli@nyclitigator.com; bolson@dowlohnes.com; rcirillo@kslaw.com; jedgemon@kslaw.com; ahalperin@halperinlaw.net; sziluck@halperinlaw.net; ncohen@halperinlaw.net; gpretto@laxneville.com; jberman@msek.com; tmcgowan@meltzerlippe.com; DKornstein@kvwmail.com; AGross@kvwmail.com; rifkenl@gtlaw.com; mpahmer@stroock.com; qmurphy@stroock.com; mark.ciani@kattenlaw.com;