**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendants. | 12 Misc. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASES: | |
| IRVING H. PICARD,<br><br>            Plaintiff,<br>v.<br><br>STANLEY I. LEHRER, *et al.*,<br><br>            Defendants. | Adv. Pro. No. 10-05259 (BRL)<br><br>District Court Case No. 12 Civ. 02079 (JSR) |
| IRVING H. PICARD,<br><br>            Plaintiff,<br>v.<br><br>STANLEY I. LEHRER, *et al.*,<br><br>            Defendants. | Adv. Pro. No. 10-05259 (BRL)<br><br>District Court Case No. 12 Civ. 04721 (JSR) |

| | |
|---|---|
| IRVING H. PICARD,<br><br>           Plaintiff,<br><br>           v.<br><br>STANLEY PLESENT,<br><br>           Defendant. | Adv. Pro. No. 10-04375 (BRL)<br><br>District Court Case No. 12 Civ. 03403 (JSR) |
| IRVING H. PICARD,<br><br>           Plaintiff,<br><br>           v.<br><br>HOBOKEN RADIOLOGY, LLC,<br><br>           Defendants. | Adv. Pro. No. 10-05386 (BRL)<br><br>District Court Case No. 12 Civ. 02290  (JSR) |

{10775163:2}                     2

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         )  SS.:
COUNTY OF NEW YORK  )

I, Yani Indrajana Ho, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019.  On July 26, 2012, I served the

**Trustee's Memorandum of Law in Opposition to Consolidated Memorandum of Law in Support of Motion to Dismiss Regarding Antecedent Debt Issues on Behalf of Withdrawal Defendants, as Ordered by the Court on May 12, 2012**

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery thereof to those parties as set forth on the attached Schedule A, or by causing to deliver a true paper copy of same enclosed in a post paid properly addressed wrapper in an official depository under the exclusive care and custody of **Federal Express** by **Standard Overnight mail**, at the address designated by said party, as stated in the attached Schedule A.

                                                            */s/* Yani Indrajana Ho
                                                            Yani Indrajana Ho

Sworn to before me this
26th day of July 2012

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2013

## SCHEDULE A

**BY FEDERAL EXPRESS STANDARD OVERNIGHT MAIL:**

Stanley Plesent
24 Maple Avenue
Larchmont, NY 10538

*Defendant*

**BY EMAIL:**

Thomas M. Mealiffe (tmealiffe@nixonpeabody.com)
Joseph J. Ortego (jortego@nixonpeabody.com)
James W. Weller (jweller@nixonpeabody.com)
Nixon Peabody LLP
50 Jericho Quadrangle, Suite 300
Jericho, New York 11753

*Attorneys for Defendant Hoboken Radiology, LLC*

Ted Poretz (tporetz@egsllp.com)
Ellenoff Grossman & Schole LLP
150 East 42nd Street
New York, New York 10017

*Attorneys for Defendant Douglas Ellenoff*

Victor A. Machcinski, Jr. (vmachcinski@krebsbach.com)
Krebsbach & Snyder, P.C.
One Exchange Plaza
55 Broadway, Suite 1600
New York, New York 10006

*Attorneys for Defendant Neuberger Berman LLC*