**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | 12-mc-00115 (JSR) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

MADOFF SECURITIES

### NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and all prior pleadings and proceedings herein, the parties in the following actions will move before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 30, 2012 at 4:00pm for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(c) and 11 U.S.C. § 546(e): (a) in the case of alleged "initial transferees," dismissing the avoidance claims asserted against them under 11 U.S.C. §§ 544, 547 and 548, with the sole exception of claims asserted under § 548(a)(1)(A); and (b) in the case of alleged "subsequent transferees," dismissing all avoidance claims against them to the extent those claims are based on initial transfers that are not subject to avoidance:

| Action | Moving Parties |
|---|---|
| *Picard v. Beacon Associates LLC I et al.*, 12 Civ. 2310 | All Defendants |
| *Picard v. Thybo Asset Management et al.*, 11 Civ. 7576 | All Defendants |
| *Picard v. Blumenfeld et al.*, 12 Civ. 2405 | All Defendants |
| *Picard v. Kingate Euro Fund et al.*, 12 Civ. 2441, 11 Civ. 7134 | Kingate Euro Fund Ltd., Kingate Global Fund Ltd., Carlo Grosso, Federico Ceretti, Kingate Management Limited |
| *Picard v. Alpha Prime Fund, et. al.*, 11 Civ. 6541 | Herald Fund SPC |
| *Picard v. Alpha Prime Fund Ltd., et al.*, 11 Civ. 6677 | Alpha Prime Fund Ltd., Senator Fund SPC |
| *Picard v. Alpha Prime Limited, et al.*, 12 Civ. 3401, Adv. Pro. No. 09-01364 | Hermes International Fund Limited, Thema International Fund plc, Thema Fund Limited, Lagoon Investment Limited (for itself and as Trustee of the Lagoon Investment Trust), Thema Wise Investments Limited, Geo Currencies Ltd. S.A., Alberto Benbassat, Stephane Benbassat, Dr. Alain B. Lévy, solely in his capacity as Executor of the Estate of Mario Benbassat, Roberto Nespolo, David Smith, Equus Asset Management Limited, Equus Asset Management Partners, L.P., Genevalor, Benbassat & Cie, Cape Investment Advisors Limited, Hermes Asset Management Limited, Thema Asset Management (Bermuda) Limited, Thema Asset Management Limited, Aurelia Fund Management Ltd., Aurelia Asset Management Partners, Laurent Mathysen-Gerst, Wladimir Stepcynski, Jean-Marc Wenger, Pascal Cattaneo, Oliver Ador |
| *Picard v. Kohn, et al.*, 12 Civ. 2660 | Franco Mugnai |
| *Picard v. Square One Fund Ltd., et al.*, 10 Civ. 4330 | Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., Partners Advisers S.A., Circle Partners, Kathryn R. Siggins |

| *Picard v. Cardinal Management, Inc., et al.*, 12 Civ. 2981 | All Defendants |
| --- | --- |
| *Picard v. Frank J. Avellino, et al.*, 11 Civ. 3882 | Frank Avellino, Nancy Carroll Avellino, Thomas Avellino, Aster Associates, Strattham Partners, Ascent, Inc., Kenn Jordan Associates, Frank J. Avellino Revocable Trust Number One As Amended and Restated January 26, 1990, Frank J. Avellino Retained Annuity Trust U/A Dated June 24, 1992, Frank J. Avellino Grantor Annuity Trust Agreement Number 2 U/A Dated June 24, 1992, Frank J. Avellino Revocable Trust Number One Under Declaration of Trust Number One Dated June 10, 1988, Frank J. Avellino, Trustee of Frank J. Avellino Revocable Trust Number 1 As Amended and Restated January 26, 1990, Frank J. Avellino, Trustee of Frank J. Avellino Grantor Retained Annuity Trust Under Agreement Dated June 24, 1992, Frank J. Avellino, Trustee of Frank J. Avellino Revocable Trust Number One Under Declaration of Trust Number One Dated June 10, 1988, Frank J. Avellino, Trustee of Heather Carroll Lowles Trust U/A Dated June 29, 1990, Frank J. Avellino, Trustee of Tiffany Joy Lowles Trust U/A Dated June 29, 1990, Frank J. Avellino, Trustee of Melanie Ann Lowles Trust U/A Dated June 29, 1990, Frank J. Avellino, Trustee of Taylor Ashley McEvoy Trust U/A Dated June 24, 1992, Frank J. Avellino, Trustee of Madison Alyssa McEvoy Trust U/A Dated June 29, 1990, Frank J. Avellino, Trustee of Noble Avellino Grantor Retained Annuity Trust, Frank J. Avellino, Trustee of Sterling Avellino Grantor Retained Annuity Trust, Frank J. Avellino, Trustee of Avellino Family Trust, Frank J. Avellino, Trustee of Avellino& Bienes Pension Plan and Trust, Nancy Carroll Avellino, Trustee of Nancy Carroll Avellino Revocable Trust Under Trust Agreement Dated May 18, 1992, Nancy Carroll Avellino, Trustee of the Rachel Anne Rosenthal Trust U/A Dated June 29, 1990, Nancy Carroll Avellino, Trustee of the Rachel Rosenthal Trust #3, Nancy Carroll Avellino, |

