UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | 12 Misc. 115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

PERTAINS TO:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BLUE STAR INVESTORS, LLC, *et al.*,<br><br>Defendants. | Consolidated Case No.<br>11-cv-9059 (JSR)<br><br>ECF Case<br><br>**FINAL JUDGMENT DISMISSING CERTAIN CLAIMS** |

This action came before the Court on motions to dismiss the complaints and amended complaints in actions later consolidated for certain purposes under Case No. 12-mc-0115 (JSR). The motions came on for hearing before the Court, and the Court issued, in Case No. 12 Misc. 115 (JSR), an Order on April 27, 2012 (ECF No. 57) ("Dismissal Order"), an Opinion and Order on April 30, 2012 (ECF No. 72), a Supplemental Opinion and Order on May 15, 2012 (ECF No.

101), a Consent Order Granting Certification Pursuant to Fed. R. Civ. P. 54(b) for Entry of Final Judgment Dismissing Certain Claims and Actions on May 12, 2012 (ECF No. 109), and a Consent Order Granting Certification Pursuant to Fed. R. Civ. P. 54(b) for Entry of Final Judgment Dismissing Certain Claims on July 27, 2012 (ECF No. ___) (the "Consent Order"), which consolidated into Case No. 11-cv-9059 (JSR) (the "Blue Star Action") all of the actions listed on Exhibit A to the Consent Order for purposes of the entry of judgment dismissing the claims in those actions that sought avoidance of: (1) constructive fraudulent transfers under section 548(a)(1)(B) of the Bankruptcy Code; and (2) actual and constructive fraudulent transfers or fraudulent conveyances under provisions of the New York Debtor & Creditor Law incorporated by section 544(b) of the Bankruptcy Code.

**IT IS ORDERED AND ADJUDGED**, pursuant to Fed. R. Civ. P. 54(b):

The complaints as consolidated in the Blue Star Action for purposes of the entry of judgment and appeal, are dismissed and judgment is entered, in part, solely with respect to and to the extent of all of the claims that sought avoidance of: (1) constructive fraudulent transfers under section 548(a)(1)(B) of the Bankruptcy Code; and (2) actual and constructive fraudulent transfers or fraudulent conveyances under provisions of the New York Debtor & Creditor Law incorporated by section 544(b) of the Bankruptcy Code.  There is no just reason for delay.

Dated: New York, New York
       July 27, 2012

_____
JED S. RAKOFF, U.S.D.J.

ENTERED ON _____, 2012

RUBY J. KRAJICEK
Clerk of Court

By:_____
   Deputy Clerk