UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,

          Plaintiff,

    v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

          Defendant.

In re

MADOFF SECURITIES.

12-mc-115 (JSR)

**NOTICE OF CHANGE OF ADDRESS**

ECF Case

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

    I have cases pending in this jurisdiction.

    Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:  Franklin B. Velie.

    My SDNY Bar number is FV4918.  My State Bar number is 1461698.

    I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:    Sullivan & Worcester LLP
                         1290 Avenue of the Americas, 29th Floor,
                         New York, NY 10104
                         Firm Telephone Number:  (212) 660-3000
                         Firm Fax Number:  (212) 660-3001

NEW ADDRESS:    Sullivan & Worcester LLP
                         1633 Broadway, 32nd Floor
                         New York, NY 10019
                         Firm Telephone Number:  (212) 660-3000
                         Firm Fax Number:  (212) 660-3001

    I will continue to be counsel of record for UniCredit Bank Austria AG. in the above-entitled case.

Dated:  New York, New York
       July 30, 2012                                By:/s/_____
                                                            Franklin B. Velie