UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant.<br><br>In re<br><br>MADOFF SECURITIES. | 12-mc-115 (JSR)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>ECF Case |

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

I have cases pending in this jurisdiction.

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: Mitchell C. Stein.

My SDNY Bar number is MS3118. My State Bar number is 2250546.

I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:   Sullivan & Worcester LLP
               1290 Avenue of the Americas, 29th Floor,
               New York, NY 10104
               Firm Telephone Number:  (212) 660-3000
               Firm Fax Number:  (212) 660-3001

NEW ADDRESS:   Sullivan & Worcester LLP
               1633 Broadway, 32nd Floor
               New York, NY 10019
               Firm Telephone Number:  (212) 660-3000
               Firm Fax Number:  (212) 660-3001

I will continue to be counsel of record for UniCredit Bank Austria AG. in the above-entitled case.

Dated:  New York, New York
        July 30, 2012                    By:/s/_____
                                            Mitchell C. Stein