UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                            Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                            Defendant.<br>In re<br><br>MADOFF SECURITIES | 12-mc-115 (JSR)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>ECF Case |

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

　　　　I have cases pending in this jurisdiction.

　　　　Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for:  Jonathan G. Kortmansky.

　　　　My SDNY Bar number is JK5053.  My State Bar number is  2704682.

　　　　I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:　　Sullivan & Worcester LLP
　　　　　　　　　　1290 Avenue of the Americas, 29th Floor,
　　　　　　　　　　New York, NY 10104
　　　　　　　　　　Firm Telephone Number:  (212) 660-3000
　　　　　　　　　　Firm Fax Number:  (212) 660-3001

NEW ADDRESS:　　Sullivan & Worcester LLP
　　　　　　　　　　1633 Broadway, 32nd Floor
　　　　　　　　　　New York, NY 10019
　　　　　　　　　　Firm Telephone Number:  (212) 660-3000
　　　　　　　　　　Firm Fax Number:  (212) 660-3001

　　　　I will continue to be counsel of record for UniCredit Bank Austria AG. in the above-entitled case.

Dated:  New York, New York
　　　　July 30, 2012　　　　　　　　　　　　By:/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Jonathan G. Kortmansky