

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | 12 Misc. 115 (JSR) |
| In re: MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD, <br><br> Plaintiff, <br> v. <br><br> STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., *et al.*, <br><br> Defendants. | Adv. Pro. No. 12-01565 (BRL) <br><br> 12 Civ. 4328 (JSR) |

## STIPULATION AND ORDER

JED S. RAKOFF, U.S.D.J.

*Picard v. Standard Chartered Financial Services (Luxembourg) S.A., et al.*, No. 12 cv. 4328 (JSR) (the "Standard Chartered Action"), was excluded from Exhibit A to the Order dated April 13, 2012, No. 12 Civ. 00115 (S.D.N.Y. April 13, 2012) (ECF No. 4) (the "Stern Order") as well as Exhibit A to the Order dated May 15, 2012, No. 12 Civ. 0115 (S.D.N.Y. May 16, 2012) (ECF No. 119) (the "Section 546(e) Order") because the Trustee commenced the Standard Chartered Action after the April 2, 2012 deadline for filing Motions to Withdraw the Reference to the Bankruptcy Court had passed (*see Administrative Order Establishing Deadline for Filing*

300249135

*Motions to Withdraw the Reference*, Adv. Pro. No. 08-01789 (BRL) (Bank. S.D.N.Y. Mar. 5, 2012) (ECF No. 4707)), and the relevant Motion in the Standard Charter Action was filed on May 30, 2012. The parties to this Stipulation and Order hereby agree that the Stern Order as entered shall apply to the Standard Chartered Action *nunc pro tunc* to April 13, 2012, and the Section 546(e) Order as entered shall apply to the Standard Chartered Action *nunc pro tunc* to May 16, 2012. The Standard Chartered Action will be covered by the Stern Order and the Section 546(e) Order in all respects.

Dated: June 5, 2012

| | |
|---|---|
| BAKER & HOSTETLER LLP | SULLIVAN & CROMWELL LLP |
| By:_____ | By: _____ |
| 45 Rockefeller Plaza | 125 Broad Street |
| New York, New York 10111 | New York, NY 10004-2498 |
| Telephone: (212) 589-4200 | Telephone: (212) 558-4000 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 558-3588 |
| David J. Sheehan | Robinson B. Lacy |
| Email: dsheehan@bakerlaw.com | (lacyr@sullcrom.com) |
| Oren J. Warshavsky | Sharon L. Nelles |
| Email: owarshavsky@bakerlaw.com | (nelless@sullcrom.com) |
| Nicholas Cremona | Patrick B. Berarducci |
| Email: ncremona@bakerlaw.com | (berarduccip@sullcrom.com) |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* | *Attorneys for Defendants Standard Chartered Bank International (Americas) Ltd. and Standard Chartered International (USA) Ltd.* |

SECURITIES INVESTOR
PROTECTION CORPORATION

By:_____
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

SO ORDERED.

Dated: New York, New York
       ~~June~~ 8/1, 2012

_____
JED S. RAKOFF, U.S.D.J.

Dated: June 5, 2012

BAKER & HOSTETLER LLP

By: /s/
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

SECURITIES INVESTOR
PROTECTION CORPORATION

By: /s/
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

SULLIVAN & CROMWELL LLP

By:
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Robinson B. Lacy
(lacyr@sullcrom.com)
Sharon L. Nelles
(nelless@sullcrom.com)
Patrick B. Berarducci
(berarduccip@sullcrom.com)

*Attorneys for Defendants Standard Chartered Bank International (Americas) Ltd. and Standard Chartered International (USA) Ltd.*

SO ORDERED.

Dated: New York, New York
~~June 5~~ /1/, 2012

/s/
JED S. RAKOFF, U.S.D.J.

300249135