UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,                12-mc-00115 (JSR)

           v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.

------------------------------------------------------------------x

In re:

MADOFF SECURITIES                    **(Relates to consolidated proceedings on Standing and SLUSA issues)**

------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS

        PLEASE TAKE NOTICE that, pursuant to the Court's May 15, 2012 Order, and upon the accompanying memorandum of law, the Declaration of Andrew D. W. Cattell and the exhibits appended thereto, and all prior pleadings and proceedings herein, the defendants listed on Exhibit A hereto will move before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 15, 2012 at 4:00 p.m. for an order dismissing the common law claims asserted against them pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

        PLEASE TAKE FURTHER NOTICE that, also pursuant to the Court's May 15, 2012 Order, answering papers, if any, must be filed on or before September 14, 2012 and served upon the counsel listed below.

PLEASE TAKE FURTHER NOTICE that, also pursuant to the Court's May 15, 2012 Order, notwithstanding Federal Rule of Civil Procedure 12(g)(2) or Federal Rule of Bankruptcy Procedure 7012, this motion is without prejudice to any other defense or right of any nature available to movants (including, without limitation, all defenses based on lack of personal jurisdiction or insufficient service of process) and shall not be deemed or construed to prevent movants from moving under Federal Rule of Civil Procedure 12 or Federal Rule of Bankruptcy Procedure 7012 subsequent to this motion.

Dated: August 3, 2012
New York, New York

SIMPSON THACHER & BARTLETT LLP

By:  /s/ Mark G. Cunha

Mark G. Cunha
  mcunha@stblaw.com
Peter E. Kazanoff
  pkazanoff@stblaw.com
Andrew D. W. Cattell
  acattell@stblaw.com
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Chester Management Cayman Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes Barreneche, Santiago Reyes, Jacqueline Harary, and Corina Noel Piedrahita*

| | |
|---|---|
| BERNFELD, DEMATTEO & BERNFELD, LLP | BRUNE & RICHARD LLP |
| By:   /s/ David Bernfeld | By:   /s/ David Elbaum |
| David Bernfeld<br>davidbernfeld@bernfelddematteo.com<br>600 Third Avenue, 15th Floor<br>New York, NY 10016<br>(212) 661-1661 | David Elbaum<br>delbaum@bruneandrichard.com<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 668-1900 |
| *Attorneys for Defendant Circle Partners* | *Attorneys for Defendant Kathryn R. Siggins* |
| CHAFFETZ LINDSEY LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| By:   /s/ Peter R. Chaffetz | By:   /s/ Lawrence B. Friedman |
| Peter R. Chaffetz<br>Peter.Chaffetz@chaffetzlindsey.com<br>Jennifer Gorskie<br>Jennifer.Gorskie@chaffetzlindsey.com<br>505 Fifth Avenue, 4th Floor<br>New York, NY 10017<br>(212) 257-6960 | Lawrence B. Friedman<br>lfriedman@cgsh.com<br>Carmine D. Boccuzzi, Jr.<br>cboccuzzi@cgsh.com<br>Breon S. Peace<br>bpeace@cgsh.com<br>David Y. Livshiz<br>dlivshiz@cgsh.com<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |
| *Attorneys for Kingate Management Limited* | *Attorneys for Defendants Citi Hedge Fund Services Ltd.; BNP Paribas Investment Partners Luxembourg S.A., BGL BNP Paribas S.A., BNP Paribas Securities Services S.A., and BNP Paribas Arbitrage SNC* |

3

| COHEN & GRESSER LLP | COOLEY LLP |
|---|---|
| By:   /s/ Mark S. Cohen | By:   /s/ Alan Levine |

<table>
<tr><td>

Mark S. Cohen
   mcohen@cohengresser.com
Daniel H. Tabak
   dtabak@cohengresser.com
800 Third Avenue
New York, NY 10022
(212) 957-7600

*Attorneys for Defendant Deborah Madoff*

</td><td>

Alan Levine
   alevine@cooley.com
Laura Grossfield Birger
   lbirger@cooley.com
Nicholas Flath
   nflath@cooley.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
(212) 479-6000

*Attorneys for Defendant Stephanie Mack*

</td></tr>
</table>

| COVINGTON & BURLING LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| By:   /s/ Bruce A. Baird | By:   /s/ David Greenwald |

