UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                              Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                              Defendant. | Case No. 12-MC-0115 |
| In re:<br><br>MADOFF SECURITIES | |

**DESIGNATION OF LEAD COUNSEL FOR ANTECEDENT DEBT DEFENDANTS PURSUANT TO ORDER OF THE COURT ENTERED ON MAY 16, 2012 (ECF NO. 107)**

Pursuant to this Court's May 16, 2012 Order, *see* Order, *In re Madoff Sec.*, No. 12-mc-00115, (S.D.N.Y. May 16, 2012), (ECF No. 107) (the "Antecedent Debt Order"), the Antecedent Debt Defendants (as defined in the Antecedent Debt Order) hereby designate Richard A. Kirby of K&L Gates LLP as lead counsel to advocate their position at oral argument on August 20, 2012 at 4:00 P.M.

Dated:  August 8, 2012
        Washington, D.C.

**K&L GATES LLP**

By: /s/ Richard A. Kirby
    Richard A. Kirby
    Laura L. Clinton
    Catherine A. LaRose

1601 K Street NW
Washington, DC 20006-1600

**BECKER & POLIAKOFF LLP**

By: /s/ Helen Davis Chaitman
    Helen Davis Chaitman

45 Broadway
New York, NY 10006

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

By: /s/ William P. Weintraub
    William P. Weintraub
    Kizzy L. Jarashow

7 Times Square
New York, New York 10036-6516

**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**


By: /s/ Matthew J. Gold
    David Parker
    Matthew J. Gold

551 Fifth Avenue
New York, New York 10176



**KUDMAN TRACHTEN ALOE LLP**


By: /s/ Paul H. Aloe
    Paul H. Aloe
    Matthew H. Cohen
    Evan S. Cowit

The Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118



**LOEB & LOEB LLP**


By: /s/ P. Gregory Schwed
    Walter H. Curchack
    P. Gregory Schwed
    Daniel B. Besikof

345 Park Avenue
New York, New York  10154

*Of Counsel:*

**BERNFELD, DEMATTEO & BERNFELD, LLP**

David B. Bernfeld
600 Third Avenue, 15th Floor
New York, New York, 10016
(212) 661-1661


**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

Marc E. Kasowitz
Daniel J. Fetterman
David J. Mark
1633 Broadway
New York, New York 10019


**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

Elise S. Frejka
Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036


**PRYOR CASHMAN LLP**

Richard Levy, Jr.
7 Times Square
New York, New York 10036-6569


**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Michael V. Ciresi
Thomas B. Hatch
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402–2015

**SNR DENTON US LLP**

Carole Neville, Esq.
1221 Avenue of the Americas
New York, NY 10020