UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant.<br>In re:<br><br>MADOFF SECURITIES | 12-MC-0115 (JSR) |

### CERTIFICATE OF SERVICE

I, Richard A. Kirby, hereby certify that on August 8, 2012, I caused true and correct copies of the Consolidated Reply to Trustee's and SIPC's Oppositions to Motion to Dismiss Regarding Antecedent Debt Issues on Behalf of Withdrawal Defendants, as Ordered by the Court on May 12, 2012 and the Notice of Designation of Lead Counsel to be served upon counsel for those parties who receive electronic service through ECF.

Dated:  August 8, 2012
       Washington, D.C.

                                                /s Richard A. Kirby
                                                   Richard A. Kirby