## AMENDED ADDENDUM A

|   | Defendant(s) | Case Name | Case Number |
|---|---|---|---|
| 1 | ABN AMRO Bank(Ireland) and ABN AMRO Custodial Svcs. | *Picard v. ABN AMRO (Ireland) Ltd. (F/N/A Fortis Prime Fund Solutions Bank (Ireland) Ltd.), et al. (as filed by ABN AMRO Custodial Services (Ireland) Ltd., ABN AMRO Bank (Ireland), Ltd.)* | 11-cv-06877-JSR |
| 2 | Abu Dhabi Investment Authority | *Picard v. Abu Dhabi Investment Authority* | 12-cv-02616-JSR |
| 3 | BSI AG | *Picard v. BSI AG, individually and as successor-in-interest to Banco del Gottardo* | 12-cv-03177-JSR |
| 4 | Natixis S.A. (in its own capacity and as successor-in-interest to IXIS Corporate and Investment Bank), Natixis Financial Products LLC (as successor-in-interest to Natixis Financial Products, Inc.) and Bloom Asset Holdings Fund | *Picard v. Natixis, et al.* | 11-cv-09501-JSR |
| 5 | Barclays Bank (Suisse) S.A., Barclays Bank S.A. and Barclays Bank Private Bank & Trust Ltd. | *Picard v. Barclays Bank (Suisse) S.A., Barclays Bank S.A. and Barclays Bank Private Bank & Trust Ltd.* | 12-cv-01882-JSR |
| 6 | Lion Global Investors Ltd. | *Picard v. Lion Global Investors Ltd.* | 12-cv-02349-JSR |
| 7 | Grosvenor Investment Management Ltd., Grosvenor Private | *Picard v. Grosvenor Investment Management Ltd., Grosvenor Private Reserve Fund Ltd., Grosvenor Balanced Growth Fund Ltd. and Grosvenor Aggressive Growth Fund Ltd.* | 12-cv-02351-JSR |
| 8 | Banque Privee Espirito Santo S.A. | *Picard v. Banque Privee Espirito Santo S.A.* | 12-cv-02442-JSR |
| 9 | The Sumitomo Trust and Banking Co., Ltd. | *Picard v. The Sumitomo Trust and Banking Co., Ltd.* | 12-cv-02481-JSR |
| 10 | SNS Bank N.V. and SNS Global Custody B.V. | *Picard v. SNS Bank N.V., et al* | 12-cv-02509-JSR |
| 11 | Arden Asset Management Inc., Arden Asset Management LLC and Arden Endowment Advisers, Ltd. | *Picard v. Arden Asset Management, Inc., et al.* | 12-cv-02581-JSR |
| 12 | Lakeview Investment LP and Vista Management Co. | *Picard v. Richard M. Glantz, et al.* | 12-cv-02778-JSR |
| 13 | The Public institution for Social Security | *Picard v. The Public Institution for Social Security* | 12-cv-02787-JSR |
| 14 | Atlantic Security Bank | *Picard v. Atlantic Security Bank* | 12-cv-02980-JSR |
| 15 | Pictet et Cie | *Picard v. Pictet et Cie* | 12-cv-03402-JSR |

**AMENDED ADDENDUM A**

| | | | |
|---|---|---|---|
| 16 | Multi-Strategy Fund Ltd. and CDP Capital Tactical Alternative Investments | *Picard v. Multi-Strategy Fund Ltd. and CDP Capital Tactical Alternative Investments* | 12-cv-04840-JSR |
| 17 | ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland N.V.) | *Picard v. ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland, N.V.) and Rye Select Broad Market XL Fund, LP* | 11-cv-06878-JSR |
| | **Of Counsel:** | | |
| 18 | Banco Bilbao Vizcaya Argentaria | *Picard v. Banco Bilboa Vizcaya Argentaria* | 11-cv-07100-JSR |
| 19 | Naidot & Co. | *Picard v. Naidot & Co.* | 12-cv-2365-JSR |
| 20 | Inteligo Bank Ltd. Panama Branch f/k/a Blubank Ltd. Panama Branch | *Picard v. Inteligo Bank Ltd. Panama Branch f/k/a Blubank Ltd. Panama Branch* | 12-cv-2364-JSR |
| 21 | Itaú Europa Luxembourg S.A.; Banco Itaú Europa International | *Picard v. Banco Itaú Europa Luxembourg S.A., and Banco Itaú Europa International* | 12-cv-2432-JSR |