UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SECURITIES INVESTOR PROTECTION            :
CORPORATION,
               Plaintiff,                            :

                                            :          12-MC-00015 (JSR)

               v.                                              :

                                            :
BERNARD L. MADOFF INVESTMENT              :          **NOTICE OF APPEARANCE**
SECURITIES LLC,
               Defendant.                            :
------------------------------------------------------------- X
                                            :
In re:                                                     :

BERNARD L. MADOFF,                            :

               Debtor.                               :
------------------------------------------------------------- X

        PLEASE TAKE NOTICE that defendants Citibank, N.A., Citibank North America, Inc. and Citigroup Global Markets Limited hereby appear in the above-captioned action and that the undersigned has been retained as attorney for said defendants and requests that all future correspondence and papers in this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system. The parties to this notice of appearance reserve all rights and defenses they may have, and such appearance shall not impair or otherwise affect such rights and defenses, which rights and defenses are expressly preserved.

Dated: August 14, 2012
       New York, New York

                                            Respectfully submitted,

                                            By: _____
                                                 David Y. Livshiz
                                                 dlivshiz@cgsh.com

                                            CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                            One Liberty Plaza
                                            New York, New York 10006
                                            Telephone: (212) 225-2000
                                            Facsimile: (212) 225-3999

                                            *Attorneys for Citibank, N.A., Citibank North America,*
                                            *Inc. and Citigroup Global Markets Limited*