UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X

SECURITIES INVESTOR PROTECTION               :
CORPORATION,                                 :
               Plaintiff,              :
                                         :          12-MC-00015 (JSR)
           v.                       :
                                         :
BERNARD L. MADOFF INVESTMENT                 :          **NOTICE OF APPEARANCE**
SECURITIES LLC,                              :
               Defendant.             :
--------------------------------------------------------------- X
                                         :
In re:                                       :
                                         :
                                         :
BERNARD L. MADOFF,                           :
                                         :
                                         :
               Debtor.                :
--------------------------------------------------------------- X

      PLEASE TAKE NOTICE that defendants Citibank, N.A., Citibank North

America, Inc. and Citigroup Global Markets Limited hereby appear in the above-captioned

action and that the undersigned has been retained as attorney for said defendants and requests

that all future correspondence and papers in this action be directed to the undersigned at the

office set forth below or through the Court's electronic filing system.  The parties to this notice

of appearance reserve all rights and defenses they may have, and such appearance shall not

impair or otherwise affect such rights and defenses, which rights and defenses are expressly

preserved.

Dated: August 14, 2012         Respectfully submitted,
       New York, New York

                      By: _____
                      Jerilin Buzzetta
                      jbuzzetta@cgsh.com

                      CLEARY GOTTLIEB STEEN & HAMILTON LLP
                      One Liberty Plaza
                      New York, New York 10006
                      Telephone: (212) 225-2000
                      Facsimile: (212) 225-3999

                      *Attorneys for Citibank, N.A., Citibank North America,*
                      *Inc. and Citigroup Global Markets Limited*