UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION     :
CORPORATION,     :
               Plaintiff,     :
     :     12-MC-00015 (JSR)
               v.     :
     :

BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,     :     **NOTICE OF APPEARANCE**
     :
               Defendant.     :
-------------------------------------------------------------X
     :

In re:     :     Pertains to cases on Appendix A
     :

BERNARD L. MADOFF,     :
     :
               Debtor.     :
-------------------------------------------------------------X

       PLEASE TAKE NOTICE that the Defendants listed in the attached Appendix A hereby

appear in the above-captioned action and that the undersigned has been retained as attorney for

said Defendants and requests that all future correspondence and papers in this action be directed

to the undersigned at the office set forth below or through the Court's electronic filing system.

The parties to this notice of appearance reserve all rights and defenses they may have, and such

appearance shall not impair or otherwise affect such rights and defenses, which rights and

defenses are expressly preserved.

DATED:  August 14, 2012       Respectfully submitted,

                                s/ Jennifer L. Young

                                MILBERG LLP
                                One Pennsylvania Plaza
                                New York, NY  10119-0165
                                Telephone:    (212) 594-5300
                                Facsimile:    (212) 868-1229

                                *Attorneys for the Defendants Listed in*
                                *Appendix A*

**Appendix A**

| Defendants | Docket No. (S.D.N.Y.) |
|---|---|
| Gary Albert, individually and in his capacity as shareholder of Impact Designs Ltd. | 11-04390 |
| Aspen Fine Arts Co., Melvin Knyper | 11-04391 |
| The Aspen Company, Harold Thau, Robert Courson | 11-04400 |
| Gerald Blumenthal | 11-04293 |
| Jan Marcus Capper | 11-04389 |
| Norton Eisenberg | 11-04388 |
| P. Charles Gabriele | 11-04481 |
| Stephen  R. Goldenberg | 11-04483 |
| Ruth E. Goldstein | 11-04371 |
| John Denver Concerts, Inc. Pension Plan Trust and Harold Thau as the Trustee | 11-04387 |
| Anita Karimian | 11-04368 |
| Lester Kolodny | 11-04502 |
| Laurence Leif | 11-04392 |
| Steven V. Marcus Separate Property of the Marcus Family Trust; The Marcus Family Limited Partnership; Steven V. Marcus, individually and in his capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust, General Partner of the Marcus Family Limited Partnership and Guardian of O.M., K.M. and H.M; and Denise C. Marcus, in her capacity as Trustee of the Steven V. Marcus Separate Property of the Marcus Family Trust | 11-04504 |
| Trust U/W/O Harriette Myers | 11-04397 |
| Robert Potamkin and Alan Potamkin | 11-04401 |
| Potamkin Family Foundation, Inc. | 11-04398 |
| Delia Gail Rosenberg and Estate of Ira S. Rosenberg | 11-04482 |
| Estate of Miriam Ross | 11-04480 |
| Leon Ross | 11-04479 |
| Richard Roth | 11-04501 |
| Harold A. Thau | 11-04399 |
| William M. Woessner Family Trust, Sheila A. Woessner Family Trust, William M. Woessner individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust, Sheila A. Woessner, individually, and as Trustee of the William M. Woessner Family Trust and the Sheila A. Woessner Family Trust | 11-04503 |