UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION         :
CORPORATION,                                            :
                         Plaintiff,     :
                                             :     12-MC-00115 (JSR)
                   v.                   :
                                             :
BERNARD L. MADOFF INVESTMENT           :
SECURITIES LLC,                                          :    **NOTICE OF APPEARANCE**
                                             :
                      Defendant.        :
-----------------------------------------------------------------X
                                             :
In re:                                                       :    Pertains to cases on Appendix A
                                             :
BERNARD L. MADOFF,                                :
                                             :
                    Debtor.            :
-----------------------------------------------------------------X

       PLEASE TAKE NOTICE that the Defendants listed in the attached Appendix A hereby appear in the above-captioned action and that the undersigned has been retained as attorney for said Defendants and requests that all future correspondence and papers in this action be directed to the undersigned at the office set forth below or through the Court's electronic filing system. The parties to this notice of appearance reserve all rights and defenses they may have, and such appearance shall not impair or otherwise affect such rights and defenses, which rights and defenses are expressly preserved.

DATED:  August 15, 2012                  Respectfully submitted,

                                                  s/ Parvin K. Aminolroaya
                                                  SEEGER WEISS LLP
                                                  77 Water Street, 26th Floor
                                                  New York, NY  10005
                                                  Telephone:   (212) 584-0700
                                                  Facsimile:    (212) 584-0799

                                                  *Attorneys for the Defendants Listed in Appendix A*

# Appendix A

| Defendants | Docket No. (S.D.N.Y.) |
|---|---|
| Elbert R. Brown Trust, Viola Brown Trust, Do Stay Inc., Elbert R. Brown, in his capacities as CREATOR and TRUSTEE of the Elbert R. Brown Trust, and INDIVIDUALLY as BENEFICIARY of the ELBERT R. BROWN TRUST; and Viola Brown, in her capacities as CREATOR and TRUSTEE of the VIOLA BROWN TRUST, and INDIVIDUALLY as BENEFICIARY of the Viola Brown Trust | 11-05155 |
| Lewis Franck individually and in his capacity as Trustee for the Florence Law Irrevocable Trust dtd 1/24/05, and Florence Law Irrevocable Trust dtd 1/24/05 | 11-04723 |
| Joseph S. Popkin Revocable Trust DTD 2/9/2006 a Florida trust, Estate of Joseph S. Popkin, Robin Pokin Logue, as trustee of the Joseph S. Popkin Revocable Trust Dated Feb. 9, 2006, as the personal representative of the Estate of Joseph S. Popkin, and as an individual | 11-04726 |
| Jonathan Sobin | 11-04728 |
| The M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn I. Weiss, individually and in his capacity as a Joint Tenant, Barbara J. Weiss, individually and in her capacity as a Joint Tenant, Stephen A. Weiss, Leslie Weiss, and Gary M. Weiss | 11-06244 |