UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | 12-mc-00115 (JSR) |
| -v- | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| MADOFF SECURITIES | |
| PERTAINS TO CASE 12-cv-2638 | |

PLEASE TAKE NOTICE that Sara A. Ricciardi of the law firm of Simpson Thacher & Bartlett LLP hereby withdraws her appearance as counsel for Defendants Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Chester Management Cayman Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes Barreneche, Santiago Reyes, Jacqueline Harary, and Corina Noel Piedrahita (the "Defendants").  All other previously appearing counsel from Simpson Thacher & Bartlett LLP continue to serve as counsel in this action for the Defendants.

Dated: August 15, 2012
       New York, New York

        SIMPSON THACHER & BARTLETT LLP

By:   /s/ Sara A. Ricciardi
     Sara A. Ricciardi
     (sricciardi@stblaw.com)
     425 Lexington Avenue
     New York, New York 10017
     Telephone: (212) 455-2000
     Facsimile: (212) 455-2502

*Attorney for Defendants Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Chester Management Cayman Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes Barreneche, Santiago Reyes, Jacqueline Harary, and Corina Noel Piedrahita*