**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | 12-MC-0115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | PERTAINS TO:<br><br>Actions listed on Appendix A |

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that Schulte Roth & Zabel LLP, with offices located at 919 Third Avenue, New York, New York 10022, hereby appears on behalf of defendants listed in the attached Appendix A in the above-captioned action and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the address, telephone number and e-mail address indicated below. The parties to this notice of appearance reserve all rights and defenses they may have, and such appearance shall not impair or otherwise affect such rights and defenses, which rights and defenses are expressly reserved.

   I hereby certify that I am admitted to practice before this Court.

| | |
|---|---|
| Dated:  August 17, 2012 | SCHULTE ROTH & ZABEL LLP |

                                            /s/ Marcy R. Harris, Esq.
                                           Marcy R. Harris, Esq.
                                           Frank J. LaSalle, Esq.
                                           Mark D. Richardson, Esq.
                                           919 Third Avenue
                                           New York, New York 10022
                                           Telephone: (212) 756-2000
                                           Facsimile:  (212) 593-5955
                                           E-mail: marcy.harris@srz.com
                                                               frank.lasalle@srz.com
                                                               mark.richardson@srz.com

                                           *Counsel to Defendants Listed in Appendix A*

## **APPENDIX A**

| District Court Case No. | Defendants Represented by Schulte Roth & Zabel LLP |
|---|---|
| **11-9061** | HHI Investment Trust #2 <br><br> King Harris, in his fiduciary capacity <br><br> Katherine P. Harris, in her fiduciary capacity <br><br> Toni H. Paul, in her fiduciary capacity <br><br> Denise Saul, in her fiduciary capacity <br><br> Sidney Barrows, in his fiduciary capacity <br><br> The Harris Family Foundation <br><br> Pam F. Szokol Trust <br><br> William J. Friend Trust Dated 06/22/95; <br><br> Scott C. Friend Trust of 1984 Under Trust Agreement Dated 11/21/84 <br><br> Bette D. Harris Grandchildren's Trust for the Children of Katerine Harris - Pam Friend Szokol Under Trust Agreement Dated 01/13/59 <br><br> Bette D. Harris Grandchildren's Trust for the Children of Katherine Harris - William Friend Under Trust Agreement Dated 01/13/59 <br><br> Bette D. Harris Grandchildren's Trust for the Children of King Harris - John B. Harris Under Trust Agreement Dated 01/13/59 <br><br> Bette D. Harris Grandchildren's Trust for the Children of Toni Paul Under Trust Agreement Dated 01/13/59 <br><br> King W. W. Harris Trust for Children Under Trust Agreement Dated 12/15/76 <br><br> Toni Harris Paul Children's Trust Dated 12/15/76 <br><br> Katherine Harris Custodian for John B. Harris Under the Illinois Uniform Gifts to Minors Act Under Agreement Dated 12/01/76 |

|  | |
|---|---|
|  | King Harris Custodian for Charles Henry Paul Under the Illinois Uniform Gifts to Minors Act Under Agreement Dated 06/01/79 |
|  | King Harris Custodian for Kelly Lynn Paul Under the Illinois Uniform Gifts to Minors Act Under Agreement Dated 10/01/80 |
|  | King Harris Custodian for Alan Harris Paul Under the Illinois Uniform Gifts to Minors Act Under Agreement Dated 12/20/84 |
|  | King Harris Custodian for Laurie Beth Paul Under the Illinois Uniform Gifts to Minors Act Under Agreement Dated 12/20/84 |
|  | John B. Harris |
|  | Charles Henry Paul |
|  | Kelly Lynn Paul |
|  | Alan Harris Paul |
|  | Laurie Beth Paul |
| **11-9060** | Pati H. Gerber, individually and in her fiduciary capacity |
|  | Pati H. Gerber 1997 Trust |
|  | The Pati H. Gerber Marital Deduction Trust Under the Last Will and Testament of Oscar L. Gerber |
|  | Oscar L. Gerber Residuary Trust A |
|  | Oscar L. Gerber Residuary Trust B |
|  | Pati H. Gerber Ltd. |
| **11-9059** | Thomas H. Lee |