**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. <br><br> In re: <br><br> MADOFF SECURITIES | 12-mc-00115 (JSR) <br><br><br> (Relates to consolidated proceedings on extraterritoriality) |

## CERTIFICATE OF SERVICE

I, Kevin H. Bell, hereby certify that on August 17, 2012, I caused true and correct copies of the Memorandum of Law of the Securities Investor Protection Corporation In Opposition to Extraterritorial Defendants' Motion to Dismiss to be served upon counsel for those parties who receive electronic service through ECF and by electronic mail to those parties as set forth on the attached Schedule A.

 /s/ Kevin H. Bell
Kevin H. Bell

## SCHEDULE A

lfriedman@cgsh.com; bpeace@cgsh.com; marc.gottridge@hoganlovells.com; andrew.behrman@hoganlovells.com; michael.feldberg@allenovery.com; bethany.kriss@allenovery.com; fvelie@sandw.com; jkortmansky@sandw.com; mstein@sandw.com; susan.saltzstein@Skadden.com; Marco.Schnabl@Skadden.com; jeremy.berman@Skadden.com; jason.putter@skadden.com; jcooney@mckoolsmith.com; ehalper@mckoolsmith.com; vweber@mckoolsmith.com; gmashberg@proskauer.com; rspinogatti@proskauer.com; hkafele@shearman.com; jshally@shearman.com; jessica.bartlett@shearman.com; dmark@kasowitz.com; tmoloney@cgsh.com; tkinzler@kelleydrye.com; dschimmel@kelleydrye.com; jmetzinger@kelleydrye.com; eoconnor@fzwz.com; Jzulack@fzwz.com; mdavis@fzwz.com; bpolovoy@shearman.com; Cfenton@shearman.com; alipson@shearman.com; zlandsman@beckerglynn.com; jstern@beckerglynn.com; mmufich@beckerglynn.com; dgreenwald@cravath.com; rlevin@cravath.com; bieber@thsh.com; delbaum@bruneandrichard.com; davidbernfeld@bernfeld-dematteo.com; andrea.robinson@wilmerhale.com; charles.platt@wilmerhale.com; george.shuster@wilmerhale.com; telynch@jonesday.com; sjfriedman@jonesday.com; munno@sewkis.com; deroche@sewkis.com; weitman@sewkis.com; lacyr@sullcrom.com; fritschj@sullcrom.com; sinopolea@sullcrom.com; anthony.paccione@kattenlaw.com; petercalamari@quinnemanuel.com; marcgreenwald@quinnemanuel.com; erickay@quinnemanuel.com; davidmader@quinnemanuel.com; mcunha@stblaw.com; pkazanoff@stblaw.com; fkessler@wmd-law.com; pdefilippo@wmd-law.com; mburke@wmd-law.com; mpgoodman@debevoise.com; soshea@osheapartners.com; mpetrella@osheapartners.com; gkurtz@whitecase.com; ahammond@whitecase.com; bbaird@cov.com; dfetterman@kasowitz.com; espiro@maglaw.com; andrew.levander@dechert.com; david.hoffner@dechert.com; joseph.samet@bakermckenzie.com; ira.reid@bakermckenzie.com; Jpmoodhe@debevoise.com; srselden@debevoise.com; jay.lefkowitz@kirkland.com; joseph.serino@kirkland.com; david.flugman@kirkland.com; tklestadt@klestadt.com; bscott@klestadt.com; Jcooperman@KelleyDrye.com; skim@kelleydrye.com; aunger@sidley.com; bkrakauer@sidley.com; kdarr@steptoe.com; skim@steptoe.com; brian.muldrew@kattenlaw.com; gary.mennitt@dechert.com; Scott.Schreiber@aporter.com; Andrew.Karron@aporter.com; jeff.butler@cliffordchance.com; mewiles@debevoise.com; Pamela.Miller@aporter.com; Kent.Yalowitz@aporter.com; david.Parham@bakermckenzie.com; edavis@cgsh.com; ACattell@stblaw.com; glee@mofo.com; jhaims@mofo.com; ldearcy@mofo.com; kfletcher@mofo.com; christopher.harris@lw.com; cameron.smith@lw.com; jodikleinick@paulhastings.com; barrysher@paulhastings.com; Lacyr@sullcrom.com; nelless@sullcrom.com; macgimseyd@sullcrom.com; berarduccip@sullcrom.com; mars@sullcrom.com; nfk@stevenslee.com; morgenstern@butzel.com; abraham@butzel.com; alter@butzel.com; fishere@dicksteinshapiro.com; seidelb@dicksteinshapiro.com; greers@dicksteinshapiro.com; bergers@dicksteinshapiro.com; estearns@stearnsweaver.com; hmoorefield@stearnsweaver.com; ccanino@stearnsweaver.com; jcioffi@dglaw.com; bginsberg@dglaw.com; hrubin@dglaw.com; jserritella@dglaw.com; david.onorato@freshfields.com; cheryl.howard@freshfields.com; susan.higgins@freshfields.com; Jonathan.Vine@csklegal.com; jberman@msek.com; brian.sabados@kattenlaw.com; wsushon@omm.com; seftekhari@omm.com; robert.fischler@ropesgray.com; ssally@ropesgray.com; rlack@fklaw.com; gfox@fklaw.com; lfriedman@cgsh.com; mark.ciani@kattenlaw.com;