UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, et al.,<br><br>        Plaintiffs,<br><br>   -against-<br><br>BERNARD MADOFF INVESTMENT SECURITIES, LLC, et al.,<br><br>        Defendants. | 12-mc-00115 (JSR)<br><br>ECF CASE<br><br>NOTICE OF APPEARANCE |
| In re:<br>MADOFF SECURITIES | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE, that David Elbaum of Brune & Richard, LLP has been retained as an attorney for Defendant Kathryn R. Siggins in the above-referenced action, that he appears in this action, and that he requests that service of all papers, and notice of all proceedings in this action, be served upon the undersigned at the office and address listed below.

Dated:   New York, New York
           August 20, 2012

                                                 BRUNE & RICHARD LLP

                                                 By:   /s/ David Elbaum
                                                        David Elbaum
                                                       BRUNE & RICHARD LLP
                                                       One Battery Park Plaza, 34th Floor
                                                       New York, New York  10004
                                                       Tel.: (212) 668-1900
                                                       Fax: (212) 668-0315

                                                       *Attorneys for Defendant*
                                                       *Kathryn R. Siggins*