UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                      Plaintiff,                   12-mc-00115 (JSR)

          v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                      Defendant.

------------------------------------------------------------------x

In re:

MADOFF SECURITIES                       **(Relates to consolidated proceedings on Standing and SLUSA issues)**

------------------------------------------------------------------x

## CORRECTED NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to the Court's May 15, 2012 Order, and upon the Consolidated Brief on Behalf of the Standing and SLUSA Withdrawal Defendants Regarding Issues Raised by Order of the Court Entered on May 15, 2002, filed on August 3, 2012 (ECF No. 271), the Declaration of Andrew D. W. Cattell in Support of the Consolidated Brief on Behalf of the Standing and SLUSA Withdrawal Defendants Regarding Issues Raised by Order of the Court Entered on May 15, 2002, filed on August 3, 2012 (ECF No. 272) and the exhibits appended thereto, and all prior pleadings and proceedings herein, the defendants listed on Exhibit A hereto will move before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 15,

2012 at 4:00 p.m. for an order dismissing the common law claims asserted against them pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, also pursuant to the Court's May 15, 2012 Order, answering papers, if any, must be filed on or before September 14, 2012 and served upon the counsel listed below.

PLEASE TAKE FURTHER NOTICE that, also pursuant to the Court's May 15, 2012 Order, notwithstanding Federal Rule of Civil Procedure 12(g)(2) or Federal Rule of Bankruptcy Procedure 7012, this motion is without prejudice to any other defense or right of any nature available to movants (including, without limitation, all defenses based on lack of personal jurisdiction or insufficient service of process) and shall not be deemed or construed to prevent movants from moving under Federal Rule of Civil Procedure 12 or Federal Rule of Bankruptcy Procedure 7012 subsequent to this motion.

Dated: August 24, 2012
      New York, New York

                    SIMPSON THACHER & BARTLETT LLP

                    By:     /s/ Mark G. Cunha

                        Mark G. Cunha
                           mcunha@stblaw.com
                        Peter E. Kazanoff
                           pkazanoff@stblaw.com
                        Andrew D. W. Cattell
                           acattell@stblaw.com
                        425 Lexington Avenue
                        New York, New York 10017
                        Tel: (212) 455-2000
                        Fax: (212) 455-2502

*Attorneys for Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Chester Management Cayman Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes Barreneche, Santiago Reyes, Jacqueline Harary, and Corina Noel Piedrahita*

BERNFELD, DEMATTEO & BERNFELD, LLP

By: /s/ David Bernfeld

   David Bernfeld
     davidbernfeld@bernfelddematteo.com
   600 Third Avenue, 15th Floor
   New York, NY 10016
   (212) 661-1661

*Attorneys for Defendant Circle Partners*

BRUNE & RICHARD LLP

By: /s/ David Elbaum

   David Elbaum
     delbaum@bruneandrichard.com
   One Battery Park Plaza
   New York, NY 10004
   (212) 668-1900

*Attorneys for Defendant Kathryn R. Siggins*

CHAFFETZ LINDSEY LLP

By: /s/ Peter R. Chaffetz

   Peter R. Chaffetz
     Peter.Chaffetz@chaffetzlindsey.com
   Jennifer Gorskie
     Jennifer.Gorskie@chaffetzlindsey.com
   505 Fifth Avenue, 4th Floor
   New York, NY 10017
   (212) 257-6960

*Attorneys for Kingate Management Limited*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Lawrence B. Friedman

   Lawrence B. Friedman
     lfriedman@cgsh.com
   Carmine D. Boccuzzi, Jr.
     cboccuzzi@cgsh.com
   Breon S. Peace
     bpeace@cgsh.com
   David Y. Livshiz
     dlivshiz@cgsh.com
   One Liberty Plaza
   New York, New York 10006
   (212) 225-2000

*Attorneys for Defendants Citi Hedge Fund Services Ltd.; BNP Paribas Investment Partners Luxembourg S.A., BGL BNP Paribas S.A., BNP Paribas Securities Services S.A., and BNP Paribas Arbitrage SNC*

| COHEN & GRESSER LLP | COOLEY LLP |
|---|---|
| By: /s/ Mark S. Cohen | By: /s/ Alan Levine |

    Mark S. Cohen  
       mcohen@cohengresser.com  
    Daniel H. Tabak  
       dtabak@cohengresser.com  
    800 Third Avenue  
    New York, NY 10022  
    (212) 957-7600  

*Attorneys for Defendant Deborah Madoff*

    Alan Levine  
       alevine@cooley.com  
    Laura Grossfield Birger  
       lbirger@cooley.com  
    Nicholas Flath  
       nflath@cooley.com  
    The Grace Building  
    1114 Avenue of the Americas  
    New York, NY 10036  
    (212) 479-6000  

