UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Securities Investor Protection
Corporation          Plaintiff,

Case No. 12-mc-00115-JSR

-against-
Bernard L. Madoff Investment
Securities L.L.C.          Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Nathanael S. Kelley**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: NK2915          My State Bar Number is NY-4532719

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: McDermott Will & Emery LLP
            FIRM ADDRESS: 340 Madison Avenue, New York, NY 10173
            FIRM TELEPHONE NUMBER: 212-547-5400
            FIRM FAX NUMBER: 212-547-5444

NEW FIRM:   FIRM NAME: Securities Investor Protection Corporation
            FIRM ADDRESS: 805 15th St., N.W., Suite 800, Washington, DC 20005
            FIRM TELEPHONE NUMBER: 202-371-8300
            FIRM FAX NUMBER: 202-371-6728

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 08-29-2012

_____
ATTORNEY'S SIGNATURE