UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR
PROTECTION CORPORATION,
                      Plaintiff,

-against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC.
                      Defendant.

**12**  **MC-0115**  (JSR)

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Lawrence R. Velvel**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **myself** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Massachusetts and District of Columbia** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: **Lawrence R. Velvel**

Firm Name: **Massachusetts School of Law**

Address: **500 Federal Street**

City / State / Zip: **Andover, MA 01810**

Telephone / Fax: **978-681-0800; 978-681-6330**

E-Mail: **velvel@mslaw.edu**

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eleventh** day of **September** A.D. **1991**, said Court being the highest Court of Record in said Commonwealth:

**Lawrence R. Velvel**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventeenth** day of **August** in the year of our Lord **two thousand and twelve**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____LAWRENCE R. VELVEL_____

was on the __18TH__ day of __FEBRUARY, 1964__

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 17, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

---

I, ANGELA D. CAESAR, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### LAWRENCE ROBERT VELVEL

was, on the __10th__ day of __January__ A.D. __1964__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __22nd__ day of __August__ A.D. 2012.

ANGELA D. CAESAR, CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR
PROTECTION CORPORATION,     Plaintiff,

-against-

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC.    Defendant.

12    MC-0115   ( JSR )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Lawrence R. Velvel__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Massachusetts and District of Columbia__; and that his/her contact information is as follows (please print):

Applicant's Name: __Lawrence R. Velvel__

Firm Name: __Massachusetts School of Law__

Address: __500 Federal Street__

City / State / Zip: __Andover, MA 01810__

Telephone / Fax: __978-681-0800; 978-681-6330__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __himself__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge