UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SECURITIES INVESTOR                  :
PROTECTION CORPORATION,              :
                Plaintiff,      :
                                :
            v.                     :   Case No. 12-mc-00115 (JSR)
                                :
BERNARD L. MADOFF                    :
INVESTMENT SECURITIES LLC.           :
                Defendant.      :

-------------------------------------------------------x
In re:                               :
                                :
MADOFF SECURITIES                    :
-------------------------------------------------------x

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Joshua Fritsch of Sullivan & Cromwell LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants Banque J. Safra (Suisse) SA, Bank J. Safra (Gibraltar) Limited, and Safra National Bank of New York in this consolidated action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned. The aforementioned defendants reserve all defenses

and/or objections available to them, and this appearance in no way waives any such rights.

Dated: August 31, 2012

Respectfully submitted,

 /s/    Joshua Fritsch
Joshua Fritsch (fritschj@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Telephone:  212-558-4000
Facsimile:  212-558-3588

*Counsel for Defendants Banque J. Safra (Suisse) SA, Bank J. Safra (Gibraltar) Limited and Safra National Bank of New York*