UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 12 Misc. 0115 (JSR)<br><br>Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.) and RYE SELECT BROAD MARKET XL FUND, LP,<br><br>    Defendants. | No. 11 Civ. 06878 (JSR)<br><br>Adv. Pro. No. 10-05354 (BRL) |

**DECLARATION OF MICHAEL S. FELDBERG IN SUPPORT OF RBS/ABN'S MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO <u>SECTION 546(g) OF THE BANKRUPTCY CODE</u>**

MICHAEL S. FELDBERG declares under penalty of perjury as follows:

1. I am an attorney admitted to practice before this Court and am a partner with Allen & Overy LLP, counsel for defendant ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland N.V.) ("RBS/ABN"), in the above-captioned action. I submit this declaration in support of RBS/ABN's Motion to Dismiss the Amended Complaint Pursuant to Section 546(g) of the Bankruptcy Code.

2. Attached hereto as "Exhibit A" is a true and correct copy of the amended complaint against RBS/ABN filed on August 8, 2012 in the above-captioned proceeding.

3. Attached hereto as "Exhibit B" is a true and correct copy of the original complaint against RBS/ABN filed on December 8, 2010 in the above-captioned proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: September 5, 2012
New York, New York

/s/ Michael S. Feldberg
Michael S. Feldberg