UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | 12-mc-00115 (JSR)<br><br>NOTICE OF APPEARANCE<br><br>ECF Case<br><br>Electronically Filed |
| In re:<br><br>MADOFF SECURITIES | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Susan L. Saltzstein of Skadden, Arps, Slate, Meagher & Flom LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants UniCredit S.p.A., Pioneer Alternative Investment Management Ltd. and Pioneer Global Asset Management S.p.A in this consolidated action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned. The aforementioned defendants reserve all defenses and/or objections available to them, and this appearance in no way waives any such rights.

Dated: September 7, 2012
New York, New York

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/   Susan L. Saltzstein_____
Susan L. Saltzstein

Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-4132
Fax: (917) 777-4132
Susan.Saltzstein@skadden.com