WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
Yani Indrajana Ho (yho@windelsmarx.com)

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendants. | 12 Misc. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE CASES LISTED IN SCHEDULE A | |

{10785360:1}

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

Yani Indrajana Ho, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, NY 10019, and that on September 13, 2012, I served the

**Joinder to the Trustee's Memorandum of Law in Opposition to Consolidated Motion to Dismiss the Trustee's Counts for Disallowance of Customer Claims Pursuant to Section 502(d) of the Bankruptcy Code**

upon the interested parties by emailing those parties as set forth on the attached Schedule A, true and correct copies via electronic transmission to the email addresses as set forth on the attached Schedule A.

                              /s/ Yani Indrajana Ho
                              Yani Indrajana Ho

Sworn to before me this
13th Day of September 2012

/s/ Maritza Segarra
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2013

**SCHEDULE A**

*Picard v. Beacon Associates LLC I, et al.*, **Case No. 12-cv-02310-JSR**

Arthur G. Jakoby (ajakoby@herrick.com)
Frederick E. Schmidt, Jr. (eschmidt@herrick.com)

Lewis J. Liman (lliman@cgsh.com)
Jeffrey A. Rosenthal (jrosenthal@cgsh.com)

Brian E. Whiteley (bwhiteley@hblaw.com)
Carolyn A. Marcotte (cmarcotte@hblaw.com)
John M. Nichols (jnichols@hblaw.com)

Tab K. Rosenfeld (tab@rosenfeldlaw.com)
Steven M. Kaplan (steve@rosenfeldlaw.com)


*Picard v. Robert Nystrom*, **Case No. 12-cv-02403-JSR**
*Picard v. Edward Blumenfeld, et al.*, **Case No. 12-cv-02405-JSR**

William P. Weintraub (wweintraub@fklaw.com)
Gregory W. Fox (gfox@fklaw.com)

Seth L. Rosenberg (rosenberg@clayro.com)
Brian D. Linder (linder@clayro.com)