WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel:  (212) 237-1000
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
Yani Indrajana Ho (yho@windelsmarx.com)

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendants. | 12 Misc. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE CASES LISTED IN EXHIBIT A | |

**SUPPLEMENTAL JOINDER TO THE TRUSTEE'S MEMORANDUM OF LAW
IN OPPOSITION TO CONSOLIDATED BRIEF
ON BEHALF OF *STERN* WITHDRAWAL DEFENDANTS**

Windels Marx Lane & Mittendorf, LLP is Special Counsel to Irving H. Picard, trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff (the "Trustee"), and is counsel of record for the Trustee in the adversary proceedings listed in Exhibit A.  By Order of this Court entered on April 13, 2012 (the

{10786381:3}

"*Stern* Order"), the reference of certain adversary proceedings was withdrawn for the limited purpose of deciding the Withdrawn *Stern* Issues (as defined in the *Stern* Order).

In the above noted capacity, Windels Marx previously joined in its entirety (the "Original Joinder") the Trustee's Memorandum of Law in Opposition to Consolidated Brief on Behalf of *Stern* Withdrawal Defendants filed by Baker Hostetler on May 25, 2012 in the consolidated docket *SIPC v. Bernard L. Madoff Investment Securities LLC (In re Madoff Securities)*, District Court Case No. 12 Misc. 00115 (JSR) [Dkt. No. 141], and all arguments asserted therein, with respect to those certain cases noted in Exhibit A of the Original Joinder [Dkt. No. 142]. By Order of this Court entered on June 26, 2012 [Dkt. No. 203], certain additional adversary proceedings were deemed to be covered by the *Stern* Order. This Supplemental Joinder is being filed in order to add to the Original Joinder such additional adversary proceedings, as listed in Exhibit A, for which Windels Marx is the counsel of record for the Trustee.

Dated: New York, New York
       September 13, 2012

By: /s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*