**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
 :
       Plaintiff, :
 : 12-misc-00115 (JSR)
       v. :
 :
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
 :
       Defendant. :
---------------------------------------------------------------:
In re: :
 : (Relates to consolidate proceedings
    MADOFF SECURITIES : on Standing and SLUSA issues)
 :
---------------------------------------------------------------:

## CERTIFICATE OF SERVICE

I, Kevin H. Bell, hereby certify that on September 14, 2012, I caused true and correct copies of the Memorandum Of Law Of The Securities Investor Protection Corporation Regarding Standing And SLUSA Issues Identified In The Court's Order Of May 15, 2012 to be served upon counsel for those parties who receive electronic service through ECF and by electronic mail or prepaid regular U.S. Mail, to those parties as set forth on the attached Exhibits.

                                                Kevin H. Bell
                                                Kevin H. Bell

EXHIBIT A

| | | | |
|---|---|---|---|
| 1. | *Picard v. Trotanoy Inv. Company Ltd., et Al* | 11-cv-07112-JSR | Katten Muchin Rosenman LLP (for Access International Advisors Ltd.) Robert W. Gottlieb (robert.gottlieb@kattenlaw.com) Brian L. Muldrew (brian.muldrew@kattenlaw.com) |
| 2. | *Picard v. Federico Ceretti, et al.* (as filed by Federico Ceretti, Carlo Grosso, FIM Limited and FIM Advisers LLP) | 11-cv-07134-JSR | Paul Hastings LLP Jodi Kleinick Godikleinick@paulhastings.com) Barry Sher (barrysher@paulhastings.com) MorWetzler (morwetzler@paulhastings.com) |
| 3. | *Picard v. Federico Ceretti, et al.* (as filed by Citi Hedge Fund Services, Ltd.) | 11-cv-07256-JSR | Cleary Gottlieb Steen & Hamilton LLP Carmine D. Boccuzzi, Jr. (cboccuzzi@cgsh.com) David Y. Livshiz (dlivshiz@cgsh.com) |
| 4. | *Picard v. Oreades Sicav, et aL* (as filed by BNP Paribas Investment Partners Luxembourg S.A., BGL BNP Paribas S.A. and BNP Paribas Securities Services S.A.) | 11-cv-07763-JSR | Cleary Gottlieb Steen & Hamilton LLP Lawrence B. Friedman (lfriedman@cgsh.com) Breon S. Peace (bpeace@cgsh.com) |
| 5. | *Picard v. Equity Trading Portfolio Ltd., et aL* (as filed by BNP Paribas Arbitrage SNC) | 11-cv-07810-JSR | Cleary Gottlieb Steen & Hamilton LLP Lawrence B. Friedman (lfriedman@cgsh.com) Breon S. Peace (bpeace@cgsh.com) |
| 6. | *Picard v. Square One Fund Ltd., et al.* | 12-cv-02490-JSR | Tannenbaum Helpern Syracuse & Hirschtritt LLP; Brune & Richard LLP. Tannenbaum Helpern Syracuse & Hirschtritt LLP Tammy P. Bieber (bierber@thsh.com) Brune & Richard LLP David Elbaum (delbaum@bruneandrichard.com) Bernfeld, DeMatteo & Bernfeld, LLP David Bernfeld (davidbernfeld@bernfeld-dematteo.com) |

| 7. | *Picard v. Fairfield Sentry Limited, et aL* (as filed by Chester Global Strategy Fund Limited, Chester Global Strategy Fund, LP, Irongate Global Strategy Fund Limited, Fairfield Greenwich Fund (Luxembourg), Fairfield Investment Fund Limited, Fairfield Investors (Euro) Ltd., and Stable Fund LP) | 12-cv-02619 | Simpson Thacher & Bartlett LLP Mark G. Cunha (mcunha@stblaw.com) Peter E. Kazanoff (pkazanoff@stblaw.com)<br><br>Wollmuth Maher & Deutsch LLP Frederick R. Kessler (fkessler@wmd-law.com) Paul R. DeFilippo (pdefilippo@wmd-law.com) Michael P. Burke (mburke@wmd-law.com)<br><br>Debevoise & Plimpton LLP Mark P. Goodman (mpgoodman@debevoise.com) O'Shea Partners LLP Sean F. O'Shea (soshea@osheapartners.com) Michael E. Petrella (mpetrella@osheapartners.com)<br><br>White & Case LLP Glenn M. Kurtz (gkurtz@whitecase.com) Andrew W. Hammond (ahammond@whitecase.com)<br><br>Covington & Burling LLP Bruce A. Baird (bbaird@cov.com)<br><br>Kasowitz, Benson, Torres & Friedman LLP Daniel J. Fetterman (dfetterman@kasowitz.com)<br><br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C. Edward M. Spiro (espiro@maglaw.com)<br><br>Dechert LLP Andrew J. Levander (andrew.levander@dechert.com) David S. Hoffner (david.hoffner@dechert.com) |
| 8. | *Picard v. Fairfield Sentry Limited, et at.* (Joint Memorandum filed by various defendants) | 12-cv-02638 | Simpson Thacher & Bartlett LLP Mark G. Cunha (mcunha@stblaw.com) Peter E. Kazanoff (pkazanoff@stblaw.com)<br><br>Wollmuth Maher & Deutsch LLP Frederick R. Kessler (fkessler@wmd-law.com) Paul R. DeFilippo (pdefilippo@wmd-law.com) Michael P. Burke (mburke@wmd-law.com)<br><br>Debevoise & Plimpton LLP Mark P. Goodman (mpgoodman@debevoise.com) |
| 9. | *Picard v. Kohn* (as filed by Redcrest Investments, Inc., Line Group Ltd., Line Management Services Ltd., and Line Holdings Ltd.) | 12-cv-02661 | Kirkland & Ellis LLP Jay P. Lefkowitz, P.C. Gay.lefkowitz@kirkland.com) Joseph Serino, Jr. Goseph.serino@kirkland.com) David S. Flugman (david.flugman@kirkland.com) |

