UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTMENT PROTECTION CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | 12 Misc. 00115 (JSR)<br><br>**ECF Case**<br><br><br><br>**NOTICE OF APPEARANCE** |
| In re:<br><br>MADOFF SECURITIES | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>MAXAM ABSOLUTE RETURN FUND, L.P.; MAXAM ABSOLUTE RETURN FUND, LTD.; MAXAM CAPITAL MANAGEMENT, LLC; MAXAM CAPITAL GP LLC; SANDRA L. MANZKE REVOCABLE TRUST; SANDRA L. MANZKE, as Trustee and individually; SUZANNE HAMMOND; WALKER MANZKE; and APRIL BUKOFSER MANZKE,<br><br>   Defendants. | PERTAINS TO CASE<br>11 Civ. 7428 (JSR) |

Please take notice that, I, John Han, of the law firm of Kobre & Kim LLP, hereby enter an appearance as counsel of record for Defendants MAXAM Absolute Return Fund, Ltd., MAXAM Capital Management, LLC, MAXAM Capital GP LLC, Sandra L. Manzke Revocable Trust, Sandra L. Manzke, as Trustee and individually, Suzanne Hammond, Walker Manzke, and April Bukofser Manzke in the above-captioned proceeding.

Dated: New York, New York
       October 2, 2012

                              KOBRE & KIM LLP

                              /s/ John Han
                              John Han
                              (john.han@kobrekim.com)
                              800 Third Avenue
                              New York, New York 10022
                              Tel: +1 212 488 4941
                              Fax: +1 212 488 1220

                              *Counsel for MAXAM Absolute Return Fund, Ltd., MAXAM Capital Management, LLC, MAXAM Capital GP LLC, Sandra L. Manzke Revocable Trust, Sandra L. Manzke, as Trustee and individually, Suzanne Hammond, Walker Manzke, and April Bukofser Manzke*

To: All Counsel of Record