UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | 12 Misc. 00115 (JSR) |
| In re:<br><br>  MADOFF SECURITIES | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>ERIC T. SCHNEIDERMAN, as successor to ANDREW M. CUOMO, Attorney General of the State of New York; BART M. SCHWARTZ, as Receiver for ARIEL FUND, LTD. and GABRIEL CAPITAL, L.P.; DAVID PITOFSKY, as Receiver for ASCOT PARTNERS, L.P. and ASCOT FUND, LTD.; J. EZRA MERKIN; and GABRIEL CAPITAL CORPORATION,<br><br>      Defendants. | 12 Civ. 06733 (JSR)<br><br>Adv. Pro. No. 12-01778 (BRL) |

## CERTIFICATE OF SERVICE

  I, Kevin H. Bell, hereby certify that on October 3, 2012, I caused true and correct copies of the Memorandum of Law of the Securities Investor Protection Corporation in Opposition to

2

Defendants' Motion to Withdraw the Reference to be served upon counsel for those parties who receive electronic service through ECF and by electronic mail or prepaid regular U.S. Mail, to those parties as set forth on the attached Schedule A.

                                        ___/s/Kevin H. Bell_____
                                        Kevin H. Bell

**Schedule A**

**Attorneys for Plaintiff, Irving H. Picard**
Oren J. Warshavsky (owarshavsky@bakerlaw.com)
Nicholas J. Cremona (ncremona@bakerlaw.com)
Baker & Hostetler LLP
45 Rockefeller Plaza
New York City, NY 10111
(212) 589-4200

Eric T. Schneiderman, as successor to Andrew M. Cuomo,
Attorney General of the State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271

**Counsel to Defendants J. Ezra Merkin and Gabriel Capital Corporation**
Neil A. Steiner, Esq.
Andrew J. Levander, Esq.
Jonathan D. Perry, Esq.
Gary J. Mennitt, Esq.
Steven A. Engel, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Email: neil.steiner@dechert.com
Email: andrew.levander@dechert.com
Email: jonathan.perry@dechert.com
Email: gary.mennitt@dechert.com
Email: steven.engel@dechert.com

**Counsel to Bart M. Schwartz, Receiver of Gabriel Capital, L.P. and Ariel Fund Limited**
James C. McCarroll
Jordan W. Siev
Michael J. Venditto
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Email: jmccarroll@reedsmith.com
Email: jsiev@reedsmith.com
Email: mvenditto@reedsmith.com

**Counsel to David B. Pitofsky, Receiver for Ascot Partners, L.P. and Ascot Fund, Ltd**.
Daniel M. Glosband
Christopher R. Newcomb
Joseph A. Schwartz
Goodwin Procter
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Email: dglosband@goodwinprocter.com
Email: cnewcomb@goodwinprocter.com
Email: jschwartz@goodwinprocter.com