UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | 12-mc-00115 (JSR)<br><br>ECF Case<br><br>Electronically Filed<br><br>**NOTICE OF APPEARANCE** |
| In re:<br><br>Madoff Securities | |

   PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendants ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) in the above-captioned action:

        Jason Kolbe
        Latham & Watkins LLP
        885 Third Avenue
        New York, New York 10022
        Telephone: (212) 906-1200
        Facsimile:  (212) 751-4864

Dated: October 11, 2012
      New York, New York        LATHAM & WATKINS LLP

                                    By:   /s/ Jason Kolbe
                                            Jason Kolbe

                                            885 Third Avenue
                                            New York, New York  10022
                                            Telephone: (212) 906-1200
                                            Facsimile: (212) 751-4864

                                            *Attorneys for ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)*