UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTMENT PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | **NOTICE OF APPEARANCE** |
| In re:<br><br>MADOFF SECURITIES | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MAXAM ABSOLUTE RETURN FUND, L.P.; MAXAM ABSOLUTE RETURN FUND, LTD.; MAXAM CAPITAL MANAGEMENT, LLC; MAXAM CAPITAL GP LLC; SANDRA L. MANZKA REVOCABLE TRUST; SANDRA L. MANZKE, as Trustee and Individually; SUZANNE HAMMOND; WALKER MANZKE; and APRIL BUKOFSER MANZKE,<br><br>　　　　　　　Defendants. | **PERTAINS TO CASE**<br>**11 Civ. 7428 (JSR)** |

　　　　Please take notice that, I, James N. Lawlor, of the law firm of Wollmuth Maher & Deutsch LLP, hereby enter an appearance as counsel of record for Defendant MAXAM Absolute Return Fund, L.P. in the above-captioned proceeding.

Dated: Newark, New Jersey
October 11, 2012

                    WOLLMUTH MAHER & DEUTSCH LLP
                    One Gateway Center, 9th Floor
                    Newark, New Jersey 07102
                    Tel:   (973) 733-9200
                    Fax:  (973) 733-9292
                    Email: jlawlor@wmd-law.com

                    *Counsel for MAXAM Absolute Return Fund, L.P.*

                    /s/ James N. Lawlor
                    James N. Lawlor


To:    All Counsel of Record