UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION            12 MISC 00115 (JSR)
CORPORATION,

                Plaintiff,

                                       Pertains to Case:
        v.                                   12 Civ. 02347 (JSR)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
------------------------------------------------------------x

In re:

        MADOFF SECURITIES,

------------------------------------------------------------x

**<u>NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PROCESS</u>**

    **PLEASE TAKE NOTICE,** that Kenneth W. Lipman, Esq., of Siegel, Lipman, Dunay, Shepard & Miskel, LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned consolidated action (the õMadoff Securities Caseö) for the following defendants (collectively, the õDefendantsö): Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust,[1] and requests that any and all notices, pleadings, orders, correspondence, and other papers filed in connection with the Madoff Securities Case be given to and served upon

---

[1] The undersigned counsel appears on behalf of these, and only these Defendants, and represents these Defendants in one separate proceeding before this Court: Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust, in the case styled *Picard v. Cohmad Securities Corporation, et al.*, Case No. 12-CV-02347 (JSR).

1

Each of the Defendants reserves all defenses and/or objections available to them, and this appearance in no way waives any such rights.

Dated: Boca Raton, Florida
October 11, 2012

SIEGEL, LIPMAN, DUNAY, SHEPARD & MISKEL, LLP


By: /s/ Kenneth W. Lipman
Kenneth W. Lipman, Esq.
5355 Town Center Road ó Suite 801
Boca Raton, Florida  33486
Telephone: (561) 368-7700
Facsimile:  (561) 368-9274
Email: klipman@sldsmlaw.com