UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

SIPC                          Plaintiff,                    Case No.      12-mc-00115

        -against-

BLMIS                         Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending                    [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Adam B. Oppenheim
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AO4662          My State Bar Number is 572904

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:      FIRM NAME: Sullivan & Worcester LLP(NY)
               FIRM ADDRESS: 1633 Broadway, 32nd Floor, New York ,10019
               FIRM TELEPHONE NUMBER: 212 660-3030
               FIRM FAX NUMBER: 212 660-3001

NEW FIRM:      FIRM NAME: Baker Hostetler
               FIRM ADDRESS: 45 Rockefeller Plaza
               FIRM TELEPHONE NUMBER: 212 589 4200
               FIRM FAX NUMBER: 212 589 4201

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
     was entered on _____ by Judge_____.

Dated:  10/12/12              _____
                              ATTORNEY'S SIGNATURE