UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

SECURITIES INVESTOR
PROTECTION CORPORATION,    Plaintiff,

Case No. 12 MC 115

-against-

BERNARD L. MADOFF
INVESTMENT SECURITIES,    Defendant.
---------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Scott S. Balber
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SB5807    My State Bar Number is 2672533

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Chadbourne & Parke LLP
             FIRM ADDRESS: 30 Rockefeller Plaza, New York, NY 10112
             FIRM TELEPHONE NUMBER: 212-408-5100
             FIRM FAX NUMBER: 212-541-5369

NEW FIRM:    FIRM NAME: Cooley LLP
             FIRM ADDRESS: 1114 Avenue of the Americas, New York, NY 10036
             FIRM TELEPHONE NUMBER: 212-479-6000
             FIRM FAX NUMBER: 212-479-6275

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: October 10, 2012

_____
ATTORNEY'S SIGNATURE