UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

SECURITIES INVESTOR                                             Case No. 12 MC 115
PROTECTION CORPORATION,            Plaintiff,

   -against-
BERNARD L. MADOFF
INVESTMENT SECURITIES,             Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Emily Abrahams_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: EA1996   My State Bar Number is 4386892

I am,
   [✓] An attorney
   [ ] A Government Agency attorney
   [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Chadbourne & Parke LLP
            FIRM ADDRESS: 30 Rockefeller Plaza, New York, NY 10112
            FIRM TELEPHONE NUMBER: 212-408-5100
            FIRM FAX NUMBER: 212-541-5369

NEW FIRM:   FIRM NAME: Cooley LLP
            FIRM ADDRESS: 1114 Avenue of the Americas, New York, NY 10036
            FIRM TELEPHONE NUMBER: 212-479-6000
            FIRM FAX NUMBER: 212-479-6275

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 10, 2012

_____
ATTORNEY'S SIGNATURE