UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　Plaintiff,<br>　　　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Defendant. | 12-MC-115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | **(Relates to consolidated proceedings on Section 546(e) issues)** |

### DESIGNATION OF LEAD COUNSEL FOR CUSTOMER DEFENDANTS AND FINANCIAL INSTITUTION DEFENDANTS PURSUANT TO ORDER OF THE COURT ENTERED ON MAY 15, 2012

Pursuant to this Court's Order dated May 15, 2012 in <u>In re Madoff Sec.</u>, 12-MC-115 (JSR) (Docket No. 119), the Customer Defendants (also referred to as the Remaining Section 546(e) Withdrawal Defendants) and the Financial Institution Defendants designate Thomas J. Moloney of Cleary Gottlieb Steen & Hamilton LLP as lead counsel to advocate their position at oral argument on October 30, 2012, at 4:00 p.m.

Dated: October 19, 2012
　　　　New York, New York

　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　　　　By: /s/ Thomas J. Moloney

　　　　　　　　　　　　　　　Thomas J. Moloney
　　　　　　　　　　　　　　　　(tmoloney@cgsh.com)
　　　　　　　　　　　　　　　Lawrence B. Friedman
　　　　　　　　　　　　　　　　(lfriedman@cgsh.com)

        Carmine D. Boccuzzi, Jr.
         (cboccuzzi@cgsh.com)
        Breon S. Peace
         (bpeace@cgsh.com)
        David Y. Livshiz
         (dlivshiz@cgsh.com)
        Justin L. Ormand
         (jormand@cgsh.com)
        One Liberty Plaza
        New York, New York 10006
        (212) 225-2000