UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | 12-MC-115 (JSR) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------------ X

| | |
|---|---|
| In re: | (Relates to consolidated proceedings on Section 546(e) issues) |
| MADOFF SECURITIES | |

------------------------------------------------------------------ X

     I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

     1. On the 19th day of October 2012, I caused service of the Designation of Lead Counsel for Customer Defendants and Financial Institution Defendants Pursuant to Order of the Court Entered on May 15, 2012 and the Consolidated Reply Memorandum of Law on Behalf of Financial Institution Defendants with Respect to Issues Raised by Order of the Court Dates May 15, 2012 to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which sent a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

2. On the 19th day of October 2012, the above-mentioned documents were also served by email upon:

>owarshavsky@bakerlaw.com
>kbell@sipc.org

Dated:  New York, New York
October 22, 2012

_____
Richard V. Conza