Robert J. Lack
FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone:  (212) 833-1100

*Attorneys for Defendants Multi-Strategy Fund Limited
and CDP Capital Tactical Alternative Investments*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MADOFF SECURITIES | No. 12-mc-00115 (JSR) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>         v.<br><br>MULTI-STRATEGY FUND LIMITED and CDP CAPITAL TACTICAL ALTERNATIVE INVESTMENTS,<br><br>         Defendants. | No. 12-cv-04840 (JSR) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert J. Lack of Friedman Kaplan Seiler & Adelman LLP, an attorney admitted to practice in this Court, hereby appears as counsel in the above-captioned consolidated case (the "Madoff Securities Case") for the defendants in *Picard v. Multi-Strategy Fund Ltd., et al.*, 12-cv-04840 (JSR) (the "Adversary Proceeding").  All notices given or required to be given in the Madoff Securities Case or the Adversary Proceeding and all papers filed in the Madoff Securities Case or the Adversary Proceeding should be given to and served

2761453.1

upon the undersigned. Each of the defendants in the Adversary Proceeding reserves all defenses and/or objections available to it.

PLEASE TAKE FURTHER NOTICE that Gregory W. Fox is no longer with Friedman Kaplan Seiler & Adelman LLP.

Dated: New York, New York
October 31, 2012

>    FRIEDMAN KAPLAN SEILER &
>      ADELMAN LLP
>
>    s/ Robert J. Lack
>    Robert J. Lack
>    7 Times Square
>    New York, NY 10036-6516
>    Telephone:  (212) 833-1108
>    Facsimile:  (212) 373-7908
>    E-mail:     rlack@fklaw.com
>
>    *Attorneys for Defendants Multi-Strategy Fund Limited and CDP Capital Tactical Alternative Investments*