UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------

SECURITIES INVESTOR
PROTECTION CORPORATION,      Plaintiff,

-against-

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,   Defendant.
---------------------------------------------------------

Case No.   12-MC-115

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending            [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**William P. Weintraub**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: WW-2897     My State Bar Number is 1689298

I am,
[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Friedman Kaplan Seiler & Adelman LLP
            FIRM ADDRESS: 7 Times Square, New York, NY 10036
            FIRM TELEPHONE NUMBER: (212) 833-1100
            FIRM FAX NUMBER: (212) 373-7953

NEW FIRM:   FIRM NAME: Stutman Treister & Glatt P.C.
            FIRM ADDRESS: 600 Third Avenue, 2nd Floor
            FIRM TELEPHONE NUMBER: (646) 571-2477
            FIRM FAX NUMBER: (212) 202-4047

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: November 9, 2012

_____
ATTORNEY'S SIGNATURE