UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

SECURITIES INVESTOR
PROTECTION CORPORATION,        Plaintiff,

-against-
BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,     Defendant.
-------------------------------------------------------

Case No.   12-MC-115

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Kizzy L. Jarashow
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KJ-9086          My State Bar Number is 4617486

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Friedman Kaplan Seiler & Adelman LLP
            FIRM ADDRESS: 7 Times Square, New York, NY 10036
            FIRM TELEPHONE NUMBER: (212) 833-1100
            FIRM FAX NUMBER: (212) 373-7953

NEW FIRM:   FIRM NAME: Stutman Treister & Glatt P.C.
            FIRM ADDRESS: 600 Third Avenue, 2nd Floor
            FIRM TELEPHONE NUMBER: (646) 571-2479
            FIRM FAX NUMBER: (212) 202-4047

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: November 9, 2012

ATTORNEY'S SIGNATURE