UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　Plaintiff,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Defendant. | 12 Misc. 115 (JSR) |
| In re:<br>MADOFF SECURITIES | **(Relates to consolidated proceedings on Section 550(a) issues)** |

## DESIGNATION OF LEAD COUNSEL FOR SUBSEQUENT TRANSFEREE DEFENDANTS CONCERNING SECTION 550(a) ISSUES RAISED BY ORDER OF THE COURT DATED AUGUST 21, 2012

Pursuant to this Court's Order dated August 21, 2012 in *In re Madoff Sec.*, 12 Misc. 115 (JSR) (Docket No. 314), the Subsequent Transferee Defendants designate Carmine D. Boccuzzi, Jr. of Cleary Gottlieb Steen & Hamilton LLP as lead counsel to advocate their position concerning Section 550(a) Issue (1) and Robinson B. Lacy of Sullivan & Cromwell LLP as lead counsel to advocate their position concerning Section 550(a) Issue (2) at oral argument on December 3, 2012, at 5:00 p.m.

Dated: November 30, 2012
　　　　New York, New York

　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Thomas J. Moloney
　　　　　　　　　　　　　　　　(tmoloney@cgsh.com)

[NEWYORK 2656809_1]

                                  Lawrence B. Friedman
                                    (lfriedman@cgsh.com)
                                Carmine D. Boccuzzi, Jr.
                                    (cboccuzzi@cgsh.com)
                                David Y. Livshiz
                                    (dlivshiz@cgsh.com)
                                Jerilin Buzzetta
                                    (jbuzzetta@cgsh.com)
                                One Liberty Plaza
                                New York, New York 10006
                                (212) 225-2000