UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES. | 12-MC-115 |



## NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

**TO THE CLERK OF THE COURT AND ALL COUNSEL AND PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Stutman, Treister & Glatt P.C. has replaced the law firm of Friedman Kaplan Seiler & Adelman LLP as counsel of record in the above-captioned consolidated case (the "Madoff Securities Case") for the defendants in the following adversary proceedings (collectively, the "Adversary Proceedings"): (i) *Picard v. Nystrom*, 12-cv-02403 (JSR), (ii) *Picard v. Hinte*, 12-cv-02404 (JSR), and (iii) *Picard v. Blumenfeld, et al.*, 12-cv-02405 (JSR). All notices given or required to be given and all papers filed or served or required to be served in the Madoff Securities Case should be provided to and

568458v1

served upon:

> William P. Weintraub
> Gregory W. Fox
> Kizzy L. Jarashow
> STUTMAN, TREISTER & GLATT, P.C.
> 600 Third Avenue, Second Floor
> New York, NY 10016
> Tel: (646) 571-2477
> Fax: (212) 202-4047
> wweintraub@stutman.com
> gfox@stutman.com
> kjarashow@stutman.com

PLEASE TAKE FURTHER NOTICE THAT the defendants in the Adversary Proceedings have knowledge of and consent to this substitution of counsel.

Dated: November 30, 2012

| Stutman, Treister & Glatt, P.C.<br>*Incoming Counsel* | Friedman Kaplan Seiler & Adelman LLP<br>*Outgoing Counsel* |
|---|---|
| By: _____<br>William P. Weintraub, Esq.<br>600 Third Avenue, 2nd Floor<br>New York, NY 10016<br>(646) 571-2477 | By: _____<br>Hal Neier, Esq.<br>7 Times Square<br>New York, NY 10036<br>(212) 833-1100 |

**IT IS SO ORDERED.**

Dated: ____12/5/____, 2012     _____
                                HON. JED S. RAKOFF, U.S.D.J.

2

**Error! Unknown document property name.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES. | 12-MC-115 |

### DECLARATION OF WILLIAM P. WEINTRAUB
### IN SUPPORT OF SUBSTITUTION OF COUNSEL

**WILLIAM P. WEINTRAUB**, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declares as follows:

1. I am a member of the law firm of Stutman, Treister & Glatt, P.C. ("ST&G"), with its New York branch located at 600 Third Avenue, Second Floor, New York, NY 10016. I am a member in good standing of the Bar of the State of New York, and am admitted to practice before this Court.

2. Under Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, I respectfully submit this declaration in support of the substitution of ST&G for Friedman Kaplan Seiler & Adelman LLP ("FKSA") as counsel of record in the above-captioned consolidated case for the defendants in the following adversary

568421v1

proceedings (collectively, the "Adversary Proceedings"): (i) *Picard v. Nystrom*, 12-cv-02403 (JSR), (ii) *Picard v. Hinte*, 12-cv-02404 (JSR), and (iii) *Picard v. Blumenfeld, et al.*, 12-cv-02405 (JSR).

3. The substitution is on consent. The defendants in the Adversary Proceedings wish to substitute ST&G for FKSA. Together with this Declaration, I submit a Notice of Substitution of Counsel and (Proposed) Order that has been signed by me and Hal Neier of FKSA.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 30, 2012

_____
William P. Weintraub