UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
SECURITIES INVESTOR PROTECTION      :
CORPORATION,                                              :
                                                                          :
               Plaintiffs,                                :
                                                                          :
v.                                                                       :
                                                                          :
BERNARD L. MADOFF INVESTMENT    :      12-mc-00115 (JSR)
SECURITIES LLC,                                        :
                                                                          :      **NOTICE OF APPEARANCE**
               Defendants.                              :
                                                                          :
---------------------------------------------------------x
In re:  MADOFF SECURITIES                    :
                                                                          :
---------------------------------------------------------x
                                                                          :
PERTAINS TO CASE NO. 11-3882 (JSR)   :
                                                                          :
---------------------------------------------------------x

      PLEASE TAKE NOTICE that Gary A. Woodfield of the law firm of Haile, Shaw & Pfaffenberger, P.A. hereby appears as counsel for the Defendants listed on the attached Exhibit A, in this action, and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  January 17, 2013            Respectfully submitted,

                                                      /s/ Gary A. Woodfield
                                                    Gary A. Woodfield
                                                    HAILE, SHAW & PFAFFENBERGER, P.A.
                                                    660 U.S. Highway One, Third Floor
                                                    North Palm Beach, FL 33408
                                                    Phone: (561) 627-8100
                                                    Fax: (561) 622-7603
                                                    Email:  gwoodfield@haileshaw.com
                                                    *Counsel for Defendants Listed on*
                                                     *Attached* <u>*Exhibit A*</u>

## LIST OF DEFENDANTS

FRANK AVELLINO

NANCY CARROLL AVELLINO

THOMAS AVELLINO

ASTER ASSOCIATES

STRATTHAM PARTNERS

ASCENT, INC.

KENN JORDAN ASSOCIATES

FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE AS AMENDED AND RESTATED JANUARY 26, 1990

FRANK J. AVELLINO RETAINED ANNUITY TRUST U/A DATED JUNE 24, 1992

FRANK J. AVELLINO GRANTOR ANNUITY TRUST AGREEMENT NUMBER 2 U/A DATED JUNE 24, 1992

FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE UNDER DECLARATION OF TRUST NUMBER ONE DATED JUNE 10, 1988

FRANK J. AVELLINO TRUSTEE OF FRANK J. AVELLINO REVOCABLE TRUST NUMBER 1 AS AMENDED AND RESTATED JANUARY 26, 1990

FRANK J. AVELLINO, TRUSTEE OF FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST UNDER AGREEMENT DATED JUNE 24, 1992

FRANK J. AVELLINO, TRUSTEE OF FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE UNDER DECLARATION OF TRUST NUMBER ONE DATED JUNE 10, 1988

FRANK J. AVELLINO, TRUSTEE OF HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990

FRANK J. AVELLINO, TRUSTEE OF TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990

FRANK J. AVELLINO, TRUSTEE OF MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990

FRANK J. AVELLINO, TRUSTEE OF TAYLOR ASHLEY McEVOY TRUST U/A DATED JUNE 24, 1992

FRANK J. AVELLINO, TRUSTEE OF MADISON ALYSSA McEVOY TRUST U/A DATED JUNE 29, 1990

FRANK J. AVELLINO, TRUSTEE OF SAMUEL AVELLINO GRANTOR RETAINED ANNUITY TRUST

FRANK J. AVELLINO, TRUSTEE OF NOBLE AVELLINO GRANTOR RETAINED ANNUITY TRUST

FRANK J. AVELLINO, TRUSTEE OF STERLING AVELLINO GRANTOR RETAINED ANNUITY TRUST

FRANK J. AVELLINO, TRUSTEE OF AVELLINO FAMILY TRUST

FRANK J. AVELLINO, TRUSTEE OF AVELLINO & BIENES PENSION PLAN AND TRUST

NANCY CARROLL AVELLINO, TRUSTEE OF NANCY CARROLL AVELLINO REVOCABLE TRUST UNDER TRUST AGREEMENT DATED MAY 18, 1992

NANCY CARROLL AVELLINO, TRUSTEE OF THE RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990

NANCY CARROLL AVELLINO, TRUSTEE OF THE RACHEL ROSENTHAL TRUST #3

NANCY CARROLL AVELLINO, TRUSTEE OF RACHEL ROSENTHAL TRUST #2 U/A DATED JUNE 24, 1992

NANCY CARROLL AVELLINO, TRUSTEE OF HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990

NANCY CARROLL AVELLINO, TRUSTEE OF TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990

NANCY CARROLL AVELLINO, TRUSTEE OF MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990

NANCY CARROLL AVELLINO, TRUSTEE OF TAYLOR ASHLEY McEVOY TRUST U/A DATED JUNE 24, 1992

NANCY CARROLL AVELLINO, TRUSTEE OF MADISON ALYSSA McEVOY TRUST U/A DATED JUNE 29, 1990

NANCY CARROLL AVELLINO REVOCABLE TRUST UNDER TRUST AGREEMENT DATED MAY 18, 1992

27 CLIFF, LLC

THE AVELLINO FAMILY FOUNDATION, INC.

AVELLINO FAMILY TRUST

AVELLINO & BIENES

AVELLINO & BIENES PENSION PLAN AND TRUST

GROSVENOR PARTNERS, LTD.

MAYFAIR VENTURES, GP,

MAYFAIR BOOKKEEPING SERVICES, INC.

RACHEL LIERSCH (a/k/a Rachel Rosenthal)

THE RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990

THE RACHEL ROSENTHAL TRUST #2 U/A DATED JUNE 24, 1992

THE RACHEL ROSENTHAL TRUST #3

FRANK AVELLINO, TRUSTEE OF N.A. GRANTOR RETAINED ANNUITY TRUST

FRANK AVELLINO, TRUSTEE OF S.A. GRANTOR RETAINED ANNUITY TRUST

FRANK AVELLINO, TRUSTEE OF ST. A. GRANTOR RETAINED ANNUITY TRUST

MELANIE LOWLES FLOWERS

MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990

HEATHER C. LOWLES

HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990

TAYLOR ASHLEY McEVOY TRUST U/A DATED JUNE 24, 1992

TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990

MADISON ALYSSA McEVOY TRUST U/A DATED JUNE 29, 1990