UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SECURITIES INVESTOR PROTECTION CORPORATION,

Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

-----------------------------------------------------------X

12-mc-00115 (JSR)
Pertains to Cases:
See Exhibit A

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby appears as counsel of record for the defendants listed on Exhibit A. All notices given or required to be given in the case and all papers filed in this case should be served upon the undersigned.

Dated: Garden City, New York
January 18, 2013

JASPAN SCHLESINGER LLP

By: *s/ Shannon Anne Scott*
Shannon Anne Scott
300 Garden City Plaza
Garden City, New York 11530
(516) 746-8000