# EXHIBIT A

| *Civil Case No.* | *Adv. Pro. No.* | *Defendant(s) Represented by Jaspan Schlesinger LLP* |
|---|---|---|
| 12-cv-03100 | 10-04299 | Amy Joel |
| 12-cv-03101 | 10-03223 | Robert A. Luria and Robert Luria Partners |
| 12-cv-03102 | 10-03222 | Amy J. Luria and Amy Luria Partners, LLC |
| 12-cv-03104 | 10-05283 | Susan Greenwald Luria |
| 12-cv-03105 | 10-04291 | Patricia Samuels, individually and as a general partner of the Samuels Family Limited Partnership, Howard Samuels, individually and as a general partner of the Samuels Family Limited Partnership and the Samuels Family Limited Partnership |
| 12-cv-03106 | 10-04291 | Amy Joel, Patricia Samuels, Howard Samuels, Andrew Samuels and Dara Sandler |
| 12-cv-03107 | 10-05043 | The LDP Corp. Profit Sharing Plan And Trust; Leonard D. Pearlman, in his capacity As Trustee for The LDP Corp. Profit Sharing Plan and Trust; and Emanuel R. Pearlman, in his capacity as Trustee for The LDP Corp. Profit Sharing Plan and Trust |
| 12-cv-03108 | 10-04296 | Jeffrey Shankman |
| 12-cv-03103 | 09-01305 | Janet Jaffin individually and in her capacity as Trustee of the Janet Jaffin Dispositive Trust, Milton Cooper in his capacity as Trustee of the Janet Jaffin Dispositive Trust |