UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Securities Investor Protection Corporation,                Plaintiff,

Case No. 12-MC-0115 (JSR)

-against-

Bernard L. Madoff Investment Securities LLC               Defendant.
-------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending            [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Kizzy L. Jarashow**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KJ-9086        My State Bar Number is 4617486

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Stutman, Treister & Glatt, P.C.
             FIRM ADDRESS: 600 Third Avenue, 2d Flr, New York, NY 10016
             FIRM TELEPHONE NUMBER: (646) 571-2479
             FIRM FAX NUMBER: (212) 202-4047

NEW FIRM:    FIRM NAME: Stutman, Treister & Glatt, P.C.
             FIRM ADDRESS: 675 Third Avenue, Suite 2216, New York, NY 10017
             FIRM TELEPHONE NUMBER: (212) 235-0800
             FIRM FAX NUMBER: (212) 235-0848

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 14, 2013

_____
ATTORNEY'S SIGNATURE