UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

Securities Investor Protection
Corporation,                             Plaintiff,

Case No. 12-MC-0115 (JSR)

-against-

Bernard L. Madoff Investment
Securities LLC                           Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Gregory W. Fox**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GF-4477       My State Bar Number is 4477881

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Stutman, Treister & Glatt, P.C.
            FIRM ADDRESS: 600 Third Avenue, 2d Flr, New York, NY 10016
            FIRM TELEPHONE NUMBER: (646) 571-2477
            FIRM FAX NUMBER: (212) 202-4047

NEW FIRM:   FIRM NAME: Stutman, Treister & Glatt, P.C.
            FIRM ADDRESS: 675 Third Avenue, Suite 2216, New York, NY 10017
            FIRM TELEPHONE NUMBER: (212) 235-0800
            FIRM FAX NUMBER: (212) 235-0848

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: February 14, 2013

ATTORNEY'S SIGNATURE