UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>  MADOFF SECURITIES | 12 Misc. 00115 (JSR) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC T. SCHNEIDERMAN, as successor to ANDREW M. CUOMO, Attorney General of the State of New York; BART M. SCHWARTZ, as Receiver for ARIEL FUND, LTD. and GABRIEL CAPITAL, L.P.; DAVID PITOFSKY, as Receiver for ASCOT PARTNERS, L.P. and ASCOT FUND, LTD.; J. EZRA MERKIN; and GABRIEL CAPITAL CORPORATION,<br><br>    Defendants. | 12 Civ. 06733 (JSR)<br><br>Adv. Pro. No. 12-01778 (BRL) |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the Securities Investor Protection Corporation certifies that the Securities Investor Protection

Corporation has no parent corporation and that there are no publicly held corporations that own a 10% or more membership interest.

Dated: Washington, D.C.
February 21, 2013

Respectfully submitted,

/s/Kevin H. Bell
KEVIN H. BELL
Senior Associate General Counsel for
 Dispute Resolution

SECURITIES INVESTOR
  PROTECTION CORPORATION
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
E-mail: kbell@sipc.org