Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>MADOFF SECURITIES,<br><br>Debtor. | Case No. 12 Misc. 115 (JSR) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ERIC T. SCHNEIDERMAN, as successor to ANDREW M. CUOMO, Attorney General of the State of New York; BART M. SCHWARTZ, as Receiver for ARIEL FUND LTD. and GABRIEL CAPITAL, L.P.; DAVID PITOFSKY, as Receiver for ASCOT PARTNERS, L.P. and ASCOT FUND, LTD.; J. EZRA MERKIN; and GABRIEL CAPITAL CORPORATION,<br><br>Defendants. | PERTAINS TO Case No. 12 Civ. 6733<br><br>**AFFIDAVIT OF SERVICE** |

CHRISTINA I. BELANGER, being duly sworn, deposes and says:

I am over 18 years, am not a party to this proceeding and am employed by the law firm of Baker Hostetler LLP, located at 45 Rockefeller Plaza, New York, New York 10111.

On February 21, 2013, I served true copies of the following documents:

- *Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Application for Enforcement of Automatic Stay and Issuance of Preliminary Injunction;*

- *Notice of Appearance of Kevin H. Bell on Behalf of the Securities Investor Protection Corporation;*

- *Notice of Appearance of Nathanael S. Kelley on Behalf of the Securities Investor Protection Corporation and;*

- *Securities Investor Protection Corporation's Rule 7.1 Corporate Disclosure Statement.*

via e-mail, upon the following:

claffey@reedsmith.com; jmccarroll@reedsmith.com; JSiev@reedsmith.com mvenditto@reedsmith.com; dpitofsky@goodwinprocter.com; cnewcomb@goodwinprocter.com; kmalaska@goodwinprocter.com; jschwartz@goodwinprocter.com; dglosband@goodwinprocter.com; neil.steiner@dechert.com; andrew.levander@dechert.com; jonathan.perry@dechert.com; gary.mennitt@dechert.com; jwang@sipc.org; nkelley@sipc.org

On February 21, 2013, I served, via first class mail, true copies of the above documents upon the following:

**James Craig McCarroll**
Reed Smith
599 Lexington Avenue
New York, NY 10022

**Daniel M. Glosband**
**David B. Pitofsky**
**Christopher Rowe Newcomb**
Goodwin Procter, LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405

**Neil A. Steiner**
**Andrew J. Levander**
Dechert, LLP
1095 Avenue of the Americas
New York, NY 10036-6797

**Nathanael Stephen Kelley**
Securities Investor Protection Corporation
805 15th Street, N.W.
Suite 800
Washington, D.C. 20005

**Eric T. Schneiderman, as Successor To Andrew M. Cuomo,**
Attorney General of the State of New York
Office of the Attorney General
Attn David N. Ellenhorn
120 Broadway
New York, NY 10271

by depositing a true copy in a first class, postpaid, properly addressed, sealed envelope, in an official depository of the United States Postal Service, located in the State of New York.

_____
CHRISTINA I. BELANGER

Sworn to before me this
22nd day of February, 2013

_____
Notary Public

KERIN DONAHUE
Notary Public, State of New York
No. 01DO6241670
Qualified in Queens County
Certificate Filed in New York County
Commission Expires May 23, 2015