```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SECURITIES INVESTOR PROTECTION       :
CORPORATION,                         :
                                     :
        Plaintiff,                   :
                                     :    12 MC 115 (JSR)
        -v-                          :
                                     :    OMNIBUS ORDER
BERNARD L. MADOFF INVESTMENT         :
SECURITIES LLC,                      :
                                     :
        Defendant.                   :
------------------------------------x
In re:                               :
                                     :
MADOFF SECURITIES                    :
------------------------------------x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/13

JED S. RAKOFF, U.S.D.J.

The following motions have all been disposed of, albeit piecemeal, in prior orders of the Court:

- <u>Irving H. Picard v. James Greiff</u>, 11 Civ. 3775: Amended Motion to Withdraw Reference, ECF No. 53.

- <u>Irving H. Picard v. Gerald Blumenthal</u>, 11 Civ. 4293: Second Motion to Withdraw Reference, ECF No. 26.

- <u>Irving H. Picard v. Robert Potamkin</u>, 11 Civ. 4401: Motion for Judgment on the Pleadings and Joinder in the Arguments Raised in Gerald Blumenthal's Motion to Dismiss, ECF No. 4.

- <u>Irving H. Picard v. Lewis R. Franck et al.</u>, 11 Civ. 4723: Motion for Joinder in the Arguments Raised in Gerald Blumenthal's Motion to Dismiss, ECF No. 4.

- <u>Irving H. Picard v. Lewis R. Franck et al.</u>, 11 Civ. 4723: Amended Motion for Joinder in the Arguments Raised in Gerald Blumenthal's Motion to Dismiss, ECF No. 5.

- <u>Irving H. Picard v. Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Trust, et al.</u>, 11 Civ. 4726: Motion for Joinder in the Arguments Raised in Gerald Blumenthal's Motion to Dismiss, ECF No. 4.

- <u>Irving H. Picard v. Jonathan Sobin</u>, 11 Civ. 4728: Motion for Joinder in the Arguments Raised in Gerald Blumenthal's Motion to Dismiss, ECF No. 4.

- <u>Irving H. Picard v. Harold J. Hein</u>, 11 Civ. 4936: Second Motion to Withdraw Reference, ECF No. 62.

- <u>Irving H. Picard v. Kara Fishbein Goldman et al.</u>, 11 Civ. 4959: Second Motion to Withdraw Reference as Related to Bankruptcy Court Case No. 10-4735, ECF No. 66.

- <u>Bernard L. Madoff Investment Securities LLC et al. v. Brown et al.</u>, 11 Civ. 5155: Motion for Joinder in the Arguments Raised in Gerald Blumenthal's Motion to Dismiss, ECF No. 3.

- <u>Irving H. Picard v. Bell Ventures Limited et al.</u>, 11 Civ. 5507: Supplemental Motion to Withdraw Reference, ECF No. 13.

- <u>Irving H. Picard v. Joseph E. Plastaras</u>, 11 Civ. 7192: Motion to Dismiss and Joinder, ECF No. 4.

- <u>Irving H. Picard v. David Abel</u>, 11 Civ. 7766: Amended Motion to Withdraw Reference, ECF No. 12.

- <u>Irving H. Picard v. American Securities Management, L.P., et al.</u>, 11 Civ. 8018: Motion for Joinder in the Moving Defendants' Motion to Withdraw the Reference Filed November 7, 2011, ECF No. 5.

- <u>Irving H. Picard v. American Securities Management, L.P., et al.</u>, 11 Civ. 8018: Motion for Joinder in the Moving Defendants' Motion to Withdraw the Reference Filed November 7, 2011, ECF No. 23.

- <u>Irving H. Picard v. Elaine Pikulik</u>, 11 Civ. 8532: Motion to Withdraw Reference, ECF No. 7.

- <u>Irving H. Picard v. Natixis et al.</u>, 11 Civ. 9501: Motion to Withdraw Reference to the United States Bankruptcy Court, ECF No. 5.

- <u>Irving H. Picard v. Peter Joseph</u>, 12 Civ. 36: Supplemental Motion to Withdraw Reference Pursuant to 28 U.S.C. Section 157(d) to Assert Lack of Jurisdiction Under Stern v. Marshall, ECF No. 7.

- <u>Irving H. Picard v. Gary J. Korn et al.</u>, 12 Civ. 37: Supplemental Motion to Withdraw Reference Pursuant to 28 U.S.C. Section 157(d) to Assert Lack of Jurisdiction Under Stern v. Marshall, ECF No. 11.

- <u>Irving H. Picard v. Queensgate Foundation</u>, 12 Civ. 38: Supplemental Motion to Withdraw Reference Pursuant to 28 U.S.C.

Section 157(d) to Assert Lack of Jurisdiction Under Stern v. Marshall, ECF No. 7.

- Irving H. Picard v. Story Family Trust #3 et al., 12 Civ. 39: Supplemental Motion to Withdraw Reference Pursuant to 28 U.S.C. Section 157(d) to Assert Lack of Jurisdiction Under Stern v. Marshall, ECF No. 11.

- Irving H. Picard v. Theodore Story et al., 12 Civ. 40: Supplemental Motion to Withdraw Reference Pursuant to 28 U.S.C. Section 157(d) to Assert Lack of Jurisdiction Under Stern v. Marshall, ECF No. 7.

- Irving H. Picard v. SG Hambros Bank & Trust (Bahamas) Limited et al., 12 Civ. 531: Motion for Joinder in Motion to Withdraw the Reference to the Bankruptcy Court, ECF No. 6.

- Irving H. Picard v. Estate of Elaine S. Fox et al., 12 Civ. 1691: Motion to Amend/Correct Motion to Withdraw the Bankruptcy Reference, ECF No. 4.

- Irving H. Picard v. Joan Roman, 12 Civ. 2315: Amended Motion to Withdraw Reference, ECF No. 4.

- Irving H. Picard v. S&P Associates et al., 12 Civ. 2316: Amended Motion to Withdraw Reference, ECF No. 5.

- Irving H. Picard v. Robert Roman, 12 Civ. 2318: Amended Motion to Withdraw Reference, ECF No. 4.

The Clerk of the Court is hereby ordered to close all of the above motions. The motions are closed without prejudice to renewal

after all of the issues subject to common briefing have been fully adjudicated by a final order of this Court, should any issues remain outstanding at that point.

    SO ORDERED.

Dated: New York, NY
March 8, 2013

                                    JED S. RAKOFF, U.S.D.J.