UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION　　　　　:
CORPORATION,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Plaintiff,　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　:　　12-mc-00115 (JSR)
　　　　　-v-　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　**NOTICE OF WITHDRAWAL**
BERNARD L. MADOFF INVESTMENT　　　　　　:　　**OF APPEARANCE**
SECURITIES LLC,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　Defendant.　　　　　　 :
---------------------------------------------------------------x
In re:　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
MADOFF SECURITIES　　　　　　　　　　　　:
---------------------------------------------------------------x
PERTAINS TO CASE 12-cv-2638　　　　　　　:
---------------------------------------------------------------x

　　　　PLEASE TAKE NOTICE that Claudio R. Ochoa of the law firm of Morvillo, Abramowitz, Grand, Iason & Anello, P.C., with offices located at 565 Fifth Avenue, New York, New York 10017, hereby withdraws his appearance as counsel for Defendant Robert Blum. All other previously appearing counsel from Morvillo, Abramowitz, Grand, Iason & Anello, P.C. continue to serve as counsel in this action for Robert Blum.

Dated: New York, New York
March 25, 2013

          MORVILLO, ABRAMOWITZ, GRAND,
          IASON & ANELLO, P.C.

By: */s/ Claudio R. Ochoa*
    Claudio R. Ochoa
    (cochoa@maglaw.com)
565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (Phone)
(212) 856-9494 (Fax)

*Attorneys for Defendant Robert Blum*