**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**



| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendants. | 12 Misc. 00115 (JSR) |
| In re MADOFF SECURITIES | |
| PERTAINS TO THE FOLLOWING CASE: | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. ERIC T. SCHNEIDERMAN, as successor to ANDREW M. CUOMO, Attorney General of the State of New York; BART M. SCHWARTZ, as Receiver for ARIEL FUND LTD. and GABRIEL CAPITAL, L.P.; DAVID PITOFSKY, as Receiver for ASCOT PARTNERS, L.P. and ASCOT FUND, LTD.; J. EZRA MERKIN; and GABRIEL CAPITAL CORPORATION, Defendants. | 12 Civ. 06733 (JSR) Adv. Pro. No. 12-01778 (BRL) **STIPULATION AND ORDER TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), and the estate of Bernard L. Madoff, individually, by and through his counsel, and Eric T. Schneiderman, as successor to Andrew M. Cuomo, Attorney General of the State of New York ("NYAG"); Bart M. Schwartz, as Receiver for Ariel Fund Ltd. ("Ariel Fund") and Gabriel Capital, L.P. ("Gabriel Fund"); David Pitofsky (together with Schwartz, the "Receivers"), as Receiver for Ascot Partners, L.P. ("Ascot Partners," and together with Ariel Fund and Gabriel Fund, the "Merkin Funds"), by and through their respective counsel (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on January 25, 2013, this Court entered in the above-captioned proceeding a so-ordered stipulation attached hereto as Exhibit A authorizing the Trustee to file certain documents under seal; and

WHEREAS, on March 11, 2013, this Court entered in the above-captioned proceeding a so-ordered stipulation attached hereto as Exhibit B further authorizing the Parties to file certain documents under seal; and

WHEREAS, the Parties seek further authority to file under seal in connection with supplemental briefing by the Parties authorized by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE PARTIES:

1. The Parties are authorized to file under seal and/or in redacted form documents (1) designated "confidential" under the Bankruptcy Court's Litigation Protective Order dated June 6, 2011 ("LPO"); (2) treated confidentially pursuant to any confidentiality agreement

-2-

among any of the Parties; and/or (3) entitled to confidential treatment under the Federal Rules of Evidence, including material entitled to confidential treatment under Federal Rule of Evidence 408 (collectively, "Confidential Information").

2. The Parties are authorized to file any briefs, pleadings or portions thereof addressing any Confidential Information in redacted form and/or under seal.

3. The Party making a filing under seal pursuant to Paragraph 1 or 2 shall provide the District Court with unredacted and complete copies of documents, briefs, or pleadings filed pursuant to this Stipulation.

4. All parties to this Stipulation who are served with the documents, briefs, or pleadings filed under seal and/or as redacted (who do not otherwise have those documents without restrictions on their use) shall maintain the confidentiality of any Confidential Information therein.

5. All parties to this Stipulation reserve all rights, including without limitation the right to challenge at a later time the parties' prior designation of documents as "confidential," or to oppose any such challenge.

Dated:   April 3, 2013
         New York, New York

<table>
<tr><td>

_(signature)_
Eric T. Schneiderman
Attorney General of the State of New York
David Ellenhorn, Esq.
Senior Trial Counsel
Office of the Attorney General
120 Broadway
25th Floor
New York, NY 10271
Telephone: (212) 416-6388

*Attorneys for the People of the State of New York*

_(signature) w/ permission 12:48pm_
James C. McCarroll, Esq.
Jordan W. Siev, Esq.
Michael J. Venditto, Esq.
Reed Smith LLP
599 Lexington Avenue
22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: jmccarroll@reedsmith.com
Email: claffey@reedsmith.com

*Attorneys for Bart M. Schwartz as Receiver for Ariel Fund Ltd. and Gabriel Capital, L.P.*

</td><td>

_(signature)_
David J. Sheehan, Esq.
Deborah H. Renner, Esq.
Keith R. Murphy, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
Email: drenner@bakerlaw.com
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

_(signature)_
Kevin H. Bell
Senior Associate General Counsel
For Dispute Resolution
Nathanael S. Kelley, Esq.
Staff Attorney
Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Facsimile: (202) 371-6728
Email: kbell@sipc.org
Email: nkelley@sipc.org

*Attorneys for the Securities Investor Protection Corporation*

</td></tr>
</table>

|  |  |
|---|---|
| _____<br>David Pitofsky, Esq.<br>Daniel M. Glosband, Esq.<br>Joseph A. Schwartz, Esq.<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333<br>Email: dpitofsky@goodwinprocter.com<br>Email: dglosband@goodwinprocter.com<br>Email: jschwartz@goodwinprocter.com<br><br>*Attorneys for David Pitofsky as Receiver for Ascot Partners, L.P. and Ascot Fund, Ltd.* | *Neil Steiner* / KRm w/permission 12:49pm<br>Neil Steiner, Esq.<br>Andrew J. Levander, Esq.<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>Email: neil.steiner@dechert.com<br>Email: Andrew.levander@dechert.com<br><br>*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation* |

SO ORDERED.

Dated: April __, 2013
       New York, New York

_____
            JED S. RAKOFF, U.S.D.J.

| | |
|---|---|
| *David Ellenhorn* (signature)<br>Eric T. Schneiderman<br>Attorney General of the State of New York<br>David Ellenhorn, Esq.<br>Senior Trial Counsel<br>Office of the Attorney General<br>120 Broadway<br>25th Floor<br>New York, NY 10271<br>Telephone: (212) 416-6388<br><br>*Attorneys for the People of the State of New York* | David J. Sheehan, Esq.<br>Deborah H. Renner, Esq.<br>Keith R. Murphy, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Email: dsheehan@bakerlaw.com<br>Email: drenner@bakerlaw.com<br>Email: kmurphy@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* |
| James C. McCarroll, Esq.<br>Jordan W. Siev, Esq.<br>Michael J. Venditto, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue<br>22nd Floor<br>New York, NY 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>Email: jmccarroll@reedsmith.com<br>Email: claffey@reedsmith.com<br><br>*Attorneys for Bart M. Schwartz as Receiver for Ariel Fund Ltd. and Gabriel Capital, L.P.* | Kevin H. Bell<br>Senior Associate General Counsel<br>For Dispute Resolution<br>Nathanael S. Kelley, Esq.<br>Staff Attorney<br>Securities Investor Protection Corporation<br>805 Fifteenth Street, N.W., Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 371-8300<br>Facsimile: (202) 371-6728<br>Email: kbell@sipc.org<br>Email: nkelley@sipc.org<br><br>*Attorneys for the Securities Investor Protection Corporation* |

| | |
|---|---|
| *[signature]*<br>David Pitofsky, Esq.<br>Daniel M. Glosband, Esq.<br>Joseph A. Schwartz, Esq.<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333<br>Email: dpitofsky@goodwinprocter.com<br>Email: dglosband@goodwinprocter.com<br>Email: jschwartz@goodwinprocter.com<br><br>*Attorneys for David Pitofsky as Receiver for Ascot Partners, L.P. and Ascot Fund, Ltd.* | Neil Steiner, Esq.<br>Andrew J. Levander, Esq.<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 698-3500<br>Facsimile: (212) 698-3599<br>Email: neil.steiner@dechert.com<br>Email: Andrew.levander@dechert.com<br><br>*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation* |

SO ORDERED.

Dated: April 8, 2013
      New York, New York

*[signature]*
JED S. RAKOFF, U.S.D.J.