USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,
                    Plaintiff,            12 MC 115 (JSR)

-against-                   **JUDGMENT**

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
                    Defendant.
------------------------------------------------------------X
In Re;

MADOFF SECURITIES
------------------------------------------------------------X
PERTAINS TO THE FOLLOWING CASE:
------------------------------------------------------------X

IRVING H. PICARD,
                    Plaintiff,           12 CIVIL 6733 (JSR)

-against-                   **JUDGMENT**

ERIC T. SCHNEIDMAN, as successor to
ANDREW M. CUOMO, Attorney General of the
State of New York; BART M. SCHWARTZ, as
Receiver for ARIEL FUND LTD. and GABRIEL
CAPITAL, L.P.,; DAVID PITOFSKY, as
Receiver for ASCOT PARTNERS, L.P. and
ASCOT FUND, LTD.; J. EZRA MERKIN; and
GABRIEL CAPITAL CORPORATION,
                    Defendants.
------------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Jed S. Rakoff, United States District Judge, and the Court, on April 15, 2013, having rendered its Opinion and Order directing the Clerk of the Court to enter final judgment dismissing the Complaint with prejudice and close item 1 on the docket of 12 civ. 6733, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated April 15, 2013, Final judgment is hereby entered; the complaint is dismissed with prejudice and item 1 on the docket of 12 civ. 6733 is closed.

**Dated:** New York, New York
April 18, 2013

**RUBY J. KRAJICK**
Clerk of Court
BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____