USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | **Case No. 12 MC 115 (JSR)**<br>ECF CASE |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>vs.<br><br>LEGACY CAPITAL LTD.; ISAAC JIMMY MAYER; RAFAEL MAYER; DAVID MAYER; KHRONOS LLC; KHRONOS CAPITAL RESEARCH LLC; BNP PARIBAS SECURITIES CORP., HCH MANAGEMENT COMPANY LTD.; MONTPELLIER RESOURCES LTD.; INVERSIONES COQUE S.A.; AURORA RESOURCES LTD.; and OLYMPUS ASSETS LDC,<br><br>Defendants. | PERTAINS TO<br>CASE NO. 1:11-cv-07764-UA<br>ECF CASE<br><br>[Adv. Pro. No. 10-05286 (BRL)]<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

The Motion of DREW M. DILLWORTH ("**Applicant**"), of the Law Firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar in the State of Florida, and the bars of the United States District Courts for the Southern and Middle Districts of

Florida, and the United States Court of Appeals for the Eleventh Circuit; and that his contact information is as follows:

>DREW M. DILLWORTH, ESQ.
>ddillworth@stearnsweaver.com
>STEARNS WEAVER MILLER WEISSLER
>ALHADEFF & SITTERSON, P.A.
>Museum Tower, Suite 2200
>150 West Flagler Street
>Miami, FL 33130
>Telephone (Main):   (305) 789-3200
>Telephone (Direct): (305) 789-3598
>Facsimile:          (305) 789-2615

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant, ISAAC JIMMY MAYER, a Defendant in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/1/, 2013
New York, New York

_____
United States District Judge

#2745784 v1

STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Telephone (Main):     (305) 789-3200
Telephone (Direct):   (305) 789-3598
Facsimile:            (305) 789-2615
Drew M. Dillworth, Esq.
*Counsel for Defendant, Isaac Jimmy Mayer*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (BRL)<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | **Case No. 12 MC 115 (JSR)**<br>ECF CASE<br><br>PERTAINS TO<br>CASE NO. 1:11-cv-07764-UA<br>ECF CASE |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>vs.<br><br>LEGACY CAPITAL LTD.; ISAAC JIMMY MAYER; RAFAEL MAYER; DAVID MAYER; KHRONOS LLC; KHRONOS CAPITAL RESEARCH LLC; BNP PARIBAS SECURITIES CORP., HCH MANAGEMENT COMPANY LTD.; MONTPELLIER RESOURCES LTD.; INVERSIONES COQUE S.A.; AURORA RESOURCES LTD.; and OLYMPUS ASSETS LDC,<br><br>Defendants. | [Adv. Pro. No. 10-05286 (BRL)]<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

PERTAINS TO CASE NO. 1:11-cv-07764-UA

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and

Case No. 12 MC 115 (JSR)<br>
PERTAINS TO CASE NO. 1:11-cv-07764-UA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2013, a true and correct copy of the foregoing Motion was served by Notice of Electronic Filing ("NEF") on all parties registered to receive NEF in this case and by U.S. Mail, postage prepaid, to all parties not registered to receive NEF in this case, as indicated on the attached Service List.

