Judith A. Archer
David L. Barrack
Jami Mills Vibbert
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY  10103
Tel.:  (212) 318-3000
Fax:  (212) 318-3400
jarcher@fulbright.com
dbarrack@fulbright.com
jvibbert@fulbright.com
*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
SECURITIES INVESTOR PROTECTION
CORPORATION,
              Plaintiff,
    -v-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
              Defendant.
---------------------------------------- X

Case No. 12-MC-115 (JSR)

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
              Debtor.
---------------------------------------- X

Adv. Proc. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

PERTAINS TO THE FOLLOWING CASE:

IRVING H. PICARD,
              Plaintiff,
    -v-

ERIC T. SCHNEIDERMAN, as successor to
ANDREW M. CUOMO, Attorney General of the
State of New York; BART M. SCHWARTZ, as
Receiver for ARIEL FUND LTD.; DAVID
PITOFSKY, as Receiver for ASCOT PARTNERS,
L.P., and ASCOT FUND, LTD.; J. EZRA MERKIN;
and GABRIEL CAPITAL CORPORATION,
              Defendants.
---------------------------------------- X

Civil Action No. 12 Civ. 06733 (JSR)

- 2 -

**NOTICE OF APPOINTMENT AS RECEIVER
FOR DEFENDANT ASCOT PARTNERS, L.P.**

PLEASE TAKE NOTICE that Ralph C. Dawson, a Partner in the law firm of Fulbright & Jaworski L.L.P., has been appointed to replace David Pitofsky as Receiver for Defendant Ascot Partners, L.P.

Dated: New York, New York
 May 17, 2013

FULBRIGHT & JAWORSKI L.L.P.

By:   /s/ Jami Mills Vibbert
      Judith A. Archer
      David L. Barrack
      Jami Mills Vibbert
666 Fifth Avenue
New York, New York  10103
Tel.:  (212) 318-3000
Fax:  (212) 318-3400
jarcher@fulbright.com
dbarrack@fulbright.com
jvibbert@fulbright.com

*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P.*