Judith A. Archer
David L. Barrack
Jami Mills Vibbert
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, NY  10103
Tel.:  (212) 318-3000
Fax:  (212) 318-3400
jarcher@fulbright.com
dbarrack@fulbright.com
jvibbert@fulbright.com
*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff,<br> -v-<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Case No. 12-MC-115 (JSR) |
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Debtor. | Adv. Proc. No. 08-01789 (BRL)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| PERTAINS TO THE FOLLOWING CASE:<br><br>IRVING H. PICARD,<br>    Plaintiff,<br> -v-<br>ERIC T. SCHNEIDERMAN, as successor to ANDREW M. CUOMO, Attorney General of the State of New York; BART M. SCHWARTZ, as Receiver for ARIEL FUND LTD.; DAVID PITOFSKY, as Receiver for ASCOT PARTNERS, L.P., and ASCOT FUND, LTD.; J. EZRA MERKIN; and GABRIEL CAPITAL CORPORATION,<br>    Defendants. | Civil Action No. 12 Civ. 06733 (JSR) |

- 2 -

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David L. Barrack, a Partner in the law firm of Fulbright & Jaworski L.L.P., being admitted to practice in this Court, hereby enters an appearance as counsel in the above-captioned action on behalf of Ralph C. Dawson as Receiver for Defendant Ascot Partners, L.P., and requests that he be served with all future filings.

Dated: New York, New York
        May 17, 2013

FULBRIGHT & JAWORSKI L.L.P.

By:     /s/ David L. Barrack
        Judith A. Archer
        David L. Barrack
        Jami Mills Vibbert
666 Fifth Avenue
New York, New York  10103
Tel.:  (212) 318-3000
Fax:  (212) 318-3400
jarcher@fulbright.com
dbarrack@fulbright.com
jvibbert@fulbright.com

*Attorneys for Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P.*