UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | 12-mc-00115 (JSR)<br><br>ECF Case<br><br>Electronically Filed |
| In re:<br><br>MADOFF SECURITIES | |

## NOTICE OF WITHDRAWAL OF STEPHANIE R. FELD AS COUNSEL

      PLEASE TAKE NOTICE that Stephanie R. Feld of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), an attorney admitted to practice in this Court, hereby withdraws as counsel on behalf of defendants UniCredit S.p.A.("UniCredit"), Pioneer Alternative Investment Management Ltd. ("PAI") and Pioneer Global Asset Management S.p.A ("PGAM") in this consolidated action.  Ms. Feld has announced that she is leaving her position as Counsel at Skadden and, accordingly, withdraws her appearance in this matter.  UniCredit, PAI and PGAM will continue to be represented by other Skadden counsel.

Dated: June 25, 2013
      New York, New York

                      **SKADDEN, ARPS, SLATE,**
                      **MEAGHER & FLOM LLP**


                      By: /s/   Stephanie R. Feld_____
                           Stephanie R. Feld


                      Four Times Square
                      New York, New York 10036-6522
                      Telephone: (212) 735-2107
                      Fax: (917) 777-2107
                      Stephanie.Feld@skadden.com