**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNIE L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | 12 MC-~~885~~ 115<br>Adv. Pro. No. 08-01789<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>MADOFF SECURITIES | |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>KBC INVESTMENTS LTD.,<br><br>Defendant. | 12 Civ. 2877 (JSR)<br>Adv. Pro. No. 11-02761 (BRL) |

Upon the motion of Bryan Krakauer, attorney for KBC Investments Ltd.,

**IT IS HEREBY ORDERED** that

> Bryan Krakauer
> SIDLEY AUSTIN LLP
> One South Dearborn
> Chicago, Illinois 60603
> Tel.: (312) 853-7000
> Fax: (312) 853-7036
> bkrakauer@sidley.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/10/13

is admitted to practice pro hac vice as counsel for KBC Investments Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
      9/10, 2013

_____
Honorable Jed S. Rakoff
United States District Judge

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Bryan Krakauer

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 1, 1982 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, September 06, 2012.

*Carolyn Taft Grosboll*

Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNIE L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | 12 MC 0015<br><br>Adv. Pro. No. 08-01789<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>MADOFF SECURITIES | |
| IRVING H. PICARD,<br><br>Plaintiff,<br><br>v.<br><br>KBC INVESTMENTS LTD.,<br><br>Defendant. | 12 Civ. 2877 (JSR)<br><br>Adv. Pro. No. 11-02761 (BRL) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Bryan Krakauer, hereby move this Court for an Order for admission pro hac vice to appear as counsel for KBC Investments Ltd. in the above-captioned action. I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any State or Federal Court.

Dated: New York, New York
       September 28, 2012

                          Respectfully submitted,

                          /s/ Bryan Krakauer
                          Bryan Krakauer
                          SIDLEY AUSTIN LLP
                          One South Dearborn
                          Chicago, Illinois 60603
                          Tel.: (312) 853-7000
                          Fax: (312) 853-7036
                          bkrakauer@sidley.com