UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

SECURITIES INVESTOR PROTECTION
CORPORATION
                      Plaintiff,                                     12 MC 00115 (JSR)

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                      Defendant.
------------------------------------------------------------------ X
In re:
MADOFF SECURITIES
------------------------------------------------------------------ X
PERTAINS TO CASE 12 CV 02409
------------------------------------------------------------------ X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Vladimir Pavlovic, of the law firm of Morgan, Lewis & Bockius LLP, an attorney admitted to practice in this Court, hereby appears as counsel on behalf of defendants Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin and Andrew Kostin (the "Kostin Defendants") in the above-captioned consolidated action, and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned. The Kostin Defendants reserve all defenses or objections to the jurisdiction or venue of this Court, and this appearance in no way waives any such rights.

Dated: September 12, 2013             Respectfully submitted,
      New York, New York

                                            MORGAN, LEWIS & BOCKIUS LLP

                                       By: _____
                                            Vladimir Pavlovic
                                            101 Park Avenue
                                            New York, New York 10178
                                            (212) 309-6000

                                            *Attorneys for the Kostin Defendants*

DB1/ 75291844.1