UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------

Securities Investor Protection Corp.            Plaintiff,

Case No. 12-mc-00115 (JSR)

-against-

Bernard L. Madoff Investment Securities L.L.C.            Defendant.

--------------------------------------------------

AMENDED NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Todd E. Duffy**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: TD9863      My State Bar Number is 3060696

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Anderson Kill & Olick, P.C.
            FIRM ADDRESS: 1251 Avenue of the Americas, NY, NY 10020
            FIRM TELEPHONE NUMBER: (212) 278-1000
            FIRM FAX NUMBER: (212) 278-1733

NEW FIRM:   FIRM NAME: DuffyAmedeo LLP
            FIRM ADDRESS: 275 Seventh Avenue, 7th Floor, NY, NY 10001
            FIRM TELEPHONE NUMBER: (212) 729-5832
            FIRM FAX NUMBER: (212) 208-2437

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: September 12, 2013

_____
ATTORNEY'S SIGNATURE