UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
SECURITIES INVESTOR PROTECTION   :
CORPORATION                      :
               Plaintiff,    :      12 MC 00115 (JSR)
              v.                  :
                                 :
BERNARD L. MADOFF INVESTMENT     :
SECURITIES LLC,                  :
                                 :
               Defendant.    :
------------------------------------------------------------------- X
In re:                           :
MADOFF SECURITIES                :
------------------------------------------------------------------- X
PERTAINS TO CASE 12 CV 02409     :
------------------------------------------------------------------- X

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Morgan, Lewis & Bockius LLP hereby withdraws the appearance of Menachem O. Zelmanovitz as one of the attorneys of record for Defendants Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin and Andrew Kostin (the "Kostin Defendants") in the above-captioned proceeding. Other counsel from Morgan, Lewis, & Bockius LLP, i.e. Bernard J. Garbutt III and Vladimir Pavlovic remain as counsel for the Kostin Defendants.

Dated:  September 12, 2013
        New York, New York

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Vladimir Pavlovic
101 Park Avenue
New York, New York 10178
(212) 309-6000

*Attorneys for the Kostin Defendants*

DB1/ 75766936.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION : <br> Plaintiff, : <br> : <br> v. : <br> : <br> BERNARD L. MADOFF INVESTMENT : <br> SECURITIES LLC, : <br> : <br> Defendant. : | 12 MC 00115 (JSR) <br><br><br> **PROPOSED ORDER** |

------------------------------------------------------------------- X
Inre: :
MADOFF SECURITIES :
------------------------------------------------------------------- X
PERTAINS TO CASE 12 CV 02409 :
------------------------------------------------------------------- X

WHEREAS, this Court, having considered the Notice Of Withdrawal Of Appearance of Menachem O. Zelmanovitz and Affidavit Of Vladimir Pavlovic In Support Of Withdrawal Of Appearance, IT IS HEREBY ORDERED that Mr. Zelmanovitz's appearance in the above-captioned case is WITHDRAWN.

Dated: September ___, 2013
       New York, New York

                                        SO ORDERED:


                                        _____
                                        The Honorable Jed S. Rakoff, U.S.D.J.