UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

SECURITIES INVESTOR PROTECTION　　　　　　　:
CORPORATION　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　　　　　: 　　12 MC 00115 (JSR)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
BERNARD L. MADOFF INVESTMENT　　　　　　　　:
SECURITIES LLC,　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　Defendant.　　　　　　　　　　　　　　　:
------------------------------------------------------------------- X
In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
MADOFF SECURITIES　　　　　　　　　　　　　　　　　　:
------------------------------------------------------------------- X
PERTAINS TO CASE 12 CV 02409　　　　　　　　　　　:
------------------------------------------------------------------- X

## AFFIDAVIT OF VLADIMIR PAVLOVIC IN
## SUPPORT OF WITHDRAWAL OF APPEARANCE

I, VLADIMIR PAVLOVIC, being first duly sworn, hereby depose and say as follows:

1.   Morgan, Lewis & Bockius LLP has been retained by Defendants Kostin Company, Susan Kostin, Deborah Weinstein, David Kostin, and Andrew Kostin (the "Kostin Defendants") as counsel and to appear as lead counsel on behalf of the Kostin Defendants in the present action.

2.   I am an associate with Morgan, Lewis & Bockius LLP and have appeared on behalf of the Kostin Defendants in the present action.

3.   Menachem O. Zelmanovitz is no longer an attorney with the law firm of Morgan, Lewis & Bockius LLP.

DB1/ 75767233.1

4..   Accordingly, I make this Affidavit in support of the Kostin Defendants' withdrawal of Menachem O. Zelmanovitz as one of its counsel of record in the present action.

Dated: September 12, 2013
New York, New York

_____
VLADIMIR PAVLOVIC

Sworn to and subscribed before me
this 12th day of September, 2013.

_____
NOTARY PUBLIC

CHARLES M. CALVARUSO
NOTARY PUBLIC, State of New York
No. 01CA4818473
Qualified in New York County
Commission Expires August 31, 2014

DB1/ 75767233.1