Dennis J. Nolan, Esq.
Luma al-Shabib, Esq.
Beth D. Simon, Esq.
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendants. | 12-MC-00115 (JSR)<br><br>Case No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING L. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA PRIME FUND LIMITED, and SENATOR FUND SPC,<br><br>Defendants. | PERTAINS TO THE FOLLOWING CASES:<br>11-CV-06524 (JSR)<br>11-CV-06541 (JSR)<br>11-CV-06677 (JSR)<br>12-CV-2162 (JSR)<br>12-CV-2239 (JSR)<br>12-CV-2431 (JSR)<br>12-CV-3401 (JSR) |

**NOTICE OF MOTION OF ANDERSON KILL P.C.
TO WITHDRAW AS COUNSEL TO DEFENDANTS
ALPHA PRIME FUND, LTD. AND SENATOR FUND SPC.**

**PLEASE TAKE NOTICE**, that at a time and date to be determined by the Court, Anderson Kill P. C., will move before the Honorable Jed S. Rakoff, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY to withdraw as counsel to Defendants Alpha Prime Fund, Ltd. and Senator Fund SpC (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Anderson Kill P.C. shall rely upon the accompanying Memorandum of Law, the Declaration of Dennis J. Nolan in support of the Motion, and the proposed order annexed hereto.

Dated:  New York, New York
        October 2, 2013

                                Respectfully submitted,

                                ANDERSON KILL P.C.

                                By: _____***Dennis J. Nolan***_____
                                         Dennis J. Nolan
                                         Luma al-Shabib
                                         Beth D. Simon
                                1251 Avenue of the Americas
                                New York, New York  10020
                                (212) 278-1000
                                (212) 278-1733 (Fax)

2

# EXHIBIT A

nydocs1-1020223.1

Dennis J. Nolan, Esq.
Luma al-Shabib, Esq.
Beth D. Simon, Esq.
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendants. | 12 MC 00115 (JSR)<br><br>Case No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Debtor. | |
| IRVING L. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>ALPHA PRIME FUND LIMITED, and SENATOR FUND SPC,<br><br>                              Defendants. | PERTAINS TO THE FOLLOWING CASES:<br>11-CV-06524 (JSR)<br>11-CV-06541 (JSR)<br>11-CV-06677 (JSR)<br>12-CV-2162 (JSR)<br>12-CV-2239 (JSR)<br>12-CV-2431 (JSR)<br>12-CV-3401 (JSR) |

**ORDER GRANTING APPLICATION OF ANDERSON KILL P.C.**
**TO WITHDRAW AS COUNSEL TO DEFENDANTS ALPHA PRIME FUND, LTD. AND**
**SENATOR FUND SPC.**

4

nydocs1-1020223.1

Upon the application (the "<u>Application</u>") of Anderson Kill P.C. ("<u>AK</u>"), counsel to Defendants Alpha Prime Fund, Ltd. and Senator Fund SpC for entry of an order authorizing AK to withdraw as counsel; and due and proper notice of the Application having been given; and it appearing that no other or further notice is required; and upon consideration of the Application and all pleadings related thereto; and no objection to the Application having been made, and sufficient cause having been shown therefore; it is hereby:

    ORDERED that the Application is GRANTED.

Dated:  New York, New York
         October ___, 2013

                                              _____
                                              Honorable Jed S. Rakoff