UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : Adv. Pro. No. 08-01789 (BRL) |
| Plaintiff, | : |
| v. | : Civil Action No. 12-mc-0115 (JSR) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : |
| Defendant. | : |

------------------------------------------------------------------X

In re

MADOFF SECURITIES

------------------------------------------------------------------X

## NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

**TO THE CLERK OF THE COURT AND ALL COUNSEL AND PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Katten Muchin Rosenman LLP, 575 Madison Avenue, New York, New York 10022, has been substituted in place of the law firm of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, as counsel of record in the above-captioned consolidated case for defendant Neil S. Goldman, individually and in his capacity as Executor of the Estate of Mayer Goldman, in the civil action captioned *Picard v. Neil S. Goldman, et al.*, 11-cv-08575 (JSR). All notices given or required to be given in the above referenced actions shall be given to and served upon the following:

> KATTEN MUCHIN ROSENMAN LLP
> 575 Madison Avenue
> New York, New York 10022
> Attn:   Anthony L. Paccione
> Telephone: (212) 940-8800
> Facsimile: (212) 940-8776
> Email:  anthony.paccione@kattenlaw.com

PLEASE TAKE FURTHER NOTICE THAT defendant Neil S. Goldman has knowledge of and consents to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>October 7, 2013 | Dated: New York, New York<br>October 2, 2013 |

| KATTEN MUCHIN ROSENMAN LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| By: /s/ Anthony L. Paccione<br>Anthony L. Paccione<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone: 212.940.8800<br>Facsimile: 212.940.8776 | By: /s/ Elise S. Frejka<br>Philip Bentley<br>Elise S. Frejka<br>Jason S. Rappaport<br>1177 Avenue of the Americas<br>New York, New York  10036<br>Telephone: 212.715.9100<br>Facsimile: 212.715.8000 |

Dated: New York, New York
_____, 2013

SO ORDERED:

_____
HON. JED S. RAKOFF, U.S.D.J.

KL2 2815152.1