```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION            :  Adv. Pro. No. 08-01789 (BRL)
CORPORATION,                              :
                    Plaintiff,            :
          v.                              :  Civil Action No. 12-mc-0115 (JSR)
                                          :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES LLC,                           :
                    Defendant.            :
-----------------------------------------------------------------X
In re                                     :
                                          :
MADOFF SECURITIES                         :
                                          :
-----------------------------------------------------------------X
```

## DECLARATION OF ANTHONY L. PACCIONE
## IN SUPPORT OF SUBSTITUTION OF COUNSEL

I, ANTHONY L. PACCIONE declare as follows:

      1.     I am a partner in the law firm of Katten Muchin Rosenman LLP ("<u>Katten Muchin</u>") and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Katten Muchin for Kramer Levin Naftalis & Frankel LLP, as counsel of record in the above-captioned consolidated case for defendant Neil S. Goldman, individually and in his capacity as Executor of the Estate of Mayer Goldman, in the civil action captioned *Picard v. Neil S. Goldman, et al.*, 11-cv-08575 (JSR).

      2.     Defendant Neil S. Goldman has requested and consents to this substitution of counsel.

      3.     It is not expected that any delay or prejudice will result to any party in this action from this substitution of counsel.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
October 7, 2013

By: /s/ Anthony L. Paccione
Anthony L. Paccione