UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant.<br>In re:<br><br>MADOFF SECURITIES | 12-mc-0115 (JSR) |

### NOTICE OF ANTECEDENT DEBT DEFENDANTS' MOTION
### FOR 28 U.S.C. § 1292(b) CERTIFICATION

PLEASE TAKE NOTICE THAT the Antecedent Debt Defendants (as defined by the Court's Order, *In re Madoff Sec.*, No. 12-mc-0115 (JSR), (S.D.N.Y. May 12, 2012), ECF No. 107), represented by the counsel listed below will move the Honorable Jed S. Rakoff, United States District Judge, on November 26, 2013, to amend the Court's Opinion and Order of October 15, 2013 ("the Order") to include a certification under 28 U.S.C. § 1292(b), pursuant to Federal Rule of Appellate Procedure 5(a)(3), Rule 59 of the Federal Rules of Civil Procedure, and Federal Rule of Bankruptcy Procedure 9023.  The Antecedent Debt Defendants seek leave to appeal the Court's interlocutory ruling on the issues addressed in the Order.

The Motion is based upon the accompanying Memorandum, the briefing and supporting materials on the merits of the antecedent debt issues, all other pleadings and papers

filed in these proceedings, and any other matters that may properly come before the Court. Pursuant to the briefing schedule approved by the Court on October 25, 2013, responsive papers, if any, must be filed and served on or before November 19, 2013, and reply papers, if any, must be filed and served on or before November 26, 2013. The Motion will be considered on the papers.

Dated: October 29, 2013

**K&L GATES LLP**

By: /s/ Richard A. Kirby
    Richard A. Kirby
    Laura L. Clinton
    Martha Rodriguez-Lopez

1601 K Street NW
Washington, DC 20006-1600


**BECKER & POLIAKOFF LLP**

By: /s/ Helen Davis Chaitman
    Helen Davis Chaitman
45 Broadway
New York, NY 10006


**KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.**

By: /s/ Matthew J. Gold
    David Parker
    Matthew J. Gold
551 Fifth Avenue
New York, New York 10176

2

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

By: /s/ Elise S. Frejka
　　Philip Bentley
　　Elise S. Frejka
　　Jason Rappaport
1177 Avenue of the Americas
New York, New York 10036

**KUDMAN TRACHTEN ALOE LLP**

By: /s/ Paul H. Aloe
　　Paul H. Aloe
　　Evan S. Cowit
The Empire State Building
350 Fifth Avenue, Suite 4400
New York, New York 10118

**LOEB & LOEB LLP**

By: /s/ P. Gregory Schwed
　　Walter H. Curchack
　　P. Gregory Schwed
　　Daniel B. Besikof
345 Park Avenue
New York, New York  10154

                              **STUTMAN, TREISTER & GLATT, PC**

                              By: <u>/s/ William P. Weintraub</u>
                                   William P. Weintraub
                                   Gregory W. Fox
                                   Kizzy L. Jarashow
                            675 Third Avenue, Suite 2216
                            New York, New York 10017
                            (212) 235-0800

*Of Counsel:*

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
Marc E. Kasowitz
Daniel J. Fetterman
David J. Mark
1633 Broadway
New York, New York 10019

**PRYOR CASHMAN LLP**
Richard Levy, Jr.
7 Times Square
New York, New York 10036-6569

**SCHULTE ROTH & ZABEL LLP**
Marcy Ressler Harris
Jennifer M. Opheim
Mark D. Richardson
919 Third Avenue
New York, New York  10022

**SNR DENTON US LLP**
Carole Neville, Esq.
1221 Avenue of the Americas
New York, NY 10020