UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant.<br>In re:<br><br>MADOFF SECURITIES | 12-mc-0115 (JSR) |

## CERTIFICATE OF SERVICE

　　　　I, Richard A. Kirby, hereby certify that on October 29, 2013, I caused true and correct copies of Notice of Antecedent Debt Defendants' Motion for 28 U.S.C. §1292(b) Certification and Antecedent Debt Defendants' Memorandum of Law in Support of Motion to Amend October 15, 2013 Opinion and Order Regarding Antecedent Debt Issues to Add 28 U.S.C. §1292(b) Certification for Interlocutory Appeal to be served upon counsel for those parties who receive electronic service through ECF.

Dated: October 29, 2013

　　　　　　　　　　　　　　　　　　　　**K&L GATES LLP**

　　　　　　　　　　　　　　　　　　　　By: /s/ Richard A. Kirby
　　　　　　　　　　　　　　　　　　　　　　　Richard A. Kirby

1