Parvin K. Aminolroaya
SEEGER WEISS LLP
77 Water Street, 26th Floor
New York, NY 10005
Tel: (212) 584-0700
Fax: (212) 584-0799

*Attorneys for the M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss and Gary M. Weiss*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. <br> In re: <br><br> MADOFF SECURITIES | 12-mc-0115 (JSR) |

**DEFENDANTS' JOINDER IN CERTAIN ANTECEDENT DEBT**
**DEFENDANTS' MOTION FOR 28 U.S.C § 1292(b) CERTIFICATION**

The M & B Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss, Melvyn I. Weiss, Barbara J. Weiss, Stephen A. Weiss, Leslie Weiss, and Gary M. Weiss hereby join in the Motion to Amend the Court's October 15, 2013 Opinion And Order Regarding Antecedent Debt Issues to include a certification under 28 U.S.C. § 1292(b), pursuant to Federal Rule of Appellate Procedure 5(a)(3), Rule 59 of the Federal Rules of Civil Procedure, and Federal Rule of

-2-

Bankruptcy Procedure 9023 and all papers submitted therewith (Doc. Nos. 490-92), filed by

Certain Antecedent Debt Defendants in *In re Madoff Sec.,* No. 12-mc-0115 (JSR).

Dated: October 29, 2013
     New York, NY

**SEEGER WEISS LLP**

By: <u>s/ Parvin K. Aminolroaya</u>
    Parvin K. Aminolroaya
    77 Water Street, 26th floor
    New York, New York 10005
    Telephone: (212) 584-0700
    Facsimile: (212) 584-0799
    Email: paminolroaya@seegerweiss.com

*Attorney for Defendants*