UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　Defendant. | 12 Misc. 00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 11-02760  (BRL)<br><br>No. 12 Civ. 01939 (JSR) |

**NOTICE OF WITHDRAWAL FOR BETHANY KRISS**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE that Bethany Kriss of Allen & Overy LLP hereby withdraws as counsel for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.) because I will no longer be associated with Allen & Overy LLP.  The law firm continues to serve as counsel for the defendant through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated: New York, New York
       November 1, 2013

      Respectfully submitted,

      ALLEN & OVERY LLP

      By: /s/ Bethany Kriss
      Bethany Kriss
      Michael Feldberg
      1221 Avenue of the Americas
      New York, NY 10020
      Telephone: (212) 610-6300
      Facsimile:  (212) 610-6399
      Email: bethany.kriss@allenovery.com

      *Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.)*