UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>      Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | 12 Misc. 00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>      Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard Madoff,<br><br>      Plaintiff,<br><br>   v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>      Defendant. | Adv. Pro. No. 10-05354 (BRL)<br><br>No. 11 Civ. 06878 (JSR) |

**NOTICE OF WITHDRAWAL FOR BETHANY KRISS**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Bethany Kriss of Allen & Overy LLP hereby withdraws as counsel for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.) because I will no longer be associated with Allen & Overy LLP. The law firm continues to serve as counsel for the defendant through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated: New York, New York
November 1, 2013

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Bethany Kriss
Bethany Kriss
Michael Feldberg
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email: bethany.kriss@allenovery.com

*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.)*