UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                              Defendant. | 12 Misc. 00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard Madoff,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>                              Defendant. | Adv. Pro. No. 10-05354 (BRL)<br><br>No. 11 Civ. 06878 (JSR) |

**NOTICE OF APPEARANCE FOR BRIAN A. DE HAAN**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brian A. de Haan of Allen & Overy LLP, who is admitted to practice before this Court and is in good standing, enters an appearance as counsel for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.) and ABN AMRO Incorporated in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: New York, New York
       November 5, 2013

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Brian A. de Haan
Brian A. de Haan
Michael Feldberg
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile:  (212) 610-6399
Email: brian.dehaan@allenovery.com

*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.) and ABN AMRO Incorporated*