UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>              Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>              Defendant. | 12 Misc. 00115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>              Defendant. | Adv. Pro. No. 11-02760 (BRL)<br><br>No. 12 Civ. 01939 (JSR) |

**NOTICE OF APPEARANCE FOR BRIAN A. DE HAAN**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brian A. de Haan of Allen & Overy LLP, who is admitted to practice before this Court and in good standing, enters an appearance as counsel for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.) in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers filed in connection with the action be served on the undersigned.

Dated: New York, New York
November 5, 2013

>Respectfully submitted,
>
>ALLEN & OVERY LLP
>
>By: /s/ Brian A. de Haan
>Brian A. de Haan
>Michael Feldberg
>1221 Avenue of the Americas
>New York, NY 10020
>Telephone: (212) 610-6300
>Facsimile:  (212) 610-6399
>Email: brian.dehaan@allenovery.com
>
>*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland N.V.)*