UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION        Case No. 12-MC-00115 (JSR)
CORPORATION et al,

                Plaintiffs,                    ECF Case

      - against –

BERNARD MADOFF INVESTMENT             **NOTICE OF APPEARANCE**
SECURITIES LLC et al.                 **AND DEMAND**

                Defendants.
------------------------------------------------------------------x
In re:
MADOFF SECURITIES
------------------------------------------------------------------x

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

      **PLEASE TAKE NOTICE**, that Richard W. Trotter of Tannenbaum Helpern Syracuse & Hirschtritt LLP has been retained as an attorney for Defendants Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., and Partners Advisers S.A., appears in this action, and requests that service of all papers, and notices of all proceedings in this action, be served upon the undersigned at the office and post office address listed below.

Dated: New York, New York
       November 8, 2013          TANNENBAUM HELPERN
                                           SYRACUSE & HIRSCHTRITT LLP

                                          By: s/ Richard W. Trotter
                                             Richard W. Trotter

                                         900 Third Avenue
                                         New York, New York 10022
                                         (212) 508-7542
                                         Email – trotter@thsh.com
                                         *Attorneys for Defendants Square One Fund*
                                         *Ltd., Luc D. Estenne, Square Asset*
                                         *Management Ltd., Partners Advisers S.A.*