UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SECURITIES INVESTOR
PROTECTION CORPORATION,

                Plaintiff,

      v.                                   12-MC-115 (JSR)

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

                Movants.
-------------------------------------------------------x
In re

BERNARD L. MADOFF SECURITIES,      **(Relates to consolidated proceedings on 11 U.S.C. § 550(a))**

                Debtor.
-------------------------------------------------------x

## NOTICE OF MOTION FOR CERTIFICATION
## PURSUANT TO 28 U.S.C. § 1292(b)

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion for Certification Pursuant to 28 U.S.C. § 1292(b), and all the papers filed and proceedings had herein, the undersigned Defendants, by and through their undersigned counsel, respectfully move this Court, The Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, to amend the Court's Opinion and Order entered October 29, 2013, to state that it involves a controlling question of law as to which there is substantial ground for difference of opinion, as follows:

> Whether the Trustee's recovery action against a subsequent transferee under 11 U.S.C. § 550(a) must be dismissed unless the Trustee has either obtained a judgment against the relevant subsequent transferee avoiding the initial transfer or the Trustee asserts a claim against the subsequent transferee to avoid the initial transfer within the period prescribed by 11 U.S.C. § 546(a),

and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation, pursuant to 28 U.S.C. § 1292(b).

Opposing papers must be filed and served on or before December 10, 2013.  Any reply papers must be served on or before December 20, 2013.

Dated:  New York, New York
           November 12, 2013

    /s/ Robinson B. Lacy
Robinson B. Lacy
Sharon L. Nelles
Patrick B. Berarducci
Yavar Bathaee
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004

*Attorneys for Movants Standard Chartered Bank International (Americas) Ltd., Standard Chartered International (USA) Ltd., and Standard Chartered Financial Services (Luxembourg) S.A., Adv. No. 12-1565, 12 Civ. 4328*

Scott B. Schreiber
Andrew T. Karron
ARNOLD & PORTER LLP
555 12th Street NW
Washington, DC  20004
Tel:  (202) 942-5000
Fax:  (202) 942-5999

*Attorneys for Defendant Atlantic Security Bank, Adv. No. 11-2730, 12 Civ. 2980*

David W Parham
Baker Y McKenzie LLP
2300 Trammell Crow Center
Dallas, Texas 75201
Telephone: (214) 978-3000
Facsimile: (214) 978-3099
Email: david.parham@bakermckenzie.com

*Attorneys for Cathay Life Insurance Co. Ltd.,
Adv. No. 11-02568*


Thomas J. Moloney
Charles J. Keeley
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
(212) 225-3999 (facsimile)
tmoloney@cgsh.com

*Attorneys for Somers Dublin Limited and
Somers Nominees (Far East) Limited, Adv. No.
11-2748, 12 Civ. 2430*


Michael E. Wiles
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
(212) 909-6000
Fax: 212-909-6836
email: mewiles@debevoise.com

*Attorneys for Pictet et Cie, Adv. No. 11-1724,
12 Civ. 3402*

Gary J. Mennitt
Email: gary.mennitt@dechert.com
Elisa T. Wiygul
Email: elisa.wiygul@dechert.com
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Attorneys for Orbita Capital Return Strategy Limited, Adv. No. 11-2537, 12 Civ. 2934*


Robert J. Lack (rlack@fklaw.com)
FRIEDMAN KAPLAN SEILER &
ADELMAN LLP
7 Times Square
New York, New York 10036-6516
(212) 833-1100

*Attorneys for Defendants Multi-Strategy Fund Limited and CDP Capital Tactical Alternative Investments, Adv. No. 12-1205, 12 Civ. 4840*


Marc J. Gottridge
Andrew M. Behrman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000
marc.gottridge@hoganlovells.com

*Attorneys for Defendants Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Limited, Adv. No. 11-2569, 12 Civ. 1882*

David J. Mark
KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1990
Facsimile:  (212) 500-3490
Email:  DMark@kasowitz.com

*Attorneys for Banca Carige S.p.A., Adv. No. 11-2570, 12 Civ. 2408*


Thomas B. Kinzler
Daniel Schimmel
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800
tkinzler@kelleydrye.com
dschimmel@kelleydrye.com

*Attorneys for Caceis Bank France and Caceis Bank Luxembourg, Adv. No. 11-2758, 12 Civ. 2434*


John P. Cooney, Jr.
Email:  jcooney@mckoolsmith.com
Eric B. Halper
Email: ehalper@mckoolsmith.com
Virginia I. Weber
Email:  vweber@mckoolsmith.com
Sachin S. Bansal
Email: sbansal@mckoolsmith.com
McKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone:  212.402.9400
Facsimile: 212.402.9444

*Attorneys for defendant Bank Julius Baer & Co. Ltd., Adv. No. 11-2922, 12 Civ. 2311*

William J. Sushon
Shiva Eftekhari
Daniel S. Shamah
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
(212) 326-2000
wsushon@omm.com
seftekhari@omm.com
dshamah@omm.com

*Attorneys for Defendants Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau Branch Wealth Management, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit Suisse Wealth Management Limited, Credit Suisse (Luxembourg) SA, Credit Suisse International, Credit Suisse Nominees (Guernsey) Limited, Credit Suisse London Nominees Limited, Credit Suisse (UK) Limited, and Credit Suisse Securities (USA) LLC, Adv. No. 11-2925, 12 Civ. 2454; Adv. No. 12-1676, 12 Civ. 4724*

*Attorneys for Solon Capital Limited, Adv. No. 12-1025, 12 Civ. 2456*

*Attorneys for Mistral (SPC), Adv. No. 12-1273, 12 Civ. 3532*

*Attorneys for Zephyros Limited, Adv. No. 12-1278, 12 Civ. 3533*


Peter E. Calamari
Marc L. Greenwald
Eric M. Kay
David S. Mader
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010

*Attorneys for Defendant Abu Dhabi Investment Authority, Adv. No. 11-2439, 12 Civ. 2616*

Robert S. Fischler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Robert.Fischler@ropesgray.com

Stephen Moeller-Sally
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
ssally@ropesgray.com

*Attorneys for Schroder & Co. Bank AG, ADv. No. 12-1210, 12 Civ. 4749*

Andrea J. Robinson
Charles C. Platt
George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, New York 10007

*Attorneys for Movants SNS Bank N.V. and SNS Global Custody B.V., Adv. No. 10-46, 12 Civ. 2509*

Charles C. Platt
George W. Shuster, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
New York, New York 10007

*Attorneys for Movant BSI AG, Adv. No. 12-1209, 12 Civ. 3177*