UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | 12-mc-0115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

**CERTIFICATE OF SERVICE**

    I, Richard A. Kirby, hereby certify that on November 26, 2013, I caused true and correct copies of Antecedent Debt Defendants' Reply Memorandum In Support of Motion To Amend Order Regarding Antecedent Debt Issues to Add 28 U.S.C. §1292(b) Certification for Interlocutory Appeal to be served upon counsel for those parties who receive electronic service through ECF.

Dated: November 26, 2013

                                      **K&L GATES LLP**

                                      By: /s/ Richard A. Kirby
                                            Richard A. Kirby