UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | No. 12-mc-00115 (JSR)<br><br>ECF Case<br><br>Adv. Pro. No. 08-1789 |
| In re:<br><br>MADOFF SECURITIES | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
         ) ss.:
COUNTY OF NEW YORK )

  CHRISTINA I. BELANGER, being duly sworn, deposes and says: I am over eighteen years age, not a party to this action and am employed by the law firm of Baker & Hostetler LLP, located at 45 Rockefeller Plaza, New York, NY 10111.

  On December 10, 2013, I served the *TRUSTEE'S MEMORANDUM OF LAW IN OPPOSITION TO ISSUE 2 SUBSEQUENT TRANSFEREE DEFENDANTS' MOTION TO AMEND OCTOBER 29, 2013 OPINION AND ORDER REGARDING 550(a) ISSUES TO ADD 28 U.S.C. § 1292 (b) CERTIFICATION FOR INTERLOCUTORY APPEAL* by emailing the interested parties a true and correct copy via electronic transmission to the email addresses designated for delivery to those parties as set forth on the attached Service List.

TO:   See Attached Service List

_____
CHRISTINA I. BELANGER

Sworn to before me this
10th day of December, 2013

_____
Notary Public

FRANCISCO J. VELEZ
Notary Public, State of New York
No. 01VE6092120
Qualified in Bronx County
Commission Expires May 12, 2015

## SERVICE LIST

cboccuzzi@cgsh.com; dlivshiz@cgsh.com; marc.gottridge@hoganlovells.com; andrew.behrman@hoganlovells.com; jcooney@mckoolsmith.com; ehalper@mckoolsmith.com; vweber@mckoolsmith.com; gmashberg@proskauer.com; rspinogatti@proskauer.com; dmark@kasowitz.com; edavis@cgsh.com; tmoloney@cgsh.com; tkinzler@kelleydrye.com; dschimmel@kelleydrye.com; jmetzinger@kelleydrye.com; eoconnor@fzwz.com; Jzulack@fzwz.com; mdavis@fzwz.com; wsushon@omm.com; seftekhari@omm.com; zlandsman@beckerglynn.com; jstern@beckerglynn.com; mmufich@beckerglynn.com; lfriedman@cgsh.com; andrea.robinson@wilmerhale.com; charles.platt@wilmerhale.com; george.shuster@wilmerhale.com; telynch@jonesday.com; sjfriedman@jonesday.com; dellajo@duanemorris.com; wheuer@duanemorris.com; petercalamari@quinnemanuel.com; marcgreenwald@quinnemanuel.com; erickay@quinnemanuel.com; davidmader@quinnemanuel.com; kdarr@steptoe.com; skim@steptoe.com; gary.mennitt@dechert.com; mewiles@debevoise.com; Pamela.Miller@aporter.com; Kent.Yalowitz@aporter.com; david.Parham@bakermckenzie.com; lacyr@sullcrom.com; nelless@sullcrom.com; berarduccip@sullcrom.com; robert.fischler@ropesgray.com; ssally@ropesgray.com; rlack@fklaw.com; gfox@fklaw.com; peter.chaffetz@chaffetzlindsey.com; andreas.frischknecht@chaffetzlindsey.com; erin.valentine@chaffetzlindsey.com; rcirillo@kslaw.com; jedgemon@kslaw.com; jguy@orrick.com; jburke@orrick.com; dgreenwald@cravath.com; rlevin@cravath.com; sbalber@cooley.com; eabrahams@cooley.com; bbleiberg@chadbourne.com; elliot.moskowitz@davispolk.com; andrew.ditchfield@davispolk.com; jbuzzetta@cgsh.com Andreas.frischknecht@chaffetzlindsey.com; andrew.behrman@hoganlovells.com; Andrew.Karron@aporter.com; berarduccip@sullcrom.com; brian.muldrew@kattenlaw.com; cboccuzzi@cgsh.com; charles.platt@wilmerhale.com; cmunoz@steptoe.com; david.parham@bakermckenzie.com; dbrodsky@cgsh.com; deroche@sewkis.com; dgreenwald@cravath.com; dheyl@milbank.com; dlivshiz@cgsh.com; dmark@kasowitz.com; dschimmel@kelleydrye.com; eabrahams@cooley.com; ehalper@mckoolsmith.com; elliot.moskowitz@davispolk.com; eoconnor@fzwz.com; erickay@quinnemanuel.com; erin.valentine@chaffetzlindsey.com; gary.mennitt@dechert.com; george.schuster@wilmerhale.com; jburke@orrick.com; jbuzzetta@cgsh.com; jcooney@mckoolsmith.com; jeremy.winer@wilmerhale.com; jguy@orrick.com; jmetzinger@kelleydrye.com; jonathan.perry@dechert.com; jordan.estes@hoganlovells.com; jzulack@fzwz.com; Kent.Yalowitz@aporter.com; lacyr@sullcrom.com; lfriedman@cgsh.com; marc.gottridge@hoganlovells.com; martin.crisp@ropesgray.com; Mary.Sylvester@aporter.com; mdavis@fzwz.com; mewiles@debevoise.com; munno@sewkis.com; nelless@sullcrom.com; Pamela.Miller@aporter.com; peter.chaffetz@chaffetzlindsey.com; pfeldman@oshr.com; rbaron@cravath.com; rcirillo@kslaw.com; rlack@fklaw.com; rlevin@cravath.com; robert.fischler@ropesgray.com; rspinogatti@proskauer.com; sbalber@cooley.com; Scott.Schreiber@aporter.com; seftekharj@omm.com; skim@steptoe.com; srappaport@milbank.com; telynch@jonesday.com; tkinzler@kelleydrye.com; tmoloney@cgsh.com; vweber@mckoolsmith.com; wheuer@duanemorris.com; wsushon@omm.com; zlandsman@beckerglynn.com; david.parham@bakermckenzie.com; tmoloney@cgsh.com; mewiles@debevoise.com; gary.mennitt@dechert.com; elisa.wiygul@dechert.com; rlack@fklaw.com; DMark@kasowitz.com; marc.gottridge@hoganlovells.com; tkinzler@kelleydrye.com; dschimmel@kelleydrye.com;

jcooney@mckoolsmith.com; ehalper@mckoolsmith.com; vweber@mckoolsmith.com; sbansal@mckoolsmith.com; wsushon@omm.com; seftekhari@omm.com; dshamah@omm.com; Robert.Fischler@ropesgray.com; ssally@ropesgray.com; lacyr@sullcrom.com; nelless@sullcrom.com; berarduccip@sullcrom.com; bathaeey@sullcrom.com; Scott.Schreiber@aporter.com; Andrew.Karron@aporter.com; cjkeeley@cgsh.com; andrew.behrman@hoganlovells.com; petercalamari@quinnemanuel.com; marcgreenwald@quinnemanuel.com; erickay@quinnemanuel.com; davidmader@quinnemanuel.com; andrea.robinson@wilmerhale.com; charles.platt@wilmerhale.com; george.shuster@wilmerhale.com; lfriedman@cgsh.com