UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | 12 MC 115 (JSR) |
| In re: <br><br> Madoff Securities | |



Jed S. Rakoff, U.S.D.J.

      In 2012, the Court consolidated proceedings regarding various issues on which the Court withdrew the reference to the Bankruptcy Court in avoidance and recovery act brought by Irving H. Picard (the "Trustee"), appointed as trustee pursuant to the Securities Investor Protection Act ("SIPC") for the consolidated liquidation of Bernard L. Madoff Investment Securities, LLC ("Madoff Securities"). See, e.g., Order Regarding 11 U.S.C. § 550(a), No. 12 MC 115, ECF No. 314 (S.D.N.Y. Aug. 22, 2012); Order Regarding the "Good Faith" Standard, No. 12 MC 115, ECF No. 197 (S.D.N.Y. June 25, 2012); Order Regarding Extraterritoriality Issues, No. 12 MC 115, ECF No. 167 (S.D.N.Y. June 7, 2012); Order Regarding 11 U.S.C. § 502(d), No. 12 MC 115, ECF No. 155 (S.D.N.Y. June 11, 2012); Order Regarding Standing and SLUSA Issues, No. 12 MC 115, ECF No. 114 (S.D.N.Y. May 18, 2012); Order Regarding 11 U.S.C. § 546(e), No. 12 MC 115, ECF No. 119 (S.D.N.Y. May 16, 2012); Order Regarding Antecedent Debt Issues, No. 12 MC 115, ECF No. 107 (S.D.N.Y. May 16, 2012); Order Regarding Stern v. Marshall, No. 12 MC 115, ECF No. 4 (S.D.N.Y. April 13, 2012).

Filed with each of these consolidation orders was a schedule of cases included within that consolidated proceeding. However, at the time the Orders were issued, some cases had not yet been assigned case numbers, and thus those cases were listed only by name in the appended schedule. Additionally, since the filing of those Orders, the Trustee initiated new adversary proceedings, and the Court issued various orders, on the consent of the parties, adding these individual cases to one or more of the consolidated proceedings.

Accordingly, in order to ensure that any proceedings in the consolidated matters were docketed in each case covered by that proceeding, on May 11, 2013, the Court entered an order (the "Docketing Order") (12 MC 115, ECF No. 468) appended to which was a list all of the cases that had previously been missing case numbers or that had been added since the original consolidation orders were issued. Furthermore, the Docketing Order directed the Clerk of the Court to docket the orders: (1) on the docket of 12 MC 115; (2) on the docket of the cases listed in the original schedule appended to the relevant consolidation order; and (3) on the docket of cases listed in the schedule appended to the Docketing Order, to the extent that a given case was added to the relevant consolidated proceeding. Following entry of the Docketing Order, the Clerk of Court docketed all of the orders consistent with the instructions of the Court.

On October 28, 2013, the Court issued its Opinion and Order with respect to the first consolidated proceeding issue listed above (the "550(a) Decision"). In connection with the 550(a) Decision, the Court directed that the following adversary proceedings be returned to the Bankruptcy Court: "(1) those cases listed in Exhibit A of item number 314 on the docket of 12 Misc. 115 [the 550(a) consolidated briefing cases]; and (2) those cases listed in the schedule attached to item number 468 on the docket of 12 Misc. 115 that were designated as having been added to the 'section 550(a)' consolidated briefing."

The Clerk of Court docketed the 550(a) Decision in the cases of all defendants that participated in the "section 550(a)" consolidated briefing; however, the 550(a) Decision, including the language quoted above, was also docketed in certain cases listed on the exhibit to the Docketing Order that were not designated as having been added to the "section 550(a)" consolidated briefing. See, e.g., No. 12 CV 02239, ECF No. 18 (S.D.N.Y. October 29, 2013). Accordingly, the Court hereby directs that the Clerk of Court remove the 550(a) Decision docket entry in all cases listed in the schedule appended to this Order, which are certain cases that were not designated as having been added to the "section 550(a)" consolidated briefing and whose Defendants have requested that the 550(a) Decision be removed from their respective docket.

So Ordered:

Dated: New York, NY
January 13 , 2014

JED S. RAKOFF, U.S.D.J.

Table of cases.

