UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------ x
SECURITIES INVESTOR PROTECTION              :
CORPORATION,                                :
                                            :
                    Plaintiff,              :   Civil Action No.: 12 MC 115 (JSR)
                                            :
          v-                                :
                                            :
BERNARD L. MADOFF INVESTMENT                :
SECURITIES LLC,                             :
          Defendant.                        :
------------------------------------------------ x
In re:                                      :
MADOFF SECURITIES                           :
------------------------------------------------ x
```

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), Adam B. Oppenheim, Esq. respectfully moves to withdraw his appearance on behalf of Securities Investor Protection Corporation's trustee, Irving H. Picard (the "Trustee"). This Motion is for good cause, namely, Mr. Oppenheim no longer represents the Trustee and is no longer affiliated with counsel for the Trustee, Baker & Hostetler LLP. To the best of Mr. Oppenheim's knowledge, the law firm of Baker & Hostetler LLP remains counsel for the Trustee and thus, there is no prejudice to the Trustee.

WHEREFORE, Mr. Oppenheim respectfully requests that this motion be granted and that he be withdrawn as counsel for the SIPA Trustee.

By,

/s/ Adam B. Oppenheim

Adam B. Oppenheim
**Meister Seelig & Fein LLP**
140 East 45th Street, 19th Floor
New York, New York 10017
212-655-3500
aoppenheim@meisterseelig.com

SO ORDERED

U S D J

4-1-14

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2013, a copy of foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

In addition, in compliance with Local Rule 7(e), on December 17, 2013, a copy of foregoing Motion to Withdraw Appearance was mailed to the Baker & Hostetler LLP by certified mail.

/s/ Adam B. Oppenheim
Adam B. Oppenheim