ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Michael V. Ciresi

Stephen P. Safranski

Damien A. Riehl

Thomas F. Berndt

800 LaSalle Avenue — 2800 LaSalle Plaza

Minneapolis, MN 55402–2015

T: 612–349–8500

F: 612–339–4181

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Securities Investor Protection Corporation**, | 12 MC 115 (JSR) |
| Plaintiffs-Applicant, | |
| v. | **Affidavit of Service** |
| **Bernard L. Madoff Investment Securities LLC**, | |
| Defendant. | |
| **In re Madoff Securities.** | |

STATE OF MINNESOTA    )
                               ) ss.:
COUNTY OF HENNEPIN    )

1.    I am employed as a Legal Administrative Assistant at Robins, Kaplan, Miller & Ciresi L.L.P., located at 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On May 19, 2014, I served a:

- Corrected Motion for Admission Pro Hac Vice for Stephen P. Safranski

by causing true and correct copies to be:

i.   delivered via electronic case notification to the parties requesting electronic case filing notification, and

ii.  enclosed securely in separate postage pre-paid envelopes and delivered via U.S. mail to the following:

> Michael Richard Dal Lago
> Morrison Cohen Singer & Weinstein, LLP
> 909 Third Avenue, 27th Floor
> New York, NY 1002

By:  _Michelle R Schroeder_

Sworn to before me this
19th day of May, 2014

Michelle R. Schroeder

_Barbara L. Stevens_

Notary Public

> BARBARA L STEVENS
> NOTARY PUBLIC - MINNESOTA
> MY COMMISSION EXPIRES 01/31/18

84812181.1