UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
SECURITIES INVESTOR
PROTECTION CORPORATION        Plaintiff,

Case No. 12-MC-0115(JSR)

-against-

BERNARD L. MADDOFF
INVESTMENT SECUARITIES, LLC,   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending     ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Gregory W. Fox
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: GF4477        My State Bar Number is 447788

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Strutman, Treister & Glatt. P.C.
            FIRM ADDRESS: 675 Third Avenue, Suite 2216, New York, NY 10017
            FIRM TELEPHONE NUMBER: (212) 235-0800
            FIRM FAX NUMBER: (212) 235-0848

NEW FIRM:   FIRM NAME: Goodwin Procter LLP
            FIRM ADDRESS: 620 Eighth Avenue
            FIRM TELEPHONE NUMBER: (212) 459-7348
            FIRM FAX NUMBER: (212) 355-3333

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: May 20, 2014

/s/ Gregory W. Fox
_____
ATTORNEY'S SIGNATURE