ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Michael V. Ciresi
Stephen P. Safranski
Damien A. Riehl
Thomas F. Berndt

800 LaSalle Avenue — 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants.*

6/5/14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Securities Investor Protection Corporation,**  Plaintiffs-Applicant,  v.  **Bernard L. Madoff Investment Securities LLC,**  Defendant. | 12 MC 115 (JSR)  [Proposed] Order for Admission Pro Hac Vice |
| **In re Madoff Securities.** | |

Pertains to:

| | |
|---|---|
| **Irving H. Picard**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  **Hess Kline Rev. Trust**, *et al.*,  Defendants. | Adv. Pro. No. 10-04719 (JSR)  District Court Case No. 11 Civ. 08986 (JSR)  Jury Trial Demanded |

| | |
|---|---|
| **Irving H. Picard**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>v.<br><br>**Metro Motor Imports, Inc.**, *et al.*,<br><br>  Defendants. | Adv. Pro. No. 10-04499 (BRL)<br><br>District Court Case No. 11 Civ. 08987 (JSR)<br><br>Jury Trial Demanded |
| **Irving H. Picard**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>v.<br><br>**Miles Q. Fiterman Revocable Trust**, *et al.*,<br><br>  Defendants. | Adv. Pro. No. 10-04337 (BRL)<br><br>District Court Case No. 11 Civ. 08988 (JSR)<br><br>Jury Trial Demanded |
| **Irving H. Picard**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>v.<br><br>**Miles & Shirley Fiterman Charitable Foundation**, *et al.*,<br><br>  Defendants. | Adv. Pro. No. 10-05067 (BRL)<br><br>District Court Case No. 11 Civ. 08989 (JSR)<br><br>Jury Trial Demanded |

The corrected motion of Stephen P. Safranski, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Minnesota; and that his contact information is as follows

Stephen P. Safranski
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone: 612-349-8500
Facsimile: 612-339-4181
E-Mail: spsafranski@rkmc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants in the above-captioned actions,

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Because this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: May 6/3/2014

United States Judge

84766039.1

3

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

STEPHEN P SAFRANSKI

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 31, 2003

Given under my hand and seal of this court on

May 06, 2014



Margaret Fuller Corneille
Office of Lawyer Registration

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Stephen P. Safranski
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue — 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Securities Investor Protection Corporation,**  Plaintiffs-Applicant,  v.  **Bernard L. Madoff Investment Securities LLC,**  Defendant. | 12 MC 115 (JSR)  **Corrected Motion for Admission Pro Hac Vice** |
| **In re Madoff Securities.** | |
| Pertains to: | |
| **Irving H. Picard**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  **Hess Kline Rev. Trust**, *et al.*,  Defendants. | Adv. Pro. No. 10-04719 (JSR)  District Court Case No. 11 Civ. 08986 (JSR)  Jury Trial Demanded |

| | |
|---|---|
| **Irving H. Picard**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>**Metro Motor Imports, Inc.**, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-04499 (BRL)<br><br>District Court Case No. 11 Civ. 08987 (JSR)<br><br>Jury Trial Demanded |
| **Irving H. Picard**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>**Miles Q. Fiterman Revocable Trust**, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-04337 (BRL)<br><br>District Court Case No. 11 Civ. 08988 (JSR)<br><br>Jury Trial Demanded |
| **Irving H. Picard**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>**Miles & Shirley Fiterman Charitable Foundation**, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-05067 (BRL)<br><br>District Court Case No. 11 Civ. 08989 (JSR)<br><br>Jury Trial Demanded |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Stephen P. Safranski, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants in the above-captioned actions.

I am in good standing of the bar of the state of Minnesota and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:     May 19, 2014         Respectfully submitted,


By:/s/Stephen P. Safranski

    Stephen P. Safranski (MN Bar No. 331326)
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    800 LaSalle Avenue
    2800 LaSalle Plaza
    Minneapolis, MN  55402-2015
    Telephone: 612-349-8500
    Facsimile: 612-339-4181
    E-Mail: spsafranski@rkmc.com

84766043.1