UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff,

-against-

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,

    Defendant.

No. 1:12-mc-00115-JSR

In re:
MADOFF SECURITIES

## MOTION FOR WITHDRAWAL OF APPEARANCE AND [PROPOSED] ORDER

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 1.4, David Elbaum respectfully moves to withdraw his appearance on behalf of Defendant Kathryn R. Siggins. Mr. Elbaum will be taking a position at a different firm. Brune & Richard LLP will continue as counsel for Defendant Siggins.

Dated: May 12, 2014
       New York, New York

Respectfully submitted,

By:  /s/ David Elbaum
     David Elbaum
     BRUNE & RICHARD LLP
     One Battery Park Plaza
     New York, New York 10004
     Tel.: (212) 668-1900
     Fax: (212) 668-0315
     delbaum@bruneandrichard.com

     *Attorneys for Defendant Kathryn R. Siggins*

SO ORDERED:

_____
U.S.D.J. 6/3/14