UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>Civil Action No. 12-mc-0115 (JSR) |
| In re:<br><br>MADOFF SECURITIES | |

## NOTICE OF MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

          BAKER & HOSTETLER LLP
          45 Rockefeller Plaza
          New York, New York 10111
          Telephone: (212) 589-4200
          Facsimile: (212) 589-4201

          *Attorneys for Irving H. Picard, Trustee for the*
          *Substantively Consolidated SIPA Liquidation*
          *of Bernard L. Madoff Investment Securities*
          *LLC and Bernard L. Madoff*

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, and upon all prior pleadings and proceedings herein, the undersigned, counsel to plaintiff Irving H. Picard, as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff"), respectfully move this Court to amend its Opinion and Order of April 28, 2014 (the "Order") to certify that Order for immediate appeal pursuant to 28 U.S.C. § 1292(b) because it involves controlling questions of law as to which there is substantial ground for difference of opinion and because an immediate appeal will materially advance the ultimate termination of the litigations.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule approved by the Court on June 4, 2014, the Securities Investor Protection Corporation may file its brief in support on **June 12, 1014**; responsive papers, if any, shall be filed and served on or before **July 2, 2014**. Any reply papers shall be filed and served on or before **July 16, 2014**. The Motion will be considered on the papers and no oral argument will be held.

| | |
|---|---|
| Date: June 5, 2014<br>New York, New York | By: */s/ David J. Sheehan*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>David B. Rivkin, Jr.<br>Email: drivkin@bakerlaw.com<br>Andrew M. Grossman<br>Email: agrossman@bakerlaw.com<br>**BAKER & HOSTETLER LLP**<br>1050 Connecticut Ave., N.W., Ste. 1100<br>Washington, D.C. 20036<br>Telephone: (202) 861-1500<br>Facsimile: (202) 861-1783<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* |

*As to the following actions:*

*Picard v. Hoboken Radiology, et al.*,
Adv. Pro. No. 10-05386, Civil Action No. 12-cv-02290

*Picard v. Edward Blumenfeld, et al.*,
Adv. Pro. No. 10-04730, Civil Action No. 12-cv-02405

*Picard v. Credit Suisse AG, et al.*,
Adv. Pro. No. 11-02925, Civil Action No. 12-cv-02454

*Picard v. Solon Capital, Ltd.*, Adv. Pro. No. 12-01025, Civil Action No. 12-cv-02456

*Picard v. Zephyros Limited*, Adv. Pro. No. 12-01278, Civil Action No. 12-cv-03533

*Picard v. Mistral (SPC)*, Adv. Pro. No. 12-01273, Civil Action No.12-cv-03532

*Picard v. Trincaster Corporation*,
Adv. Pro. No. 11-02731, Civil Action No. 12-cv-02486

*Picard v. Credit Suisse AG, as successor-in-interest to Clariden Leu AG and Bank Leu AG*, Adv. Pro. No. 12-01676, Civil Action No. 12-cv-04724

*Picard v. Royal Bank of Canada, et al.*,
Adv. Pro. No. 12-01699, Civil Action No. 12-cv-04938

*Picard v. Robert Nystrom*, Adv. Pro. No. 10-04399, Civil Action No. 12-cv-02403

*Picard v. Societe Generale Private Banking (Suisse) S.A., (f/k/a SG Private Banking Suisse S.A.), et al.*, Adv. Pro. No. 12-01677, Civil Action No. 12-cv-08860

By: /s/ *Howard L. Simon*
WINDELS MARX LANE&
MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215
Howard L. Simon
E-mail: hsimon@windelsmarx.com

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

| | |
|---|---|
| As to the following actions:<br><br>Picard v. Caceis Bank Luxembourg, et al., Civil Action No. 12-cv-02434<br><br>Picard v. Credit Agricole (Suisse) S.A., et al., Civil Action No. 12-cv-02494<br><br>Picard v. Credit Agricole Corporate and Investment Bank, Civil Action No. 12-cv-04867<br><br>Picard v. Barfield Nominees Limited, et al., Civil Action No. 12-cv-05278<br><br>Picard v. Intesa Sanpaolo SPA, et al., Civil Action No. 12-cv-06291 | By:  */s/ Matthew B. Lunn*<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Matthew B. Lunn<br>Justin P. Duda<br>Rockefeller Center<br>1270 Avenue of the Americas, Suite 2210<br>New York, New York 10020<br>Telephone:  (212) 332-8840<br>Facsimile: (212) 332-8855<br>Email:  mlunn@ycst.com<br>            jduda@ycst.com<br><br>Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC |