ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael V. Ciresi
Stephen P. Safranski
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue — 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Securities Investor Protection Corporation,**<br><br>Plaintiffs-Applicant,<br>v.<br><br>**Bernard L. Madoff Investment Securities LLC,**<br><br>Defendant.<br><br>**In re Madoff Securities.** | 12 MC 115 (JSR)<br><br>**Affidavit of Service** |

STATE OF MINNESOTA   )
                     ) ss.:
COUNTY OF HENNEPIN   )

1. I am employed as a Legal Administrative Assistant at Robins, Kaplan, Miller & Ciresi L.L.P., located at 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 6, 2014, I served a:

   - Motion for Withdrawal of Appearance of Thomas B. Hatch

by causing true and correct copies to be:

i. delivered via electronic case notification to the parties requesting electronic case filing notification, and

ii. enclosed securely in separate postage pre-paid envelopes and delivered via U.S. mail to the following:

> Michael Richard Dal Lago
> Morrison Cohen Singer & Weinstein, LLP
> 909 Third Avenue, 27th Floor
> New York, NY 1002

By: _/s/ Michelle R. Schroeder_
Michelle R. Schroeder

Sworn to before me this
6th day of June, 2014

_/s/ Dawn Marie Van Alstine_

Notary Public

DAWN M VAN ALSTINE
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2015

84853633.1

2