UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
                                        :
        Plaintiff,                      :        12-mc-115 (JSR)
                                        : Adv. Pro. No. 08-01789 (SMB)
        -v-                             :
                                        :        ORDER
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :
                                        :
        Defendant.                      :
----------------------------------------x
                                        :
In re:                                  :
                                        :
MADOFF SECURITIES                       :
                                        :
----------------------------------------x

JED S. RAKOFF, U.S.D.J.

    The Court has now issued decisions addressing all of the consolidated issues arising from the Court's prior withdrawals of the reference. Any party to such a prior withdrawal who has an individual issue as to which such withdrawal was previously granted but which has not been resolved by the Court's rulings on the consolidated issues must notify the Court by letter submitted to Chambers by July 18, 2014, stating the civil docket number(s) and a brief description of the individual issue. All other cases will be returned to the bankruptcy court.

    SO ORDERED.

Dated: New York, NY
July 9, 2014                                    _____
                                                JED S. RAKOFF, U.S.D.J.