UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    - v -<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | 12-mc-115 (JSR)<br><br>**STIPULATION AND SUPPLEMENTAL OPINION AND ORDER** |
| In re:<br><br>MADOFF SECURITIES | |
| PERTAINS TO:<br><br>*Picard v. Legacy Capital Ltd., et al.*,<br>    11-cv-7764 (JSR)<br>*Picard v. Natixis, et al.*,<br>    11-cv-9501 (JSR)<br>*Picard v. Sonja Kohn, et al.*,<br>    12-cv-2639 (JSR) (moving defendants: Starvest Anstalt and Lifetrust AG)<br>*Picard v. Lloyds TSB Bank PLC*,<br>    12-cv-4722 (JSR)<br>*Picard v. Schroder & Co. Bank AG*,<br>    12-cv-4749 (JSR)<br>*Picard v. Multi-Strategy Fund Ltd., et al.*,<br>    12-cv-4840 (JSR)<br>*Picard v. Royal Bank of Canada, et al.*,<br>    12-cv-4938 (JSR)<br>*Picard v. Union Securities Investment Trust Co., Ltd., et al.*, 13-cv-4429 (JSR) | |

    IT IS STIPULATED AND AGREED by counsel for Irving H. Picard, Trustee for the

Liquidation of Bernard L. Madoff Investment Securities LLC, the Securities Investor Protection

2961714.5

Corporation, and the defendants in the adversary proceedings listed above, subject to the approval of the Court, that in accordance with Consent Orders dated June 25, 2012 (item number 203 on the docket of 12-mc-115) and June 29, 2013 (item number 475 on the docket of 12-mc-115), the Court's Opinion and Order dated July 6, 2014 (item number 551 on the docket of 12-mc-115) is hereby supplemented to direct that the adversary proceedings listed above also be returned to the Bankruptcy Court for further proceedings consistent with that Opinion and Order. The Clerk is directed to docket the Opinion and Order dated July 6, 2014 in the adversary proceedings listed above.

Dated: New York, NY
  July 25, 2014

BAKER & HOSTETLER LLP

By: _____
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
E-mail: dsheehan@bakerlaw.com
Oren J. Warshavsky
E-mail: owarshavsky@bakerlaw.com
Nicholas J. Cremona
E-mail: ncremona@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: _____
7 Times Square
New York, New York 10036-6516
Telephone: (212) 833-1108
Facsimile: (212) 373-7908
Robert J. Lack
E-mail: rlack@fklaw.com

*Attorneys for Defendants Multi-Strategy Fund Limited and CDP Capital Tactical Alternative Investments in 12-cv-4840 (JSR)*

Submitted with the consent of counsel for the defendants in the other seven proceedings listed above.

2

2961714.5

SECURITIES INVESTOR
PROTECTION CORPORATION

By: _____
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
E-mail: jwang@sipc.org
Kevin H. Bell
E-mail: kbell@sipc.org
Lauren T. Attard
E-mail: lattard@sipc.org

SO ORDERED.

Dated: New York, NY
July ___ 2014

_____
JED S. RAKOFF, U.S.D.J.

3

2961714.5