ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Michael V. Ciresi
Stephen P. Safranski
Damien A. Riehl
Thomas F. Berndt
800 LaSalle Avenue — 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

*Attorneys for Defendants*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-14
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Securities Investor Protection Corporation,**<br><br>Plaintiffs-Applicant,<br><br>v.<br><br>**Bernard L. Madoff Investment Securities LLC,**<br><br>Defendant.<br><br>**In re Madoff Securities.** | 12 MC 115 (JSR)<br><br>[Proposed] Order for Withdrawal of Appearance |

WHEREAS Defendants Hess Kline Rev. Trust, et al; Metro Motor Imports, Inc., et al; Miles & Shirley Fiterman Charitable Foundation, et al; and Miles Q. Fiterman Revocable Trust, et al., have filed a Motion for Withdrawal of Appearance of Thomas B. Hatch.

**IT IS HEREBY ORDERED THAT** the motion for withdrawal of the appearance of Thomas B. Hatch is GRANTED; and the Court further directs the Clerk to remove Thomas B. Hatch from the docket in the above-noted case. IT IS SO ORDERED.

Dated: ~~June~~ 8/16/2014

                                        Hon. Jed. S. Rakoff
                                        United States District Judge

84810390.1