UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR
PROTECTION CORPORATION, Plaintiff,

-against-

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC. Defendant.

12 MC-0115 ( JSR )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of **Lawrence R. Velvel**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of **Massachusetts and District of Columbia**; and that his/her contact information is as follows (please print):

Applicant's Name: **Lawrence R. Velvel**

Firm Name: **Massachusetts School of Law**

Address: **500 Federal Street**

City / State / Zip: **Andover, MA 01810**

Telephone / Fax: **978-681-0800; 978-681-6330**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **himself** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/16/14

United States District / ~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____