UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTMENT PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | 12 Misc. 00115 (JSR)<br>ECF Case |
| In re:<br><br>MADOFF SECURITIES | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAXAM ABSOLUTE RETURN FUND, L.P.; MAXAM ABSOLUTE RETURN FUND, LTD.; MAXAM CAPITAL MANAGEMENT, LLC; MAXAM CAPITAL GP LLC; SANDRA L. MANZKE REVOCABLE TRUST; SANDRA L. MANZKE, as Trustee and individually; SUZANNE HAMMOND; WALKER MANZKE; and APRIL BUKOFSER MANZKE,<br><br>Defendants. | PERTAINS TO CASE<br>11 Civ. 7428 (JSR)<br><br> |

### [PROPOSED] ORDER GRANTING THE MOTION OF
### KIMBERLY PERROTTA COLE FOR ADMISSION TO PRACTICE *PRO HAC VICE*

The motion of Kimberly Perrotta Cole for admission to practice *pro hac vice* in the above captioned action is granted. Ms. Cole has declared that she is a member in good standing of the

bar of the District of Columbia, and admitted to practice in the United States Supreme Court; the United States Court of Appeals for the Second Circuit; the United States District Court for the District of Columbia; and the United States District Court for the District of Maryland. She has further certified that her contact information is as follows:

>   Kimberly Perrotta Cole
>   KOBRE & KIM LLP
>   1919 M Street NW
>   Washington, DC 20036
>   Tel: +1 202 664 1900
>   Fax: +1 202 664 1920
>   Email: kimberly.cole@kobrekim.com

Ms. Cole has requested admission *pro hac vice* to appear for all purposes as counsel for defendants MAXAM Absolute Return Fund Limited, MAXAM Capital Management LLC, MAXAM Capital GP LLC, Sandra L. Manzke Revocable Trust, Sandra L. Manzke (individually and as Trustee for the Sandra L. Manzke Revocable Trust), Suzanne Hammond, Walker Manzke, and April Bukofser Manzke in the above titled action and, based on the foregoing,

**IT IS HEREBY ORDERED** that Ms. Cole is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. Like all attorneys appearing before this Court, Ms. Cole is subject to the Local Rules of this Court, including those that govern the discipline of attorneys.

Dated: New York, New York
October 8/16/2014

                                        _____
                                        The Honorable Jed S. Rakoff
                                        United States District Judge

2