# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:12-mc-00115-JSR

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of January, two thousand and fifteen.

_____

In re: Bernard L. Madoff Investment Securities, LLC,
   Debtor.

-------------------------------------------------------------------

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

      Plaintiff-Appellant,

Securities Investment Protection Corporation, Statutory Intervenor pursuant to Securities Investor Protection Act, 15 U.S.C. § 78eee(d),

      Intervenor-Appellant,

   v.

Ida Fishman Revocable Trust, Paul S. Shurman, in his capacity as co-trustee of the Ida Fishman Revocable Trust, William Shurman, in his capacity as co-trustee of the Ida Fishman Revocable Trust and as Executor of the estate of Ida Fishman,

      Defendants-Appellees.

_____

**STATEMENT OF COSTS**

Docket Nos. 12-2557 (L); 12-2497 (Con); 12-2500 (Con); 12-2616 (Con); 12-3422 (Con); 12-3440 (Con); 12-3582 (Con); 12-3585 (Con)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___Jan. 20, 2015___

IT IS HEREBY ORDERED that costs are taxed in the amount of $1882.60 in favor of the Defendants-Appellees who signed or joined in the "Joint Brief of Customer Appellees."

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

*Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 01/20/2015