# MANDATE

United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand twenty.

Present:

> Ralph K. Winter,
> Richard C. Wesley,
> Richard J. Sullivan,
> > *Circuit Judges*.

In re Bernard L. Madoff Investment Securities LLC,

*Debtor.*

19-4283

Petitioners request, pursuant to 28 U.S.C. § 158(d)(2), leave to appeal directly to this Court from a bankruptcy court judgment. Upon due consideration, it is hereby ORDERED that the petition is GRANTED. *See Weber v. U.S. Trustee*, 484 F.3d 154, 158–61 (2d Cir. 2007).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 5, 2020

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/05/2020