| | |
|---|---|
| | Trustee of the Rachel Rosenthal Trust #2 U/A Dated June 24, 1992, Nancy Carroll Avellino, Trustee of Heather Carroll Lowles Trust U/A Dated June 29, 1990, Nancy Carroll Avellino, Trustee of Tiffany Joy Lowles Trust U/A Dated June 29, 1990, Nancy Carroll Avellino, Trustee of Melanie Ann Lowles Trust U/A Dated June 29, 1990, Nancy Carroll Avellino, Trustee of Taylor Ashley McEvoy Trust U/A Dated June 24, 1992, Nancy Carroll Avellino, Trustee of Madison Alyssa McEvoy Trust U/A Dated June 29, 1990, Nancy Carroll Avellino Recovable Trust Under Trust Agreement Dated May 18, 1992, 27 Cliff, LLc, The Avellino Family Foundation, Inc., Avellino Family Trust, Avellino & Bienes, Avellino & Bienes Pension Plan & Trust, Grosvenor Partners, Ltd., Mayfair Ventures, GP, Mayfair Bookkeeping Services, Inc., Lorraine McEvoy, Rachel Liersch (a/k/a Rachel Rosenthal), The Rachel Anne Rosenthal Trust U/A Dated June 29, 1990, The Rachel Rosenthal Trust #2 U/A Dated June 24, 1992, The Rachel Rosenthal Trust #3, Frank Avellino, Trustee of N.A. Grantor Retained Annuity Trust, Frank Avellino, Trustee of S.A. Grantor Retained Annuity Trust, Frank Avellino, Trustee of St. A. Grantor Retained Annuity Trust, Melanie Lowles Flowers, Melanie Ann Lowles Trust U/A Dated June 29, 1990, Heather C. Lowles, Heather Carroll Lowles Trust U/A Dated June 29, 1990, Taylor McEvoy, Taylor Ashley McEvoy Trust U/A Dated June 24, 1992, Tiffany J. Lowles, Tiffany Joy Lowles Trust U/A Dated June 29, 1990, Madison A. McEvoy, Madison Alyssa McEvoy Trust U/A Dated June 29, 1990 |
| *Picard v. Legacy Capital Ltd., et al.*, 11 Civ. 7764 | Legacy Capital Ltd., Montpellier Resources Ltd., Khronos LLC, Khronos Capital Research, LLC, Rafael Mayer, David Mayer, Isaac Jimmy Mayer |
| *Picard v. Plaza Inv. Int'l.*, 12 Civ. 2646 | All Defendants |

| | |
|---|---|
| *Picard v. American Securities Management, L.P., formerly known as American Securities, L.P., et al.*, 11 Civ. 8018 | David P. Steinmann, Catherine L. Steinmann, Gabriel B. Steinmann, Joshua Steinmann, Jennifer E. Steinmann, David P. Steinmann IRA Rollover #1 & #2, David Steinmann Defined Benefit Plan, David P. Steinmann Money Purchase Pension Plan, JJG Enterprises, 1185 Park Avenue Foundation, Inc., PJ Administrator LLC, Neil B. Goldstein, Joyce W. Goldstein, Neil B. Goldstein IRA Rollover, Joyce W. Goldstein IRA, Laurence Ach, Darmel Management, L.L.C., South Lake, L.L.C., Elizabeth R. Varet, individually, Elizabeth R. Varet as custodian for Joseph R. Varet, Elizabeth R. Varet as custodian and/or trustee of the Elizabeth R. Varet Money Purchase Pension Plan, Elizabeth R. Varet as grantor of the 2004 V Trust, Elizabeth R. Varet as trustee and beneficiary of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, Elizabeth R. Varet as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, Elizabeth R. Varet as settlor of the Michael A. Varet Trust UAD 11/9/94, Elizabeth R. Varet as settlor of the Trust 11/9/94 (A. Anagnos et al. trustees), Elizabeth R. Varet as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, Elizabeth R. Varet as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, Elizabeth R. Varet as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, Elizabeth R. Varet as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, Elizabeth R. Varet as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, Elizabeth R. Varet as trustee of the Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, Elizabeth R. Varet as trustee of the Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, Elizabeth R. Varet as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, Elizabeth R. Varet as beneficiary and trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, Elizabeth R. Varet as trustee of Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, Elizabeth R. Varet as trustee and beneficiary of Issue |

Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, Elizabeth R. Varet as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, Elizabeth R. Varet as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, Elizabeth R. Varet as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, Elizabeth R. Varet as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Stuart H. Coleman as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, Stuart H. Coleman as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, Stuart H. Coleman as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, Stuart H. Coleman as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, Stuart H. Coleman as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, Stuart H. Coleman as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, Stuart H. Coleman as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, Stuart H. Coleman as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, Stuart H. Coleman as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, Ellen V. Greenspan, as trustee of the Trust 11/9/94 (A. Anagnos et al., trustes), James R. Ledley, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, James R. Ledley as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Alice Rosenwald, a/k/a Alice R. Sigelman, individually, Alice Rosenwald, a/k/a Alice R. Sigelman, as custodian for Jonathan Sigelman, Alice Rosenwald, a/k/a Alice R. Sigelman, as custodian for Benjamon R.

|  | Sigelman, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, Alice Rosenwald, a/k/a Alice R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, Alice Rosenwald, a/k/a Alice R. Sigelman, as Executrix of the Estate of Jesse L. Sigelman, Nina Rosenwald individually, Nina Rosenwald as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, Nina Rosenwald as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, Nina Rosenwald as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, Nina Rosenwald as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, Nina Rosenwald as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, Nina Rosenwald as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, Nina Rosenwald as trustee of Issue Trust 5 UAD |
|---|---|

|  | 9/28/51 FBO Alice Rosenwald, Nina Rosenwald as trustee and beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald, Nina Rosenwald as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, Nina Rosenwald as trustee and beneficiary of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, Nina Rosenwald as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, Benjamin R. Sigelman individually, Benjamin R. Sigelman as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, Benjamin R. Sigelman as beneficiary of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, Jonathan R. Sigelman individually, Jonathan R. Sigelman as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, Jonathan R. Sigelman as beneficiary of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, Ronald J. Stein as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, Ronald J. Stein as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman, David R. Varet, Joseph R. Varet individually, Joseph R. Varet as beneficiary and as trustee of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, Michael A. Varet individually, Michael A. Varet as beneficial owner of one or more IRAs, Michael A. Varet as custodian for David R. Varet and Sara R. Varet, Michael A. Varet as trustee of the Michael A. Varet Trust UAD 11/9/94, Sarah R. Varet individually, Sarah R. Varet as trustee and as beneficiary of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, Elizabeth R. Varet IRA Rollover, Michael A. Varet IRA Rollover , Michael A. Varet IRA Rollover #2, Elizabeth R. Varet Defined Benefit Plan & Trust, Elizabeth R. Varet Money Purchase Pension Plan, Decimal Investments, L.L.C., Hudson Charitable Fund, P&I Partners, JJG Foundation, Inc., The Abstraction Fund, American Philanthropic Foundation, Anchorage Charitable Fund, Metropolitan Philanthropic Fund, Inc., Alice Rosenwald Fund, William Rosenwald Family Fund, Inc., |
|---|---|