<table>
<tr><td>

Bruce A. Baird
   bbaird@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(212) 662-6000

*Attorneys for Defendant Gregory Bowes*

</td><td>

David Greenwald
   dgreenwald@cravath.com
Richard Levin
   rlevin@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorneys for M&B Capital Advisers Sociedad de Valores, S.A. and M&B Capital Advisers Gestion SGIIC, S.A.*

</td></tr>
</table>

DECHERT LLP

By: ___/s/ Andrew J. Levander___

    Andrew J. Levander
       andrew.levander@dechert.com
    David S. Hoffner
       david.hoffner@dechert.com
    1095 Avenue of the Americas
    New York, NY 10036
    (212) 698-3500

*Attorneys for Defendant Andres Piedrahita*

DEBEVOISE & PLIMPTON LLP

By: ___/s/ Mark P. Goodman___

    Mark P. Goodman
       mpgoodman@debevoise.com
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000

*Attorneys for Defendant Amit Vijayvergiya*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By ___/s/ Daniel J. Fetterman___

    Daniel J. Fetterman
       dfetterman@kasowitz.com
    1633 Broadway
    New York, NY 10019
    (212) 506-1700

*Attorneys for Defendant Jeffrey Tucker*

KATTEN MUCHIN ROSENMAN LLP

By: ___/s/ Anthony L. Paccione___

    Anthony L. Paccione
       anthony.paccione@kattenlaw.com
    Brian L. Muldrew
       brian.muldrew@kattenlaw.com
    575 Madison Avenue
    New York, NY 10022
    (212) 940-8800

*Attorneys for Defendant Leon Flax*

KIRKLAND & ELLIS LLP

By:   /s/ Jay P. Lefkowitz, P.C.

    Jay P. Lefkowitz, P.C.
      jay.lefkowitz@kirkland.com
    Joseph Serino, Jr.
      joseph.serino@kirkland.com
    David S. Flugman
      David.flugman@kirkland.com
    601 Lexington Avenue
    New York, NY 10022
    (212) 446-4800

*Attorneys for Defendants Redcrest Investments, Inc., Line Group Ltd., Line Management Services Ltd., and Line Holdings Ltd.*

KLESTADT & WINTERS LLP

By:   /s/ Tracy L. Klestadt

    Tracy L. Klestadt
      tklestadt@klestadt.com
    Brendan M. Scott
      bscott@klestadt.com
    570 Seventh Avenue, 17th Floor
    New York, NY 10018
    (212) 972-3000

*Attorneys for Defendants Defender Limited, Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited, and Tim Brockman*


MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

By:   /s/ Edward M. Spiro

    Edward M. Spiro
      espiro@maglaw.com
    565 Fifth Avenue
    New York, NY 10017
    (212) 856-9600

*Attorneys for Defendant Robert Blum*

O'SHEA PARTNERS LLP

By:   /s/ Sean F. O'Shea

    Sean F. O'Shea
      soshea@osheapartners.com
    Michael E. Petrella
      mpetrella@osheapartners.com
    521 Fifth Avenue, 25th Floor
    New York, NY 10175
    (212) 682-4426

*Attorneys for Defendant Cornelis Boele*

PAUL HASTINGS LLP

By:   /s/ Jodi Kleinick

    Jodi Kleinick
      jodikleinick@paulhasting.com
    Barry Sher
      barrysher@paulhasting.com
    Mor Wetzler
      morwetzler@paulhasting.com
    75 East 55th Street
    New York, NY 10022
    (212) 318-6600

*Attorneys for Defendants FIM Limited, FIM Advisers LLP, Carlo Grosso and Federico Ceretti*


SEWARD & KISSEL LLP

By:   /s/ Mark J. Hyland

    Mark J. Hyland
      hyland@sewkis.com
    Mandy DeRoche
      deroche@sewkis.com
    One Battery Park Plaza
    New York, NY 10004
    (212) 574-1200

*Attorneys for Defendants Reliance International Research LLC and Justin Lowe*


TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

By:   /s/ Tammy P. Bieber

    Tammy P. Bieber
      bieber@thsh.com
    900 Third Avenue
    New York, NY 10022
    (212) 508-6700