*Attorneys for Defendant Stephanie Mack*

| COVINGTON & BURLING LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| By: /s/ Bruce A. Baird | By: /s/ David Greenwald |

    Bruce A. Baird  
       bbaird@cov.com  
    1201 Pennsylvania Avenue, NW  
    Washington, DC 20004  
    (212) 662-6000  

*Attorneys for Defendant Gregory Bowes*

    David Greenwald  
       dgreenwald@cravath.com  
    Richard Levin  
       rlevin@cravath.com  
    Worldwide Plaza  
    825 Eighth Avenue  
    New York, NY 10019  
    (212) 474-1000  

*Attorneys for M&B Capital Advisers Sociedad de Valores, S.A. and M&B Capital Advisers Gestion SGIIC, S.A.*

DECHERT LLP

By:   /s/ Andrew J. Levander

   Andrew J. Levander
     andrew.levander@dechert.com
   David S. Hoffner
     david.hoffner@dechert.com
   1095 Avenue of the Americas
   New York, NY 10036
   (212) 698-3500

*Attorneys for Defendant Andres Piedrahita*

DEBEVOISE & PLIMPTON LLP

By:   /s/ Mark P. Goodman

   Mark P. Goodman
     mpgoodman@debevoise.com
   919 Third Avenue
   New York, NY 10022
   (212) 909-6000

*Attorneys for Defendant Amit Vijayvergiya*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By   /s/ Daniel J. Fetterman

   Daniel J. Fetterman
     dfetterman@kasowitz.com
   1633 Broadway
   New York, NY 10019
   (212) 506-1700

*Attorneys for Defendant Jeffrey Tucker*

KATTEN MUCHIN ROSENMAN LLP

By:   /s/ Anthony L. Paccione

   Anthony L. Paccione
     anthony.paccione@kattenlaw.com
   Brian L. Muldrew
     brian.muldrew@kattenlaw.com
   575 Madison Avenue
   New York, NY 10022
   (212) 940-8800

*Attorneys for Defendant Leon Flax*

| KIRKLAND & ELLIS LLP | KLESTADT & WINTERS LLP |
|---|---|
| By:   /s/ Jay P. Lefkowitz, P.C. | By:   /s/ Tracy L. Klestadt |

    Jay P. Lefkowitz, P.C.                      Tracy L. Klestadt
      jay.lefkowitz@kirkland.com             tklestadt@klestadt.com
    Joseph Serino, Jr.                             Brendan M. Scott
      joseph.serino@kirkland.com            bscott@klestadt.com
    David S. Flugman                           570 Seventh Avenue, 17th Floor
      David.flugman@kirkland.com            New York, NY 10018
    601 Lexington Avenue                    (212) 972-3000
    New York, NY 10022
    (212) 446-4800                             *Attorneys for Defendants Defender Limited, Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited, and Tim Brockman*

*Attorneys for Defendants Redcrest Investments, Inc., Line Group Ltd., Line Management Services Ltd., and Line Holdings Ltd.*

| MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C. | O'SHEA PARTNERS LLP |
|---|---|
| By:   /s/ Edward M. Spiro | By:   /s/ Sean F. O'Shea |

    Edward M. Spiro                           Sean F. O'Shea
      espiro@maglaw.com                     soshea@osheapartners.com
    565 Fifth Avenue                            Michael E. Petrella
    New York, NY 10017                     mpetrella@osheapartners.com
    (212) 856-9600                              521 Fifth Avenue, 25th Floor
                                                  New York, NY 10175
                                                  (212) 682-4426

*Attorneys for Defendant Robert Blum*             *Attorneys for Defendant Cornelis Boele*

| PAUL HASTINGS LLP | SEWARD & KISSEL LLP |
|---|---|
| By: /s/ Jodi Kleinick | By: /s/ Mark J. Hyland |
| Jodi Kleinick<br>jodikleinick@paulhasting.com<br>Barry Sher<br>barrysher@paulhasting.com<br>Mor Wetzler<br>morwetzler@paulhasting.com<br>75 East 55th Street<br>New York, NY 10022<br>(212) 318-6600 | Mark J. Hyland<br>hyland@sewkis.com<br>Mandy DeRoche<br>deroche@sewkis.com<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 574-1200 |
| *Attorneys for Defendants FIM Limited, FIM Advisers LLP, Carlo Grosso and Federico Ceretti* | *Attorneys for Defendants Reliance International Research LLC and Justin Lowe* |
| TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP | WHITE & CASE LLP |
| By: /s/ Tammy P. Bieber | By: /s/ Glenn Kurtz |
| Tammy P. Bieber<br>bieber@thsh.com<br>900 Third Avenue<br>New York, NY 10022<br>(212) 508-6700 | Glenn Kurtz<br>gkurtz@whitecase.com<br>Andrew Hammond<br>ahammond@whitecase.com<br>1155 Avenue of the Americas<br>New York, NY 10036<br>(212) 819-8200 |
| *Attorneys for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., and Partners Advisers S.A.* | *Attorneys for Defendant Walter Noel* |