| | | | |
|---|---|---|---|
| 10. | *Picard v. Peter B. Madoff, et al.* (as filed by Deborah Madoff) | 12-cv-02752 | Cohen & Gresser LLP<br>Mark S. Cohen (mcohen@cohengresser.com)<br>Daniel H. Tabak (dtabak@cohengresser.com) |
| 11. | *Picard v. Peter B. Madoff, et al.* (as filed by Stephanie Mack) | 12-cv-02883 | Cooley LLP Alan Levine (alevine@cooley.com)<br>Lawrence C. Gottlieb (lgottlieb@cooley.com)<br>Laura Grossfield Birger (lbirger@cooley.com)<br>Michael A. Klein (mklein@cooley.com) |
| 12. | *Picard v. Defender Limited, et al* (Defender Limited, Reliance Management (BVI) Limited, Reliance Management (Gibraltar) Limited and Tim Brockmann- Moving Parties) | 12-cv-02800 | Klestadt & Winters LLP Tracy L Klestadt (tklestadt@klestadt.com) Brendan M. Scott (bscott@klestadt.com) |
| 13. | *Picard v. UBS AG, et al.* (Reliance Management (BVI) Limited and Reliance Management (Gibraltar) Limited-Moving Parties) | 12-cv-02802 | Klestadt & Winters LLP Tracy L Klestadt (tklestadt@klestadt.com) Brendan M. Scott (bscott@klestadt.com) |
| 14. | *Picard v. Defender Limited, et al* (Reliance International Research LLC and Justin Lowe- Moving Parties) | 12-cv-02871- | Seward & Kissel LLP Mark J. Hyland (hyland@sewkis.com) Mandy DeRoche (deroche(a}sewkis.com) |
| 15. | *Picard v. Leon Flax, et al.* | 12-cv-02928 | Katten Muchin Rosenman LLP<br>Anthony L Paccione<br>anthony.paccione@kattenlaw.com Brian L. Muldrew brian.muldrew@kattenlaw.com |
| 16. | *Picard v. UBS AG, et aL* (M&B Capital Advisers Sociedad de Valores, S.A., M&B Capital Advisers Gestion SGIIC, S.A. - Moving Parties) **[Amended Motion to Withdraw]** | 12-cv-02483 | Cravath, Swaine & Moore LLP David Greenwald (dgreenwald@cravath.com) Richard Levin (rlevin@cravath.com) |

**EXHIBIT B**

Participants To April 17, 2012 Telephonic Conference

Irving H. Picard,
*Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

BAKER HOSTETLER, LLP
Oren J. Warshavsky (owarshavsky@bakerlaw.com)
Nicholas Cremona (ncremona@bakerlaw.com)

SECURITIES INVESTOR PROTECTION CORPORATION
Kevin Bell (kbell@sipc.org)
Lauren Attard (lattard@sipc.org)

*Picard v. Lake Drive LLC, et al.* 11-cv-09371-JSR;
*Picard v. Bear Lake Partners, et al,* 11-cv-09372-JSR

KATTEN MUCHIN ROSENMAN LLP
Anthony L. Paccione (anthony.paccione@kattenlaw.com)

*Picard v. Mosaic Fund L.P. et al* 11-cv-09444-JSR

MACHT, SHAPIRO, AARATO & ISSERLES LLP
Eric S. Olney (eolney@shapiroarato.com)

## EXHIBIT C

Participants To April 18, 2012 Telephonic Conference

Irving H. Picard,
*Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

BAKER HOSTETLER, LLP
Oren J. Warshavsky (owarshavsky@bakerlaw.com)
Nicholas Cremona (ncremona@bakerlaw.com)

SECURITIES INVESTOR PROTECTION CORPORATION
Kevin Bell (kbell@sipc.org)
Lauren Attard (lattard@sipc.org)

*Picard v. Lake Drive LLC, et al,* 11-cv-09371-JSR;
*Picard v. Bear Lake Partners, et al,* 11-cv-09372-JSR

KATTEN MUCHIN ROSENMAN LLP Anthony L. Paccione
(anthony.paccione@kattenlaw.com)

*Picard v. Mosaic Fund L.P., et al,* 11-cv-09444-JSR

MACHT, SHAPIRO, AARATO & ISSERLES LLP
Eric S. Olney (eolney@shapiroarato.com)

*Picard v. Goldstein, et al,* 11-cv-08491-JSR

KRAMER LEVIN NAFTALIS & FRANKEL LLP Elise Scherr Frejka
(efrejka@kramerlevin.com)

*Picard v. Elins Family Trust, et al.,* 11-cv-04772-JSR

KLEINBERG, KAPLAN, WOLFF & COHEN P.C.
Matthew J. Gold (mgold@kkwc.com)
David Parker (dparker@kkwc.com)