By: _/s/ Drew M. Dillworth_
DREW M. DILLWORTH
Florida Bar No. 167835

Case No. 12 MC 115 (JSR)
PERTAINS TO CASE NO. 1:11-cv-07764-UA

# Service List
# Case 1:12-mc-00115-JSR

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **1994 Trust for the Children of Stanley and Pamela Chais**
  asherman@sillscummis.com
- **1996 Trust for the Children of Stanley and Pamela Chais**
  asherman@sillscummis.com
- **1999 Trust for the Grandchildren of Stanley and Pamela Chais**
  asherman@sillscummis.com
- **Robert Alan Abrams**
  rabrams@katskykorins.com
- **Paul H. Aloe**
  paloe@kudmanlaw.com,lwhite@kudmanlaw.com
- **Parvin Kristy Aminolroaya**
  paminolroaya@seegerweiss.com
- **Joshua S. Androphy**
  jandrophy@faillacelaw.com
- **Ari Chais 1999 Trust**
  asherman@sillscummis.com
- **Ari Chais Transferee Trust No. I**
  asherman@sillscummis.com
- **Lauren Attard**
  lattard@sipc.org,rcotchan@sipc.org
- **Donald Mark Badaczewski**
  dbadaczewski@cohengresser.com,vharris@cohengresser.com,mlopez@cohengresser.com,lpina@cohengresser.com
- **Bank Julius Baer & Co. Ltd.**
  vweber@mckoolsmith.com
- **William John Barrett**
  william.barrett@bfkn.com
- **Jessica Lyn Bartlett**
  jessica.bartlett@shearman.com
- **Andrew Mark Behrman**
  andrew.behrman@hoganlovells.com,marie.ferrara@hoganlovells.com,jessica.tartanella@hoganlovells.com
- **Kevin H. Bell**
  kbell@sipc.org,rcotchan@sipc.org
- **Benjamin Paul Chasalow 1999 Trust**
  asherman@sillscummis.com
- **Benjamin Paul Chasalow Transferee Trust No. 1**
  asherman@sillscummis.com
- **Jeremy A. Berman**
  jberman@skadden.com

- **Tammy Phyllis Bieber**
  bieber@thsh.com,litpara@thsh.com
- **Laura Grossfield Birger**
  lbirger@cooley.com,calendarreq@cooley.com
- **Carmine D. Boccuzzi , Jr**
  maofiling@cgsh.com,cboccuzzi@cgsh.com
- **Ina R. Bort**
  ibort@kvwmail.com
- **Jeff Edward Butler**
  jeff.butler@cliffordchance.com,john.alexander@cliffordchance.com,nycmanagingclerk'soffice@cliffordchance.com
- **Jerilin Buzzetta**
  jbuzzetta@cgsh.com,maofiling@cgsh.com
- **Rebecca Biber Callaway**
  rebecca.callaway@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com
- **Carlos J. Canino**
  ccanino@stearnsweaver.com,cgraver@stearnsweaver.com,mmesones-mori@stearnsweaver.com,valfonso@stearnsweaver.com
- **Lee A Casey**
  lcasey@bakerlaw.com
- **Andrew David Waggaman Cattell**
  acattell@stblaw.com
- **Mark Chais**
  asherman@sillscummis.com
- **Miri Chais**
  asherman@sillscummis.com
- **William Chais**
  asherman@sillscummis.com
- **Wrenn Chais**
  asherman@sillscummis.com
- **Chais Investments, Ltd.**
  asherman@sillscummis.com
- **Chais Management, Inc.**
  asherman@sillscummis.com
- **Chais Management, Ltd.**
  asherman@sillscummis.com
- **Chais Venture Holdings**
  asherman@sillscummis.com
- **Helen Davis Chaitman**
  HChaitman@becker-poliakoff.com,cdavis@becker-poliakoff.com,lblanco@becker-poliakoff.com,jgorchkova@becker-poliakoff.com
- **Emily Chasalow**
  asherman@sillscummis.com
- **Michael Chasalow**
  asherman@sillscummis.com
- **Chloe Frances Chais 1994 Trust**
  asherman@sillscummis.com