**Cases Not Designated as Part of the Section 550(a) Consolidated Briefing and Related Decision, Dated October 28, 2013**

| CASE NAME | CASE NO. | ATTORNEY OF RECORD |
|---|---|---|
| Picard v. Wolfson Equities | 11-cv-09449-JSR | K&L Gates LLP<br>Richard A. Kirby (richard.kirby@klgates.com)<br>Robert Honeywell (robert.honeywell@klgates.com) |
| Picard v. ZWD Investments | 11-cv-09450-JSR | K&L Gates LLP<br>Richard A. Kirby (richard.kirby@klgates.com)<br>Robert Honeywell (robert.honeywell@klgates.com) |
| Picard v. Lanx BM Investments | 11-cv-09448-JSR | K&L Gates LLP<br>Richard A. Kirby (richard.kirby@klgates.com)<br>Robert Honeywell (robert.honeywell@klgates.com) |
| Picard v. South Ferry #2 LP | 11-cv-09451-JSR | K&L Gates LLP<br>Richard A. Kirby (richard.kirby@klgates.com)<br>Robert Honeywell (robert.honeywell@klgates.com) |
| Picard v. South Ferry Building Co. | 11-cv-09447-JSR | K&L Gates LLP<br>Richard A. Kirby (richard.kirby@klgates.com)<br>Robert Honeywell (robert.honeywell@klgates.com) |
| Picard v. United Congregations Mesora | 11-cv-09445-JSR | K&L Gates LLP<br>Richard A. Kirby (richard.kirby@klgates.com)<br>Robert Honeywell (robert.honeywell@klgates.com) |
| Picard v. Chesed Congregations of America | 11-cv-09446-JSR | K&L Gates LLP<br>Richard A. Kirby (richard.kirby@klgates.com)<br>Robert Honeywell (robert.honeywell@klgates.com) |

| CASE NAME | CASE NO. | ATTORNEY OF RECORD |
|---|---|---|
| Picard v. Barfield Nominees Limited et al | 12-cv-05278- JSR | Katten Muchin Rosenman LLP<br>Anthony L. Paccione (anthony.paccione@kattenlaw.com)<br>Bruce M. Sabados (bruce.sabados@kattenlaw.com) |
| Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited, et al.) | 12-cv-06290- JSR | Tannenbaum Helpern Syracuse & Hirschtritt LLP<br>Ralph A. Siciliano (siciliano@thsh.com)<br>Zev. F. Raben (raben@thsh.com) |
| Picard v. Kohn, et al. (as filed by UniCredit Bank Austria AG ) | 12-cv-02161 | Sullivan & Worcester LLP<br>Franklin B. Velie (fvelie@sandw.com)<br>Jonathan Kortmansky (jkortmansky@sandw.com)<br>Mitchell C. Stein (mstein@sandw.com) |
| Picard v. HSBC Bank, plc, et al. (as filed by UniCredit Bank Austria AG ) | 12-cv-02162 | Sullivan & Worcester LLP<br>Franklin B. Velie (fvelie@sandw.com)<br>Jonathan Kortmansky (jkortmansky@sandw.com)<br>Mitchell C. Stein (mstein@sandw.com) |
| Picard v. HSBC Bank, plc, et al. (as filed by UniCredit S.p.A. and Pioneer Alternative Investment Management Ltd.) | 12-cv-02239 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Susan L. Saltzstein (susan.saltzstein@Skadden.com)<br>Marco E. Schnabl (Marco.Schnabl@Skadden.com)<br>Jeremy A. Berman (jeremy.berman@Skadden.com)<br>Jason C. Putter (jason.putter@skadden.com) |
| Picard v. Kohn, et al. (as filed by UniCredit S.p.A. and Pioneer Global Asset Management S.p.A.) | 12-cv-02240 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Susan L. Saltzstein (susan.saltzstein@Skadden.com)<br>Marco E. Schnabl (Marco.Schnabl@Skadden.com)<br>Jeremy A. Berman (jeremy.berman@Skadden.com)<br>Jason C. Putter (jason.putter@skadden.com) |

| CASE NAME | CASE NO. | ATTORNEY OF RECORD |
|---|---|---|
| Picard v. Kostin Company, et al. | 12cv-02409 | Morgan, Lewis & Bockius LLP<br>Bernard J. Garbutt III (bgarbutt@morganlewis.com)<br>Menachem O. Zelmanovitz (mzelmanovitz@morganlewis.com) Andrew D. Gottfried (agottfried@morganlewis.com) |
| Picard v. Bennett M. Berman Trust, et al. (Jeffrey Berman and Jeffrey Berman Foundation - Moving Parties) | 12-cv-02451 | Goodwin Procter LLP<br>Daniel M. Glosband (dglosband@goodwinprocter.com)<br>Larkin M. Morton (lmorton@goodwinprocter.com)<br>Christopher Newcomb (cnewcomb@goodwinprocter.com)<br><br>Proskauer Rose LLP<br>Richard L. Spinogatti (rspinogatti@proskauer.com) |
| Picard v. Katz Group Limited Partnership, et al. | 12-cv-02523 | Becker Meisel LLC<br>Stacey L. Meisel (slmeisel@beckermeisel.com) |
| Picard v. Kohn, et al. (as filed by the Kohn Defendants) | 12-cv-02639 | The Law Office of Sheldon Eisenberger<br>Sheldon Eisenberger (sheldon@eisenbergerlaw.com)<br><br>Neuberger, Quinn, Gielen, Rubin & Gibber, PA<br>Price O. Gielen (pog@nqgrg.com)<br>Nathan D. Adler (nda@nqgrg.com) |
| Picard v. HSBC Bank, plc, et al. (as filed by the Kohn Defendants) | 12-cv-02640 | The Law Office of Sheldon Eisenberger<br>Sheldon Eisenberger (sheldon@eisenbergerlaw.com)<br><br>Neuberger, Quinn, Gielen, Rubin & Gibber, PA<br>Price O. Gielen (pog@nqgrg.com)<br>Nathan D. Adler (nda@nqgrg.com) |
| Picard v. Deborah Madoff, et al. (Deborah Madoff – Moving Party) | 12-cv-02751 | Cohen & Gresser LLP<br>Mark S. Cohen (mcohen@cohengresser.com)<br>Daniel H. Tabak (dtabak@cohengresser.com) |