| | American Securities Management, L.P., f/k/a American Securities, L.P., American Securities Opportunity Fund, L.P., American Securities Holdings Corp., American Securities Group, L.L.C., Alexander G. Anagnos, as trustee of the 2004 V Trust and as trustee of Trust 11/9/94 (A. Anagnos et al, trustees), Belinda Clarke, as trustee for the Concorde 1987 Trust DTD 12/9/87, Peter Pearman, as trustee for the Concorde 1987 Trust DTD 12/9/87, The Estate of Jesse L. Sigelman |
|---|---|
| *Picard v. Fairfield Sentry Limited, et al.*, 12 Civ. 2619 | Chester Global Strategy Fund Limited, Chester Global Strategy Fund, LP, Irongate Global Strategy Fund Limited, Fairfield Greenwich Fund (Luxembourg), Fairfield Investment Fund Limited, Fairfield Investors (Euro) Ltd., Stable Fund LP |
| *Picard v. Fairfield Sentry Ltd. et al.*, 12 Civ. 2638 | Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes Barreneche, Santiago Reyes, Jacqueline Harary, Chester Management Cayman Limited, Corina Noel Piedrahita, Amit Vijayvergiya, Cornelis Boele, Gregory Bowes, Jeffrey Tucker, Robert Blum, Andres Piedrahita, Walter Noel |
| *Picard v. Defender Limited, et al.*, 12 Civ. 2800 | Defender Limited, Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited, Tim Brockmann |
| *Picard v. UBS AG, et al.*, 12 Civ. 2802 | Reliance Management (BVI) Limited and Reliance Management (Gibraltar) Limited |
| *Picard v. Leon Flax, et al.*, 12 Civ. 2928 | R&H Trust Co (Jersey) Limited, in its capacity as former Trustee of The Tower Trust |

| | |
|---|---|
| *Picard v. Mendelow, et al.*, 11 Civ. 7680 | Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd., C&P Associates, Inc. |
| *Picard v. Mark Chais et al.*, 12 Civ. 2371 | All Defendants |
| *Picard v. Stanley Chais et al.*, 12 Civ. 2658 | All Defendants |
| *Picard v. Merkin, et al.*, Adv. Pro. No. 09-01182 | All Defendants |
| *Picard v. Cohmad Securities Corporation et al.*, 12 Civ. 2368, 12 Civ. 2369, and 12 Civ. 2676 | Cyril Jalon, the Estate of Elena Jalon, the Joint Tenancy of Phyllis Guenzberger and Fabian Guenzberger, the Joint Tenancy of Robert Pinchou and Fabian Guenzberger, Alvin J. Delaire, Carol Delaire, the Estate of Stanley Mervin Berman, Joyce Berman, S&J Partnership, Cohmad Securities Corporation, Maurice J. Cohn, Marcia B. Cohn, Milton S. Cohn, Marilyn Cohn, Rosalie Buccellato |
| *Picard v. Natixis, Natixis Corporate & Investment Bank (F/K/A Ixis Corporate & Investment Bank), Natixis Financial Products, Inc., Bloom Asset Holdings Fund, and Tensyr Limited*, 11 Civ. 9501 | All Defendants |
| *Picard v. MAXAM Absolute Return Fund, L.P., et al.*, 11 Civ. 7428 | MAXAM Absolute Return Fund, Ltd., MAXAM Capital Management, LLC, MAXAM Capital GP LLC, Sandra L. Manzke Revocable Trust, Sandra L. Manzke, Suzanne Hammond, Walker Manzke, April Bukofser Manzke, MAXAM Absolute Return Fund, L.P. |
| *Picard v. Alpha Prime Fund Limited et al.*, 11 Civ. 6524 | Primeo Fund |
| *Picard v. Vizcaya Partners Limited et al.*, 12 Civ. 2588 | Bank J. Safra (Gibraltar) Limited |
| *Picard v. Cohmad Securities Corporation, etc., and Morton Kurzrok*, 12 Civ. 2589, Adv. Pro. No. 09-1305 | Morton Kurzrok, Linda Schoenheimer McCurdy |

| | |
|---|---|
| *Picard v. SNS Bank N.V. and SNS Global Custody B.V.*, No. 12 Civ. 2509 | SNS Bank N.V., SNS Global Custody B.V. |
| *Picard v. BSI AG, individually and as successor-in-interest to Banco del Gottardo*, 12 Civ. 3177 | BSI AG, on its own behalf and on behalf of Banco Del Gottardo |
| *Picard v. Korea Exchange Bank and Korea Investment Trust Mgt. Co.*, 12 Civ. 2880 | Korea Exchange Bank |
| *Picard v. National Bank of Kuwait S.A.K.*, 12 Civ. 2881 | National Bank of Kuwait S.A.K. |
| *Picard v. Book, et al.*, 12 Civ. 2482 | Robert H. Book, R.H. Book, LLC |
| *Picard v. Merrill Lynch International*, 12 Civ. 3486 | All Defendants |
| *Picard v. Merill Lynch Bank (Suisse) SA*, 12 Civ. 3487 | All Defendants |
| *Picard v. Fullerton Capital PTE Ltd.*, 12 Civ. 3488 | All Defendants |
| *Picard v. Abu Dhabi Investment Authority*, 12 Civ. 2616 | Abu Dhabi Investment Authority |
| *Picard v. Multi-Strategy Fund Ltd. et al.*, 12 Civ. 4840 | Multi-Strategy Fund Limited, CDP Capital Tactical Alternative Investments |
| *Picard v. Banque Privée Espirito Santo S.A., f/k/a Compagnie Bancaire Espirito Santo S.A., et al.*, Adv. Pro No. 11-02571 | Banque Privée Espirito Santo S.A., f/k/a Compagnie Bancaire Espirito Santo S.A. |
| *Picard v. Grosvenor Investment Management Limited, et al.*, 12 Civ. 2351 | All Defendants |
| *Picard v. Lion Global Investors Limited*, 12 Civ. 2349 | Lion Global Investors Limited |