*Attorneys for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., and Partners Advisers S.A.*


WHITE & CASE LLP

By:   /s/ Glenn Kurtz

    Glenn Kurtz
      gkurtz@whitecase.com
    Andrew Hammond
      ahammond@whitecase.com
    1155 Avenue of the Americas
    New York, NY 10036
    (212) 819-8200

*Attorneys for Defendant Walter Noel*

WOLLMUTH MAHER & DEUTSCH LLP

By:  /s/ Frederick R. Kessler

    Frederick R. Kessler
       fkessler@wmd-law.com
    Paul R. DeFilippo
       pdefilippo@wmd-law.com
    Michael P. Burke
       mburke@wmd_law.com
    500 Fifth Avenue
    New York, NY 10110
    (212) 382-3300

*Attorneys for Chester Global Strategy Fund Limited, Chester Global Strategy Fund, LP, Irongate Global Strategy Fund Limited, Fairfield Greenwich Fund (Luxembourg), Fairfield Investment Fund Limited, Fairfield Investors (Euro) Ltd., and Stable Fund LP.*

**EXHIBIT A**

| Case Name | Withdrawal Motion Docket Number | Adversary Proceeding Docket Number | Moving Defendants |
|---|---|---|---|
| *Picard v. Federico Ceretti, et al.* | 11-cv-07134 | 09-1161 | Federico Ceretti, Carlo Grosso, FIM Limited, FIM Advisers LLP, and Kingate Management Limited |
| *Picard v. Federico Ceretti, et al.* | 11-cv-07256 | 09-1161 | Citi Hedge Fund Services, Ltd. |
| *Picard v. Oreades Sicav, et al.* | 11-cv-07763 | 10-5120 | BNP Paribas Investment Partners Luxembourg S.A., BGL BNP Paribas S.A. and BNP Paribas Securities Services S.A. |
| *Picard v. Equity Trading Portfolio Ltd., et al.* | 11-cv-07810 | 10-4457 | BNP Paribas Arbitrage, SNC |
| *Picard v. Square One Fund Ltd., et al.* | 12-cv-02490 | 10-4330 | Partners Advisers S.A., Luc D. Estenne, Square Asset Management Ltd., Kathryn R. Siggins, and Square One Fund Ltd. |
| *Picard v. Fairfield Sentry Limited, et al.* | 12-cv-02619 | 09-1239 | Chester Global Strategy Fund Limited, Chester Global Strategy Fund, LP, Irongate Global Strategy Fund Limited, Fairfield Greenwich Fund (Luxembourg), Fairfield Investment Fund Limited, Fairfield Investors (Euro) Ltd., and Stable Fund LP |
| *Picard v. Fairfield Sentry Limited, et al.* | 12-cv-02638 | 09-1239 | Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Chester Management Cayman Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes Barreneche, Santiago Reyes, Jacqueline Harary, and Corina Noel Piedrahita |

| | | | |
|---|---|---|---|
| *Picard v. Kohn, et al.* | 12-cv-02661 | 10-5411 | Redcrest Investments, Inc., Line Group Ltd., Line Management Services Ltd., and Line Holdings Ltd. |
| *Picard v. Peter B. Madoff, et al.* | 12-cv-02752 | 09-1503 | Deborah Madoff |
| *Picard v. Peter B. Madoff, et al.* | 12-cv-02883 | 09-1503 | Stephanie Mack |
| *Picard v. Defender Limited, et al .* | 12-cv-02800 | 10-5229 | Defender Limited, Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited, and Tim Brockmann |
| *Picard v. UBS AG, et al.* | 12-cv-02802 | 10-5311 | Reliance Management (BVI) Limited and Reliance Management (Gibraltar) Limited |
| *Picard v. Defender Limited, et al* | 12-cv-02871 | 10-5229 | Reliance International Research LLC and Justin Lowe |
| *Picard v. Leon Flax, et al.* | 12-cv-02928 | 10-5267 | Leon Flax |
| *Picard v. UBS AG, et al.* | 12-cv-02483 | 10-5311 | M&B Capital Advisers Sociedad De Valores, S.A. and M&B Capital Advisers Gestion SGIIC, S.A. |