WOLLMUTH MAHER & DEUTSCH LLP

By:    /s/ Frederick R. Kessler

    Frederick R. Kessler
      fkessler@wmd-law.com
    Paul R. DeFilippo
      pdefilippo@wmd-law.com
    Michael P. Burke
      mburke@wmd-law.com
    500 Fifth Avenue
    New York, NY 10110
    (212) 382-3300

*Attorneys for Chester Global Strategy Fund Limited, Chester Global Strategy Fund, LP, Irongate Global Strategy Fund Limited, Fairfield Greenwich Fund (Luxembourg), Fairfield Investment Fund Limited, Fairfield Investors (Euro) Ltd., and Stable Fund LP.*

# EXHIBIT A

| Case Name | Withdrawal Motion Docket Number | Adversary Proceeding Docket Number | Moving Defendants |
|---|---|---|---|
| *Picard v. Federico Ceretti, et al.* | 11-cv-07134 | 09-1161 | Federico Ceretti, Carlo Grosso, FIM Limited, FIM Advisers LLP, and Kingate Management Limited |
| *Picard v. Federico Ceretti, et al.* | 11-cv-07256 | 09-1161 | Citi Hedge Fund Services, Ltd. |
| *Picard v. Oreades Sicav, et al.* | 11-cv-07763 | 10-5120 | BNP Paribas Investment Partners Luxembourg S.A., BGL BNP Paribas S.A. and BNP Paribas Securities Services S.A. |
| *Picard v. Equity Trading Portfolio Ltd., et al.* | 11-cv-07810 | 10-4457 | BNP Paribas Arbitrage, SNC |
| *Picard v. Square One Fund Ltd., et al.* | 12-cv-02490 | 10-4330 | Partners Advisers S.A., Luc D. Estenne, Square Asset Management Ltd., Kathryn R. Siggins, Circle Partners and Square One Fund Ltd. |
| *Picard v. Fairfield Sentry Limited, et al.* | 12-cv-02619 | 09-1239 | Chester Global Strategy Fund Limited, Chester Global Strategy Fund, LP, Irongate Global Strategy Fund Limited, Fairfield Greenwich Fund (Luxembourg), Fairfield Investment Fund Limited, Fairfield Investors (Euro) Ltd., and Stable Fund LP |

| *Picard v. Fairfield Sentry Limited, et al.* | 12-cv-02638 | 09-1239 | Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Chester Management Cayman Limited, Mark McKeefry, Daniel Lipton, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Andrew Smith, Harold Greisman, Lourdes Barreneche, Santiago Reyes, Jacqueline Harary, Corina Noel Piedrahita, Amit Vijayvergiya, Cornelis Boele, Walter Noel, Gregory Bowes, Jeffrey Tucker, Robert Blum, and Andres Piedrahita |
|---|---|---|---|
| *Picard v. Kohn, et al.* | 12-cv-02661 | 10-5411 | Redcrest Investments, Inc., Line Group Ltd., Line Management Services Ltd., and Line Holdings Ltd. |
| *Picard v. Peter B. Madoff, et al.* | 12-cv-02752 | 09-1503 | Deborah Madoff |
| *Picard v. Peter B. Madoff, et al.* | 12-cv-02883 | 09-1503 | Stephanie Mack |
| *Picard v. Defender Limited, et al .* | 12-cv-02800 | 10-5229 | Defender Limited, Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited, and Tim Brockmann |
| *Picard v. UBS AG, et al.* | 12-cv-02802 | 10-5311 | Reliance Management (BVI) Limited and Reliance Management (Gibraltar) Limited |
| *Picard v. Defender Limited, et al* | 12-cv-02871 | 10-5229 | Reliance International Research LLC and Justin Lowe |
| *Picard v. Leon Flax, et al.* | 12-cv-02928 | 10-5267 | Leon Flax |
| *Picard v. UBS AG, et al.* | 12-cv-02483 | 10-5311 | M&B Capital Advisers Sociedad De Valores, S.A. and M&B Capital Advisers Gestion SGIIC, S.A. |