5

Case No. 12 MC 115 (JSR)
PERTAINS TO CASE NO. 1:11-cv-07764-UA

- **Chloe Frances Chais Transferee Trust No. I**
  asherman@sillscummis.com
- **Dianne Frances Coffino**
  dcoffino@cov.com,maony@cov.com
- **Jonathan David Cogan**
  jonathan.cogan@kobrekim.com
- **Matthew Harris Cohen**
  mcohen@dialglobal.com
- **Kimberly Perrotta Cole**
  kimberly.cole@kobrekim.com
- **Nicholas J. Cremona**
  ncremona@bakerlaw.com,bhaa@bakerlaw.com
- **Mark Geoffrey Cunha**
  mcunha@stblaw.com,managingclerk@stblaw.com
- **Mandy DeRoche**
  deroche@sewkis.com
- **Richard Henry Dolan**
  rhd@schlamstone.com
- **Todd E. Duffy**
  tduffy@andersonkill.com,dnolan@andersonkill.com
- **David Elbaum**
  delbaum@bruneandrichard.com,krenta@bruneandrichard.com,MClerk@bruneandrichard.com
- **Emily Chais 1983 Trust**
  asherman@sillscummis.com
- **Emily Chais Issue Trust No. 1**
  asherman@sillscummis.com
- **Emily Chais Issue Trust No. II**
  asherman@sillscummis.com
- **Emily Chais Trust No. 2**
  asherman@sillscummis.com
- **Emily Chais Trust No. 3**
  asherman@sillscummis.com
- **Stephanie R Feld**
  sfeld@skadden.com,John.Murphy@skadden.com,jhofer@skadden.com,claire.james@skadden.com,Jason.Putter@skadden.com,Max.Polonsky@skadden.com,Jason.Vigna@skadden.com,Gia.Wakil@skadden.com
- **Michael Svetkey Feldberg**
  michael.feldberg@newyork.allenovery.com,kurt.vellek@newyork.allenovery.com
- **Evelyn Fisher**
  mccormick@mintzandgold.com
- **Max Folkenflik**
  mfolkenflik@fmlaw.net,brobinson@fmlaw.net,agreene@fmlaw.net
- **Elise Scherr Frejka**
  efrejka@kramerlevin.com,docketing@kramerlevin.com
- **Joshua John Fritsch**
  fritschj@sullcrom.com,s&cmanagingclerk@sullcrom.com

Case No. 12 MC 115 (JSR)
PERTAINS TO CASE NO. 1:11-cv-07764-UA

- **Bernard J. Garbutt , III**
  bgarbutt@morganlewis.com,nymanagingclerk@morganlewis.com,khicks@morganlewis.com
- **James B. Glucksman**
  jglucksman@ddw-law.com,ch11esq@yahoo.com
- **Neal Goldman**
  mccormick@mintzandgold.com
- **Julie Gorchkova**
  jgorchkova@beckerny.com
- **Lawrence C. Gottlieb**
  lgottlieb@cooley.com,calendarreq@cooley.com
- **Marc Joel Gottridge**
  marc.gottridge@hoganlovells.com,marie.ferrara@hoganlovells.com,jessica.tartanella@hoganlovells.com,arona.samb@hoganlovells.com
- **Amy Christine Gross**
  agross@kvwmail.com
- **Andrew M. Grossman**
  agrossman@bakerlaw.com
- **John Han**
  john.han@kobrekim.com,ankita.chaudhary@kobrekim.com
- **Timothy P. Harkness**
  timothy.harkness@freshfields.com,$usmanagingattorneyteam@freshfields.com
- **Christopher R. Harris**
  christopher.harris@lw.com,rachel.feld@lw.com,damon.gaynair@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com
- **Marcy Ressler Harris**
  marcy.harris@srz.com,courtfilings@srz.com
- **Mickee M. Hennessy**
  mhennessy@westermanllp.com
- **Kenneth Alan Hicks**
  khicks@wcsm445.com
- **Susan Louise Amble Higgins**
  susan.higgins@freshfields.com,suzanne.alenick@freshfields.com
- **George Robert Hirsch**
  ghirsch@sillscummis.com
- **Fran R. Hoffinger**
  fhoffinger@hsrlaw.com
- **Jack S. Hoffinger**
  sburris@hsrlaw.com
- **Daniel Solomon Holzman**
  danielholzman@quinnemanuel.com
- **Cheryl Lynn Howard**
  cheryl.howard@freshfields.com,richard.rodriguez@freshfields.com,suzanne.alenick@freshfields.com
- **Gates Salyers Hurand**
  ghurand@maglaw.com
- **Mark Joseph Hyland**
  Hyland@sewkis.com