| CASE NAME | CASE NO. | ATTORNEY OF RECORD |
|---|---|---|
| Picard v. Peter B. Madoff, et al. (Deborah Madoff and Stephanie S. Mack – Moving Parties) | 12-cv-02752 | Cooley LLP<br>Alan Levine (alevine@cooley.com)<br>Lawrence C. Gottlieb (lgottlieb@cooley.com)<br>Laura Grossfield Birger (lbirger@cooley.com)<br>Michael A. Klein (mklein@cooley.com)<br><br>Cohen & Gresser LLP<br>Mark S. Cohen (mcohen@cohengresser.com)<br>Daniel H. Tabak (dtabak@cohengresser.com) |
| Picard v. JD Partners LLC, et al. | 12-cv-02755 | King & Spalding LLP<br>Arthur J. Steinberg (asteinberg@kslaw.com)<br>Heath D. Rosenblat (hrosenblat@kslaw.com) |
| Picard vs. America Israel Cultural Foundation, Inc | 12-cv-02756 | SNR Denton US LLP<br>Carole Neville (carole.neville@snrdenton.com) |
| Picard v. HSD Investments, L.P., et al | 12-cv-02757 | King & Spalding LLP<br>Arthur J. Steinberg (asteinberg@kslaw.com)<br>Michael A. Bartelstone (mbartelstone@kslaw.com) |
| Picard vs. RKD Investments, L.P, et al. | 12-cv-02759 | King & Spalding LLP Arthur J. Steinberg (asteinberg@kslaw.com)<br>Michael A. Bartelstone (mbartelstone@kslaw.com) |
| Picard v. Richard M. Glantz, et al. | 12-cv-02778 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli (rsignorelli@nyclitigator.com)<br>Bryan Ha (bhanyc@gmail.com) |
| Picard v. Macher Family Partnership, et al. | 12-cv-02779 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli (rsignorelli@nyclitigator.com)<br>Bryan Ha (bhanyc@gmail.com) |

| CASE NAME | CASE NO. | ATTORNEY OF RECORD |
|---|---|---|
| Picard v. Stephen H. Stern | 12-cv-02780 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha (bhanyc@gmail.com) |
| Picard v. Dahme Family Bypass Testamentary Trust Dated 10/27/76, et al | 12-cv-02781 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha (bhanyc@gmail.com) |
| Picard v. The Lustig Family 1990 Trust, et al | 12-cv-02782 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha (bhanyc@gmail.com) |
| Picard v. David Ivan Lustig | 12-cv-02783 | Law Office of Richard E. Signorelli<br>Richard E. Signorelli<br>(rsignorelli@nyclitigator.com)<br>Bryan Ha (bhanyc@gmail.com) |
| Picard v. Liselotte J. Leeds Lifetime Trust | 12-cv-02784 | Dow Lohnes PPLC<br>Leslie H. Wiesenfelder<br>(lwiesenfelder@dowlohnes.com)<br>Michael Hays<br>(mhays@dowlohnes.com) |
| Picard v. Michael S. Leeds, et al. | 12-cv-02785 | Dow Lohnes PPLC<br>Leslie H. Wiesenfelder<br>(lwiesenfelder@dowlohnes.com)<br>Michael Hays<br>(mhays@dowlohnes.com) |
| Picard vs. The Leeds Partnership, et al. | 12-cv-02786 | Dow Lohnes PPLC<br>Leslie H. Wiesenfelder<br>(lwiesenfelder@dowlohnes.com)<br>Michael Hays (mhays@dowlohnes.com) |