| | |
|---|---|
| *Picard v. Orbita Capital Return Strategy Limited*, 12 Civ. 2934 | Orbita Capital Return Strategy Limited |
| *Picard v. Cohmad Securities Corporation, et al.*, 12 Civ. 2347 | Richard Spring, The Spring Family Trust, The Jeanne T. Spring Trust |
| *Picard v. Safra National Bank of New York*, 12 Civ. 2584 | Safra National Bank of New York |
| *Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA*, 12 Civ. 2587 | Banque J. Safra (Suisse) SA |
| *Picard v. Standard Chartered Financial Services (Luxembourg) S.A., f/k/a American Express Financial Services (Luxembourg) S.A. and f/k/a/ American Express Bank (Luxembourg) S.A., as represented by its liquidator Hanspeter Krämer, Standard Chartered Bank International (Americas) Ltd., f/k/a/ American Express Bank International, and Standard Chartered International (USA) Ltd., f/k/a American Express Bank Ltd.* | Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd. |
| *Picard v. Sonja Kohn, et al.*, 12 Civ. 2639 | Sonja Kohn, Erwin Kohn, Netty Blau, Nicole Herzog, Michel Kohn, Robert Alain Kohn, Rachel Kohn, Moshe and Rina Hartstein, Mordechai Landau, Yvonne Landau, Erko, Inc., Eurovaleur, Inc., Infovaleur, Inc., Windsor IBC, Inc., Herald Asset Management Ltd., Tecno Development & Research Ltd., Shlomo (Momy) Amselem, 20:20 Medici AG f/k/a Bank Medici AG, Medici Cayman Islands Ltd., MediciFinanz Consulting GmbH, Medici S.r.l., Herald Consult Ltd. |
| *Picard v. HSBC Bank Plc, et al.*, 12 Civ. 2640 | Attorneys for Sonja Kohn, Erwin Kohn, 20:20 Medici AG, Eurovaleur, Inc., Herald Asset Management Ltd. |
| *Picard v. Maccabee*, 10 Civ. 5407 | All Defendants |

| *Picard v. Leon Flax, et al.*, 12 Civ. 2928 | Eastside Investment Limited, Investec Trust (Switzerland) S.A. (f/k/a Radcliffes Trustee Company S.A.), as Trustee of The Tower Trust, Turret Corporation (f/k/a Woodstock Corporation (f/k/a Lehigh Corporation)) |
| --- | --- |
| *Picard v. FGLS Equity LLC*, 12 Civ. 208 | FGLS Equity LLC |

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 16, 2012 Order, answering papers, if any, must be filed on or before September 28, 2012 and served upon the counsel listed below.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 16, 2012 Order, reply papers, if any, must be filed on or before October 19, 2012.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's May 16, 2012 Order, notwithstanding Fed. R. Civ. P. 12(g)(2) or Fed. R. Bankr. P. 7012, this motion is without prejudice to any other defense or right of any nature available to movants (including, without limitation, all defenses based on lack of personal jurisdiction or insufficient service of process) and shall not be deemed or construed to prevent movants from making a motion under Fed. R. Civ. P. 12 or Fed. R. Bankr. P. 7012 subsequent to this motion.

Dated: New York, New York
July 27, 2012

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:  /s/ Carmine D. Boccuzzi, Jr.
    Lewis J. Liman
    Jeffrey A. Rosenthal
    Carmine D. Boccuzzi, Jr.
    Members of the Firm

One Liberty Plaza
New York, New York 10006
(212) 225-2000
(212) 225-3999 (facsimile)
lliman@cgsh.com
jrosenthal@cgsh.com
cboccuzzi@cgsh.com

Paul R. St. Lawrence III
2000 Pennsylvania Ave NW
Washington, D.C. 20006
(202) 974-1789
(202) 974-1999 (facsimile)
pstlawrence@cgsh.com

*Attorneys for Ivy Asset Management LLC and certain affiliated entities and individuals, Thybo Asset Management Limited and Thybo Stable Fund Ltd.*

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

By:  /s/ William P. Weintraub
    William P. Weintraub
    Gregory W. Fox

7 Times Square
New York, New York 10036-6516
(212) 833-1109
(212) 373-7909 (facsimile)
wweintraub@fklaw.com
gfox@fklaw.com

*Attorneys for the defendants in Picard v. Edward Blumenfeld et al.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:  /s/ Robert S. Loigman
    Susheel Kirpalani
    Robert S. Loigman

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Counsel to Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

**KIRKLAND & ELLIS LLP**

By:   /s Joseph Serino, Jr.
      Jay P. Lefkowitz, P.C.
      Joseph Serino, Jr.
      David S. Flugman

601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900

*Attorneys for Herald Fund SPC
and Franco Mugnai*

**CLIFFORD CHANCE US LLP**

By:   /s/ Jeff E. Butler
      Jeff E. Butler
      Shannon Chang Hanson

31 West 52nd Street
New York, New York 10019
(212) 878-8000
(212) 878-8375 (facsimile)
jeff.butler@cliffordchance.com
shannon.hanson@cliffordchance.com

*Attorneys for Cardinal Management, Inc. and
Dakota Global Investments, Ltd.*

**TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT LLP**

By:     /s/ Tammy P. Bieber
      Tammy P. Bieber
      Sarah E. Mendola

900 Third Ave.
New York, New York 10022
(212) 508-6700

*Counsel to Square One Fund Ltd., Luc D.
Estenne, Square Asset Management Ltd., and
Partners Advisers S.A.*

**ANDERSON KILL & OLICK, P.C.**

By:    /s/ Todd E. Duffy
      Todd E. Duffy
      Dennis J. Nolan
      Beth D. Simon

1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000
(212) 278-1733 (facsimile)
tduffy@andersonkill.com
dnolan@andersonkill.com
bsimon@andersonkill.com

*Attorneys for Alpha Prime Fund Ltd. and
Senator Fund S.p.C.*

**STEVENS & LEE, P.C.**

By:   /s/ Nicholas F. Kajon
      Nicholas F. Kajon

485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 537-0403
(212) 319-8505 (facsimile)
nfk@stevenslee.com

*Attorneys for Legacy Capital Ltd.*

**DEBEVOISE & PLIMPTON LLP**

By:   /s/ Joseph P. Moodhe
      Joseph P. Moodhe
      Shannon R. Selden

919 Third Ave
New York, New York 10022
(212) 909-6000

*Counsel to Plaza Investments International
Limited, and Notz, Stucki Management
(Bermuda) Limited*