Case No. 12 MC 115 (JSR)
PERTAINS TO CASE NO. 1:11-cv-07764-UA

- **Virginia Iglesia**
  vweber@mckoolsmith.com
- **Aaron Fong Jaroff**
  aaron.jaroff@lw.com,rachel.feld@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com
- **Jonathan Chais Transferee Trust No. I**
  asherman@sillscummis.com
- **Jonathan Wolf Chais 1996 Trust**
  asherman@sillscummis.com
- **Justin Robert Chasalow 1999 Trust**
  asherman@sillscummis.com
- **Justin Robert Chasalow Transferee Trust No. 1**
  asherman@sillscummis.com
- **Marc E. Kasowitz**
  mkasowitz@kasowitz.com,courtnotices@kasowitz.com
- **Joshua B Katz**
  jbk@kbg-law.com
- **Peter Eric Kazanoff**
  pkazanoff@stblaw.com,managingclerk@stblaw.com
- **Nathanael Stephen Kelley**
  nkelley@sipc.org
- **Frederick Reed Kessler**
  Fkessler@wmd-law.com
- **Seong Hwan Kim**
  skim@steptoe.com
- **Susheel Kirpalani**
  susheelkirpalani@quinnemanuel.com,mliberman@milbank.com
- **Michael Aaron Klein**
  mklein@cooley.com,calendarreq@cooley.com
- **Jason Andrew Kolbe**
  jason.kolbe@lw.com
- **Jonathan G. Kortmansky**
  jkortmansky@sandw.com,mstein@sandw.com,slarkin@sandw.com,rlombardo@sandw.com,kabravanel@sandw.com,fvelie@sandw.com
- **Bryan Krakauer**
  bkrakauer@sidley.com,nyefiling@sidley.com,emcdonnell@sidley.com
- **Bennette Deacy Kramer**
  bdk@schlamstone.com
- **Bethany Elisa Kriss**
  bethany.kriss@allenovery.com,toby.mann@allenovery.com,kurt.vellek@allenovery.com
- **Morton Kurzrok**
  jmiller@westermanllp.com
- **Robert Joel Lack**
  rlack@fklaw.com,vgarvey@fklaw.com,jshaw@fklaw.com
- **Robinson Burrell Lacy**
  Lacyr@sullcrom.com,s&cmanagingclerk@sullcrom.com
- **James N Lawlor**
  JLawlor@wmd-law.com,jgiampolo@wmd-law.com

8

Case No. 12 MC 115 (JSR)
PERTAINS TO CASE NO. 1:11-cv-07764-UA

- **Barry Richard Lax**
  blax@laxneville.com,gpretto@laxneville.com,sandra@laxneville.com
- **Alan Levine**
  alevine@cooley.com,calendarreq@cooley.com
- **Richard Levy , Jr**
  rlevy@pryorcashman.com,docketing@pryorcashman.com
- **Kenneth Walter Lipman**
  klipman@sldsmlaw.com
- **David Yury Livshiz**
  dlivshiz@cgsh.com,maofiling@cgsh.com,jjohnston@cgsh.com
- **Robert Scott Loigman**
  robertloigman@quinnemanuel.com
- **Madeline Celia Chais 1992 Trust**
  asherman@sillscummis.com
- **Madeline Chais Transferee Trust No. I**
  asherman@sillscummis.com
- **David J. Mark**
  dmark@kasowitz.com,courtnotices@kasowitz.com
- **Mark Hugh Chais 1983 Trust**
  asherman@sillscummis.com
- **Mark Hugh Chais Issue Trust No. I**
  asherman@sillscummis.com
- **Mark Hugh Chais Issue Trust No. II**
  asherman@sillscummis.com
- **Mark Hugh Chais Trust No. 2**
  asherman@sillscummis.com
- **Mark Hugh Chais Trust No. 3**
  asherman@sillscummis.com
- **Isaac Jimmy Mayer**
  estearns@stearnsweaver.com
- **Terence William McCormick**
  mccormick@mintzandgold.com
- **David Harrison McGill**
  david.mcgill@kobrekim.com
- **David John McLean**
  david.mclean@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com,NJECFiling@lw.com
- **Sarah Elizabeth Mendola**
  mendola@thsh.com,litpara@thsh.com
- **Jeffrey Alan Miller**
  jmiller@westermanllp.com
- **Harold D. Moorefield , Jr**
  hmoorefield@stearnsweaver.com,cgraver@stearnsweaver.com,mmesones-mori@stearnsweaver.com,larrazola@stearnsweaver.com,bank@stearnsweaver.com
- **Carole Neville**
  carole.neville@snrdenton.com
- **Steven H Newman**
  snewman@katskykorins.com