| CASE NAME | CASE NO. | ATTORNEY OF RECORD |
|---|---|---|
| Picard v. The Public Institution for Social Security | 12-cv-02787 | Goodwin Procter LLP<br>Daniel M. Glosband (dglosband@goodwinprocter.com)<br>Larkin M. Morton (lmorton@goodwinprocter.com)<br>Christopher Newcomb (cnewcomb@goodwinprocter.com) |
| Picard v. MAF Associates, LLC, et al. | 12-cv-02788 | King & Spalding LLP<br>Arthur J. Steinberg (asteinberg@kslaw.com)<br>Heath D. Rosenblat (hrosenblat@kslaw.com) |
| Picard vs. Dawn Pascucci Barnard, et al. | 12-cv-02792 | King & Spalding LLP<br>Arthur J. Steinberg (asteinberg@kslaw.com)<br>Heath D. Rosenblat (hrosenblat@kslaw.com) |
| Picard v. Dean L. Greenberg | 12-cv-02794 | Klestadt & Winters LLP<br>Tracy L. Klestadt (tklestadt@klestadt.com)<br>Brendan M. Scott (bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks (ais1548@leonard.com)<br>Blake Shepard (blake.shepard@leonard.com) |
| Picard v. Estate of Samuel Robert Roitenberg, et al. | 12-cv-02795 | Klestadt & Winters LLP<br>Tracy L. Klestadt (tklestadt@klestadt.com)<br>Brendan M. Scott (bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks (ais1548@leonard.com)<br>Blake Shepard (blake.shepard@leonard.com) |

| CASE NAME | CASE NO. | ATTORNEY OF RECORD |
|---|---|---|
| Picard v. Sheldon Shaffer, et al. | 12-cv-02796 | Klestadt & Winters LLP<br>Tracy L. Klestadt (tklestadt@klestadt.com)<br>Brendan M. Scott (bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks (ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| Picard v. Sheldon Shaffer Trust Dtd 3/26/1996, et al. | 12-cv-02797 | Klestadt & Winters LLP<br>Tracy L. Klestadt (tklestadt@klestadt.com)<br>Brendan M. Scott (bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks (ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| Picard v. Sidney Ladin Revocable Trust Dated 12/30/96, et al. | 12-cv-02798 | Klestadt & Winters LLP<br>Tracy L. Klestadt (tklestadt@klestadt.com)<br>Brendan M. Scott (bscott@klestadt.com)<br><br>Leonard, Street and Deinard<br>Allen I Saeks (ais1548@leonard.com)<br>Blake Shepard<br>(blake.shepard@leonard.com) |
| Picard v. KBC Investments Limited, | 12-cv-02877 | Sidley Austin LLP<br>Alan M. Unger (aunger@sidley.com)<br>Bryan Krakauer (bkrakauer@sidley.com) |
| Picard vs. George E. Nadler | 12-cv-02923 | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>Daniel L. Carroll (dcarroll@ingramllp.com)<br>Jennifer B. Schain (jschain@ingramllp.com) |
| Picard v. Janis Berman | 12-cv-02924 | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>Daniel L. Carroll (dcarroll@ingramllp.com)<br>Jennifer B. Schain (jschain@ingramllp.com) |

| CASE NAME | CASE NO. | ATTORNEY OF RECORD |
|---|---|---|
| Picard vs. Candice Nadler Revocable Trust DTD 10/18/01, et al. | 12-cv-02925 | Ingram Yuzek Gainen Carroll & Bertolotti, LLP<br>Daniel L. Carroll (dcarroll@ingramllp.com)<br>Jennifer B. Schain (jschain@ingramllp.com) |
| Picard v. Loeb Living Trust, et al | 12-cv-02926 | Katten Muchin Rosenman LLP<br>Anthony L. Paccione (anthony.paccione@kattenlaw.com)<br>Brian L. Muldrew (brian.muldrew@kattenlaw.com) |
| Picard v. Leon Flax, et al. | 12-cv-02928 | Katten Muchin Rosenman LLP<br>Anthony L. Paccione (anthony.paccione@kattenlaw.com)<br>Brian L. Muldrew (brian.muldrew@kattenlaw.com) |
| Picard vs. Scott Gottlieb, et al. | 12-cv-02931 | Day Pitney LLP<br>Joshua W. Cohen (jwcohen@daypitney.com) |
| Picard v. Merkin, et al. | 12-cv-02933 | Dechert LLP<br>Andrew J. Levander (andrew.levander@dechert.com)<br>Neil A. Steiner (neil.steiner@dechert.com)<br><br>Reed Smith LLP<br>James C. McCarroll (jmccarroll@reedsmith.com)<br>Jordan W. Siev (jsiev@reedsmith.com)<br>John L. Scott (jlscott@reedsmith.com) |
| Picard vs. Gail Nessel | 12-cv-04178 | Halperin Battaglia Raicht, LLP<br>Alan D. Halperin (ahalperin@halperinlaw.net)<br>Scott A. Ziluck (sziluck@halperinlaw.net)<br>Neal W. Cohen (ncohen@halperinlaw.net) |