**DEBEVOISE & PLIMPTON LLP**

By:   /s/ Michael E. Wiles
      Michael E. Wiles

919 Third Ave
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6846
mewiles@debevoise.com

*Attorneys for Thema International Fund plc,
Thema Fun Limited, Thema Wise Investments
Limited, Hermes International Fund Limited,
Lagoon Investments Limited (for itself and in
its capacity as Trustee of the Lagoon
Investment Trust) and Geo Currencies S.A.*

**HAILE, SHAW & PFAFFENBERGER,
P.A.**

By:   /s/ Gary A. Woodfield
      Gary A. Woodfield

660 U.S. Highway One
Third Floor
North Palm Beach, FL  33408
(561) 627-8100
(561) 622-7603 (facsimile)
gwoodfield@haileshaw.com

*Attorneys for Frank Avellino and others*

**STORCH AMINI & MUNVES PC**

By:   /s/ Steven G. Storch
      Steven G. Storch
      Brittany Bendall

Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

*Attorneys for PJ Administrator LLC*

**SILLS CUMMIS & GROSS P.C.**

By:   /s/ Andrew H. Sherman
      Andrew H. Sherman

30 Rockefeller Plaza
New York, NY 10112
(212) 643-7000
(212) 643-6500 (facsimile)
asherman@sillscummis.com

*Attorneys for Mark Chais et al.*

16

**KASOWITZ, BENSON, TORRES**
**& FRIEDMAN LLP**

By: ____/s/ David J. Mark____
        David J. Mark

1633 Broadway
New York, New York  10019
Phone: (212) 506-1700
Fax: (212) 506-1800

*Attorneys for David P. Steinmann, Catherine*
*L. Steinmann, Gabriel B. Steinmann, Joshua*
*Steinmann, Jennifer E. Steinmann, David P.*
*Steinmann IRA Rollover #1 & #2, David*
*Steinmann Defined Benefit Plan, David P.*
*Steinmann Money Purchase Pension Plan, JJG*
*Enterprises, and 1185 Park Avenue*
*Foundation, Inc.*

**WOLLMUTH MAHER & DEUTSCH LLP**

By: ____/s/ Frederick R. Kessler____
        Paul R. DeFilippo
        Michael P. Burke

500 Fifth Avenue
New York, New York 10110
(212) 382-3300
(212) 382-0050 (facsimile)
fkessler@wmd-law.com
pdefilippo@wmd-law.com
mburke@wmd-law.com

*Attorneys for Global Strategy Fund Limited,*
*Chester Global Strategy Fund, LP, Irongate*
*Global Strategy Fund Limited, Fairfield*
*Greenwich Fund (Luxembourg), Fairfield*
*Investment Fund Limited, Fairfield Investors*
*(Euro) Ltd., and Stable Fund LP*

**REED SMITH LLP**

By: ____/s/ James C. McCarroll____
        James C. McCarroll
        Jordan W. Siev
        John L. Scott

599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
jmccarroll@reedsmith.com
jsiev@reedsmith.com
jlscott@reedsmith.com

*Attorneys for Bart M. Schwartz, as Receiver of*
*Defendants Gabriel Capital, L.P. and Ariel*
*Fund Limited*

**HOFFINGER STERN & ROSS LLP**

By: ____/s/Fran Hoffinger____
        Fran Hoffinger
        Jack S. Hoffinger

150 East 58th Street
New York, New York 10155
(212) 421-4000
(212) 223-3857 (facsimile)
fhoffinger@hsrlaw.com
jhoffinger@hsrlaw.com

*Attorneys for Cyril Jalon, the Estate of Elena*
*Jalon, the Joint Tenancy of Phyllis*
*Guenzberger and Fabian Guenzberger, and*
*the Joint Tenancy of Robert Pinchou and*
*Fabian Guenzberger*

**WHITE & CASE LLP**

By: \_\_\_/s/ Andrew W. Hammond\_\_\_
       Andrew W. Hammond
       Glenn M. Kurtz

1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
(212) 354-8113 (facsimile)
ahammond@whitecase.com
gkurtz@whitecase.com

*Attorneys for Walter Noel*

**KLESTADT & WINTERS, LLP**
Tracy L. Klestadt
John E. Jureller, Jr.
Brendan M. Scott

570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000
(212) 972-2245 (facsimile)
tklestadt@klestadt.com
jjureller@klestadt.com
bscott@klestadt.com

*Attorneys for Defender Limited, Reliance
Management (BVI) Limited,
Reliance Management (Gibraltar) Limited,
Tim Brockmann, and
R&H Trust Co (Jersey) Limited, in its capacity
as former Trustee of The Tower Trust*

**TESSER & COHEN**

By: \_\_\_/s/ Mark A. Blount\_\_\_
       Mark A. Blount
       John J. Lavin

184 Main Street
Chester, New Jersey 7930
(908) 879-8225
(908) 879-8235 (facsimile)
mblount@tessercohen.com
jlavin@ tessercohen.com

*Attorneys for Defendants
Alvin J. Delaire and Carole Delaire*

**PAUL HASTINGS LLP**

By: \_\_\_/s/ Jodi Kleinick\_\_\_
       Barry Sher
       Jodi Kleinick
       Mor Wetzler

Paul Hastings LLP
75 East 55th Street
New York, New York 10022
Telephone:  (212) 318-6000
Facsimile:  (212) 230-7691
Email:  jodikleinick@paulhastings.com

*Counsel for Defendants Carlo Grosso and
Federico Ceretti*

**MILBANK, TWEED, HADLEY
&M$^{C}$CLOY LLP**

By: \_\_\_/s/ Michael L. Hirschfeld\_\_\_
       Michael L. Hirschfeld

1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000
(212) 822-5832 (facsimile)
mhirschfeld@milbank.com

*Attorneys for Stanley Chais et al.*

**ARKIN KAPLAN RICE LLP**

By:   /s/ Stanley Arkin
         Stanley S. Arkin
         Michelle A. Rice

Arkin Kaplan Rice LLP
590 Madison Avenue, 35th Floor
New York, New York 10022
(212) 333-0200
(212) 333-2350 (facsimile)