Case No. 12 MC 115 (JSR)
PERTAINS TO CASE NO. 1:11-cv-07764-UA

- **Onondaga, Inc.**
  asherman@sillscummis.com
- **Onondaga, Inc. Defined Benefit Pension Plan**
  asherman@sillscummis.com
- **Onondaga, Inc. Money Purchase Plan**
  asherman@sillscummis.com
- **David Joseph Onorato**
  david.onorato@freshfields.com,$usmanagingattorneyteam@freshfields.com
- **Adam B. Oppenheim**
  aoppenheim@bakerlaw.com,bhaa@bakerlaw.com
- **Barbra Rachel Parlin**
  barbra.parlin@hklaw.com,glenn.huzinec@hklaw.com,elvin.ramos@hklaw.com
- **Fred H. Perkins**
  fhperkins@morrisoncohen.com,courtnotices@morrisoncohen.com
- **William B. Pollard , III**
  wpollard@kvwmail.com
- **William L. Prickett**
  wprickett@seyfarth.com,mviglas@seyfarth.com,rmalloy@seyfarth.com,bosdocket@seyfarth.com
- **Rachel Allison Chasalow 1999 Trust**
  asherman@sillscummis.com
- **Rachel Allison Chasalow Transferee Trust No. 1**
  asherman@sillscummis.com
- **Sara Ann Ricciardi**
  Sara.Ricciardi@Shearman.com
- **Mark David Richardson**
  mark.richardson@srz.com,courtfilings@srz.com
- **Eric Rieder**
  erieder@bryancave.com,dortiz@bryancave.com
- **Michael John Riela**
  michael.riela@lw.com
- **David B. Rivkin**
  drivkin@bakerlaw.com
- **Kimberly Joan Robinson**
  kim.robinson@bfkn.com
- **David Corey Rose**
  drose@pryorcashman.com,docketing@pryorcashman.com
- **Robert Jay Rosenberg**
  robert.rosenberg@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com
- **Seth L. Rosenberg**
  rosenberg@clayro.com
- **Claudio Godinez RoumainOchoa**
  cochoa@maglaw.com
- **Susan Leslie Saltzstein**
  ssaltzst@skadden.com
- **Thomas James Schell**
  tjschell@bryancave.com,dortiz@bryancave.com

10

Case 1:12-mc-00115-JSR  Document 465  Filed 05/02/13  Page 12 of 15
Case 1:12-mc-00115-JSR  Document 463  Filed 04/30/13  Page 11 of 13