*Attorneys for Steven B. Mendelow, Nancy Mendelow, Cara Mendelow, Pamela Christian, C&P Associates, Ltd. and C&P Associates, Inc.*

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

By:   /s/  David J. Onorato
         David J. Onorato
         Jessica R. Simonoff
         Susan A. Higgins

601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
david.onorato@freshfields.com

*Attorneys for Tensyr Limited*

**GOODWIN PROCTER LLP**

By:   /s/ Daniel M. Glosband
         Daniel M. Glosband

53 State Street
Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
dglosband@goodwinprocter.com

Christopher Newcomb
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
cnewcomb@goodwinprocter.com

*Attorneys for David B Pitofsky, as Receiver for Defendant Ascot Partners L.P.*

**MORRISON & FOERSTER LLP**

By:   /s/ LaShann M. DeArcy
         Gary S. Lee
         Joel C. Haims
         LaShann M. DeArcy

1290 Ave of the Americas
New York, New York 10104
(212) 468-8000
(212) 469-7900 (facsimile)

*Attorneys for Primeo Fund*

**KOBRE & KIM LLP**

By:     /s/  Carrie A. Tendler
        Jonathan D. Cogan
        Michael S. Kim
        Carrie A. Tendler

800 Third Avenue
New York, New York 10022
Telephone: +1 212 488 1200
Fax: +1 212 488 1220
jonathan.cogan@kobrekim.com
michael.kim@kobrekim.com
carrie.tendler@kobrekim.com

*Attorneys for MAXAM Absolute Return Fund
Limited, MAXAM Capital Management LLC,
MAXAM Capital GP LLC, Sandra L. Manzke
Revocable Trust, Sandra L. Manzke, Suzanne
Hammond, Walker Manzke, and April Bukofser
Manzke*

**WOLLMUTH MAHER & DEUTSCH LLP**

By:     /s/ James N. Lawlor
        James N. Lawlor

One Gateway Center, 9th Floor
Newark, New Jersey  07102
(973) 733-9200

*Counsel to MAXAM Absolute Return Fund,
L.P.*

**SULLIVAN & CROMWELL LLP**

By:     /s/ Robinson B. Lacy
        Robinson B. Lacy

125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Safra National Bank of New
York, Banque J. Safra (Suisse) SA, Bank J.
Safra (Gibraltar) Limited, Standard Chartered
Bank International (Americas) Ltd., and
Standard Chartered International (USA) Ltd.*

**WESTERMAN BALL EDERER
MILLER & SHARFSTEIN, LLP**

Jeffrey A. Miller, Esq. (JAM-6352)
Richard Gabriele, Esq. (RJG-5179)
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
jmiller@westermanllp.com
rgabriele@westermanllp.com

*Counsel to Defendant Morton Kurzrok*

**WILMER CUTLER PICKERING HALE
AND DORR LLP**

By:     /s/ Andrea J. Robinson
        Andrea J. Robinson
        Charles C. Platt
        George W. Shuster, Jr.

7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
andrea.robinson@wilmerhale.com
charles.platt@wilmerhale.com
george.shuster@wilmerhale.com

*Attorneys for SNS Bank N.V. and
SNS Global Custody B.V.*

**BINGHAM MCCUTCHEN LLP**

By:   /s/ Mark M. Elliott
      Mark M. Elliott

399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7796
Facsimile: (212) 702-3651
mark.elliott@bingham.com

*Attorneys for Aurelia Fund Management Ltd.,*
*Aurelia Asset Management Partners, Laurent*
*Mathysen-Gerst, Wladimir Stepczynski, Jean-*
*Marc Wenger, Pascal Cattaneo and Olivier*
*Ador*


**MCLAUGHLIN & STERN, LLP**

By:   /s/ Bruce A. Langer
      Bruce A. Langer
      David Sass

260 Madison Avenue-18th Floor
New York, New York 10016
(212) 448-1100

*Attorneys for Defendant Linda Schoenheimer*
*McCurdy*


**WILMER CUTLER PICKERING HALE AND DORR LLP**

By:   /s/ Charles C. Platt
      Charles C. Platt
      George W. Shuster, Jr.

7 World Trade Center
New York, New York 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
andrea.robinson@wilmerhale.com
charles.platt@wilmerhale.com
george.shuster@wilmerhale.com

*Attorneys for BSI AG*


**KING & SPALDING LLP**

By:   /s/Richard A. Cirillo
      Richard A. Cirillo
      Joshua T. Edgemon

1185 Avenue of the Americas
New York, NY 10036-4003
Telephone:  212-556-2100
Telecopier:  212-556-2222
rcirillo@kslaw.com
jedgemon@kslaw.com

*Attorneys for Korea Exchange Bank, and*
*National Bank of Kuwait S.A.K.*


**BUTZEL LONG**, a professional corporation

By:   /s/ Peter D. Morgenstern
      Peter D. Morgenstern
      Regina M. Alter
      Joshua E. Abraham

380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile:  (212) 818-0494

*Attorneys for Defendant Montpellier Resources*
*Ltd.*

**WILLKIE FARR & GALLAGHER LLP**

By:  /s/ Mary K. Warren
        Mary K Warren

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8205
Facsimile: (212) 728-9205
mwarren@willkie.com

*Attorneys for Alberto Benbassat, Stephane
Benbassat, Dr. Alain B. Lévy, solely in his
capacity as Executor of the Estate of Mario
Benbassat, Roberto Nespolo, David Smith,
Equus Asset Management Limited, Equus Asset
Management Partners, L.P., Genevalor,
Benbassat & Cie, Cape Investment Advisors
Limited, Hermes Asset Management Limited,
Thema Asset Management (Bermuda) Limited,
and Thema Asset Management Limited*

**KOBRE AND KIM LLP**

By:       /s/ David H. McGill
        Steven G. Kobre
        Danielle L. Rose
        David H. McGill

800 Third Avenue
New York, New York 10022
(212) 488 - 1200
(212) 488 - 1220 (facsimile)
steven.kobre@kobrekim.com
danielle.rose@kobrekim.com
david.mcgill@kobrekim.com