Case No. 12 MC 115 (JSR)
PERTAINS TO CASE NO. 1:11-cv-07764-UA

- **Marco Enrique Schnabl**
  mschnabl@skadden.com
- **Shannon Anne Scott**
  sscott@jaspanllp.com
- **Joanna Shally**
  jshally@shearman.com
- **Andrew Howard Sherman**
  asherman@sillscummis.com
- **Richard E Signorelli**
  rsignorelli@nyclitigator.com,rsignorelli@aol.com
- **Howard L. Simon**
  hsimon@windelsmarx.com,ivoryteam@windelsmarx.com
- **Linda Sohn**
  mccormick@mintzandgold.com
- **Edward M. Spiro**
  espiro@magislaw.com
- **Eugene E. Stearns**
  estearns@stearnsweaver.com,cgraver@stearnsweaver.com,mmesones-mori@stearnsweaver.com,jmejia@stearnsweaver.com
- **Mitchell C. Stein**
  mstein@sandw.com,rlombardo@sandw.com
- **Xochitl S. Strohbehn**
  xochitlstrohbehn@quinnemanuel.com
- **Sumitomo Trust & Banking Co. Ltd.**
  jstern@beckerglynn.com
- **Daniel Hershel Tabak**
  dtabak@cohengresser.com,vharris@cohengresser.com,mlopez@cohengresser.com,lpina@cohengresser.com
- **Tali Chais 1997 Trust**
  asherman@sillscummis.com
- **Tali Chais Transferee Trust No. I**
  asherman@sillscummis.com
- **Carrie Ann Tendler**
  carrie.tendler@kobrekim.com
- **Trust U/T/A 8/20/90**
  mccormick@mintzandgold.com
- **Trust U/W/O David L. Fisher**
  mccormick@mintzandgold.com
- **Alan M. Unger**
  aunger@sidley.com,nyefiling@sidley.com,steven.robinson@sidley.com
- **Unicycle Corporation**
  asherman@silscummis.com
- **Unicycle Corporation Money Purchase Plan**
  asherman@sillscummis.com
- **Unicycle Trading Company**
  asherman@sillscummis.com
- **Franklin B. Velie**
  fvelie@sandw.com,rlombardo@sandw.com,mmalloy@sandw.com

11

Case No. 12 MC 115 (JSR)
PERTAINS TO CASE NO. 1:11-cv-07764-UA

- **Lawrence Robert Velvel**
  velvel@mslaw.edu
- **Lawrence Robert Velvel**
  velvel@mslaw.edu
- **Kyle Louisa Wallace**
  kyle.wallace@lw.com
- **Paula J. Warmuth**
  pjw@stim-warmuth.com,gpw@stim-warmuth.com
- **Oren J. Warshavsky**
  owarshavsky@bakerlaw.com,nlandrio@bakerlaw.com,bhbkteam@bakerlaw.com,lmedina@bakerlaw.com,bhlitdocket@bakerlaw.com,bhaa@bakerlaw.com
- **William P Weintraub**
  wweintraub@stutman.com
- **Michael E. Wiles**
  mewiles@debevoise.com
- **William & Wren Chais 1994 Family Trust**
  asherman@sillscummis.com
- **William Frederick Chais 1983 Trust**
  asherman@sillscummis.com
- **William Frederick Chais Issue Trust No. I**
  asherman@sillscummis.com
- **William Frederick Chais Issue Trust No. II**
  asherman@sillscummis.com
- **William Frederick Chais Trust No. 2**
  asherman@sillscummis.com
- **William Frederick Chais Trust No. 3**
  asherman@sillscummis.com
- **Gary A. Woodfield**
  gwoodfield@haileshaw.com,sborges@haileshaw.com,bpetroni@haileshaw.com
- **Jennifer Leigh Young**
  jyoung@milberg.com,mecf@pacernotice.com
- **Menachem O. Zelmanovitz**
  mzelmanovitz@morganlewis.com

Case No. 12 MC 115 (JSR)
PERTAINS TO CASE NO. 1:11-cv-07764-UA

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case and were served by U.S. Mail, postage prepaid:

**Robert Blum**
Morvillo Abramowitz
565 Fifth Ave
New York, NY 10017

**Michael Richard Dal Lago**
Morrison Cohen Singer & Weinstein, LLP
909 Third Avenue
27th Floor
New York, NY 10022

#2745193 v1

# Supreme Court of Florida
## Certificate of Good Standing

I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### DREW MICHAEL DILLWORTH

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **April 30, 1999**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 26, 2013.

Clerk of the Supreme Court of Florida.