*Attorneys for Robert H. Book and R.H. Book,
LLC*

**DICKSTEIN SHAPIRO LLP**

By:    /s/ Eric B. Fisher
        Eric B. Fisher
        Barry N. Seidel
        Stefanie Birbrower Greer
        Shaya M. Berger

1633 Broadway
New York, New York 10019
Telephone: (212) 277-6500
Facsimile:  (212) 277-6501

*Attorneys for Defendants
Rafael Mayer, David Mayer,
Khronos LLC and Khronos Capital Research
LLC*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**

By:    /s/ Marc L. Greenwald
        Peter E. Calamari
        Marc L. Greenwald
        Eric M. Kay

51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

*Counsel to Abu Dhabi Investment Authority*

**FLEMMING ZULACK WILLIAMSON
ZAUDERER LLP**

By:     /s/ John F. Zulack
        John F. Zulack
        (jzulack@fzwz.com)
        Elizabeth A. O'Connor
        (eoconnor@fzwz.com)
        Megan P. Davis
        (mdavis@fzwz.com)

One Liberty Plaza
New York, New York 10006
(212) 412-9571

*Counsel to Banque Privée Espírito Santo S.A.*

**STEARNS WEAVER MILLER
WEISSLER ALHADEFF
& SITTERSON, P.A**.

By: ___/s/ Eugene E. Stearns
       Eugene E. Stearns
       Harold D. Moorefield, Jr.
       Carlos J. Canino

Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

*Attorneys for Defendant Isaac Jimmy Mayer*

**ARNOLD & PORTER LLP**

By:___/s/ Pamela Miller
       Pamela A. Miller
       (Pamela.Miller@aporter.com)
       Kent A. Yalowitz
       (Kent.Yalowitz@aporter.com)
       Mary E. Sylvester
       (Mary.Sylvester@aporter.com)

399 Park Avenue
New York, New York 10022
(212) 715-1000
(212) 225-1399 (facsimile)

*Attorneys for Merrill Lynch International
(12-cv-3486), Merrill Lynch Bank (Suisse)
SA, (12-cv-3487), Fullerton Capital PTE
Ltd. (12-cv-3488).*

**VINSON & ELKINS L.L.P.**

By:_____/s/ Steven Paradise
       Steven Paradise
       Clifford Thau
       Nikolay Vydashenko

666 Fifth Avenue
26th Floor
New York, New York 10103
Tel.:  (212) 237-0000
Fax:  (212) 237-0100
sparadise@velaw.com
cthau@velaw.com
nvydashenko@velaw.com

*Attorneys for Cohmad Securities Corporation,
Maurice J. Cohn, Marcia B. Cohn, Milton S.
Cohn, Marilyn Cohn, and Rosalie Buccellato*

**PROSKAUER ROSE LLP**

By:_____/s/ Richard L. Spinogatti
       Richard L. Spinogatti

Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:  rspinogatti@proskauer.com

*Attorneys for Defendants
Grosvenor Investment Management Ltd.,
Grosvenor Private Reserve Fund Limited,
Grosvenor Balanced Growth Fund Limited,
and Grosvenor Aggressive Growth Fund
Limited*

23

**FRIEDMAN KAPLAN SEILER &
ADELMAN LLP**

By:_____/s/ Robert J. Lack
   Robert J. Lack
   Gregory W. Fox

7 Times Square
New York, NY 10036-6516
Telephone:  (212) 833-1100
Email:  rlack@fklaw.com
   gfox@fklaw.com

*Attorneys for Multi-Strategy Fund Limited and
CDP Capital Tactical Alternative Investments*

**DROHAN LEE LLP**

By:_____/s/ Vivian R. Drohan
   Vivian R. Drohan

489 Fifth Avenue
New York, New York 10017
(212) 710-0004
(212) 710-0009 (Facsimile)
Email: vdrohan@dlkny.com

*Attorneys for the Estate of Stanley Berman,
and Joyce Berman as Executor, Joyce Berman
and the S & J Partnership*

**PROSKAUER ROSE LLP**

By:_____/s/ Gregg M. Mashberg
   Gregg M. Mashberg
   Richard L. Spinogatti

Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
gmashberg@proskauer.com
rspinogatti@proskauer.com

*Attorneys for Defendant
Lion Global Investors Limited*

**KORNSTEIN VEISZ WEXLER &
POLLARD, LLP**

By:_____/s/ Daniel J. Kornstein
   Daniel J. Kornstein
   William B. Pollard III

757 Third Avenue
New York, New York 10017
Telephone: (212) 418-8610
Facsimile: (212) 826-3640
E-mail: dkornstein@kvwmail.com

*Attorneys for various individual and trust
defendants*

**DECHERT LLP**

By:_____/s/ Gary J. Mennitt
   Gary J. Mennitt
Elisa T. Wiygul
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

*Attorneys for Defendant Orbita Capital Return
Strategy Limited*

**STROOCK & STROOCK & LAVAN LLP**

By:_____/s/ Ken Pasquale
   Ken Pasquale

180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5562
Facsimile: (212) 806.2562
kpasquale@stroock.com

*Attorneys for FGLS Equity, LLC*

**PROSKAUER ROSE LLP**

By:_____/s/ Richard L. Spinogatti
       Richard L. Spinogatti

Eleven Times Square
New York, NY 10036-8299
Telephone:  (212) 969-3000
Facsimile:  (212) 969-2900
Email:  rspinogatti@proskauer.com

*Attorneys for Defendants*
*Neil B. Goldstein, individually, as beneficial*
*owner of one or more IRAs, as grantor of the*
*Neil B. Goldstein 2007 Trust, and as*
*beneficiary of the Jean Weiner 1991 Grantor*
*Retained Annuity Trust;*
*Joyce W. Goldstein, individually, as beneficial*
*owner of an IRA, and as trustee of the Neil B.*
*Goldstein 2007 Trust;*
*Neil B. Goldstein IRA Rollover;*
*Joyce W. Goldstein IRA;*
*Laurence Ach, as trustee of the Jean Weiner*
*1991 Grantor Retained Annuity Trust;*
*Darmel Management, L.L.C.; and*
*South Lake, L.L.C.*

**KATSKY KORINS LLP**

By:_____/s/ Robert A. Abrams
       Robert A. Abrams
       rabrams@katskykorins.com

605 Third Avenue
New York, New York 10158
Telephone: (212) 953-6000
Facsimile:  (212) 953-6899

**DAVIS & GILBERT LLP**

By:_____/s/ Joseph Cioffi
       Joseph Cioffi
       James R. Serritella

1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888
jcioffi@dglaw.com
jserritella@dglaw.com

*Attorneys for Natixis S.A. (in its own capacity*
*and as successor-in-interest to IXIS Corporate*
*& Investment Bank), Natixis Financial*
*Products LLC (as successor-in-interest to*
*Natixis Financial Products Inc.) and Bloom*
*Asset Holdings Fund*

**NEUBERGER, QUINN, GIELEN, RUBIN
& GIBBER, P.A.**

By:_____/s/ Price O. Gielen
       Price O. Gielen
       Nathan D. Adler

One South Street, 27th Floor
Baltimore, Maryland  21202
Telephone: (410) 332-8516
Facsimile:  (410) 332-8517
pog@nqgrg.com
nda@nqgrg.com

*Attorneys for Sonja Kohn, Erwin Kohn, Netty*
*Blau, Nicole Herzog, Michel Kohn, Robert*
*Alain Kohn, Rachel Kohn, Moshe and Rina*
*Hartstein, Mordechai Landau, Yvonne Landau,*
*Erko, Inc., Eurovaleur, Inc., Infovaleur, Inc.,*
*Windsor IBC, Inc., Herald Asset Management*
*Ltd., Tecno Development & Research Ltd.,*
*Shlomo (Momy) Amselem, 20:20 Medici AG*
*f/k/a Bank Medici AG, Medici Cayman Islands*
*Ltd., MediciFinanz Consulting GmbH, Medici*
*S.r.l., and Herald Consult Ltd.*

**SIEGEL, LIPMAN, DUNAY, SHEPARD & MISKEL, LLP**

Kenneth W. Lipman, Esq.
klipman@sldsmlaw.com
5355 Town Center Road, Suite 801
Boca Raton, FL  33486
Telephone:  (561) 368-7700
Facsimile:  (561) 368-9274

*Attorneys for Defendants Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust*

**NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.**

By:    /s/ Price O. Gielen
         Price O. Gielen
         Nathan D. Adler

One South Street, 27th Floor
Baltimore, Maryland  21202
Telephone: (410) 332-8516
Facsimile:  (410) 332-8517
pog@nqgrg.com
nda@nqgrg.com

*Attorneys for Sonja Kohn, Erwin Kohn, 20:20 Medici AG, Eurovaleur, Inc. and Herald Asset Management Ltd.*

**BERNFIELD, DEMATTEO & BERNFIELD, LLP**

By:    /s/ David B. Bernfield
         DAVID B. BERNFELD

600 Third Avenue, 15th Floor
New York, New York, 10016
(212) 661-1661

*Attorneys for John Greenberger Maccabee, Sherry Morse Maccabee and Circle Partners*

**CHAFFETZ LINDSEY LLP**

By:    /s/ Peter R. Chaffetz
         Peter R. Chaffetz
         Jennifer L. Gorskie

505 Fifth Avenue, 4th Floor
New York, NY 10017
(Peter.Chaffetz@chaffetzlindsey.com)
(Jennifer.Gorskie@chaffetzlindsey.com)

*Attorneys for Kingate Management Limited*

**DEBEVOISE & PLIMPTON LLP**
Mark P. Goodman

919 Third Avenue
New York, NY 10022
Telephone: 212-909-6000
Email: mpgoodman@debevoise.com

*Counsel to Defendant Amit Vijayvergiya*

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Daniel J. Fetterman

1301 Avenue of the Americas
New York, NY 10019
Telephone: 212-506-1700
Email: dfetterman@kasowitz.com
*Counsel to Defendant Jeffrey Tucker*

**MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.**
Edward M. Spiro

565 Fifth Avenue
New York, NY 10017
Telephone: 212-856-9600
Email: espiro@maglaw.com

*Counsel to Defendant Robert Blum*

**BRUNE & RICHARD LLP**

By:_____/s/ David Elbaum_____
            David Elbaum

One Battery Park Plaza
New York, New York 10004
Tel: (212) 668-1900
Fax: (212) 668-0315

*Attorneys for Kathryn R. Siggins*

**SIMPSON THACHER & BARTLETT LLP**
Mark G. Cunha
Peter E. Kazanoff

425 Lexington Avenue
New York, New York 10017
Telephone: 212-455-2000
Email: mcunha@stblaw.com
Email pkazanoff@stblaw.com

*Counsel to Defendants Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy,Andrew Smith, Harold Greisman, Lourdes, Barreneche, Santiago Reyes, Jacqueline Harary, Chester Management Cayman Limited, and Corina Noel Piedrahita*

**O'SHEA PARTNERS LLP**

521 Fifth Avenue, 25th Floor
New York, NY 10175
Telephone: 212-682-4426
Sean F. O'Shea
Email: soshea@osheapartners.com
Michael E. Petrella
Email: mpetrella@osheapartners.com

*Counsel to Defendant Cornelis Boele*

**DECHERT LLP**
Andrew J. Levander
David S. Hoffner

1095 Avenue of the Americas
New York, NY 10036
Telephone: 212-698-3500
Email: andrew.levander@dechert.com
Email: david.hoffner@dechert.com

*Counsel to Defendant Andres Piedrahita*

**K&L GATES LLP**
Richard A. Kirby

1601 K Street NW
Washington DC 20006
Phone: 202.661.3730
Fax: 202.778.9100
richard.kirby@klgates.com

*Counsel to Eastside Investment Limited, Investec Trust (Switzerland) S.A. (f/k/a Radcliffes Trustee Company S.A.), as Trustee of The Tower Trust, Turret Corporation (f/k/a Woodstock Corporation (f/k/a Lehigh Corporation)*

**COVINGTON & BURLING LLP**
Bruce A. Baird

1201 Pennsylvania Ave, NW
Washington, DC 20004-2401
Telephone: 202-662-6000
Email: bbaird@cov.com

*Counsel to Defendant Gregory Bowes*